## 2019-2020 Differential Salary Schedule

Years of experience related to a differential position shall mean experience earned in any State-accredited K-12 school, accredited community college, or accredited university within the same sport/activity. Experience shall be granted for either previous in-District and/or out-of-District differential positions. Verification of experience shall be the responsibility of the coach/sponsor/activity leader.

| All Numbers Based On 2019-2020 Bachelors Step 1 | Base: 42,449  w/TRS: 46,648 | | | | | |
|---|---|---|---|---|---|---|
| Differential Title | 1-4 Years Experience | | | 5+ Years Experience | | |
| | % | Base | w/TRS | % | Base | w/TRS |
| GRADE LEVEL CHAIR | 7 | 2,971 | 3,265 | 8 | 3,396 | 3,732 |
| CONSULTING TEACHER | 8 | 3,396 | 3,732 | 8 | 3,396 | 3,732 |
| K-8 LEADER | 8 | 3,396 | 3,732 | 9 | 3,820 | 4,198 |
| NOVICE TEACHER MENTOR | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| SUPPORT MENTOR | 6 | 2,547 | 2,799 | 7 | 2,971 | 3,265 |
| MENTOR COORDINATOR | 12 | 5,094 | 5,598 | 14 | 5,943 | 6,531 |
| AVID SITE COORDINATOR | 8 | 3,396 | 3,732 | 9 | 3,820 | 4,198 |
| MS ACADEMIC TEAM COACH | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| MS ARCHERY - HEAD | 8 | 3,396 | 3,732 | 9 | 3,820 | 4,198 |
| MS ARCHERY - ASST | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| MS ATHLETIC DIRECTOR | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| MS BAND - JAZZ | 7 | 2,971 | 3,265 | 8 | 3,396 | 3,732 |
| MS BAND | 11 | 4,669 | 5,131 | 12 | 5,094 | 5,598 |
| MS BASEBALL - HEAD | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| MS BASEBALL - ASST | 3 | 1,273 | 1,399 | 4 | 1,698 | 1,866 |
| MS BASKETBALL | 8 | 3,396 | 3,732 | 9 | 3,820 | 4,198 |
| MS BUILDING LEADER | 8 | 3,396 | 3,732 | 9 | 3,820 | 4,198 |
| CONTENT AREA - COLUMBIA | 2 | 849 | 933 | | | |
| MS CHORAL | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| MS CROSS COUNTRY - HEAD | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| MS CROSS COUNTRY - ASST | 3 | 1,273 | 1,399 | 4 | 1,698 | 1,866 |
| MS SOFTBALL - HEAD | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,731 |
| MS SOFTBALL - ASST | 3 | 1,273 | 1,399 | 4 | 1,698 | 1,866 |

EXHIBIT A

2:23-cv-02081-CSB-EIL  # 13-4  Filed: 07/30/24  Page 2 of 16

| Position | | | | | | |
|---|---|---|---|---|---|---|
| MS TRACK - HEAD | 7 | 2,971 | 3,265 | 8 | 3,396 | 3,732 |
| MS TRACK - ASST | 3 | 1,273 | 1,399 | 4 | 1,698 | 1,866 |
| MS DRAMA | 7 | 2,971 | 3,265 | 8 | 3,396 | 3,732 |
| MS NATIONAL HONOR SOCIETY | 4 | 1,698 | 1,866 | 5 | 2,122 | 2,332 |
| MS ORCHESTRA | 11 | 4,669 | 5,131 | 12 | 5,094 | 5,598 |
| MS STUDENT COUNCIL | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| MS VOLLEYBALL | 7 | 2,971 | 3,265 | 8 | 3,396 | 3,732 |
| MS WRESTLING - HEAD | 7 | 2,971 | 3,265 | 8 | 3,396 | 3,732 |
| MS WRESTLING - ASST | 3 | 1,273 | 1,399 | 4 | 1,698 | 1,866 |
| MS BUILDER'S CLUB | 3 | 1,273 | 1,399 | 4 | 1,698 | 1,866 |
| HS ACADEMIC TEAM COACH | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| HS ARCHERY - HEAD | 8 | 3,396 | 3,732 | 9 | 3,820 | 4,198 |
| HS ARCHERY - ASST | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| HS ATHLETIC DIRECTOR | 20 | 8,490 | 9,330 | 25 | 10,612 | 11,662 |
| HS ATHLETIC DIRECTOR - ASST | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS ATHLETIC TICKET MGR | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS BAND - HEAD | 15 | 6,367 | 6,997 | 18 | 7,641 | 8,397 |
| HS BAND - ASST | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS BAND - JAZZ | 9 | 3,820 | 4,198 | 10 | 4,245 | 4,665 |
| HS BAND - MARCHING | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| HS BAND - PEP | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| HS BASEBALL - HEAD | 12 | 5,094 | 5,598 | 14 | 5,943 | 6,531 |
| HS BASEBALL - ASST | 9 | 3,820 | 4,198 | 10 | 4,245 | 4,665 |
| HS BASKETBALL - HEAD | 15 | 6,367 | 6,997 | 18 | 7,641 | 8,397 |
| HS BASKETBALL - ASST | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS CHEERLEADER - HEAD | 14 | 5,943 | 6,531 | 16 | 6,792 | 7,464 |
| HS CHEERLEADER - ASST | 8 | 3,396 | 3,732 | 9 | 3,820 | 4,198 |
| HS CHORAL - HEAD | 15 | 6,367 | 6,997 | 18 | 7,641 | 8,397 |
| HS CHORAL - ASST | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS CROSS COUNTRY | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |

61

CCSD 4 000201       XXXXXXXXXXX

EXHIBIT A

| Position | | | | | |
|---|---|---|---|---|---|
| HS DEBATE/SPEECH | 12 | 5,094 | 5,598 | 14 | 5,943 | 6,531 |
| HS DEBATE/SPEECH ASST | 9 | 3,820 | 4,198 | 10 | 4,245 | 4,665 |
| HS CONTENT AREA CHAIR | 11 | 4,669 | 5,131 | 13 | 5,518 | 6,064 |
| HS DRAMA | 15 | 6,367 | 6,997 | 18 | 7,641 | 8,397 |
| HS DRAMA - ASST | 9 | 3,820 | 4,198 | 10 | 4,245 | 4,665 |
| HS FOOTBALL - HEAD | 15 | 6,367 | 6,997 | 18 | 7,641 | 8,397 |
| HS FOOTBALL - ASST | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS FUTURE TEACHER SPONSOR | 8 | 3,396 | 3,732 | 9 | 3,820 | 4,198 |
| HS PEER JURY | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| HS GOLF | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS DANCE | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS NATIONAL HONOR SOCIETY | 7 | 2,971 | 3,265 | 8 | 3,396 | 3,732 |
| HS NEWSPAPER | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| HS ORCHESTRA | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS SOCCER - HEAD | 12 | 5,094 | 5,598 | 14 | 5,943 | 6,531 |
| HS SOCCER - ASST | 9 | 3,727 | 4,096 | 10 | 4,141 | 4,551 |
| HS SOFTBALL - HEAD | 12 | 5,094 | 5,598 | 14 | 5,943 | 6,531 |
| HS SOFTBALL - ASST | 9 | 3,820 | 4,198 | 10 | 4,245 | 4,665 |
| HS STUDENT COUNCIL | 8 | 3,396 | 3,732 | 9 | 3,820 | 4,198 |
| HS SWIM FALL - HEAD | 12 | 5,094 | 5,598 | 14 | 5,943 | 6,531 |
| HS SWIM WINTER - HEAD | 12 | 5,094 | 5,598 | 14 | 5,943 | 6,531 |
| HS SWIM FALL - ASST | 9 | 3,820 | 4,198 | 10 | 4,245 | 4,665 |
| HS SWIM WINTER - ASST | 9 | 3,820 | 4,198 | 10 | 4,245 | 4,665 |
| HS TENNIS - HEAD | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS TENNIS - ASST | 9 | 3,820 | 4,198 | 10 | 4,245 | 4,665 |
| HS TRACK - HEAD | 15 | 6,367 | 6,997 | 18 | 7,641 | 8,397 |
| HS TRACK - ASST | 10 | 4,245 | 4,665 | 12 | 5,094 | 5,598 |
| HS VOLLEYBALL - HEAD | 12 | 5,094 | 5,598 | 14 | 5,943 | 6,531 |
| HS VOLLEYBALL - ASST | 9 | 3,820 | 4,198 | 10 | 4,245 | 4,665 |
| HS WRESTLING - HEAD | 12 | 5,094 | 5,598 | 14 | 5,943 | 6,531 |

CCSD 4 000202          XXXXXXXXXXXX

EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| HS WRESTLING - ASST | 9 | 3,820 | 4,198 | 10 | 4,245 | 4,665 |
| HS YEARBOOK | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| HS YEARBOOK BUSINESS MGR | 5 | 2,122 | 2,332 | 6 | 2,547 | 2,799 |
| HS AUDITORIUM MANAGER | Compensation at $32.50/hour as an extra duty ||||||
| READING RECOVERY TEACHER LEADER | 15% plus 20-day contract ||||||
| BTW STEM ACADEMY IN-HOUSE TECHNOLOGY SPECIALIST | $2,500 Annual Stipend (as long as magnet continuation funds are allotted to the building and the District wishes to provide funding for this position) ||||||
| SCHOOL-BASED DIGITAL LEARNING SUPPORT | Each campus may use up to $750 of its building budget to pay up to 3 teachers a stipend to support the implementation of digital curricular resources over the course of the school year ||||||

EXHIBIT A

## 2020-2021 Differential Salary Schedule

Years of experience related to a differential position shall mean experience earned in any State-accredited K-12 school, accredited community college, or accredited university within the same sport/activity. Experience shall be granted for either previous in-District and/or out-of-District differential positions. Verification of experience shall be the responsibility of the coach/sponsor/activity leader.

| All Numbers Based On 2020-2021 Bachelors Step 1 | Base: 43,511 w/TRS: 47,814 | | | | | |
|---|---|---|---|---|---|---|
| Differential Title | 1-4 Years Experience | | | 5+ Years Experience | | |
|  | % | Base | w/TRS | % | Base | w/TRS |
| GRADE LEVEL CHAIR | 7 | 3,046 | 3,347 | 8 | 3,481 | 3,825 |
| CONSULTING TEACHER | 8 | 3,481 | 3,825 | 8 | 3,481 | 3,825 |
| K-8 LEADER | 8 | 3,481 | 3,825 | 9 | 3,916 | 4,303 |
| NOVICE TEACHER MENTOR | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| SUPPORT MENTOR | 6 | 2,611 | 2,869 | 7 | 3,046 | 3,347 |
| MENTOR COORDINATOR | 12 | 5,221 | 5,738 | 14 | 6,092 | 6,694 |
| AVID SITE COORDINATOR | 8 | 3,481 | 3,825 | 9 | 3,916 | 4,303 |
| MS ACADEMIC TEAM COACH | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| MS ARCHERY - HEAD | 8 | 3,481 | 3,825 | 9 | 3,916 | 4,303 |
| MS ARCHERY - ASST | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| MS ATHLETIC DIRECTOR | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| MS BAND - JAZZ | 7 | 3,046 | 3,347 | 8 | 3,481 | 3,825 |
| MS BAND | 11 | 4,786 | 5,260 | 12 | 5,221 | 5,738 |
| MS BASEBALL - HEAD | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| MS BASEBALL - ASST | 3 | 1,305 | 1,434 | 4 | 1,740 | 1,913 |
| MS BASKETBALL | 8 | 3,481 | 3,825 | 9 | 3,916 | 4,303 |
| MS BUILDING LEADER | 8 | 3,481 | 3,825 | 9 | 3,916 | 4,303 |
| CONTENT AREA - COLUMBIA | 2 | 870 | 956 |  |  |  |
| MS CHORAL | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| MS CROSS COUNTRY - HEAD | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| MS CROSS COUNTRY - ASST | 3 | 1,305 | 1,434 | 4 | 1,740 | 1,913 |
| MS SOFTBALL - HEAD | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| MS SOFTBALL - ASST | 3 | 1,305 | 1,434 | 4 | 1,740 | 1,913 |

EXHIBIT A

| Position | | | | | | |
|---|---|---|---|---|---|---|
| MS TRACK - HEAD | 7 | 3,046 | 3,347 | 8 | 3,481 | 3,825 |
| MS TRACK - ASST | 3 | 1,305 | 1,434 | 4 | 1,740 | 1,913 |
| MS DRAMA | 7 | 3,046 | 3,347 | 8 | 3,481 | 3,825 |
| MS NATIONAL HONOR SOCIETY | 4 | 1,740 | 1,913 | 5 | 2,176 | 2,391 |
| MS ORCHESTRA | 11 | 4,786 | 5,260 | 12 | 5,221 | 5,738 |
| MS STUDENT COUNCIL | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| MS VOLLEYBALL | 7 | 3,046 | 3,347 | 8 | 3,481 | 3,825 |
| MS WRESTLING - HEAD | 7 | 3,046 | 3,347 | 8 | 3,481 | 3,825 |
| MS WRESTLING - ASST | 3 | 1,305 | 1,434 | 4 | 1,740 | 1,913 |
| MS BUILDER'S CLUB | 3 | 1,305 | 1,434 | 4 | 1,740 | 1,913 |
| HS ACADEMIC TEAM COACH | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| HS ARCHERY - HEAD | 8 | 3,481 | 3,825 | 9 | 3,916 | 4,303 |
| HS ARCHERY - ASST | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| HS ATHLETIC DIRECTOR | 20 | 8,702 | 9,563 | 25 | 10,878 | 11,954 |
| HS ATHLETIC DIRECTOR - ASST | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS ATHLETIC TICKET MGR | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS BAND - HEAD | 15 | 6,527 | 7,172 | 18 | 7,832 | 8,607 |
| HS BAND - ASST | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS BAND - JAZZ | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS BAND - MARCHING | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| HS BAND - PEP | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| HS BASEBALL - HEAD | 12 | 5,221 | 5,738 | 14 | 6,092 | 6,694 |
| HS BASEBALL - ASST | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS BASKETBALL - HEAD | 15 | 6,527 | 7,172 | 18 | 7,832 | 8,607 |
| HS BASKETBALL - ASST | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS CHEERLEADER - HEAD | 14 | 6,092 | 6,694 | 16 | 6,962 | 7,650 |
| HS CHEERLEADER - ASST | 8 | 3,481 | 3,825 | 9 | 3,916 | 4,303 |
| HS CHORAL - HEAD | 15 | 6,527 | 7,172 | 18 | 7,832 | 8,607 |
| HS CHORAL - ASST | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS CROSS COUNTRY | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |

CCSD 4 000205          XXXXXXXXXXXX

EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| HS DEBATE/SPEECH | 12 | 5,221 | 5,738 | 14 | 6,092 | 6,694 |
| HS DEBATE/SPEECH ASST | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS CONTENT AREA CHAIR | 11 | 4,786 | 5,260 | 13 | 5,656 | 6,216 |
| HS DRAMA | 15 | 6,527 | 7,172 | 18 | 7,832 | 8,607 |
| HS DRAMA - ASST | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS FOOTBALL - HEAD | 15 | 6,527 | 7,172 | 18 | 7,832 | 8,607 |
| HS FOOTBALL - ASST | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS FUTURE TEACHER SPONSOR | 8 | 3,481 | 3,825 | 9 | 3,916 | 4,303 |
| HS PEER JURY | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| HS GOLF | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS DANCE | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS NATIONAL HONOR SOCIETY | 7 | 3,046 | 3,347 | 8 | 3,481 | 3,825 |
| HS NEWSPAPER | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| HS ORCHESTRA | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS SOCCER - HEAD | 12 | 5,221 | 5,738 | 14 | 6,092 | 6,694 |
| HS SOCCER - ASST | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS SOFTBALL - HEAD | 12 | 5,221 | 5,738 | 14 | 6,092 | 6,694 |
| HS SOFTBALL - ASST | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS STUDENT COUNCIL | 8 | 3,481 | 3,825 | 9 | 3,916 | 4,303 |
| HS SWIM FALL - HEAD | 12 | 5,221 | 5,738 | 14 | 6,092 | 6,694 |
| HS SWIM WINTER - HEAD | 12 | 5,221 | 5,738 | 14 | 6,092 | 6,694 |
| HS SWIM FALL - ASST | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS SWIM WINTER - ASST | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS TENNIS - HEAD | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS TENNIS - ASST | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS TRACK - HEAD | 15 | 6,527 | 7,172 | 18 | 7,832 | 8,607 |
| HS TRACK - ASST | 10 | 4,351 | 4,781 | 12 | 5,221 | 5,738 |
| HS VOLLEYBALL - HEAD | 12 | 5,221 | 5,738 | 14 | 6,092 | 6,694 |
| HS VOLLEYBALL - ASST | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS WRESTLING - HEAD | 12 | 5,221 | 5,738 | 14 | 6,092 | 6,694 |

EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| HS WRESTLING - ASST | 9 | 3,916 | 4,303 | 10 | 4,351 | 4,781 |
| HS YEARBOOK | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| HS YEARBOOK BUSINESS MGR | 5 | 2,176 | 2,391 | 6 | 2,611 | 2,869 |
| HS AUDITORIUM MANAGER | Compensation at $32.50/hour as an extra duty ||||||
| READING RECOVERY TEACHER LEADER | 15% plus 20-day contract ||||||
| BTW STEM ACADEMY IN-HOUSE TECHNOLOGY SPECIALIST | $2,500 Annual Stipend (as long as magnet continuation funds are allotted to the building and the District wishes to provide funding for this position) ||||||
| SCHOOL-BASED DIGITAL LEARNING SUPPORT | Each campus may use up to $750 of its building budget to pay up to 3 teachers a stipend to support the implementation of digital curricular resources over the course of the school year ||||||

67
CCSD 4 000207           XXXXXXXXXXXX

EXHIBIT A

INDEX

| Entry | Page |
|---|---|
| 403(b) Section and Plans | 30 |
| Academic Freedom | 4 |
| Additional Work/Extended Contracts | 30 |
| Administrator for the Day Compensation | 31 |
| Advancement on Salary Schedule | 27 |
| Alcohol (and Drug) Testing Policy | 8 |
|     Purpose | 8 |
|     Definitions | 9 |
|     Drug and Alcohol Testing | 9 |
|     Discipline | 10 |
|     Employee Assistance Program | 10 |
| Areas of Consultation | 1 |
| Assessment (KIDS) | 16 |
| Assignment (Teacher) | 15 |
| Bereavement Leave | 21 |
| Building Councils | 4 |
| CFT: | |
|     CFT and Board Meetings | 11 |
|     Building Handbooks | 12 |
|     Bulletin Boards | 11 |
|     Business on School Time | 11 |
|     Correspondence | 10 |
|     Information Requests | 11 |
|     Names and Address of New Teacher | 12 |
|     Orientation Time | 10 |
|     Principal & Building Steward Consultations | 11 |
|     Printing & Distribution of Contract | 11 |
|     School Calendar | 11 |
|     Teacher Discipline | 12 |
|     Union Leave | 11 |
|     Use of Buildings | 10 |
|     Use of District Equipment | 11 |
|     Use of the Interschool Mail | 10 |
| Class Size (Kindergarten) | 19 |
| Classroom Interruptions | 15 |
| Classroom Moves Related to Construction | 47 |
| Club Sponsorships | 40 |
| Committees | 8 |
| Community/Home Visits | 19 |
| Compensation – Administrator for the Day | 31 |
| Compensation – Hard to Fill Positions Salary Step Placement | 32 |
| Compensation - Placements, TRS Contributions, Percentages, TRS Pension Code Limitations | 32 |
| Compensation – Recruiting of Teachers | 32 |
| Confidential Recommendations | 4 |
| Consent Form – Drug and Alcohol Testing Policy/Consent Form | 46 |
| Construction – Classroom Moves Related to Construction | 47 |
| Credit for Teaching Experience | 26 |
| Dental Insurance | 29 |
| Differentials (Teacher) | 31 |

CCSD 4 000208    XXXXXXXXXXXX

EXHIBIT A

| | |
|---|---|
| Differential Schedules – 2018-2019, 2019-2020, 2020-2021 | 55 |
| Direct Deposit | 6 |
| Drug and Alcohol Testing Policy | 8 |
|     Purpose | 8 |
|     Definitions | 9 |
|     Drug and Alcohol Testing | 9 |
|     Discipline | 10 |
|     Employee Assistance Program | 10 |
| Dues | 34 |
| Duration | 37 |
| Duty Free Lunch Period | 15 |
| Effect of the Agreement | 1 |
| Elementary Scheduling | 39 |
| Employee Assistance Program | 10 |
| Equipment, Supplies, and Facilities | 15 |
| ESL/Bilingual Records (Preparation of "Purple Folders") | 16 |
| Evaluation (Formal Teacher) | 12 |
|     Evaluation Objectives | 12 |
|     Formal Teacher Evaluation | 12 |
|     Professional Development Plan | 12 |
|     Evaluation Objections | 13 |
| Evaluation | 12 |
| Expulsion Procedures (and Suspension) | 14 |
| Extended Contracts | 30 |
| Extra Pay | 6 |
| Extra (Duty) Professional Services | 30 |
| Faculty Meetings | 19 |
| Fringe Benefits Provision (Reopening Conditions) | 28 |
| Grade/Record Keeping Days | 14 |
| Grievance Procedure: | |
|     Arbitration | 3 |
|     Definitions | 2 |
|     Procedures | 3 |
|     Statement of Basic Principles | 2 |
| Group Dental Insurance | 29 |
| Group Health Insurance | 28 |
| Group Life Insurance | 30 |
| Group Vision Insurance | 29 |
| Guardian (Parent) Visitation (for Teachers) | 26 |
| Hard to Fill Positions (Salary Schedule Step Placement) | 32 |
| Hazardous Conditions | 14 |
| Health Insurance | 28 |
| Home/Community Visits | 19 |
| Homebound Pay | 31 |
| IEP's (Release time for Preparation of Individualized Education Programs) | 15 |
| Incentive – Turnover Reduction | 36 |
| Injury/Assault Cases (Teacher) | 14 |
| Insurance: | |
|     Group Dental Insurance | 29 |
|     Group Health Insurance | 29 |
|     Group Life Insurance | 30 |

CCSD 4 000209    XXXXXXXXXXX

EXHIBIT A

    Group Vision Insurance ............................................................................................ 29
Internal Substitution ................................................................................................... 16
Internal Vacancies ...................................................................................................... 42
Involuntary Transfers ................................................................................................. 20
Job Sharing ................................................................................................................. 25
Joint Committee ........................................................................................................... 8
Jury Duty/Witness ...................................................................................................... 25
KIDS Assessment ....................................................................................................... 16
Kindergarten Class Size ............................................................................................. 19
Lane Movement (Advancement on the Salary Schedule) .......................................... 27
Lane Movement (Teachers "Off Schedule") .............................................................. 34
Leaves and Transfers .................................................................................................. 24
Leaves:
    Absence Without Pay ............................................................................................ 23
    Bereavement Leave ............................................................................................... 21
    Job-Sharing ............................................................................................................ 25
    Jury Duty/Witness ................................................................................................. 25
    Maternity/Childrearing .......................................................................................... 23
    Military Leave ....................................................................................................... 25
    Leave of Absence Without Pay ............................................................................ 23
    Notice of Absence ................................................................................................. 22
    Nursing Mothers .................................................................................................... 26
    Parent/Guardian Visitation (for Teachers) ............................................................ 26
    Personal Leave ...................................................................................................... 21
    Professional Leave ................................................................................................ 22
    Religious Leave ..................................................................................................... 25
    Sabbatical Leave ................................................................................................... 22
    Sick Leave ............................................................................................................. 20
    Sick Leave Bank .................................................................................................... 21
    Teacher Discipline ................................................................................................. 12
    Union Leave .......................................................................................................... 11
Leave of Absence Without Pay .................................................................................. 22
Lesson Plans ............................................................................................................... 19
Life Insurance ............................................................................................................. 30
Lunch (Duty Free Period) .......................................................................................... 15
Maternity/Child-Rearing Leave ................................................................................. 23
Mentors (Novice, Transition, Support, Consulting) .................................................. 17
Mileage Reimbursement ............................................................................................ 30
Military Leave ............................................................................................................ 25
Military Service Credit .............................................................................................. 27
Moves – Classroom Moves Related to Construction ................................................. 47
National Board Certificates ........................................................................................ 35
    National Board Certified Teacher ......................................................................... 35
    Nationally Certified School Psychologist ............................................................. 35
    Licensed Clinical Social Worker ........................................................................... 36
    National Board for Certification in Occupational Therapy .................................. 36
    National Certificate – American Speech-Language Hearing Association ........... 36
    Licensed Clinical Professional Counselor ............................................................ 36
Non-Discrimination ..................................................................................................... 7
Notice of Absence ...................................................................................................... 22
Notification of Vacancies ............................................................................................. 5

| | |
|---|---|
| Novak Academy | 19 |
| Nursing Mothers | 26 |
| Organizational Insignia | 5 |
| OT/PT Compensation (Salary Schedule Placement) | 33 |
| Parent-Student Complaint | 7 |
| Parent/Guardian Visitation (For Teachers) | 26 |
| Paydays | 6 |
| Payroll | 6 |
| Pension (TRS) Code Limitations | 33 |
| Personnel Files (Teacher) | 5 |
| Personal Leave | 21 |
| Preamble | 1 |
| Physical Examinations (and TB) | 13 |
| Professional (Voluntary) Development Compensation | 31 |
| Preparation of ESL/Bilingual Records ("Purple Folders") | 16 |
| Preparation Period | 12 |
| Printing and Distribution of Agreement | 11 |
| Private Sector Experience | 27 |
| Professional Development Hours | 10 |
| Professional Leave | 22 |
| Professional (Extra Duty) Services | 30 |
| Pupil Discipline and Teacher Protection | 13 |
| "Purple Folders" (Preparation of ESL/Bilingual Records | 16 |
| Recognition | 1 |
| Record (Grade) Keeping Days | 14 |
| Recruiting of Teachers Compensation | 32 |
| Redistricting | 5 |
| Reduction in Force | 8 |
| Religious Leave | 25 |
| Release Time | 39 |
| Release Time for Preparation of Individualized Education Programs | 15 |
| Reopening of Fringe Benefit Provisions – Conditions | 28 |
| Right to Organize | 7 |
| Right to Representation | 6 |
| Sabbatical Leave | 22 |
| Salary and Related Economic Items | 26 |
|     Credit for Teaching Experience | 26 |
|     Private Sector Experience | 27 |
|     Military Service Credit | 27 |
|     Advancement on Salary Schedule (Lane Change) | 27 |
| Salary Schedules – 2018-2019, 2019-2020, 2020-2021 | 48 |
| Salary Schedule Placement | |
|     OT-PT | 33 |
|     School Social Workers/School Psychologists | 34 |
|     Speech/Language Pathologists | 34 |
| School Calendar | 11 |
| School Social Worker/School Psychologists – Salary Schedule Placement | 34 |
| Section 403(b) and 403(b) (7) Plans | 30 |
| Sick Leave Bank | 21 |
| Sick Leave | 20 |
| Sixth Hour Classes | 18 |

EXHIBIT A

| | |
|---|---|
| Speech/Language Pathologist – Salary Schedule Placement | 34 |
| Stratton Extended Day | 18 |
| Strike | 1 |
| Student Grades | 15 |
| Substitution (Internal) | 16 |
| Supervision | 12 |
| Suspension and Expulsion Procedures | 14 |
| TB and Physical Examinations | 13 |
| Teacher Assignments | 15 |
| Teacher Differential | 31 |
| Teacher Retirement System Board Contribution | 32 |
| Teacher/Tentative Assignment | 15 |
| Teacher Injury/Assault Cases | 14 |
| Teacher Mentor | 17 |
| Teacher Protection (and Pupil Discipline) | 13 |
| Teacher Recruiting | 32 |
| Teacher Rights | 4 |
|     OT-PT Just Cause | 4 |
|     Academic Freedom | 4 |
|     Confidential Recommendations | 4 |
|     Organizational Insignia | 4 |
|     Building Councils | 4 |
|     Redistricting | 5 |
|     Notification of Vacancies | 5 |
|     Teacher Personnel Files | 5 |
|     Payroll | 6 |
|     Right to Representation | 6 |
|     Non-Discrimination | 7 |
|     Right to Organize | 7 |
|     Parent-Student Complaint Procedure | 7 |
|     Tenure Retention | 8 |
|     Committees | 8 |
|     Drug and Alcohol Testing Policy | 8 |
|     Professional Development Hours | 10 |
| Teacher Differentials | 35 |
| Teacher Recruiting | 40 |
| Tenure Retention | 8 |
| Transfers | 20 |
|     Involuntary Transfers | 20 |
|     Voluntary Transfers | 20 |
| Travel Time | 30 |
| Turnover Reduction Incentive | 36 |
| Union Leave | 11 |
| Union Rights | 10 |
|     Business on School Time | 10 |
|     Correspondence | 10 |
|     CFT Orientation | 10 |
|     CFT Use of Buildings | 10 |
|     CFT Use of Interschool Mail | 10 |
|     CFT Use of District Equipment | 11 |
|     CFT Bulletin Boards | 11 |

| | |
|---|---|
| CFT and Board Meetings | 11 |
| Information Requests | 11 |
| Principal and Building Steward Consultations | 11 |
| Ratification - Contract Printing | 11 |
| School Calendar | 11 |
| Union Leave | 11 |
| New Teachers Names and Addresses | 12 |
| Teacher Discipline | 12 |
| Building Handbooks | 12 |
| Vision Insurance | 29 |
| Visits (Home/Community | 19 |
| Voluntary Transfers | 20 |
| Witness/Jury Duty | 25 |
| Working Conditions | 12 |
| Preparation Period | 12 |
| Supervision | 12 |
| Formal Teacher Evaluation | 12 |
| TB and Physical Examinations | 13 |
| Pupil Discipline and Teacher Protection | 13 |
| Suspension and Expulsion Procedures | 14 |
| Teacher Injury/Assault Cases | 14 |
| Hazardous Conditions | 14 |
| Grade/Record Keeping Days | 14 |
| Student Grades | 15 |
| Teacher Assignment | 15 |
| Equipment, Supplies, and Facilities | 15 |
| Duty Free Lunch Period | 15 |
| Classroom Interruptions | 15 |
| Release Time for Preparation of Individualized Education Programs (IEPs) | 15 |
| Preparation of ESL/Bilingual Records ("Purple Folders") | 16 |
| KIDS Assessment | 16 |
| Internal Substitution | 16 |
| Workload Planning Process (ISBE Rule 223.735 Work Plan) | 43 |

CCSD 4 000213    XXXXXXXXXXXX

EXHIBIT A

**Side Letter**

This letter is not a part of the contract but is provided for the convenience of teachers, administrators, and Board of Education and is not subject to grievance or arbitration procedures.

<u>Evaluation Plan</u>

A joint committee of administration and CFT should be formed to revise the present teacher evaluation plan for both tenured and non-tenured staff.

<u>Release Time</u>

During the 2002 negotiations, a committee of representatives of the Board and the CFT was formed to discuss ways to increase the amount of release time for core academic teaching positions during the school day at the elementary schools. The subcommittee was unanimous in the view that there should be a minimum of two additional 45-minute periods of release time per week. The short-term goal is to provide one additional 45-minute period per week of release time as soon as possible.

The subcommittee agreed that the additional release time is needed for a variety of purposes including, but not limited to, collaborative planning (described below) and the completion of the increased amount of paperwork/forms and the recording and reporting of information required of the teachers. One-half of the additional release time each month will be used for collaborative planning time.

Brief summary of topics discussed will be kept for each session of collaborative planning time.

Principals and teacher teams will set the agenda for collaborative planning time and teachers set the agenda for all other release time.

Teachers have the flexibility to divide the other time into record keeping and collaboration.

The subcommittee agrees that the district must provide adequate time and resources for collaboration, planning and record keeping. The subcommittee also recognizes that any changes made to accomplish these goals should minimize or find offsets for the cost of the changes and should avoid placing an unreasonable or unfair burden on the staff members. Even so, based on the ideas discussed, the subcommittee was of the view that these short-term and long-term goals within the parameters shall be accomplished on a school-by-school basis.

A building level committee for elementary release time co-chaired by the administrator and a CFT representative will be formed to discuss specific proposals to accomplish these goals at each elementary school.

Definition of Collaborative Meetings for Teacher Groups:
    Collaboration meetings are vehicles for incorporating change strategies for higher student achievement. All sessions will focus on enhancing curriculum, instruction, and/or student achievement.





Begin forwarded message:

**From:** Alyson Stephenson <alystephenson4@gmail.com>
**Date:** July 9, 2020 at 2:47:02 PM CDT
**To:** Kenneth Kleber <kleberke@u4sd.org>, Jason Pope <popeja@u4sd.org>
**Subject: 2020-2021 school year**

This is my official notice to resign from my position as a 5th grade teacher at Bottenfield Elementary School for the 2020-2021 school year.

Please inform me of the last date of payroll and when my health insurance and other benefits are effective through so I can plan accordingly.

Thank you,
Alyson Stephenson

EXHIBIT 14