# In The Matter Of:

*STEPHENSON v.*

*CHAMPAIGN COMMUNITY SCHOOL*

---

*RENAYEE WESTFIELD*

*May 17, 2024*

---

*Area Wide Reporting and Video Conferencing*

*www.areawide.net*

*scheduling@areawide.net*

*301 W. White Street*

*Champaign, IL  61820*

Original File 0517WESR.txt

Min-U-Script® with Word Index



PLAINTIFF'S
EXHIBIT

# 1

1

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
2                  STATE OF ILLINOIS


3

4   ALYSON STEPHENSON,

5           Plaintiff,

6       -vs-                        No. 23-cv-02081

7   CHAMPAIGN COMMUNITY
    SCHOOL DISTRICT NO. 4,
8
           Defendant.
9

10

11

12

13          DEPOSITION OF RENAYEE WESTFIELD
                  May 17, 2024
14                  10:00 AM
              502 W. Windsor Road
15              Champaign, IL

16

17
              Reported In Person By:
18
          Deann K. Parkinson:  CSR 84-002089
19       Area Wide Reporting & Video Conferencing
                  301 West White
20          Champaign, Illinois  61820
                  (800)747-6789
21

22

23

24

25

2

1   APPEARANCES IN PERSON:

2
                    FOR THE PLAINTIFF:
3
                    MS. DAWN WALL
4                   Costigan & Wollrab PC
                    308 East Washington Street
5                   Bloomington, IL  61702
                    309-808-6067
6                   dwall@cwlawoffice.com

7

8                   FOR THE DEFENDANT:

9                   MS. CAROLINE K. KANE, ESQ
                    Franczek PC
10                  300 South Wacker Drive Suite 3400
                    Chicago, IL  60606
11                  312-986-0300
                    ckk@franczek.com
12

13
    Also Present:    Ken Kleber
14
                     *   *   *   *
15

16          THERE WERE NO EXHIBITS TO THE DEPOSITION

17

18
                         INDEX
19
    WITNESS:
20
            RENAYEE WESTFIELD..........page 4
21

22

23

24

25

3

DEPOSITION


The Deposition of RENAYEE WESTFIELD, a

citizen of the State of Illinois, a witness of lawful

age; produced, sworn, and examined upon her corporeal

oath, at 502 W. Windsor, Champaign, Illinois, on

May 17, 2024, before Deann K. Parkinson, CSR, Notary

Public in and for the County of Champaign and State

of Illinois, as a witness in a certain suit and

matter now pending and undetermined in the United

States District Court for the Central District of

Illinois.

CSR License No. 84-002089.

**RENAYEE WESTFIELD**

4

1              (The time is 10:04 a.m.)

2                     RENAYEE WESTFIELD,

3    the deponent herein, called as a witness, after

4    having been first duly sworn, testified as follows:

5                      EXAMINATION BY

6    MS. WALL:

7        Q.    Let the record show this is the deposition

8    of Renayee Westfield taken pursuant to notice and by

9    agreement of counsel.

10              As I said, Ms. Westfield, my name is Dawn

11   Wall, and I will have some questions for you today.

12   If you do not understand my question, or need me to

13   rephrase it, please just let me know.

14       A.    Okay.

15       Q.    Just a couple of ground rules.  Sometimes

16   you might anticipate -- you might anticipate what I'm

17   going to be asking you, and I may do the same.  I'm

18   going to try to not speak over you.  Because the

19   court reporter is taking everything down, it is

20   important that only one of us speak at a time.  And

21   so, I'll ask questions verbally, and if you can

22   respond with a verbal yes or a no, as opposed to a

23   nodding of the head, that will help the court

24   reporter.

25       A.    All right.

5

1    Q.   Very good.  Would you please state your full

2  name for the record and spell your first and last

3  name, please?

4    A.   Renayee Marie Westfield.  First name

5  R-E-N-A-Y-E-E.  Last name W-E-S-T-F-I-E-L-D.

6    Q.   And Ms. Westfield, I represent Alyson

7  Stephenson.  Do you know Alyson Stephenson?

8    A.   Yes.

9    Q.   And when did you first meet her?

10   A.   I first met her when she began working at

11 Bottenfield, but I do not recall the year.

12   Q.   Do you recall what your position was at

13 Bottenfield in the year that you met Miss Stephenson?

14   A.   Yes.  I was assistant principal.

15   Q.   And how long were you in the position of

16 assistant principal at Bottenfield?

17   A.   This would be my 9th year.  This would have

18 been my 9th year; 9th or 10th.

19   Q.   And you say would have been; was there a

20 change in your position?

21   A.   Yes.  I'm now director at LIFT Champaign.

22   Q.   And when did you start a position as a

23 director at LIFT in Champaign?

24   A.   November of '23.

25   Q.   And what do you do as a director at LIFT?

**RENAYEE WESTFIELD**

6

1    A.   For the most part I'm supposed to be

2  connecting to partnerships.  Overseeing the actions

3  of our champions.  Making sure that they are meeting

4  their duties, that they are doing their due diligence

5  with their students that they have on their load.

6  And just also making sure that they are visiting

7  their sites, and just insuring that I'm kind of

8  keeping those pieces.

9         Then there's also an extended day piece to

10  it.  So just insuring when the students come after

11  school that everything is there, the supervision.

12  Those different pieces.

13    Q.   So, did you leave your position as assistant

14  principal shortly before November of '23?

15    A.   No, it was actually, it was in November of

16  '23.

17    Q.   And what was your reason for leaving?

18    A.   The new position.

19    Q.   And when you say "new position", is that

20  position that you hold as the director with LIFT an

21  employee position with the Springfield -- I'm sorry,

22  with the Champaign School District?

23    A.   Yes.

24    Q.   And did you apply for the director of LIFT

25  position with the school district or were you

**RENAYEE WESTFIELD**

7

1  transferred?

2      A.    I applied.

3      Q.    Was there a reason personally that you no

4  longer wanted to be the assistant principal at the

5  Champaign district?

6      A.    I'd been in admin as an assistant principal

7  for 10 years.  So, I think the goal for any employee

8  is to either move to another position, or to move up.

9  So, that was pretty much it.

10      Q.    Would you perceive the move from assistant

11  principal to the director of LIFT as a promotional

12  move?

13      A.    Yes.  Yes.

14      Q.    And why would you think that that was a

15  promotional move for you?

16      A.    Um, because you go from being an assistant

17  principal to a director.  So, it's not a lateral

18  move.

19      Q.    During the time that you served as the

20  assistant principal at Bottenfield, who were the

21  principals that you worked under?

22      A.    I worked under Chris Gilbert and Jason Pope

23  and Kendra Bonam.

24      Q.    And do you recall during what years you

25  served under those folks?

**RENAYEE WESTFIELD**

8

1    A.   Chris Gilbert was either 2014 or 2015 until

2  2019.  Jason Pope was 2019 through 2021.  And Kendra

3  Bonam is 2022 until, and still currently the

4  principal.

5    Q.   During the time that you served as the

6  assistant principal under Jason Pope, did you have

7  any supervisory obligations over Alyson Stephenson?

8    A.   Yes, I was her evaluator.

9    Q.   And with respect to Champaign school

10  district, what does it mean to be her evaluator?

11    A.   So,  I would go in and conduct observations,

12  both formal and informal throughout a calendar or a

13  school year.

14    Q.   Can you describe for me what you would do in

15  conducting a formal observation in Alyson

16  Stephenson's classroom?

17    A.   So, the teacher would contact me and tell

18  me, because they get to decide for a formal when I

19  come in and what I see.  So she would have contacted

20  me and said hey, I'd like to be observed on this date

21  and time.  Do you have that available?  And if I have

22  it available, I always try to meet what the teachers

23  have, and then they would turn in, they would submit

24  a lesson plan and their form A.  And then I'd have

25  three days to review it.

1           And then at that time after the review I
2   would go in on the day, well, actually there would be
3   a pre-conference first, and then we would meet to
4   talk about what I was going to see.
5           And then from there I would come in for the
6   observation, and I would observe the lesson that I
7   was assigned to come in and look at.
8       Q.   And how long would you observe in a formal
9   situation?
10      A.   At least 45 minutes.  But, I do try to stick
11  around and see the transitions.  So, it could be
12  anywhere from 55 to 65 minutes.
13      Q.   And that 55 to 65 minute window is because
14  that is the typical transition period?
15      A.   Yeah, it includes transition times.
16      Q.   Now, as you sit here today, do you have a
17  recollection of the formal observation that you did
18  for Alyson Stephenson's classroom in 2019?
19      A.   No, I do not.
20      Q.   Typically, when would you do a formal
21  observation during the school year?
22      A.   It would depend on whether the teacher was
23  tenured or nontenured.  Nontenured has more formals
24  than a tenured teacher.  So, but they should be
25  conducted by, if it's a nontenured, they should be

RENAYEE WESTFIELD

10

1   conducted, the last one, should be conducted in

2   January, or by the end of January.  And then so I

3   usually, I typically, well, depending on what the

4   principal wants; we would typically start off with an

5   informal because those are the fastest to do.  So it

6   was about a 15 to 20, 25 minute informal.  And that's

7   done in September.

8            And then so we would have October, November,

9   December, and January, to conduct the two formals.

10       Q.   And on the informal evaluations, what steps

11  would you take to observe a teacher's classroom with

12  a similar class assignment as Alyson Stephenson?

13  Fifth grade versus kindergarten?

14       A.   Oh, okay.  Thank you for that.  It would

15  pretty much -- honestly, what I would do is I would

16  e-mail the teachers that I evaluated, and I would say

17  hey, over the next couple of weeks I'll be popping in

18  to do an informal.  And that's pretty much.  But

19  there is no -- no notice required for that one.

20       Q.   And that one you indicated for the informal

21  lasts between 15 and 25 minutes?

22       A.   Uh-huh.

23       Q.   That's a yes?

24       A.   Yes.  Thank you.

25       Q.   No problem.  So, as you may know, Miss

**RENAYEE WESTFIELD**

1    Stephenson has filed a federal suit against the

2    school district?

3        A.    Yes.

4        Q.    Have you reviewed the complaint that Miss

5    Stephenson filed?

6        A.    Yes.  I did.  Originally when it was filed.

7        Q.    And there are certain statements and

8    interactions that are attributed to you in the

9    complaint.  Do you recall those particulars that were

10   indicated in Miss Stephenson's complaint?

11       A.    I do recall those that were indicated in her

12   complaint.  But when you say recall, could you

13   clarify?

14       Q.    Well, as you sit here today do you have a

15   memory of the specific allegations that Miss

16   Stephenson made against you in her complaint?

17       A.    Okay.  Yes.

18       Q.    Okay.  And what do you recall those

19   allegations being?

20       A.    I believe there was one about Facebook

21   posts.  There was one about an RTI meeting.  And

22   comments she alleged during the RTI meeting.  Or I

23   don't think it was comments.  I think it was an

24   article.

25              And then there was one towards the end of

RENAYEE WESTFIELD

12

1    the year dealing with me coming in to the classroom,

2    or yeah, coming into her classroom, or not coming

3    into her classroom rather.

4        Q.    Anything else that you recall specifically

5    about the allegations in Miss Stephenson's complaint?

6        A.    Not at the moment.

7        Q.    What documents did you review, if any, in

8    advance of your deposition today?

9        A.    That.

10       Q.    And when you say "that", you mean the

11   complaint?

12       A.    The complaint, sorry.

13       Q.    Did you review any other documents?

14       A.    No.

15       Q.    Now, you mentioned your recollection of

16   Facebook posts.  What's your recollection of a

17   Facebook post that Ms. Stephenson discussed with you

18   or alerted you to?

19       A.    She did bring up a Facebook post to me at

20   work, and asked specifically if it was about her.

21   And as I told her, no.  I had actually -- I shared it

22   from another colleague in the building.  And it had

23   absolutely nothing to do with her.

24       Q.    Do you recall when the conversation occurred

25   between you and Alyson?

RENAYEE WESTFIELD

13

1       A.    I want to say October.

2       Q.    Do you remember the year?

3       A.    I think that was 2019.  Yes.

4       Q.    And do you remember where in the building

5  you were when you had this conversation?

6       A.    No.  I don't recall that.

7       Q.    And do you remember if anybody other than

8  you and Alyson were in the area when you had this

9  conversation?

10      A.    No.  At the moment I believe it was just she

11  and I.

12      Q.    Okay.  Do you know why Alyson brought that

13  particular Facebook post to your attention?

14            MS. KANE:  Just object to speculation.

15      Q.    Well, let me just respond for the objection

16  that I'm just asking if you know why she did that.

17  Did she express to you why she raised that issue with

18  you?

19      A.    No, she didn't tell me why.  She just asked.

20      Q.    Had you had some discussion with Alyson

21  shortly before this Facebook post that you believe

22  led to her question of you about that Facebook post?

23      A.    No.

24      Q.    Now, you indicated that the Facebook post

25  that you, that Alyson asked you about, was actually a

1    post that you shared of another colleague?

2        A.    Yes.

3        Q.    And what was that other colleague's name?

4        A.    Paula Partin.  P-A-R-T-I-N.

5        Q.    And what was Paula Partin's position with

6    Champaign School District at the time that you had

7    shared that post?

8        A.    Mentor coordinator for Bottenfield.

9        Q.    And is Miss Partin still here?

10       A.    No.

11       Q.    Do you know where she works now?

12       A.    No, I do not.

13       Q.    Did Ms. Stephenson express to you why she

14   believed that the post that you made was about her?

15       A.    No, she didn't.

16       Q.    Did the post involve damage to someone's

17   reputation?

18       A.    No.

19       Q.    What did the post involve?

20       A.    I do not recall the post.  But, I -- that

21   particular day I believe there were multiple posts.

22   And most of them, actually, had to deal with a show

23   that myself and Ms. Partin were a part of a

24   conversation group about a Game of Thrones.

25       Q.    Did Ms. Stephenson ever question you about

RENAYEE WESTFIELD

15

1   any other Facebook post that you posted that she

2   believed were directed at her?

3       A.   No.

4       Q.   Do you have currently a Facebook post?  I'm

5   sorry, a Facebook account?

6       A.   Yes.

7       Q.   And did you have a Facebook account in the

8   school year of 2019-2020?

9       A.   Yes.

10      Q.   And was your Facebook name Renayee

11  Westfield?

12      A.   Yes.

13      Q.   Did you at some point have a friend on

14  Facebook named Brian Brown?  I'm sorry, Bruce Brown?

15      A.   I'm not sure when he and I became friends on

16  Facebook.

17      Q.   Do you currently have a Facebook friend

18  named Bruce Brown?

19      A.   Yes.

20      Q.   And if you -- do you recall sharing a post

21  or posting on your Facebook with respect to a

22  statement that Dr. Mia Jackson Livizzo, L-I-V-I-Z-Z-O

23  had indicated?

24      A.   No, I don't recall.

25      Q.   Do you know a Dr. Mia Jackson Livizzo?

RENAYEE WESTFIELD

16

1      A.    Yes.

2      Q.    How do you know her?

3      A.    She was actually, she worked in the

4  district.

5      Q.    And when did she work in the district?

6      A.    She was in the district at that time.  I

7  don't know what year she began.

8      Q.    And when you say at that time, you mean the

9  2019-2020 school year?

10      A.    Yes, correct.

11      Q.    And what was her position?

12      A.    I don't recall.  I don't recall.

13      Q.    Would you have been in a position to

14  supervise Dr. Mia Jackson Livizzo in the 2019-2020

15  school year?

16      A.    No.

17      Q.    Do you know if she worked at the Bottenfield

18  school?

19      A.    No.

20      Q.    That was a bad question.

21      A.    That's okay.  I can answer.  She did not

22  work at Bottenfield.

23      Q.    Very good.  Thank you.  Prior to being the

24  assistant principal for Champaign School District,

25  what was your employment?

RENAYEE WESTFIELD

17

1      A.   I was assistant principal at Franklin Middle
2  School.
3      Q.   And then how long did you serve in that
4  position as assistant principal?
5      A.   Two years.
6      Q.   And what certifications or degrees did you
7  have when you took the position as the assistant
8  principal at Franklin?
9      A.   My certifications, I had my Type 3 for
10 teaching.  And my Type 75, which is a general
11 administrative degree.  And I had two Master's.  One
12 in educational leadership.  And then the other one in
13 family consumer sciences life educator.
14     Q.   Prior to being in administration, did you
15 ever teach students in a classroom?
16     A.   Yes.
17     Q.   And when was that?
18     A.   From 2004 until 2013.
19     Q.   And what grade levels did you teach?
20     A.   I have taught fourth grade and I have taught
21 third and fifth.
22     Q.   And when you were teaching from 2004 to
23 2013, was that in the Champaign School District?
24     A.   Yes.
25     Q.   Do you recall ever indicating to Ms.

18

1   Stephenson that it looked to you as though she had

2   just walked out of a KKK meeting?

3        A.   No.

4        Q.   Do you remember ever making any reference or

5   mention to certain teachers attending a KKK meeting?

6        A.   No.

7        Q.   Did you ever make a reference to a KKK

8   meeting during any committee meeting or other

9   conversation that you were having where Alyson

10  Stephenson was present?

11       A.   Yes.

12       Q.   And what was your reference or comment that

13  you recall with respect to the KKK?

14       A.    So, what I can recall is that during that

15  year, there was a meeting where staff had the option

16  to appear via Zoom.  And during that meeting, there

17  was a teacher that had a Confederate flag displayed

18  behind her, but the teacher was at home.

19            So, that, it was a big conversation.  And I

20  do feel like it, and it was brought up.  And so

21  coupled with that, and then going over the data for

22  our building for Black students, another teacher

23  chimed in and just said hey, you know, why do we have

24  to continue to talk about this?  You know, we see the

25  information.  We see the data.  It's kind of hard to

1  accept.

2          And he just indicated it was very -- it was

3  bothersome to continue to hear the information about

4  the Black students and their performance in the

5  district and their performance in the school.

6          And so at that point there was a small

7  statement about the actual flag being shown in the

8  back.  So I did make a statement where I said, well,

9  and it was in reference to this particular teacher, a

10  male teacher, to him specifically; and I told him

11  well, at this point I could see you walk out of a

12  Klan meeting, and I would not -- that's got no

13  concern to me.  Because it does not show up in how

14  you treat the students, nor does it show up in your

15  classroom.  So, whatever you do in your personal time

16  or your beliefs, it does not show into this.

17          And so it shouldn't have been a bearing in,

18  and just how people perceived the data or any of

19  those other pieces.

20          So, it was more to let him know that those

21  pieces weren't attributed -- I don't attribute those

22  pieces to him.  Whatever your beliefs are, or

23  whatever his colleagues' beliefs are outside of

24  school, my job is to see how what they do translates

25  in that classroom with the students.  And there was

20

1   never any evidence of there being a problem.

2          And I do believe that I ended that

3   conversation in letting him know to your students,

4   you feel like home to them.  So, you know, I didn't

5   want him to be uncomfortable with the data for the

6   school because he did a great job with all of his

7   kids.

8      Q.   Okay.  So, you gave me a lot of information

9   there.  We're going to have to go back and kind of

10  break that down.

11     A.   That's fine.

12     Q.   Now, you mentioned to me that you could see

13  this particular individual walking out of a Klan

14  meeting, and that wasn't an issue for you.  Is that a

15  correct statement of what you just indicated to me?

16     A.   Let me clarify what I mean by, it's not an

17  issue.  What their personal beliefs are outside of

18  the school, it's not -- if it's not translating into

19  what they're doing in their classroom, how they treat

20  their kids, their personal beliefs, it doesn't have

21  anything to do with me.

22     Q.   So when you made reference to Klan, what

23  Klan did you mean?

24     A.   The Ku Klux Klan, yes.

25     Q.   And what was the significance of your

1  reference to the Klan in this discussion that you've

2  shared with me about what occurred on the Zoom

3  meeting?

4      A.   A staff member bringing up the Confederate

5  flag.

6      Q.   Okay.  So let's talk about who was in

7  attendance at that Zoom meeting besides yourself?

8      A.   Most of the staff would have been there.  I

9  can't remember or recall who was there.  But, it was

10  a whole staff meeting.

11      Q.   Who typically would attend a staff meeting?

12      A.   All of the staff members at Bottenfield.

13      Q.   That would include administrative staff?

14      A.   Yes.

15      Q.   And how about like administrative

16  assistants?

17      A.   No.

18      Q.   So, teacher positions, I assume would attend

19  the all staff meeting?

20      A.   Yes.  Teacher positions, teacher assistants,

21  and admin.

22      Q.   And who in admin would attend that?

23      A.   It would have been myself and the principal.

24      Q.   And the principal at the time of this Zoom

25  meeting would have been who?

RENAYEE WESTFIELD

22

1      A.    Jason Pope.

2      Q.    Now, the male teacher that you were having a

3   conversation with, what was his name?

4      A.    Jim Iddings.

5      Q.    Can you spell his last name?

6      A.    I-D-D-I-N-G-S.

7      Q.    And is Jim Iddings still a teacher here in

8   the district?

9      A.    Yes.

10      Q.    And did you supervise Mr. Iddings?

11      A.    Yes.  I have supervised him before.

12      Q.    And were you his supervisor at the time that

13   this Zoom meeting occurred?

14      A.    I do not recall.

15      Q.    Well, if you were the assistant principal

16   during this call, would you have been supervising Mr.

17   Iddings?

18      A.    Not necessarily.

19      Q.    And why is that?

20      A.    It would just depend on what the principal

21   gave me for my evaluation load that year.

22      Q.    Would you have a list of what your

23   evaluation load was for the 2019-2020 school year?

24      A.    No.  I don't keep a personal list, no.

25      Q.    Would the school district have a list that

RENAYEE WESTFIELD

23

1    would have been exchanged between you and Jason Pope?

2        A.    No.  It's kept in an actual, our talent ed

3    system.

4        Q.    I'm sorry, in your what system?

5        A.    Our Talent Ed system is a system where our

6    evaluations are held.  So historically you could go

7    back and see who I see evaluated and who Jason

8    evaluated at the time.

9        Q.    Now, you mentioned that a staff member had

10   raised an issue with the Confederate flag being in

11   the background of another staff person's home.  Is

12   that fair?

13       A.    Yes.  That is fair.

14       Q.    Okay.  And do you remember who the staff

15   member was that raised an issue about the flag?

16       A.    No.  I don't remember who immediately

17   brought it up.  But, it was the discussion amongst

18   multiple staff members that day.

19       Q.    And do you remember who the staff person was

20   that had the Confederate flag in the background?

21       A.    Yes.

22       Q.    And who was that?

23       A.    Denise Staske.

24       Q.    Denny?

25       A.    Denise.

RENAYEE WESTFIELD

24

1     Q.   How do you spell her last name?

2     A.   S-T-A-S-K-E.

3     Q.   And what was Denise Staske's position at

4  Bottenfield during this call?

5     A.   She was a third grade teacher.

6     Q.   Did Ms. Staske  provide any dialogue or

7  input into this conversation that you were having

8  with Jim on the Zoom call?

9     A.   No, she did not.

10    Q.   When you made the comment that you would see

11  Jim walking out of a Klan meeting, but that would be

12  okay with you as long as his beliefs did not

13  transition into his classroom, did you direct your

14  comments to everyone on the Zoom call or specifically

15  to Jim?

16    A.   I do want to go back.  I did not say, I

17  would see you.  It was, I could.  And it was just

18  directed to him because he was the line of the

19  conversation and was the one that was bringing up

20  being upset about hearing about the scores.

21    Q.   And what is Jim's race?

22    A.   He is white.

23    Q.   And what other white teachers were on that

24  all staff meeting call for the Zoom call, if you

25  remember?

RENAYEE WESTFIELD

1      A.    All of the other teachers were white.  I'm

2  sorry, we did have an Asian teacher at the time.

3      Q.    And who was that?

4      A.    Mike Park.

5      Q.    Did you ever indicate to Alyson Stephenson

6  that in your opinion there were white male teachers

7  who were better able to interact with the Black

8  students in their classroom?

9      A.    No.

10     Q.    But, you had a belief that Jim, as a white

11  male teacher, was having appropriate relationships

12  with his students despite the fact that he might have

13  personal beliefs that would sync up with being a

14  member of the Klan?

15     A.    No.  That is not -- he just had good

16  relationships.  And he happened to be white.  But, he

17  wasn't even the one with the Confederate flag.  It

18  was his grade level counter part, Ms. Staske.

19     Q.    But, and correct me if I'm wrong.  But, I

20  understood you to say that you had directed this

21  comment to Jim about the fact that you could see him

22  walking out of a Klan meeting, and that would be

23  acceptable to you because he was not showing any of

24  those Klan type beliefs in his classroom in

25  interactions with his students?

RENAYEE WESTFIELD

26

1          MS. KANE:  Objection to the extent it
2    misstates the testimony.
3          Q.   Am I correct in that statement?
4          A.   I don't know what I do when she says --
5          MS. KANE:  I just have to preserve my
6    objection.
7          A.   I didn't know; I was like, I don't know.
8    Bang a gavel, I'm sorry.
9          MS. KANE:  That's okay.  Just pause real
10   quick; during this deposition I might object and I
11   have to put my objection on the record.  Typically
12   you would still have to answer the question to the
13   extent you can, or that you understand it.  So, just
14   as we move forward.
15         A.   Okay.  Could you repeat.  There was a piece
16   in there that I just want to make sure.
17         Q.   Okay.  So, with regard to Jim, you indicated
18   that you could see him walking out of a Klan meeting,
19   but that was not an issue for you because if he was a
20   Klan sympathizer, it was not translating into the way
21   that he was interacting with his students.
22         A.   Well, I want to make sure that I clarify
23   that there was a conversation that was happening
24   during the context of the meeting.  And so all of it
25   happened at once.  They are third grade level cohort.

1        So, he was the one that spoke up alongside

2   with the conversation that was happening with the

3   Confederate flag and those pieces, and ultimately

4   some members of the staff just being a little upset

5   with how our school, how they felt our school was

6   being portrayed.  And what the data would say or

7   speak to, to parents.

8        And so, you know, at that time I was also,

9   I'm AP at Bottenfield, but I'm also equity AP for the

10  district.  So my comment was to put him at ease.  It

11  was, well, you know, I could see you coming out of a

12  Klan member, a Klan meeting.  But none of that

13  translates to what you are doing in your classroom,

14  the impact you've made, and so that piece I wasn't

15  going to deal with it.  I did not want to get caught

16  in a conversation about it because I didn't want

17  anyone to feel that I was razzled by seeing, by the

18  Confederate flag. So it was an uncomfortable piece

19  for me.  But I wanted him to understand that, you

20  know, regardless; I'm looking at what you all do when

21  you're here.  And I've never seen anything from you

22  showing that you mistreated any of our babies.

23        Q.    I'm sorry, any of our --

24        A.    Babies;  students.  Students.

25        Q.    So, describe for me what you considered in

RENAYEE WESTFIELD

28

1  making your judgment that Jim did not have any of --

2  any beliefs that he held, that might be similar to a

3  Klan member's belief transitioning into his

4  classroom?  How did you make the determination that

5  you weren't seeing those things happening in his

6  classroom, as opposed to maybe in someone else's

7  classroom?

8      A.  He just had great relationships with his

9  students.  All of his students.  And parents loved

10 him.  All of his parents loved him.  And he was often

11 overly chosen when we would get letters of hey, I'd

12 like this teacher for my student.

13     Q.  The data that you were discussing about the

14 performance of Black students in particular at

15 Bottenfield, was there isolated data about the Black

16 students in Jim's classroom as opposed to another

17 teacher's classroom?

18     A.  Yes.  Our instructional coach would

19 desegregate the data by grade levels and classroom

20 teacher.

21     Q.  And so you indicated to me previously that

22 Denise and Jim were both assigned to third grade, is

23 that correct?

24     A.  Correct.

25     Q.  And was there any distinction between the

1  instructional coach separating out the data between

2  Denise and Jim's classroom?

3      A.   Not that I know of.

4      Q.   So, it would have been just segregated out

5  by grade level, is that a fair statement on data?

6      A.   It would have been desegregated by grade

7  level, teacher, school.  Also, SES status.

8      Q.   Okay.  So, earlier I had asked you if the

9  instructional coaching breakdown would have shown a

10  breakdown between Denise and Jim separately for their

11  classrooms, and I thought you responded no.  It would

12  just be by third grade.

13      A.   I don't -- perhaps misunderstood.  The

14  instructional coach is an actual person.

15      Q.   Right.

16      A.   So however she would choose to desegregate

17  the data based off whatever she was asked to do.

18      Q.   Okay.  My question was, do you know what the

19  instructional coach did, in terms of separating out

20  that data to determine if someone is looking at the

21  data, could they tell the test scores of only Jim's

22  classroom students, versus the test scores of

23  Denise's classroom students?

24      A.   Not sure because the instructional coach was

25  not my role.  It was a different person.

1     Q.    Well you were looking at the data that was

2   presented during this Zoom call, correct?

3     A.    Well, no.  The Zoom call happened prior to

4   the actual meeting in the building.  It was the last

5   time.  And then when we came, everyone was talking

6   about the flag.  And when you had mentioned, you had

7   mentioned instructional coaching.  But I wanted you

8   to know that the instructional coach was an actual

9   person, and whatever her duties were, or the

10  information she was asked to pull, it could change

11  based off of whatever the meeting was or who asked

12  her to pull those pieces.

13    Q.    So you just indicated to me that the Zoom

14  call was prior to the meeting where there was an

15  issue about the flag?

16    A.    Yes.

17    Q.    I thought the flag, Confederate flag issue,

18  came up during the Zoom meeting?

19    A.    It was seen during the Zoom meeting.  And

20  when we got back together, that is when it was

21  brought up by the staff.

22    Q.    Okay.  So, during the Zoom meeting, was

23  there any conversation where you indicated that you

24  could have seen individual, staff personnel, walking

25  out of a Klan meeting?

RENAYEE WESTFIELD

31

1       A.    No, not during the Zoom meeting.

2       Q.    Okay.  So, then how much time elapsed

3    between the observation by you of the Confederate

4    flag on Denise's Zoom, and a physical meeting?

5       A.    I don't know the dates.

6       Q.    Well, do you know if it was a period f a

7    week between the Zoom call and the meeting?  Or a

8    period of three weeks or a month?

9       A.    I don't know for sure, so I don't want to

10   try to guess.

11      Q.    Did it happen in the same school year?

12      A.    Absolutely.

13      Q.    Do you know why the meeting that was held

14   where Denise had the background with the flag, why

15   that meeting was held by Zoom?

16      A.    So, that was the start of some of the COVID

17   pieces.  But, I don't remember why we started moving

18   to some of the -- to the Zoom meetings.

19      Q.    And as you sit here today, you're certain

20   that you had an in-person meeting after that Zoom

21   meeting where there was a discussion about the data

22   for performance of students?

23      A.    Yes.

24      Q.    And where did that in-person meeting take

25   place?

RENAYEE WESTFIELD

32

1      A.    In our library.

2      Q.    And do you remember who attended?

3      A.    Not specifically, but it was a staff

4   meeting.

5      Q.    Did union personnel ever attend staff

6   meetings?

7      A.    Yes.

8      Q.    And do you know, was there always a union

9   member at every staff meeting or only in particular

10   instances?

11      A.    If they were absent, our union members were,

12   they were staff members.  So they would have been

13   required to be at the meetings as well.

14      Q.    Was it the practice that someone would take

15   notes or minutes of staff meetings?

16      A.    It was not the practice at that time for

17   that principal.

18      Q.    And when you say that time and that

19   principal, you mean the 2019-2020 school year?

20      A.    Yeah.

21      Q.    And that principal, meaning Jason Pope?

22      A.    Correct.

23      Q.    And how do you recall that it was not the

24   practice during that time period?

25      A.    We never had note takers.

**RENAYEE WESTFIELD**

1    Q.   Do you know if any staff members that were

2  also union members that were attending staff meetings

3  in the 2019-2020 school year, would have been taking

4  notes of the meeting?

5    A.   No.

6    Q.   And that's no, you don't recall that?

7    A.   No, I don't know if they took notes or not.

8    Q.   Has anyone ever indicated to you that there

9  were notes of an all staff meeting in the school year

10  2019-2020, attributing certain statements to you

11  about white supremacy?

12    A.   No.

13    Q.   And has anybody indicated to you that there

14  are notes of committee meetings where certain

15  statements were attributed to you about white

16  supremacy?

17    A.   No.

18    Q.   Now, earlier when we were speaking you

19  mentioned that you recalled an allegation in Aly

20  Stephenson's complaints about an article.  Do you

21  remember that?

22    A.   Yes.

23    Q.   And do you know what the article was?

24    A.   Yes.  It was one of three articles that I

25  read excerpts from during our Tier 2 committee

1  meeting.

2      Q.   And when did that Tier 2 committee meeting

3  take place?

4      A.   I don't recall the month.  But, I was out in

5  January and February because my mother had passed.

6      Q.   And I'm sorry.  Is that January of '20?

7      A.   January of '20.

8      Q.   Okay.  And February of '20 also?

9      A.   Uh-huh.  Yes.

10      Q.   So, because you were out during that time,

11  is it your belief that the Tier 2 committee meeting

12  took place prior to January of '20?  Or after

13  February of '20?

14      A.   After.

15      Q.   Okay.  And who typically attends a Tier 2

16  committee meeting?

17      A.   It would have been myself, the instructional

18  coach, the social worker.

19      Q.   Any teachers?

20      A.   The teacher who was bringing students

21  through.  So that could switch, depending on which

22  teacher had the concern.  But, I don't remember.  It

23  would have been -- we would have had another teacher

24  on it.  I just don't remember who that teacher is at

25  the moment.

**RENAYEE WESTFIELD**

1     Q.   And you indicated that the white supremacy

2  article was one of three articles that you talked

3  about?  Or that you read excerpts from three

4  different articles?

5     A.   I believe I stated I read excerpts from

6  three articles, but I never had an article that was

7  titled white supremacy.

8     Q.   Do you recall what three articles you read

9  excerpts from at the Tier 2 committee meeting

10  sometime in March of 2020?

11     A.   I read from a PBIS article.  There was

12  another article.  And then the third article was

13  Sippin the EquiTEA.

14     Q.   And you indicated there was a PBIS article.

15  What does that stand for?

16     A.   Positive Behavior Intervention Strategies

17  and Support.  It's our, at one point, that was our

18  district -- our MTS, more acronyms.  It was our, like

19  our behavior system, like a system of support

20  schoolwide.

21     Q.   And do you recall what excerpt you read from

22  that PBIS article?

23     A.   I believe that article talked about the next

24  steps.  So, CICO, which is if students are having

25  behavior issues or there's a concern, that they have

1    something called check in check out.  And so that

2    talks about the rationale behind check in check out.

3        Q.  With respect to that check in check out

4    process, do you recall at this particular meeting in

5    March of '20 indicating that for Black students that

6    check in check out is like them having to check in

7    and out with their parole officer?

8        A.  Actually, the purpose of that meeting was

9    Ms. Stephenson brought three students through.  All

10   three from her class.  And all three were Black.

11       Q.  Well, so that wasn't my question.

12       A.  Okay.

13       Q.  So I didn't get an answer to my question.

14   So, I'm going to ask the court reporter to reread

15   that question back.

16            (At this point the court reporter read the

17   requested portion of the record.)

18       A.  No.

19       Q.  So it's your testimony that you did not say

20   that during that meeting?

21       A.  Not in that -- not the way the question was

22   phrased.

23       Q.  Okay.  Can you tell me, did you make a

24   reference to parole officers with respect to Black

25   students in that meeting?

1        A.    Not with respect to Black students.

2        Q.    Okay.  Well, what was your reference to a

3   parole officer during that meeting?

4        A.    So, the issue with putting the students --

5   our protocol was if the students are having behavior

6   pieces we put them on check in check out.  Ms.

7   Stephenson did not want the students placed on check

8   in check out.  My statement was actually in, it was

9   almost like a con for using CICO, because that

10  actually has been a statement that was made by other

11  staff members that students carrying around the small

12  clipboards and having to check in, is like parole.

13  So, it's like them checking in with a parole officer.

14  So, it was actually a pro and a con for everyone in

15  the room, just okay, understanding this point of

16  view.  This has been said.  So, it was me saying, I

17  get your concern.  So --

18       Q.    What was the concern that Ms. Stephenson was

19  raising to you that you indicate, I get your concern?

20       A.    According to what she stated in the meeting,

21  Ms. Stephenson did not want her students to be placed

22  on check in check out, which is what our team was

23  suggesting.  She felt that it would have a bearing on

24  her relationship, not just with those students, but

25  with their families.  The rest of the team was trying

1  to convince her that she should put her students on

2  check in check out because that was what the protocol

3  was.

4         And so she did raise, she raise the some

5  concerns that we had heard before.  And so my piece

6  was letting the team know her concerns are valid.

7  They have been raised before.  However, we still

8  continue the CICO.

9    Q.   So when you say she was raising a concern,

10  one of the concerns that she brought to you about the

11  Black students, the three in particular that were

12  involved in this meeting, was that if they were put

13  in on check in and check out, other individuals,

14  including teachers in the school, would perceive that

15  as students having to check in and check out with a

16  parole officer?

17    A.   Can you repeat that?

18    Q.   Well, you had indicated earlier that other

19  people in the school had noted or raised this

20  perception that if Black students have to carry this

21  clipboard around, it could be perceived by others

22  like having to check in and check out with a parole

23  officer, correct?

24    A.   Not totally correct.  It was -- it wasn't

25  just Black students.  It was students checking in

RENAYEE WESTFIELD

1   with the clipboard.

2       Q.    Well, Ms. Stephenson brought to you in

3   particular that with respect to these three students

4   that the Tier 2 meeting was about, the perception

5   because they were Black students, correct?

6       A.    Can you rephrase that?

7       Q.    Well, had Ms. Stephenson asked for a Tier 2

8   committee meeting with respect to the CICO process on

9   non Black students prior to this March meeting?

10      A.    I don't recall that.

11      Q.    So it's your testimony that the PBIS article

12  you referenced related to this CICO issue?

13      A.    Uh-huh.  Yes.  CICO.  Yes.

14      Q.    And beyond just that subject matter being

15  referenced, do you remember the exact excerpt from

16  that article?

17      A.    No.

18      Q.    And do you still have a copy of that PBIS

19  article?

20      A.    No.  Not that I'm aware of.

21      Q.    And why where you have brought that

22  particular article to the tier two meeting?

23      A.    I brought three of the different articles to

24  the meeting because I was made aware of her wanting

25  to, you know, bring her students through, through

1    another party.  So through the instructional coach.

2    So, when she talked to me about what the concerns

3    were, I usually try to bring some type of -- some

4    type of article or so just to kind of give the

5    rationale behind the why.

6        Q.   Prior to this March 2020 meeting, had you

7    ever had a conversation with Ms. Stephenson about

8    relationships that she was making with students that

9    you perceived put her in an adverse position with her

10   co-teachers?

11       A.   Yes.

12       Q.   And when did that happen?

13       A.   That actually happened after that meeting.

14       Q.   And when you say that meeting, you mean the

15   Tier 2 meeting?

16       A.   Yes.

17       Q.   And what actually happened after the Tier 2

18   meeting?

19       A.   She, Ms. Stephenson, asked me some questions

20   that were specifically about her and her classroom.

21   And as I told her in the meeting, I did not feel

22   comfortable discussing those things in front of the

23   rest of everyone in the room because it was her

24   business.  So, at that time she asked if I felt

25   comfortable staying behind and talking to her.  And I

1   did.

2       Q.   Now, when you say the other people in the

3   room, was that at the Tier 2 meeting?

4       A.   That was right after the Tier 2 meeting,

5   yes.  It was the same day.

6       Q.   And what conversation transpired between you

7   and Ms. Stephenson after -- right after that Tier 2

8   meeting?

9       A.   Aly began crying, and she mentioned that she

10  was having a hard time with her class that year, and

11  with those three students in particular.  And I

12  believe -- it was about those students in particular.

13  And then so then I gave her advice on how to just

14  handle her management -- how to handle like the

15  classroom management, that I didn't see it as her

16  just having issues with those students.  It was a

17  classroom piece.  It wasn't just those three

18  students.

19          And I gave her some advice.  I just said

20  hey, when you -- if issues arise, handle them.  Don't

21  send the students to the office.  I believe I told

22  her that that was conceding your power as a teacher.

23  And to talk to her students herself instead of

24  allowing them to talk to others.  And that way that

25  would position her as that main care person or care

1   station for her students.

2           And so I, yeah, I told her it would position

3   her as her -- as the care station or the main care

4   for her students.  And that every time she sends a

5   student to the office, it's like conceding power.  So

6   to be the point of contact whenever her kids had

7   issues.

8       Q.   During that conversation between you and Ms.

9   Stephenson, did Ms. Stephenson raise to you that

10  other teachers, including and yourself, were going to

11  her students directly about circumstances or

12  situations that had occurred between her and her

13  students?

14      A.   No.

15      Q.   Did Ms. Stephenson ever raise to you that

16  she believed that you were interrogating her students

17  about her classroom behaviors?

18      A.   That didn't come until after she asked me

19  not to come into her classroom and speak to her

20  students.

21      Q.   Okay.  Now you're telling me that that came

22  after.  What do you mean, "that came after"?

23      A.   The conversation you just mentioned, did she

24  ever tell me.  She did not--that never came up.  I

25  didn't hear anything about that until after I was

1    informed that she did not want me to speak to her

2    students or to come into her classroom.

3        Q.   And how were you informed that Ms.

4    Stephenson did not want you speaking with her

5    students or coming to her classroom?

6        A.   Principal Pope told me.

7        Q.   And do you remember when Principal Pope told

8    you that?

9        A.   Not exactly, no.

10       Q.   Was it after the Tier 2 meeting?

11       A.   Yes.

12       Q.   And do you know, did Principal Pope tell you

13   why Ms. Stephenson had reported that request to the

14   principal?

15       A.   No.

16       Q.   So, you had no understanding as to why Ms.

17   Stephenson, after the Tier 2 meeting, did not want

18   you in her classroom and did not want you speaking to

19   her students?

20       A.   When you say after the Tier 2, I just want

21   to make sure you're not asking me if it was

22   immediately after, because I don't know the time

23   frame between that meeting and when Jason informed me

24   that Ms. Stephenson did not want me to come into her

25   classroom as an administrator.

1    Q.   Okay.  And my question was, did you at any

2  point in time learn why Ms. Stephenson did, had

3  expressed to Mr. Pope that she did not want you in

4  the classroom and did not want you speaking with her

5  students?

6    A.   Yes.  That did come later.

7    Q.   Okay.  And how much later did that come, if

8  you recall?

9    A.   I don't -- I can't recall.

10    Q.   Was it prior to the end of the school year?

11    A.   Yes.

12    Q.   And how did you learn of that information

13  later?

14    A.   Mr. Pope told me kind of as a follow-up.  We

15  were about to have a meeting with Ms. Stephenson and

16  Mr. Pope and a district official.

17    Q.   And did actually a meeting occur between Ms.

18  Stephenson, Principal Pope, and a district individual

19  and yourself?

20    A.   Yes.

21    Q.   And who was the district individual?

22    A.   Orlando Thomas.

23    Q.   And what was that meeting about?

24    A.   It was about the incident.  I did not go in

25  Ms. Stephenson's room.  She had an incident with one

2:23-cv-02081-CSB-EIL   # 14-1   Filed: 08/20/24   Page 46 of 194

RENAYEE WESTFIELD

1  of the students that she had brought to Tier 2.  The

2  student was in the classroom doing some talking back

3  and some yelling.  And she called the office and

4  spoke to the -- spoke to our secretary.  And asked to

5  have an administrator come remove the student.

6        So, the secretary came to me because Mr.

7  Pope was out of the building.  And she said Ms.

8  Stephenson would like for you to remove such and such

9  student.  She is talking back.  And she's raising her

10  voice.  The student was raising her voice.

11        And so I let the secretary know, well,

12  technically that's a classroom managed behavior.  And

13  as the administrator, we make the decision on whether

14  we remove.

15        About five minutes later a union steward

16  came.  I was on a phone call.  She opened my door.

17  Came in the office.  So I got off of my phone call.

18  And she said, so you're not going down to Aly's room.

19  And I said, excuse me?  And she said, well, Aly

20  called for help.  She has a student that is raising

21  her voice.  And I said well, from what I understand I

22  was asked not to go into her classroom and I was also

23  asked not to speak with her students.

24        And so she was like, so, you're not going to

25  go.  And I said per Aly's request, I will not.   And

Area Wide Reporting and Video Conferencing
1-800-747-6789

1  then after she left, I went to the nurse, who had a

2  great relationship with this student, and I said hey,

3  could you kind of go down and just kind of check, and

4  just kind of see how things are going.

5          And so the nurse went down.  And then she

6  came back about four minutes later.  And I said hey,

7  you know, what's going on, can you tell me?  And she

8  said she was talking back, saying what she didn't

9  want to do.  She didn't want to sit in her seat.  And

10  then I said okay, well, how is it going?  Do you

11  feel -- she said well, I just told her to sit down.

12  I said okay, what happened after that?  She said she

13  sat down and that was it.  So that was the end of

14  that situation.

15      Q.   So, you knew in advance of the meeting with

16  Orlando Thomas that Ms. Stephenson had told Principal

17  Pope that she did not want you in her classroom,

18  correct?

19      A.   Correct.

20      Q.   Is it your testimony you did not know the

21  reason that Ms. Stephenson did not want you in her

22  classroom until the meeting with Orlando Thomas?

23      A.   Yeah, I didn't know at that time what her

24  rationale was.

25      Q.   So, when Principal Pope said to you as an

1  evaluator of Ms. Stephenson that she doesn't want you

2  in her classroom, you didn't ask him why?

3      A.   No.

4      Q.   Well, was that unusual that a teacher you

5  were assigned to evaluate would tell your superior

6  that they didn't want you in their classroom?

7      A.   Yes.  It was very unusual.

8      Q.   And despite the fact that it was unusual,

9  you didn't ask Principal Pope for any reason why?

10     A.   No.

11     Q.   Okay.  So, this situation where you receive,

12  the office receives a phone call that Ms. Stephenson

13  needs assistance; were you on the phone when the

14  secretary told you that Aly needed assistance in her

15  classroom?

16     A.   Not at the moment, no.

17     Q.   Did anybody relate back to Ms. Stephenson

18  that you as an administrator had made the decision

19  that it was a classroom situation and you were not

20  going to come down there?

21     A.   I don't know what was said to Ms.

22  Stephenson.

23     Q.   Did you ask the secretary to tell Ms.

24  Stephenson that you had made the administrative

25  decision that you were not going to come to her

1  classroom?

2      A.    I didn't ask for her specifically to tell

3  her, no, I did not.

4      Q.    Did you just tell the secretary that you

5  were not going to go to the classroom?

6      A.    I said that is classroom management,

7  managed, and I will not be going.

8      Q.    And then it was -- and you don't know what

9  the secretary told Ms. Stephenson?

10      A.    No.

11      Q.    And it was shortly after that when the union

12  rep came into your office?

13      A.    Yes.

14      Q.    And do you remember who the union rep was?

15      A.    Elizabeth Booth.

16      Q.    And you were on the phone at the time that

17  Ms. Booth knocked on your door?

18      A.    She did not knock.  I'm sorry.  No.  Yes, I

19  was on the phone when she came to my office.

20      Q.    All right.  And did she wait for you to

21  conclude your phone call?

22      A.    No.

23      Q.    And so while you're on the phone she's

24  talking with you about whether you're going to go

25  down to Aly's classroom?

RENAYEE WESTFIELD

49

1      A.   She just made a statement, just, you know,

2   you're not going to go down, and I'm holding the

3   phone.

4      Q.   Do you remember who you were on the phone

5   with?

6      A.   No.

7      Q.   Do you remember the subject of the

8   discussion on the phone?

9      A.   Discipline for another student.  So, it

10  probably would have been with a parent.

11     Q.   But you have no present memory as you sit

12  here today of who you were on the phone with?

13     A.   No.

14     Q.   And then you told Ms. Booth that you were

15  not going to go down to the classroom?

16     A.   Yes.

17     Q.   And did you tell Ms. Booth the reason you

18  were not going down to the classroom?

19     A.   Yes, that Ms. Stephenson had asked that I

20  not talk to or come into her classroom.  I did not

21  talk to her students or come into her classroom.

22     Q.   And did Ms. Booth indicate to you that she

23  knew that Ms. Stephenson had made that request to

24  Principal Pope prior to this call to you to come down

25  to her office?

RENAYEE WESTFIELD

50

1      A.    She did not.

2      Q.    And did Ms. Booth say anything to you as to

3 your response that you were not going down to the

4 classroom?

5      A.    No.

6      Q.    And then how is it that the school nurse was

7 sent down to the classroom?

8      A.    I spoke to, I asked the school nurse to go.

9      Q.    But, that was after the union rep came

10 questioning why you weren't coming to the classroom?

11      A.    Correct.

12      Q.    Prior to Beth Booth, Elizabeth Booth, coming

13 to you, you just were going to let this situation

14 play itself out because you deemed it as classroom

15 behavior problems?

16      A.    I didn't deem it as classroom.  Our code of

17 conduct has a statement.  And under there you will

18 look at different behaviors.  It talks about

19 classroom managed, versus office managed behaviors.

20 There are also pieces for our PBIS and our behavior

21 training, in which we share those same pieces with

22 teachers at the beginning of the year.

23           But it's also found in our code of conduct

24 that all the teachers have that state classroom

25 managed, versus office managed.  And a student not

1  sitting, a student raising their voice, is considered

2  classroom managed.

3      Q.   Well, did you know that the student was

4  refusing to sit in Ms. Stephenson's classroom prior

5  to the nurse coming back to you and having a

6  discussion with you about what the issue was?

7      A.   Yes, I believe she said that she would not

8  -- she wouldn't sit.  And that she was raising her

9  voice and talking back to the teacher.  I think those

10  were the three things I stated.

11      Q.   And who told you that?

12      A.   That was the secretary when she came in.

13      Q.   So, you recall that the secretary told you

14  that the three specifics that Ms. Stephenson related

15  to her was that the student would not sit down, the

16  student was raising their voice, and what was the

17  third?

18      A.   And talking back.

19      Q.   And you remember those things as you sit

20  here today?

21      A.   Yes.

22      Q.   And do you remember the secretary that told

23  you those things?

24      A.   Patti -- Patti Floyd.  Patricia Floyd.

25      Q.   And based on what Ms. Floyd told you, you

1  made the decision that it was classroom behavior, as

2  opposed to office?

3      A.    Following our code of conduct, yes.

4      Q.    Had there been instances prior to you

5  receiving the request when Jason Pope was out of the

6  office to go to Ms. Stephenson's room that were

7  classroom behavior issues that you chose to respond

8  to?

9      A.    Yes.

10     Q.    And when would those have been?

11     A.    Throughout the years that I worked as AP,

12  and that she and I worked together.

13     Q.    So was the only reason that you chose to

14  designate this particular instance with this female

15  student as a classroom behavior under the code of

16  conduct because Jason Pope had told you Ms.

17  Stephenson did not want you in her classroom?

18          MS. KANE:  Objection to form of the

19  question.

20     Q.    You can answer?

21     A.    Okay.  Sorry.

22     Q.    Unless Ms. Kane instructs you not to answer,

23  she's just making objection for the record.

24     A.    Okay.  Could you ask that again?

25          (At this point the court reporter read the

1  requested portion of the record.)

2      A.   Correct.  Yes.  Sorry.

3      Q.   So prior to receiving that information from

4  Mr. Pope, if Ms. Stephenson called the office for

5  assistance with a classroom behavior management issue

6  you would have responded differently?

7      A.   Yes.

8      Q.   But up until that point in time you didn't

9  know why Ms. Stephenson did not want you in her room,

10  correct?

11      A.   Correct.

12      Q.   What is it about the discussion at the

13  meeting with Orlando that made you then know why Ms.

14  Stephenson did not want you in her classroom or

15  talking with her students?

16      A.   It was, when I met with Jason and Orlando to

17  kind of talk about, you know, what would be discussed

18  during the meeting, that is when I was more or less

19  informed that she felt that I had talked to, or that

20  Jason and I had talked to three of her students.  And

21  that those three students in that meeting had

22  mentioned that they felt that their teacher, Ms.

23  Stephenson, was racist.  Kind of in her defense they

24  also said it about the other two fifth grade

25  teachers.  But it was her three students.

1          And as soon as they had mentioned that in

2    the meeting, I stopped the meeting, got up and went

3    to go get Mr. Pope and had him conduct the meeting

4    with the students.  So, Jason informed me that it was

5    that meeting that made Ms. Stephenson feel that I was

6    -- I guess asking her students or speaking to her

7    students about her being racist when this was what

8    the students came down to report.

9          So, this wasn't anything that, you know, I

10    had -- it wasn't anything that I had found.

11    Q.   The three students where you were having the

12    discussion with them, how did that meeting come about

13    with those three students?

14    A.   The three students came to the office and

15    asked to speak with me.  So, the secretary let me

16    know that they were out.  And then once I was able to

17    meet with them, I called them in my office.

18    Q.   Would it have been unusual for you to have

19    students ask for a meeting directly with you?

20    A.   No.  That's not unusual.

21    Q.   And these three students, were they all

22    Black students?

23    A.   Yes.

24    Q.   And were they all three in Ms. Stephenson's

25    classroom?

RENAYEE WESTFIELD

55

1       A.    Yes.

2       Q.    And did you ask Ms. Stephenson to come in to

3   that meeting?

4       A.    No.

5       Q.    Did you know prior to meeting with the

6   students what the discussion was going to be about?

7       A.    No.

8       Q.    Is there a provision in the district's code

9   of conduct or employee handbook that directs you how

10  to have communications with students when they bring

11  issues to administration?

12      A.    I'm not -- not that I am aware of.

13      Q.    So you're not aware of any protocol that

14  another administrative person should be in the room

15  when you're having a discussion with students?

16      A.    No.  Because it would depend on the actual

17  discussion.  Like, if it was, you know, something

18  sexual in nature, I would call for the social worker.

19  Or, you know, if it was something with how the

20  student was feeling, I might call for the nurse.  Or

21  if it was a male student, and he was talking about I

22  would call for a male colleague to come in.  So, it

23  would depend on, I think those type of things depend

24  on the discussion and what's being brought up.

25      Q.    In this instance the three students, were

1  they all female?  All male?

2      A.   I believe two male and one female.

3      Q.   And in this instance, did you call for a

4  male colleague because two of the students were male?

5      A.   Yes.  I went and got Mr. Pope.

6      Q.   Was the only reason that you went to get Mr.

7  Pope because you were meeting with two male students?

8      A.   No.  Because once the students brought up

9  they felt their teachers were being racist towards

10 them, I went and got Mr. Pope.

11     Q.   Okay.  You just said teachers, plural.

12     A.   Yes.

13     Q.   And who were the teachers that these three

14 students thought were being racist?

15     A.   The entire fifth grade cohort.  Ms.

16 Stephenson, and then the other two fifth grade

17 teachers.

18     Q.   And who would those have been?

19     A.   Mr. McDaniel and Ms. Schmidt, I think.

20     Q.   And did these three students attribute any

21 specific statements or actions that they perceived as

22 racist to them?

23     A.   They felt that they were the only ones being

24 called out for misbehaviors.

25     Q.   Okay.  And their comments were attributed to

1   the entire fifth grade team as opposed to just Ms.

2   Stephenson, correct?

3       A.   Yes.

4       Q.   And if they were Ms. Stephenson's students,

5   why would those students have had interaction with

6   Mr. McDaniel or Ms. Schmidt?

7       A.   Because they switched classes for different

8   courses.

9       Q.   And at least these three students were

10  reporting that they perceived all three teachers as

11  being racist?

12      A.   Yes.

13      Q.   Any reason other than that they were being

14  called out for misbehavior?

15      A.   No, that was it.

16      Q.   And what was your response when those issues

17  were raised by these students?

18      A.   I let Mr. Pope take the lead on that.

19      Q.   And why is that?

20      A.   Honestly, I was the only Black teacher in

21  the building, and conversations on race were very

22  hard to have in that building as an administrator and

23  as equity AP for the district.

24      Q.   And why is it that, you indicated that you

25  were the only Black teacher.  You were not actively

RENAYEE WESTFIELD

58

1    teaching during this time.  You were the assistant

2    principal?

3        A.   I'm sorry, I was the only Black certified

4    staff member.  And -- yeah.

5        Q.   And you were also the equity?

6        A.   Equity AP, yes.

7        Q.   And why is it about those two things that it

8    made it difficult for you to have conversations about

9    race in the school?

10       A.   I worked in a building that historically

11   does not like to hear about issues of equity as it is

12   -- as it applies to race.

13       Q.   What particular events had happened

14   historically that made you have this perception that

15   you worked in a building where they did not like to

16   hear about equity in race?

17       A.   I also taught in the building.  There was a

18   former assistant principal who went on to be

19   principal in another building who would give -- she

20   had to present our school data.  And by the end of

21   the meeting she was crying because the staff was not

22   open to the information she was giving.  So, she came

23   into my classroom.  At that time I was the only Black

24   teacher.  There were no Black administrators.  And

25   she stated how upset she was at how she was treated

59

1   for just giving the school our own data as well.  I

2   received a package of teeth in inner school mail.

3       Q.   A package of teeth?

4       A.   Children's teeth, yes.

5       Q.   What was the significance of you receiving a

6   package of teeth in the inner office mail?

7       A.   That was never discovered.

8       Q.   Well, why did you perceive that as a

9   historically significant thing about equity in race?

10      A.   I was the only Black teacher in the

11  building.  And historically speaking, just the idea

12  of sending body parts as forms of intimidation.

13      Q.   And you perceived that as being sent to you

14  as intimidation with regard to your race?

15      A.   Absolutely.

16      Q.   What about sending body parts, or

17  specifically teeth, would make you think that was

18  directed at you because of your race?

19      A.   Historical pieces.  There are historical --

20      Q.   Okay.  You say there are historical.  I'm

21  not understanding that response.

22      A.   Just the intimidation factor of sending

23  packages with no context.  And seeing my staff

24  members standing at the door laughing when I opened

25  it.  But, no one saying that they actually sent it.

60

1   But yet when I opened the package, there were three

2   staff members at my door laughing.  So, I thought it

3   was a joke at first.

4        Q.   And I'm sorry, your position when this

5   happened was as a teacher?

6        A.   I was an assistant principal.

7        Q.   Okay.  And was Aly Stephenson any one of the

8   three staff persons outside your door at this time?

9        A.   She was not.  No.

10       Q.   And was she even teaching in the school when

11  that happened?

12       A.   Yes, she was.

13       Q.   The three staff people, were they teachers?

14       A.   One was a teacher.  The other one was the

15  principal.  And then the other one was a secretary.

16       Q.   And who was the principal?

17       A.   Chris Gilbert.  That was the year before

18  this.

19       Q.   And who was the one teacher?

20       A.   Andrew McDaniel.

21       Q.   And then how about the staff person?

22       A.   The staff person was a secretary.  Patti

23  Floyd.

24       Q.   Did you report to anyone how you perceived

25  that as a historic concern with regard to equity and

RENAYEE WESTFIELD

61

1   race when this happened?

2       A.   Yes.

3       Q.   And who did you report that to?

4       A.   Orlando Thomas.

5       Q.   Why did you report that to Orlando Thomas?

6       A.   Because he was our campus supervisor.

7       Q.   And this happened in the year prior to

8   2019-2020 school year?

9       A.   Yes.

10      Q.   Did anything come about with respect to your

11  report to Orlando Thomas?

12      A.   No.

13      Q.   Was it ever determined who sent you the

14  package?

15      A.   No.

16      Q.   You had your own opinions about who did it,

17  correct?

18      A.   Yes.

19      Q.   And you drew those conclusions from the

20  three people that were outside of your office

21  laughing?

22      A.   No.

23      Q.   What did you draw your conclusion from?

24      A.   Handwriting samples.

25      Q.   And who did you determine the handwriting

1  sample matched?

2      A.   Another fifth grade teacher that was in the

3  building at the time.

4      Q.   And who was that?

5      A.   Matt Trueblood.

6      Q.   Matt Trueblood?

7      A.   Yes.

8      Q.   Okay.  And is he still a teacher here?

9      A.   I don't know.

10     Q.   Was Matt Trueblood a school teacher when

11 Alyson Stephenson was on the fifth grade team?

12     A.   Yes.

13     Q.   When the three students reported that their

14 perception was that the teachers on the fifth grade

15 team were racist, did they include Matt Trueblood?

16     A.   He wasn't there at the time.

17     Q.   What other incidents had happened in the

18 building historically that made you perceive that it

19 was a difficult building to have discussions about

20 race in?

21     A.   There would be conversations about Black

22 applicants directly before their interviews.

23     Q.   Who was having conversations about

24 applicant, Black applicants, before their interviews?

25     A.   The interview team and the principal.

**RENAYEE WESTFIELD**

63

1      Q.   And was this in the 2019-2020 school year?

2      A.   It was -- that happened the year before.

3      Q.   Okay.  And who was the principal at the

4 time?

5      A.   Chris Gilbert.

6      Q.   Any other events that had happened that gave

7 you this feeling that it was difficult to have

8 discussions about race in the Bottenfield Elementary

9 School?

10     A.   Yes.  The staff would -- they would say that

11 they did not like having conversations about our

12 equity initiatives from the district.  And that they

13 felt that issues that were brought about Black

14 students were happening all over the country.  So,

15 they didn't understand why our district was taking

16 the stance of, you know, dealing and discussing

17 equity when it was a country-wide issue.

18     Q.   What particular equity initiatives were

19 being applied at the Bottenfield Elementary School

20 during the 2019-2020 school year?

21     A.   Discussions about equity.

22     Q.   Well, that's a pretty broad category, right?

23 Discussions of equity includes several topics, would

24 you agree?

25     A.   Yeah, it can.

RENAYEE WESTFIELD

64

1      Q.    Can you be specific about discussions that

2   were happening with teachers at Bottenfield in 2019

3   and 2020 regarding the equity initiatives that the

4   district was expecting?

5      A.    In particular, we actually had to discuss

6   the behavioral and the academic data of African

7   American students, as opposed to simply like low SES.

8   We had to specifically discuss data for African

9   American students.

10      Q.    Were you part of developing the equity

11   initiatives in the 2019-2020 school year as the

12   equity director for the district?

13      A.    I was not the equity director.  I was the

14   equity AP.  So no, I was not a part of that.

15      Q.    So as the equity AP for the district, what

16   job duties did you have?

17      A.    So, pretty much I was a think tank for any

18   administrator.  And it was just not myself.  There

19   were two other equity APs at the time.

20      Q.    And who were those?

21      A.    I don't remember if it was Chassity

22   Beckless.  Yeah, I don't remember who the other two

23   were.

24      Q.    Do you remember what their positions were

25   with the district?

1    A.    They were also other assistant principals.

2    Q.    Do you remember what schools they were

3 assistant principals for?

4    A.    No.

5    Q.    And how long did you serve as the equity AP?

6    A.    That was probably about two to three years.

7    Q.    Why, if you know, why was one of the equity

8 initiatives for all staff to be discussing students

9 behavior with respect to race?

10    A.    I don't want to speak on behalf of the

11 district, so no.

12    Q.    Well, did you believe as the equity AP that

13 the student race was an issue that was impacting

14 teacher student relationships at Bottenfield in

15 2019-2020 school year?

16           MS. KANE:  Objection, I guess as to

17 vague.

18    A.    I'm sorry, I never considered that question.

19 So I do want to make sure.  Um, I would say yes, in

20 the same way that the sex of the student is

21 important.

22    Q.    And how is the sex of a student important

23 with respect to teacher student relationships?

24    A.    I think I was looking, I was answering that

25 last question based off of the behavior aspect.  So,

RENAYEE WESTFIELD

66

1   like, our male students tend to have more write-ups

2   in certain categories than females.  So, like your

3   more physical, you know, like your physical -- well,

4   at that time; now it's probably switched.

5          But, at that time like your more physical

6   behaviors we would attribute more to male students

7   based off of the number of write-ups from teachers.

8       Q.   Why would you say that's now switched?

9       A.    'Cuz girls are mean.  I'm sorry.  I'm sorry.

10      Q.   And it's your perception that that is a now

11  situation, as opposed to previously where males would

12  have been more aggressive?

13      A.   Yes.  There is definitely, there has been a

14  shift in data.

15      Q.   And you said earlier that with respect to

16  race and the behavioral data, you would draw similar

17  conclusions as to comparing gender to the data, is

18  that accurate?

19      A.   What do you mean by similar conclusions?

20      Q.   Well, I think you said you perceived the

21  behavioral data with regard to race the same as you

22  perceived it with regard to sex and behavior?

23      A.    Not the results of the data.  I was

24  answering what I thought was your question, that you

25  know, why would we consider race.  And I was just

1    saying we also consider gender and, like, SPED status

2    and then SES.

3         Q.   And what does SES stand for?

4         A.   Socioeconomic status.

5         Q.   Was there something specific about the data

6    with respect to race that you, as the equity AP,

7    believed showed a significant difference with regard

8    to race and behaviors in the data?

9         A.   For that particular year?

10        Q.   Yes.

11        A.   I can't recall.

12        Q.   Had you had discussions with the staff about

13   the fact that there was a perception that if a

14   student was Black, their behaviors would be reported

15   more often than if the student was White?

16        A.   No.

17        Q.   Did you ever make a statement to the fifth

18   grade teacher, Andrew McDaniel, that you perceived

19   him as being better capable of interacting with Black

20   students?

21        A.   No.

22        Q.   Did you ever refer to Andy as being more

23   White, but not too White, with respect to the way

24   that he interacted with male students?

25        A.   No.

1      Q.   Did you ever refer to Mr. McDaniel by his

2   race in any discussion that you had with regard to

3   his ability to interact with Black students, versus

4   White students?

5      A.   No.

6      Q.   Now, earlier we talked about this Tier 2

7   meeting where you shared excerpts from three

8   articles, correct?

9      A.   Correct.

10     Q.   Okay.  And you talked to me about one of the

11  articles which dealt with the CICO.  What did the

12  other two articles deal with?

13     A.   I don't remember the second article.  The

14  third article, which is Sippin the EquiTEA deals

15  with -- there's a graphic that was out and that the

16  district had presented, that I had presented, where

17  it shows children standing on boxes.  And just gives

18  you what equity looks like.  And based off of the

19  boxes that the kids need to stand on in order to see

20  a baseball game.

21     Q.   And what's of the significance of the boxes

22  that the students would need to stand on to see over

23  a fence?

24     A.   So, it's just talking about equity.  So,

25  there are like three children.  And they're all

1    different heights.  And the first picture is like all

2    three of the kids trying to see a baseball game.

3    But, the really, really short one can't see it at

4    all.  The second one can kind of see it.  And then,

5    you know, the taller kid can see over the fence and

6    see the actual game.

7             So, it was saying that equity is giving each

8    student what they personally need in order for them

9    to have access to see the game.

10       Q.   And giving the different size boxes would

11   equalize the way in which the students would see the

12   ball game, is that accurate?

13       A.   It would give them all access to be able to

14   see it.  But each student, based off of the height of

15   the student, so like the shortest one had like three

16   boxes, I think.  The second one had two.  And then I

17   don't remember if the tallest student was on a box or

18   not.  But, that's kind of how it went, that you give

19   each student what they personally need to be able to

20   access seeing the game.

21       Q.   And this was a district-wide graphic, is

22   that correct?

23       A.   Yes.

24       Q.   Was that a graphic that was included when

25   e-mail transmissions were made throughout the

RENAYEE WESTFIELD

70

1  district?

2      A.    I don't recall.

3      Q.    How would this particular picture be deemed

4  a graphic of the district?

5      A.    If it was like presented at like a district

6  meeting.

7      Q.    Do you remember a meeting at the district

8  where that particular graphic was presented?

9      A.    Yes.

10      Q.    And what meeting was that?

11      A.    They were, some of the equity meetings for

12  the district.

13      Q.    And how often would there be equity meetings

14  at the district in the 2019-2020 school year?

15      A.    I don't recall.

16      Q.    Do you remember which equity meeting you

17  would have received this district graphic, which

18  equity meeting?

19      A.    No.

20      Q.    Do you remember who would have attended?

21      A.    Administrators.

22      Q.    And did any teachers ever attend those

23  equity meetings?

24      A.    If, depending on what their roles were.  It

25  could depend on what the meeting was.

1      Q.   But, you don't remember how many meetings of

2   equity occurred in the 2019-2020 school year?

3      A.   No.

4      Q.   Do you remember ever there being an equity

5   meeting with administrators where Alyson Stephenson

6   would have attended in the 2019-2020 school year?

7      A.   Oh, I don't know.

8      Q.   The second article that you don't remember

9   the particular article, do you remember the subject

10  matter of the excerpt that you read?

11     A.   No.  Not from -- no.

12     Q.   And do you ever remember reading any excerpt

13  that made a reference to white supremacy?

14     A.   No.  I did not read a reference to that.

15     Q.   Did you ever make a statement with a

16  reference to white supremacy or white supremacists?

17     A.   No.  However, the Sippin the EquiTEA article

18  did have that term in it.

19     Q.   And what do you recall about that articles

20  reference to having white supremacy in it?

21     A.   Yeah, I don't recall because I didn't read

22  that.  That part out in the meeting.

23     Q.   Why did you read out the part about the

24  graphic of the three children from the Sippin the

25  EquiTEA article?

1     A.   Because Ms. Stephenson actually presented me

2   with a copy, she brought a copy of the graphic to the

3   meeting.  And was kind of using that as her rationale

4   for the students not to be put on CICO for her

5   reasons.

6     Q.   And how was Ms. Stephenson using this

7   district graphic with the three students to, I guess,

8   support her argument that these three Black students

9   should not be put on the CICO?

10    A.   I don't remember how she made -- I don't

11  remember how she made the connection.  But, it was

12  her basis just giving the students, you know, what

13  they need.

14    Q.   And what was the Tier 2 meeting consensus

15  about her position that her belief was that not

16  putting the students on the CICO was what they

17  needed, gave them what they needed?

18    A.   The team did not, they disagreed with her.

19  They felt that the student should be placed on check

20  in, check out.

21    Q.   And is that ultimately what happened, that

22  these three students were placed on the CICO?

23    A.   I don't believe they were placed on -- one

24  of the first steps is for the teacher to inform both

25  the parent and the students.  And Ms. Stephenson did

1  not want to do that.

2      Q.   Did Ms. Stephenson relate at the Tier 2

3  meeting that she did not want to undertake the

4  responsibility to notify the student and the parents?

5      A.   Yes.

6      Q.   And why was that?

7      A.   Because she felt that it would have a

8  bearing on her relationships with the students and

9  their parents and the families.

10      Q.   So, did anybody at the Tier 2 meeting offer

11  to step in and be the individual who notified the

12  student and the parents?

13      A.   I don't believe so.  No.

14      Q.   So, since Ms. Stephenson was unwilling to

15  take the step to notify the parents and the student,

16  the administrators at that meeting just decided that

17  that was acceptable?

18      A.   What do you mean, that was acceptable?

19      Q.   Not putting the students on the CICO was

20  acceptable to yourself and Jason Pope?

21      A.   I was the only administrator there.  Jason

22  could not make that meeting.  So, I was the

23  administrator there.  It wasn't acceptable.  But, Ms.

24  Stephenson has a contract.  Couldn't force her to do

25  that.

1      Q.   Well, did you bring in a union person to

2   have discussion with yourself and Ms. Stephenson

3   about your desire to have the three students put on

4   the CICO?

5      A.   No, it wasn't my desire.  It was just the

6   protocol for CICO.

7      Q.   Well, during the course of that Tier 2

8   meeting you made it clear to Ms. Stephenson that the

9   team at that meeting at least expected that the

10  students would be placed on the CICO because of the

11  CICO protocol, correct?

12     A.   No.  I mediate.  So, that was -- I go off of

13  what the team piece, which is why I had stated

14  earlier that at one point I did echo some of Ms.

15  Stephenson's concerns.  So, it was, one, to get them

16  to possibly see her side.  But then there's also,

17  that was the protocol.  And how they felt about her

18  push back.  They expressed to her.

19     Q.   So, your role in this Tier 2 meeting was

20  actually as a mediator?

21     A.   It's whatever the meeting actually called

22  for.  As the facilitator and the administrator,

23  everyone is there, but everyone who is called to the

24  meeting is an expert in their own right.  So, there

25  are more heads there.  And if I needed to make a

1   decision that didn't follow what Tier 2, what the
2   team would have wanted, that is within the purview of
3   what an administrator could do.  However, I supported
4   my team.
5       Q.   And I guess I'm not understanding what you
6   mean that you supported your team.
7       A.    I think it was more, you said that it was I.
8   And I just wanted you to know that there was a team.
9   It was a team decision.
10      Q.   Okay.  Well, I'm going back to you
11  characterizing yourself as the mediator in this Tier
12  2 meeting.
13           So, how were you mediating between contrary,
14  I guess --
15      A.   Opinions.
16      Q.   -- perspectives?
17      A.   Yeah.  Ms. Stephenson had a different
18  perspective from the team.  Her and the instructional
19  coach were, you know, going back and forth.  And so
20  just trying to take the sides of both sides, and I
21  thought it was mediating.  And just saying, hey, well
22  this is what this person is saying.  Or she's not
23  just saying this.  This isn't just coming from
24  somewhere.  I understand what she's saying.
25           And then hearing the instructional coach

RENAYEE WESTFIELD

1  that is saying, if you're having students that you

2  are seeing or having these adverse behaviors, and you

3  brought them to Tier 2, our protocol is at this point

4  once you produce any of the behavior data is to put

5  them on check in check out.

6          And I do remember the name of the other

7  teacher now that I -- that was a part of the team.

8  It was actually Amber Owens.

9      Q.   Okay.  So, when you say part of the team,

10  you mean at this Tier 2 meeting?

11      A.   Uh-huh.

12      Q.   That's a yes?

13      A.   I'm sorry, yes.

14      Q.   Okay.  And so at this Tier 2 meeting, it

15  would have been Amber Owens, Orlando Thomas?  Didn't

16  you say Amber Owens?

17      A.   Amber Owens was at the Tier 2 meeting.

18  Orlando, that was a different meeting.

19      Q.   Okay.  So, at the Tier 2 meeting it would

20  have been Amber Owens, the instructional coach?

21      A.   Uh-huh.

22      Q.   Yourself?

23      A.   Yes.

24      Q.   And Alyson Stephenson?

25      A.   Ms. Stephenson.  And the social worker.

1      Q.    And who was the social worker?

2      A.    Ginny Dambler.

3      Q.    So, earlier when you said that you were

4   supporting your team, I understood that to mean that

5   there was a consensus among the team members other

6   than Ms. Stephenson that these three students should

7   be on the CICO?

8      A.    Correct.

9      Q.    Okay.  And so it's your testimony then that

10  you were supporting that position because that was

11  the consensus in the room?

12     A.    Yes.

13     Q.    And even though you supported that outcome,

14  you didn't force Ms. Stephenson to adhere to what the

15  team's proposed outcome was?

16     A.    No.

17     Q.    That was a bad question on my part.

18     A.    Okay.  'Cuz mine might have been a bad

19  answer.

20     Q.    Let me rephrase that.  So, in this instance,

21  even though you supported having the students placed

22  on the CICO, you, yourself, did not take any steps to

23  force Ms. Stephenson to put these three students on

24  the CICO?

25     A.    No.

**RENAYEE WESTFIELD**

1      Q.    Okay.  And why was that?

2      A.    Can you ask that again.

3            (At this point the court reporter read the

4      requested portion of the record.)

5      A.    I can't force a teacher to do anything.

6      They have got a contract.

7      Q.    Well, could you have gone to Jason Pope

8      about the issue?

9      A.    Yes.  I could have.

10     Q.    And did you do that?

11     A.    I don't recall.

12     Q.    Okay.  So now let's take a bathroom break.

13            (The time is 11:52 a.m.)

14             (The time is 12:04 p.m.)

15            CONTINUED EXAMINATION BY

16               MS. WALL:

17     Q.    All right.  So, Miss Westfield, do you

18     recall in the 2019-2020 school year taking a trip to

19     Dallas, Texas, for a school related event?

20     A.    I don't believe it was during that school

21     year.  I think it was the summer before possibly.

22     Q.    Do you recall it being a school related or a

23     district related event?

24     A.    Correct.  The AVID trip.

25     Q.    And what does the acronym AVID stand for?

**RENAYEE WESTFIELD**

79

1     A.   It is -- oh, individual determination --

2  what is it?  It is, the A?

3     Q.   Is it academic?

4     A.   No, it's not acceleration.

5     Q.   Can you just describe what the AVID group

6  does?

7     A.   Yeah.  But it's going to bother me until I

8  get it out only because you caught me off guard.

9  Advancement Via Individual Determination.  So AVID is

10  just a system of support that the district has

11  adopted that works on making sure that students are

12  -- it's almost like a curriculum add in, to insure

13  that our students are college and career ready.

14     Q.   And so was there a particular event in the

15  summer immediately preceding the 2015-2020 school

16  year when you would have had occasion to attend an

17  AVID event in Dallas, Texas?

18     A.   I did attend, yes.

19     Q.   And who else do you recall attended from the

20  district?

21     A.   There were quite a few people and quite a

22  few schools.

23     Q.   Do you remember Aly Stephenson being an

24  individual from Bottenfield that attended that AVID

25  event?

RENAYEE WESTFIELD

80

1      A.    Yes.

2      Q.    And do you remember other individuals other

3 than yourself from Bottenfield that would have

4 attended that event?

5      A.    Yes.

6      Q.    And who would that have been?

7      A.    Aly, Andrew McDaniel, Nick Ponder.  Kristin

8 MacLund.  And there may have been a couple others.

9 But, I don't remember at the moment.

10      Q.    And how did you manage transportation for

11 yourself from here to Dallas, Texas?

12      A.    The district handled like our flights and

13 stuff.

14      Q.    Who made the flight arrangements?

15      A.    Someone from the district.

16      Q.    So, what was the protocol of how a person

17 who wanted to attend the AVID would notify the

18 district that they wanted to attend and that they

19 needed transportation arranged?

20      A.    So, if they were, if they agreed to be a

21 part of the AVID site team, and they wanted to

22 attend, they would just send me the e-mail saying

23 hey, I want to attend.  And then I would forward that

24 on to whomever was making like the hotel and flight

25 reservations for the district.

RENAYEE WESTFIELD

81

1      Q.   Do you recall seeing Aly at the Dallas,
2  Texas, airport on the date that you arrived in Dallas
3  for this meeting?
4      A.   Yes.
5      Q.   Okay.  And where would you have seen Aly?
6      A.   We all were on the same flight.  Well, not
7  all of us.  There were some were on a different
8  flight.  And I believe we flew out of Bloomington.
9  So, once we got off the flight, I waited for her
10  because she had her baby with her.
11      Q.   And when you say we flew out of Bloomington,
12  you would include yourself and Aly?
13      A.   Yes.
14      Q.   Okay.  And you do recall that she had her
15  baby with her, correct?
16      A.   Yes.
17      Q.   And the baby was like a newborn?
18      A.   I think she was four months.
19      Q.   Okay.  And so you say you waited for Aly;
20  where did you wait for her?
21      A.   When you unload, like right outside.  So I
22  waited for her to come because she had the baby, and
23  like the baby bag and stuff with her.  And we wanted
24  to hold the baby.  So myself and another
25  administrator waited.

RENAYEE WESTFIELD

82

1     Q.    Who was the other administrator?

2     A.    Sheffia Wright.

3     Q.    Can you spell her name for us?

4     A.    S-H-E-F-F-I-A.  And last name W-R-I-G-H-T.

5     Q.    And where was Sheffia Wright an

6     administrator?

7     A.    Ooh, I don't remember at the time.  I don't

8     remember at the time.

9     Q.    And what was her race?

10    A.    She's Black.

11    Q.    Any other Black administrators that flew on

12    the Bloomington flight with you and Aly, other than

13    Sheffia on that date?

14    A.    There may have been.  I don't recall.

15    Q.    Okay.  And it's your testimony that you and

16    Sheffia both waited for Aly because you wanted to

17    hold the baby?

18    A.    Yes, we actually, Sheffia held the baby and

19    I pushed the stroller and carried Aly's bags.

20    Q.    Did you guys ever go to the baggage claim

21    area when you arrived in Dallas?

22    A.    I believe we all walked together.  Yes.

23    Q.    And --

24    A.    Actually, let me take that back.  I think we

25    were able to catch one of those people that drive the

RENAYEE WESTFIELD

83

1   carts.  I think at one point we hopped a ride on the

2   cart.

3       Q.   And when you say "we", would that have

4   included Aly?

5       A.   Yes.

6       Q.   Then once you made it to the baggage area,

7   did you make arrangements for transportation to the

8   hotel?

9       A.   No, they were already prearranged.

10      Q.   What do you mean by, they were already

11  prearranged?

12      A.   Another administrator, Sheffia Wright,

13  actually had a reservation and so she had invited me,

14  like a week or so before, because we were told we had

15  to make our arrangements from the airport to the

16  hotel.

17      Q.   So Sheffia made transportation arrangements

18  for you?

19      A.   Yes.

20      Q.   And were there transportation arrangements

21  made for other people, other than Sheffia and

22  yourself by Sheffia?

23      A.   There were others in our van with us, yes.

24  But, I don't know if she made those for them.  If

25  they made them -- I don't know how that went down.

84

1   She just asked if I wanted.

2       Q.   Did anybody ever invite Aly to be part of

3   the transportation that Sheffia had made from Dallas

4   to the hotel?

5       A.   I don't believe any of the teachers invited

6   her.  But, that was because Aly had told us her

7   mother-in-law was supposed to meet her at the

8   airport.

9       Q.   When did Aly tell you that her mother-in-law

10  was supposed to meet her?

11      A.   When she let us know that she was bringing

12  the baby.  So, that might have been a couple weeks or

13  so before.

14      Q.   Do you recall at the luggage at the Dallas

15  airport everyone leaving for the hotel but Aly at the

16  time that you and Sheffia left in the transportation?

17      A.   I don't know if everyone left.  I know I got

18  in my van.

19      Q.   And when you say your van, it would have

20  been a van that Sheffia had arranged?

21      A.   Yes, not a van I owned.  No.

22      Q.   And then what hotel, do you remember, what

23  you were staying at?

24      A.   I don't remember.

25      Q.   Did Ms. Stephenson ever indicate to you that

1  she felt that she had been excluded from the group

2  because all of the Black administrators went in a

3  transportation vehicle to the hotel separate from

4  her, and that she was the only one excluded?

5      A.   No.

6      Q.   And did you ever observe that Aly was the

7  only White teacher at the Dallas airport in the

8  baggage area when the others of you left for

9  transport?

10     A.   No.  Not at all.

11     Q.   Do you remember seeing Andy McDaniel there

12 at the same time that Aly was at the Dallas airport

13 at the baggage claim?

14     A.   It would have depended on their flights.

15 But I did send out a text message thread that Aly was

16 a part of to everyone from Bottenfield.  And my

17 concern was her mother-in-law didn't show up.  And so

18 my concern was, hey, if anybody is still there, can

19 you please get a picture of the Uber driver, get a

20 picture of his license plate and stuff, you know, so

21 we have that information for Aly.

22     Q.   Okay.  Why did you send a text to everyone

23 to get a photo of the Uber that Aly was in?

24     A.   Because she was still there when I was going

25 to get in mine.  And I'm not -- I don't recall if

1  everyone else had left yet. But, her teachers, her

2  colleagues, they had had arrangements as well. But

3  because she was waiting on her mother-in-law, I don't

4  believe she got in on their arrangements. So she had

5  to make an arrangement once she was there. So I

6  asked her before I left, are you okay? And she said

7  she was fine. So then once I got in my van, I was

8  just texting like hey, somebody, you know, I need a

9  plate of whoever the Uber driver is that Aly gets in.

10 And it was a text message thread between all of us.

11 And at that point one of her colleagues said that he

12 was able to track, you could track it or whatever to

13 make sure, because I was worried. She was there with

14 a baby and her mother-in-law did not show up.

15     Q.   So you knew prior to you leaving in your

16 van?

17     A.   Yes.

18     Q.   That Aly was still at the airport and that

19 her mother-in-law had not shown up?

20     A.   Yes.

21     Q.   Did you say anything to Aly about I'm

22 concerned about you getting in an Uber by yourself,

23 and so I'm going to send a text to your other

24 colleagues or did you just leave?

25     A.   I didn't announce that I was going to send a

1  text.  But, I asked her if she was going to be okay.

2  And then I got in as I stated before.

3      Q.   During any period of time when you were the

4  assistant principal at Bottenfield in the 2018 -- I'm

5  sorry, the 2019-2020 school year, did Alyson

6  Stephenson ever left you know that she perceived that

7  you were treating her differently because she was a

8  White female teacher?

9      A.   Never.

10      Q.   Were you ever told that by Jason Pope, that

11  Aly Stephenson had indicated that perception to Jason

12  Pope about you?

13      A.   No.

14      Q.   Did Jason Pope ever indicate to you any

15  issue between you and Ms. Stephenson, other than

16  informing you that she did not want you in her

17  classroom at a particular point in time?

18      A.   He didn't make me aware of any issues.  In

19  October, he made me aware of -- Aly had received some

20  anonymous e-mails.  And so she had talked to him

21  about them first.  And then he told me that it didn't

22  seem to bother him.  But then she had also talked to

23  me about them.  But when she talked to me about them,

24  she cried.

25          So, once Jason and I compared notes, I said

1   hey, I do think you need to do a little bit more to
2   get to the bottom of this because she's clearly
3   upset.
4           So then when he followed up with her, he
5   said that she told him that she wasn't upset, but
6   that she felt that I made a bigger deal of it.  And
7   so I just left it alone at that point.
8       Q.   Okay.  Now, I want to go back because I
9   think you said that after Aly made this report to
10  Jason Pope about these anonymous e-mails, it did not
11  bother him.  Is that correct?
12      A.   If I said it, let me correct that.  I don't
13  -- I don't know whether it bothered him or not.  But,
14  our area of contention was, I wanted him to get down
15  to the bottom of who may have sent them.
16      Q.   So, when Mr. Pope indicated to you that he
17  thought the issue was resolved or he wasn't going to
18  take a next step, in your belief based on your
19  communication with Aly, you believed it was a bigger
20  issue that needed to be explored further?
21      A.   Yes.  She was crying when she talked to me
22  about it, yes.
23      Q.   So, let's talk about when Ms. Stephenson
24  talked to you about her receipt of these anonymous
25  e-mails in comparison to when Jason Pope was made

RENAYEE WESTFIELD

1  aware of the situation by Aly.

2      A.   I believe he was told first.

3      Q.   And did you have any communication with Mr.

4  Pope about what Aly had reported to him prior to Aly

5  reporting those same things to you and crying, as

6  you've said?

7      A.   No.

8      Q.   Okay.  So, nothing transpired in terms of

9  dialogue between you and Jason Pope after Aly spoke

10  with him about the situation, and before she spoke

11  with you, correct?

12      A.   Correct.

13      Q.   Okay.  And then when was the time that Aly

14  came to you about receiving these anonymous e-mails?

15      A.   I think it was a couple days.  I was out.

16  My mom was -- yeah.  My mom was, I was out a couple

17  days to help with my mother.

18      Q.   And then when you came back to school, did

19  Aly approach you --

20      A.   Yes.

21      Q.   -- about the issue?  And where were you when

22  she approached you?

23      A.   I take that back.  I actually believe union

24  steward Beth Booth approached me and told me about

25  them.  And then Aly came to me in my office, and we

RENAYEE WESTFIELD

90

1    spoke about them.

2        Q.   And when did Beth Booth approach you about

3    these anonymous e-mails that had been received by Ms.

4    Stephenson?

5        A.   It was like first thing that morning when I

6    got back.

7        Q.   And do you know why Beth Booth approached

8    you?

9        A.   No.

10       Q.   Do you know if Beth Booth had spoken to

11   Jason Pope about the issue prior to talking to you?

12       A.   No.

13       Q.   And what did Beth Booth say to you?

14       A.   She just asked me if Aly, or if I heard of

15   the letters that Aly had been getting.  And if she

16   had talked to me.  And -- I believe I told her no.

17   And then Aly came and talked to me later that

18   evening.

19       Q.   Okay.  And now you said Beth Booth talked to

20   you about the letters that Ms. Stephenson was

21   receiving.  And I think earlier you said e-mails,

22   anonymous e-mails.  Were there letters attached to

23   the e-mails?

24       A.   So, it started as e-mails.  Later, they

25   morphed into letters.  Or later she got letters as

1  well.

2      Q.   And do you recall what those letters were

3  about?

4      A.   Her, the e-mails she got was, as I feel,

5  they talked about her classroom management.  And

6  almost admonishing her for what was perceived to be

7  going on in her classroom.  But, I did feel that it

8  was mean spirited.

9      Q.   So, when Beth Booth mentioned these letters

10  to you, had you seen any e-mails or copies of any

11  letters --

12      A.   No.

13      Q.   -- relating to this subject?

14      A.   No.  Nothing yet.

15      Q.   When Ms. Stephenson came to talk to you, had

16  you seen copies of any e-mails or letters?

17      A.   No.  She brought them with her.  Or she

18  brought that one with her.

19      Q.   And when you say "that one", what do you

20  mean?

21      A.   So, I think in the time span I was out she

22  got a letter, and then her fifth grade colleague,

23  Andrew McDaniel, and then a fourth grade teacher, Jen

24  Leech, got letters. And I think it was like a time

25  span of two days.  But, their letters weren't like

1    hers.

2        Q.   And when you say their letters, you mean

3    Andrew McDaniel and Jen Leech?

4        A.   Yes.

5        Q.   All right.  Did you ever read the letters

6    that Andrew McDaniel received?

7        A.   Yes.  Aly had them all.

8        Q.   So, were there three letters in total?

9        A.   There were three e-mails in total that I

10   know of.

11       Q.   And then were the letters that were directed

12   to Aly, Andrew McDaniel and Jen Leech different than

13   the three e-mails?

14       A.   They are the three e-mails.  So the three

15   e-mails.  One went to Aly at first.  And then I don't

16   know if it was the next day or the day after that,

17   Jen Leech and Andrew McDaniel each got e-mails.

18       Q.   Okay.  In previous discussions you had

19   mentioned letters.  So I just want to make sure.

20   Were there only e-mails that were sent anonymously,

21   or were there e-mails and letters?

22       A.   There were e-mails and letters.  Later on,

23   like a month or so later, Aly started getting

24   handwritten letters as well.

25       Q.   Do you know if Andrew McDaniel or Jen Leech

**RENAYEE WESTFIELD**

93

1  ever received handwritten letters?

2      A.    No, I don't know that.

3      Q.    Okay.  With regard to the three e-mails, was

4  it your testimony that Aly brought all three of those

5  e-mails to you when she spoke with you about the

6  anonymous e-mails?

7      A.    Yes.

8      Q.    And did you have occasion to read those

9  e-mails?

10     A.    Yes.  We, as she was talking to me about

11  them, I was reading them.  And one of her areas of

12  contention was that -- like her classroom management

13  specifically was being talked about.  The other two

14  -- it didn't do -- they weren't done like that in

15  those letters.  Hers was specific to her classroom

16  management.  I felt it was mean spirited.  The other

17  two weren't.

18     Q.    And when Aly spoke with you about the

19  e-mails, what was the reason that she came to you

20  about them?

21     A.    I don't know.

22     Q.    Did Ms. Stephenson ever indicate to you that

23  she believed that you were behind these anonymous

24  e-mails?

25     A.    So, she did ask me in that conversation if I

1    had sent her that e-mail.

2        Q.    Do you have any basis to know why Aly would

3    have thought that you were behind those e-mails?

4        A.    No.  Absolutely not.  Because as I told Aly

5    in that meeting, I'm not the type to do anything

6    anonymously.  If I had had a concern, I would have

7    come to her with it.

8        Q.    In terms of the timing of these three

9    e-mails, how does that compare to the occurrence

10   where you were in the administration office and a

11   call was made to the office for assistance with

12   respect to the female student in Aly's classroom?

13       A.    Is that the one where I didn't remove the

14   student?

15       Q.    Yes.

16       A.    The letters, I believe, happened in October.

17   That situation with the student was towards the end

18   of the year.

19       Q.    And when you say towards the end of the

20   year, would that have been in the spring of '20 or

21   the --

22       A.    It would have been the spring of '20.

23       Q.    So, the March 2020 time frame to the end of

24   the year?

25       A.    Yeah.

1      Q.    And the end of the school year would have

2   been like May of 2020?

3      A.    Correct.  Yes.

4      Q.    Do you have any reason to believe that your

5   failure to respond to the removal of that female

6   student from Aly's classroom would have been the

7   basis for Aly to believe that you had generated this

8   e-mail about her classroom management?

9      A.    She would have to ask for future sight,

10  because that happened later.  And I don't feel that

11  there was a failure to remove according to that code

12  of conduct and what she asked.  So, I just wanted to

13  make sure I clarified that.  The letters, the e-mail

14  she got came in October.  The situation with that

15  student came in March or April.  So, if that was the

16  reason, her thinking I didn't remove that student,

17  she would have had to have had some type of future

18  insight.  Does that make sense?

19     Q.    Yes.  And I understand what you're saying.

20  So when what I'm asking, were there other instances

21  where Aly had asked for your assistance with what you

22  say is a classroom behavior issue, that would have

23  made her think, I was just utilizing that one

24  instance with the female student; like did anything

25  like that happen prior to her receiving these e-mails

1   that you would have been involved in, that would have

2   led her to believe that you had a specific perception

3   of what was going on in her classroom management with

4   regard to behavior issues?

5           MS. KANE:  I'm just going to object to

6   speculation and form of the question.  I think it's

7   compound.  There were a few in there.

8       A.   No.

9       Q.   Let me ask you it this way:  Okay.  Prior to

10  October of 2019, had there been other instances where

11  Ms. Stephenson had asked you to assist her with a

12  classroom behavior issue?

13      A.   No.  Well, there -- during the years, yes.

14  Yeah.

15      Q.   How about during the 2019-2020 school year?

16      A.   I don't believe so.

17      Q.   Other than the Tier 2 meeting that we had

18  talked about with Aly bringing the three students,

19  had there been other Tier 2 meetings where Aly had

20  asked for assistance with you in the room for a Tier

21  2?

22      A.   No.

23      Q.   So, the only Tier 2 meeting that ever

24  happened with respect to students of Aly's and

25  yourself would have been the Tier 2 with respect to

97

1    the three Black students and the CICO issue?

2         A.   If she had had other meetings while I was

3    out, I wasn't there for those.

4         Q.   So, I'd be correct that there wasn't any

5    other Tier 2 meeting between yourself and Aly, other

6    than the one that we've talked about with regard to

7    the three Black students?

8         A.   Yeah.  I can't recall, I'm sorry.  Yes.

9         Q.   Do you know of any other interaction that

10   would have occurred between you and Ms. Stephenson

11   during the 2019-2020 school year prior to October

12   when she received these anonymous e-mails that would

13   have led her to believe that you had been the writer

14   of these e-mails?

15        MS. KANE:  Objection to speculation.

16        A.   No.

17        Q.   When Ms. Stephenson approached you about her

18   belief that she thought you were the author of the

19   e-mails, what did you say?

20        A.   I think I laughed.  And then I told her, you

21   know, like what would make you think that I would

22   ever do anything like that?  And when have you ever

23   known me to be anonymous in anything that I do or

24   say.  And so she was just like, well, I just thought

25   I'd ask.  And then --

1    Q.   Once you related to Ms. Stephenson that, you

2  know, what would make her think that you were acting

3  anonymously, was there a further discussion between

4  the two of you about the content of the e-mail that

5  was directed to her?

6    A.   Yes.  Actually, that evening she and I were

7  -- I don't recall if we were on the phone.  I believe

8  we were on the phone.  And I had paid for, like it

9  was a dollar.  But, I was trying to put -- I was

10 trying to do the e-mail search for it, to see who, to

11 see if I could get anything, any hits on like who

12 would have sent it.  But she and I were talking about

13 it because she had cried about it at work, and I --

14 she was crying about it.  So to me, it had really

15 bothered her.  And I wanted to help her out and find

16 out who it was.

17   Q.   So, at what time in the school day did this

18 discussion happen between you and Aly about the three

19 e-mails, if you remember?

20   A.   The initial conversation was when she came

21 to my office.  That was during the day.  And as I

22 just said, we continued further that evening.

23   Q.   And when you say you continued further that

24 evening, you believe that was via phone call?

25   A.   Yeah.  It was -- I believe it was either

1    phone or text, but I believe it was phone call.

2         Q.   Well, was there any resolution to the issue

3    when you and Aly had the discussion during the school

4    day, other than you told her you hadn't sent that

5    e-mail?

6              MS. KANE:  Just objection to vague.

7         A.   Yeah, can you clarify what you mean by

8    resolution?

9         Q.   Well, you indicated that this discussion

10   went on into the evening, correct?

11        A.   Correct.

12        Q.   Okay.  I'm assuming then that at some point

13   during the school day the discussion between you and

14   Aly ended, correct?

15        A.   Correct.

16        Q.   Well, what if anything was talked about

17   prior to that meeting ending at the school day?  How

18   did you leave it at the end of that meeting?

19        A.   She had been crying, and I believe I gave

20   her a hug.  And then she went back to her room.

21        Q.   Well, other than you affirming to Aly that

22   you did not send the e-mail, did you and Aly talk

23   about anything else during that meeting that happened

24   during the school day?

25        A.   That was all we talked about, because that

1   was the issue.  It was the letters.

2      Q.   Well, so she's crying in this meeting,

3   correct?

4      A.   Correct.

5      Q.   She confronts you about, or asks you, did

6   you send the e-mail, correct?

7      A.   Correct.

8      Q.   You say no, I didn't send that e-mail.

9   Correct?

10      A.   Correct.

11      Q.   Okay.  And then there's no other discussion?

12   She just leaves and goes back to her classroom?

13      A.   I didn't say that.

14      Q.   Okay.  So, my question was, what else did

15   you talk about before that meeting ended and Aly went

16   back to her classroom?

17      A.   We continued to talk about the letter, the

18   e-mails.

19      Q.   And what was said by you and what was said

20   by Aly?

21      A.   She let me know that it had bothered her and

22   she was upset that her letter seemed different from

23   her two colleagues.  And I told her that I agreed

24   with it.  And then -- I believe I may have asked her

25   if she had talked to Jason, or if she let Jason know

1    how she felt.

2          And then that was about it.  Because after

3    school I compared notes with Jason and I told him

4    she's really bothered by this.

5       Q.   Did Aly respond to you that she had notified

6    Jason Pope about the three e-mails during the

7    discussion that you had with her during the school

8    day?

9       A.   I don't recall that.

10      Q.   Okay.  But, you do recall that after the

11   meeting that you had with Aly, you went to Jason

12   Pope?

13      A.   Yes.

14      Q.   Okay.  And at what point in the school day

15   did you go to Jason Pope?

16      A.   It was after school.

17      Q.   And what did you say to him about the

18   situation?

19      A.   I came in, and I let him know that Aly had

20   talked to me about the letters.  And he said that he

21   had talked to her as well.  And I believe all three

22   teachers came and talked to Jason about them.  And so

23   I raised concerns, my own personal concerns, that her

24   letter was different from the other two.

25          And I wanted to know if there was anything

**RENAYEE WESTFIELD**

102

1   that IT could do to find out who sent them to her.

2       Q.   And what did Jason Pope indicate to you with

3   respect to your question about IT?

4       A.   I don't recall that.  I don't know if he

5   necessarily answered that, because he let me know

6   that when they had met she did not seem to be

7   bothered.  They all just were -- wanted to bring it

8   to his attention.  And he said it was a decent

9   meeting.  And I let him know that she was crying in

10  my meeting.

11      Q.   So, from what you've just told me about what

12  Jason shared with you, did you understand that all

13  three teachers met with Jason before Aly came to you

14  about the letters?

15      A.   Can you repeat that?

16      Q.   Well, you just indicated to me that Jason

17  believed everything was fine when he met with the

18  three teachers about these letters.

19      A.   I don't know if he believed everything was

20  fine.  I think there might have been some type of

21  resolution.  But, he did not feel that it was as big

22  a deal as it was made out to be to me.

23      Q.   And when it was made out to be to you, you

24  mean by Aly?

25      A.   Yes.  Correct.

**RENAYEE WESTFIELD**

1      Q.   And I'm trying to find out based on your

2   discussion with Jason Pope, after you had a

3   discussion with Aly, were you made to believe by

4   Jason that the three teachers had met with him before

5   Aly came to you?

6      A.   I don't know if I was made to believe that.

7   I don't think I paid attention to that.  I was more

8   concerned with her.  And the fact that she was

9   crying.

10     Q.   And I'm just trying to understand if Jason

11  had a meeting with those three teachers before Aly

12  came to you?

13     A.   I don't -- I wouldn't know that.

14          MS. KANE:  Object to speculation.

15     A.   I was out of the building.  I stated earlier

16  I was out of the building, my mother, I was taking

17  care of her.  And when Beth Booth told me that once

18  as soon as I got back, I didn't know while I was

19  gone.  So, I don't know how those meetings went.  How

20  those other pieces.  I don't know those.

21     Q.   Am I correct that it's your testimony that

22  when you talked to Jason Pope about it, the evening

23  that Aly had come to you, that he related to you that

24  he had already met with those other three teachers?

25     A.   Yes, that he had talked to them, yes.

104

1      Q.   Well, based on what Mr. Pope told you, do
2  you believe then that Aly had met with him before she
3  met with you?
4      A.   Yes.  But, I thought you talked about the
5  other teachers.  I don't know how that part went
6  down.  So, yes.  But I also stated that she did meet
7  with Jason before meeting with me.
8      Q.   Did Beth Booth ever indicate to you that the
9  other teachers had been in a meeting with Jason Pope
10  about these same e-mails?
11      A.   I thought you had asked that earlier, that I
12  had clarified.  No.  She didn't.  She just mentioned
13  Aly.
14      Q.   Okay.  After you had a discussion with Jason
15  Pope at the end of that school day you then went home
16  from school, correct?
17      A.   Correct.
18      Q.   And at what point in time did you pay the
19  dollar to find out who owned the e-mail?
20      A.   It was during the evening hours.  I don't
21  remember what time.
22      Q.   And had you had a phone conversation with
23  Aly that evening before you paid the dollar?
24      A.   I was on the phone with Aly while I was
25  paying the dollar.

1      Q.    And whose idea was it for you to pay to try

2    to find out whose, or who owned that e-mail?

3      A.    Mine.

4      Q.    Did you tell Aly that you were doing that?

5      A.    Yes.

6      Q.    Did you tell Aly that you were paying that

7    amount to find out who owned the e-mail so you could

8    prove to Aly that it wasn't you?

9           MS. KANE:  Objection.  Misstates the

10   testimony.

11     Q.    Well, that was in a question form.  Can you

12   go ahead and read back the question.

13          (At this point the court reporter read the

14   requested portion of the record.)

15          MS. KANE:  My objection is you said to prove

16   it wasn't you.  That's not what she testified to.

17     Q.    I'm not asking what she testified to.  I'm

18   asking if that's why she paid the dollar, to find out

19   who owned the e-mail.

20          MS. KANE:  You can answer that question.

21     A.    Yeah.  No, it was because she was clearly

22   upset at work, and I would have done it for anyone.

23     Q.    When you were checking, trying to find out

24   the ownership of that e-mail, and Aly was on the

25   phone with you, did you get a result from trying to

1    check on the ownership of the e-mail?

2         A.    No.

3         Q.    Did it cost you the dollar?

4         A.    Yeah.

5         Q.    Okay.

6         A.    Yes.

7         Q.    All right.  But, you never got any result or

8    any result that fettered out who owned it?

9         A.    No.

10        Q.    Did you take up a discussion with Jason Pope

11   after you independently tried to find out who owned

12   the e-mail?

13        A.    Yes.

14        Q.    Okay.  And when did that happen?

15        A.    I'm not sure if it would have been in that

16   same week or the next week.  I don't know how close

17   we are to a weekend.  But, yes, I did.  I asked if,

18   you know, if he knew that they were working on trying

19   to find out who had sent the e-mails.

20        Q.    And when you asked him about if they were

21   working on it, did you mean the IT department?

22        A.    Yes.

23        Q.    Okay.  And what was his response?

24        A.    I don't believe he gave me an answer.  But,

25   I don't remember if it was because maybe he didn't

1  know -- but I recall him saying that he was trying to

2  find out, that he did have someone look into it.

3      Q.   At some point was a determination made by

4  the district as to who had sent these letters, or

5  e-mails?

6      A.   Not that I know of.

7      Q.   Okay.  So, as far as you know, up through

8  today you're not aware of the identity of anybody who

9  sent the three e-mails to Aly Stephenson, Andrew

10  McDaniel, and the third teacher?

11      A.   Yeah, I'm not aware.

12      Q.   Okay.  And then you testified earlier that

13  in addition to these e-mails, there were also letters

14  that were sent, correct?

15      A.   Yes.

16      Q.   And were the letters only received by Aly?

17      A.   Yes.

18      Q.   And there were three letters?

19      A.   I don't know how many letters.  They were

20  handwritten.

21      Q.   And did you recognize the handwriting on the

22  letters that you saw?

23      A.   Only as much as they look like student

24  handwriting.

25      Q.   Did you ever have a discussion with Aly that

RENAYEE WESTFIELD

1  you believed the letters that you saw were written by

2  a student?

3      A.   No.  The handwritten letters I think started

4  to come later, and then I was just kind of apprised

5  that they were, you know, that they were there.  But,

6  in a discussion with, you know, Jason Pope.

7      Q.   Did Aly ever come to you about the fact that

8  she had received these handwritten letters?

9      A.   I don't believe so.

10     Q.   You do know that you had a discussion with

11  Jason Pope about Aly receiving these letters?

12     A.   Yes.

13     Q.   Okay.  And do you remember when that

14  happened?

15     A.   No.  I don't.

16     Q.   Do you remember who was present during that

17  discussion other than yourself and Mr. Pope?

18     A.   It would have just been myself and Mr. Pope.

19     Q.   Do you know who asked for that particular

20  meeting?  Did Jason contact you and say hey, I want

21  to talk to you?  Or were you meeting on other issues

22  and this just came up?

23     A.   I don't recall how that went.

24     Q.   Okay.  And what do you remember about the

25  discussion with Jason Pope about these letters, other

**RENAYEE WESTFIELD**

1  than you just saying, well, that looks like a

2  student's handwriting?

3      A.   I do recall that he and I agreeing that they

4  -- the letters, looked to be handwritten by students.

5  But, I did not believe that the handwritten letters

6  by the students and the e-mail she had received were

7  written by the same person.

8      Q.   And why is it that you had that belief, that

9  the e-mails were written not by the same person as

10  the letters?

11      A.   The handwritten letters included the names

12  of students in the classroom.  And actual incidents

13  that were happening.  Or that they had witnessed

14  happen in the classroom, that they felt Ms.

15  Stephenson wasn't addressing.

16          The e-mail was more, it was more vague.

17  Just talking about, like, her classroom management as

18  a whole.  But, and then the handwritten letters, it

19  looked like it was written by a child because of the

20  handwriting.

21      Q.   The specific incidents that were talked

22  about in the handwritten letters, did you ever make a

23  determination that those incidents happened in Ms.

24  Stephenson's classroom?

25      A.   No, I didn't.

1      Q.    There was no investigation done by the

2  district as to whether those events that were in the

3  handwritten letters ever happened?

4      A.    I don't know if the district did any

5  investigation.  And by that time Jason was kind of

6  dealing with the handwritten letters part.

7      Q.    Do you know what steps he took after talking

8  with you about the fact that Ms. Stephenson had

9  received these three letters?

10     A.    No.  Not too long after that my mom passed.

11     Q.    So, in terms of a time line, do you believe

12 that the letters arrived sometime prior to January of

13 2020?

14     A.    Yes.

15     Q.    Other than knowing that time frame, do you

16 have any better specific memory of when Ms.

17 Stephenson would have received those letters?

18     A.    The handwritten ones came after the e-mail.

19 And that's about -- yeah.

20     Q.    Kerry Schmidt was part of the fifth grade

21 team that was teaching when Aly Stephenson was

22 teaching, correct?

23     A.    Correct.

24     Q.    And do you know how long Aly and Kerry

25 Schmidt hat been on the fifth grade team, prior to

1    that 2019-2020 school year?

2        A.    I don't recall if that was Kerry's first --

3    it might have been -- no.  I think it was just a

4    year.

5        Q.    And what type of relationship did you have

6    with Kerry Schmidt, in terms of a professional

7    teaching evaluator relationship in that 2019-2020

8    school year?

9        A.    Just an administrator.  I don't recall if I

10    even evaluated her that year.

11        Q.    Do you recall if you were the evaluator for

12    Andrew McDaniel during the 2019-2020 school year?

13        A.    I don't believe I was.

14        Q.    Do you know who would have been?

15        A.    It would have been Jason.

16        Q.    In terms of who would have been evaluators

17    for the fifth grade team in 2019 and 2020, would it

18    have been either yourself or Jason Pope?

19        A.    Yes.

20        Q.    Okay.  There weren't any other evaluators?

21        A.    No.

22        Q.    Okay.  And when you conducted your formal

23    evaluation or observation of Ms. Stephenson's fifth

24    grade classroom, did you complete a written

25    evaluation of your observations of the formal

1  observations?

2      A.   I don't recall if I evaluated her that year.

3  But, I had evaluated her in years past.  So I would

4  have had, there would have been a written piece to it

5  as well.

6      Q.   Okay.  I understood that you were the

7  evaluator for Aly in the 2019-2020 school year,

8  correct?

9      A.   I don't remember.  I could have been.  But,

10  I do not remember.

11      Q.   Okay.  If you were the assigned evaluator to

12  alley Stephenson in the 2019-2020 school year, it

13  would have been protocol that you would have done one

14  formal observation, correct?  During the school year?

15      A.   There would have been at least one formal.

16  I don't recall if she had tenure or not.  So, it

17  could be different.

18      Q.   If she was tenured, there would have been

19  the one formal observation?

20      A.   Yes.

21      Q.   And then there would have also been one

22  informal observation?

23      A.   Yes.

24      Q.   And both of those would have happened in the

25  school year?

1      A.    Yes.

2      Q.    Okay.  But, you have no memory as you sit

3   here today whether or not you did that in '19 or '20

4   school year for Alyson?

5      A.    No.

6      Q.    Did you work with Ann Ramirez when you were

7   the assistant principal at Bottenfield?

8      A.    Yes.

9      Q.    And what was Ann Ramirez's position in the

10  district in the 2019-2020 school year?

11     A.    She would have either been reading

12  interventionist; I don't believe she was ESL or SPED

13  at that time.  So, possibly interventionist.  But she

14  was also a union steward.

15     Q.    Do you remember Ann Ramirez ever attending

16  any committee meetings as a union steward when you

17  and Ms. Stephenson would have been in a committee

18  meeting together in the 2019-2020 school year?

19     A.    No, not at the moment I don't recall.

20     Q.    And do you remember Beth Booth being in any

21  committee meetings where you were present and Aly

22  Stephenson was present during the 2019-2020 school

23  year?

24     A.    No, not at the moment.

25     Q.    If Beth Booth or Ann Ramirez were attending

1    a committee meeting as union personnel, would you

2    have been told why they were attending the meeting in

3    their union capacity?

4         MS. KANE:  Objection to speculation.

5         A.   I guess I would have been, if they weren't

6    on the committee.

7         Q.   Right.  Okay.  So, that was going to be my

8    question.

9         A.   Okay.

10        Q.   If you had committee meetings where Alyson

11   Stephenson and yourself were present in the 2019-2020

12   school year, were there instances for those committee

13   meetings where Beth Booth could have been at the

14   committee meeting just because she was a staff

15   person?

16        A.   Yes.  But, I don't know if I was -- if it

17   was my, like, a meeting or committee that I headed.

18   So, there were other, there's like building council.

19   So, I can't recall if, like, Beth or Ann were a part

20   of like Tier 2.

21        Q.   So can you think of a committee meeting that

22   you would have called where you and Aly would have

23   been committee members, and also Beth Booth would

24   have been a committee member during the 19-20 school

25   year?

1     A.   No, I can't recall.  I'm sorry.

2     Q.   Do you know what committees you would have

3  had meetings for that you and Aly would have both

4  been in, in the 2019-2020 school year?

5     A.   I could tell you what, which ones were under

6  me.  But, I can't remember if Aly was actually a part

7  of the committee.

8          I was PBIS and RTI.  And then I was a SPED

9  LEA rep.

10    Q.   SPED, LEA?

11    A.   Yes.

12    Q.   So, let's talk about RTI.  What does that

13  acronym stand for?

14    A.   So that's Response to Intervention.  So that

15  is -- it's a Tuesday meeting.  It's actually a step

16  behind -- it's a Tier 3, it's considered Tier 3,

17  after our Tier 2 meeting.  So, a Tier 2 meeting is a

18  teacher coming in saying hey, I don't think I need a

19  full work-up on a particular student, but I just kind

20  of want to raise some concerns with this and get some

21  feedback from the team.

22          A Tier 3 RTI meeting would be a full work-up

23  on one particular student, where we invite not just

24  the teacher, but the parents.  And then we have a

25  member from our special education department, an

116

1    intermediate teacher, an administrator, the

2    instructional coach, and any relevant parties to that

3    student.  So, if the student speaks another language,

4    we have an ESL person there.  So, it would just

5    depend.

6         Q.   Would any meeting of RTI be a Tier 3

7    meeting?

8         A.   Yes.

9         Q.   Okay.  And so if a Tier 3 meeting happened,

10   would that be characterized as a committee meeting

11   because it was an RTI?

12        A.   For people who are part of the RTI

13   committee, yes.  But, for a teacher attending, no.

14        Q.   Did the committee have RTI meetings where

15   there were general discussions about RTI protocols

16   outside of having a Tier 3 meeting with a particular

17   issue where there was a full work-up on the student?

18        A.   I don't think I understand.

19        Q.   Well, so, you did say that if there was an

20   RTI meeting, it would always be a T 3?

21        A.   Yes.  There's a protocol, the teacher has to

22   fill out the paperwork and request for the meeting on

23   the student.  And then I go through to make sure all

24   of the -- or it's submitted to me.  And then I go

25   through and I make sure that the teacher has all of

1  the relevant information that they're supposed to

2  attach to it.  And then at that point I assign a date

3  and a time.  And then the secretary sends out the

4  pieces to the parents and to staff and puts it on the

5  building calendar.

6      Q.   Would the parents of the student who is

7  receiving the full work-up always be invited to that

8  meeting?

9      A.   At that time they were always invited.  Yes.

10     Q.   And back to your kind of distinguishing

11 factor from a Tier 2 to a tier 3, the Tier 2 is

12 basically the teacher saying, I want input on how to

13 manage a particular classroom behavior issue?

14     A.   Yeah, it could be that.  It could be

15 academic.  It could be attendance.  It's just like

16 hey, I want to come in and throw something at you

17 guys.  I don't know if this is enough to bring a

18 student through.  Or, you could come in with multiple

19 students, like, hey, I'm having this issue.  Can you

20 guys help me.

21     Q.   But, that's a step down from the Tier 3,

22 which is a full work-up on one student?

23     A.   Correct.

24     Q.   Okay.  Do you recall any Tier 3 meeting with

25 Alyson Stephenson with respect to any student in her

1   fifth grade classroom in the 2019-2020 school year?

2       A.   I don't recall.

3       Q.   Okay.  If a Tier 3 meeting were determined

4   and a full student work-up was done, would there be

5   any reason to have a union steward included in that

6   meeting?

7       A.   No.

8       Q.   Okay.  You mentioned other particular things

9   like a special education teacher or an intermediate

10  teacher.  What would be the reasons that they would

11  be included on an RTI?

12      A.   It was just a suggestion for how the RTI

13  structure should be, you want to have an intermediate

14  and a primary teacher.  Because depending on where

15  the student is coming from, they could have different

16  ideas for different, you know, in classroom or

17  classroom interventions.  SPED may need to be there

18  just in case we're going through and we're saying

19  hey, we've tried all these interventions and they're

20  not working.  Do we need to consider that this may be

21  a disability?  And so then if so, that's where the

22  SPED case manager would be and they would say okay,

23  maybe we do need to move to a domain meeting for this

24  student.

25           So it would just depend on what happened

1   during the meeting, and what information was brought

2   and what came out.

3       Q.   And when you say SPED, does that mean, is

4   that an acronym for special education?

5       A.   Special education, I'm sorry, yes.

6       Q.   And how about the acronym of LEA, what does

7   that stand for?

8       A.   Is that -- legal -- can I cheat?

9            MS. KANE:  No.

10      Q.   If you know.

11      A.   I'll know if five minutes.  I'll definitely

12   know once I'm gone.

13      Q.   Well, if you think of it, you can interrupt

14   me or throw it out there.  There's just a lot of

15   acronyms that you have made reference to so I want to

16   make sure?

17      A.   I'm sorry.  It's going to be one that's

18   going to bug me.  But when I walk out I'll know it.

19      Q.   Okay.  Do you recall a discussion with Ms.

20   Stephenson about students being talked to at lunch,

21   at their lunch, about events that were happening in

22   Ms. Stephenson's classroom by you?

23      A.   I'm going to answer no to that question,

24   just based on the two parts of it, if that's okay.

25      Q.   Well, do you remember ever approaching fifth

1  grade students that were assigned to Aly Stephenson's
2  classroom that you pulled away from lunch to have
3  discussions with them about their experience in Ms.
4  Stephenson's classroom?
5      A.   No.
6      Q.   Did you ever have a discussion with any
7  other staff member about what students in Ms.
8  Stephenson's classroom were telling this other staff
9  member about things that were happening in Ms.
10 Stephenson's classroom?
11     A.   No.  But I'm pretty sure you probably can't
12 identify the staff member, can you?
13     Q.   I'm just asking if you have that memory?  I
14 don't want to feed you information.  But, do you
15 remember any staff person coming to you and saying
16 that they had discussions with students about events
17 that happened in Ms. Stephenson's classroom, and
18 that's those students' perception of those things?
19     A.   No.  But, I do kind of want to tell you
20 where I'm having the problem with it.  If something
21 happened like in the cafeteria, and one of our
22 cafeteria leaders came and just said hey, these
23 students did this, this and this.  That would be me
24 having a discussion with, you know, like our lunch
25 room supervisor about what happened with those

1    particular students during lunch.

2        Q.   Okay.  But, my question was, information

3    that came to you about events that happened in Ms.

4    Stephenson's classroom, not that would have happened

5    in the lunch room?

6        A.   Okay.

7        Q.   But, that would have been related by

8    students while they were at lunch to another staff

9    person?

10       A.   No.

11       Q.   Okay.

12            MS. KANE:  Do you want to break for lunch or

13   your call?

14            MS. WALL: I thought we were going to do that

15   at 1:15.

16            MS. KANE:  If you're okay going, I'm going

17   with 1:15.

18       Q.   Well, my Zoom will start at 1:30.  So

19   probably by quarter to two I would be done.

20            (At this point there was an off the record

21   discussion.)

22   BY MS. WALL:

23       Q.   So, with regard to Orlando Smith, what was

24   his position during the 2019-2020 school year?

25       A.   Do not know an Orlando Smith.

1      Q.    I'm sorry, Orlando Thomas?

2      A.    Yes.

3      Q.    Sorry.  He might be an actor.

4      A.    Orlando Bloom.

5      Q.    Orlando Thomas.

6      A.    Thomas.  What was his position?

7      Q.    Yes.

8      A.    He was our school supervisor.  I don't know

9  what his title was at the time.  School support

10  something.  I don't know.

11      Q.    When you say he was your school supervisor,

12  do you know what job duties he had at Bottenfield?

13      A.    No.  Just if we needed to call, just call

14  Orlando because he was the supervisor for the school.

15      Q.    So, does that mean that he would have been

16  over you, in terms of supervision?

17      A.    No.  It was just a school campus that was

18  kind of under him.  And what I believe is he was

19  Jason's area evaluator.

20      Q.    Do you know if Orlando Thomas was answerable

21  to the superintendent?

22      A.    Yes, I believe we all were.

23      Q.    Okay.  I guess my question was --

24      A.    Who is he under?

25      Q.    No, was Orlando Thomas evaluating Jason Pope

1    in order to provide evaluation back to the

2    superintendent?

3       A.    Yeah, I don't know if he reported to the

4    superintendent with that.  But he was his evaluator.

5       Q.    Okay.  What did you understand that Orlando

6    Thomas would have been evaluating about Mr. Pope?

7    His performance as an administrator?

8       A.    Yes.

9       Q.    Okay.  And then in terms of your performance

10   as an administrator, would it have been Jason Pope

11   who would have been evaluating your performance?

12      A.    Yes.

13      Q.    Okay.  And do you remember when you first

14   met Orlando Thomas?

15      A.    It's -- no.  It's been a long time though.

16   Definitely over 20 years.

17      Q.    Okay.  And have you known Orlando Thomas in

18   any capacity other than him being the supervisor of

19   the Bottenfield campus?

20      A.    Yes.

21      Q.    And what other capacities did Orlando Thomas

22   serve in when you would have known him?

23      A.    He was a principal at another school.  And

24   he was a principal at another school in the district.

25      Q.    Okay.  And what principal, where would he

**RENAYEE WESTFIELD**

124

1  have served as principal?

2      A.   Stratton elementary.

3      Q.   Okay.  And do you know for what years?

4      A.   No.

5      Q.   Any other capacity that you know of that Mr.

6  Thomas would have served as an employee of the

7  district at any time that you knew him in the last 20

8  years?

9      A.   No.

10     Q.   Okay.  Are you aware of an instance where

11 Orlando Thomas was being walked around the building

12 and being introduced to various individuals when Aly

13 Stephenson would have been present?

14     A.   No.

15     Q.   Do you know when Aly Stephenson would have

16 first met Orlando Thomas?

17     A.   No.

18     Q.   Did Orlando Thomas have an office location

19 here in the administration building at Bottenfield in

20 2019 and 2020?

21     A.   No.

22     Q.   Do you know where his office was located at

23 that time?  Where he officed at?

24     A.   Maybe Melon.  I think it was Melon.

25     Q.   And is that another school location in the

RENAYEE WESTFIELD

125

1  district?

2      A.    No, it's an administrative building.

3      Q.    Does the superintendent also address at the

4  Melon building?

5      A.    No.

6      Q.    Who else would be in admin at the Melon

7  building in the 2019-2020 school year?

8      A.    During that school year, that would have

9  been most of the district level -- but they moved

10  over to this building.  I just don't remember which

11  year.

12      Q.    Okay.  Did Orlando Thomas ever, after that

13  move, did he ever move to the building here?  The

14  district office here?

15      A.    Yes.

16      Q.    Okay.  But, you don't know exactly when that

17  move happened?

18      A.    No.

19      Q.    And the Bottenfield elementary location, is

20  that on Prospect?

21      A.    Yes.

22      Q.    Is there any other Bottenfield campus

23  location other than the one on Prospect?

24      A.    No.  That's it.

25      Q.    Okay.  Let me ask you, I guess we'll start

126

1   on this discussion.

2            Did the administration at the district in

3   the 2018-2019 school year have philosophy regarding

4   what was called the Danielson method?

5       A.    That's what we use to evaluate teachers.

6       Q.    And I was going to ask you, can you describe

7   for me what the Danielson method was in 2019-2020

8   school year, what criteria?

9       A.    It's not a method.  It's a model.  It's what

10  we use to evaluate the teachers, and there are four

11  different domains.

12      Q.    And what are those four different domains?

13      A.    The first domain is planning.  So, how the

14  teachers plan.  The second domain is basically kind

15  of how just, how the classroom is set up, and just

16  like those different pieces within the classroom.

17  The third part is the actual on stage, the lesson

18  being taught.  And then the fourth is the teacher

19  practice.

20            So, it's, you know, like the stuff, the

21  teachers do outside of the building.  Like your

22  professional, like if you're going, if you're

23  pursuing higher education, you know, any pieces, any

24  teams, any district level committees you are a part

25  of.  Like those different pieces.  That's the fourth

1    domain.

2        Q.   And the second domain, how the classroom is

3    set up, does that mean physically set up?  Like where

4    the desk is?  Where the student desks are?

5        A.   It could mean that, yes.

6        Q.   Okay.  What else could it mean in terms of

7    that set up?

8        A.   So, it's also how the teacher, it could be,

9    like when kids are coming in.  How are you greeting

10   your kids.  It could be how your classroom is set up

11   in the transitions.  So that's like your 2C.  So when

12   your kids are having transitions, how do they know to

13   transition to the next, you know, the next lesson or

14   so?  Do you tell them?  Do the students just know

15   because there's evidence that maybe you've taught

16   them?  Are there classroom rules on the walls?

17            The setup of the classroom can have a lot to

18   do with it if the setup isn't conducive to, like, if

19   there were misbehaviors, and you have, you know,

20   students here, and like your teacher desk, or you're

21   not facing your students, so any of those parts could

22   be relevant.  It's just how all those things can

23   affect the classroom culture.

24       Q.   Typically in a fifth grade classroom, or a

25   fifth grade team, in 2019 and 2020 how many

1  transitions would happen for fifth grade students

2  during a day?  During a regular school day?

3     A.   It would depend on what their schedule was.

4  And fifth grade at that time switched.  And so it

5  would depend on how many classes they switched.  So,

6  it would probably be the social studies, science, and

7  I don't remember if it was writing for them at that

8  time.  But it was definitely social studies and

9  science and there was a third one.

10          So, that's a rotation that requires at least

11  two transitions going and coming.  Then lunch.  And

12  then they have specials.  And they have their morning

13  transition of coming.  So anywhere you can have up to

14  ten.

15     Q.   So when you're talking about switching for

16  social studies, science and one other, that would be,

17  you mean physically switching assigned teachers for

18  those fifth grade students?

19     A.   Yes.

20     Q.   And in those assignments where there would

21  be switching in the 2019-2020 school year, that would

22  have been including switching between the three fifth

23  grade teachers, including Andrew McDaniel, correct?

24     A.   Yes, he was a fifth grade teacher.

25     Q.   Okay.  Very good.  All right.  I think that

1    is a good stopping point.

2                    (The time is 1:15 p.m.)

3                    (The time is 2:01 p.m.)

4                    CONTINUED EXAMINATION BY

5    MS. WALL:

6        Q.   Back on the record.  And Ms. Westfield, you

7    are still under oath, so I'm going to proceed with my

8    additional questions.  And again, if you have any

9    questions, or don't understand my question, let me

10   know and I'll try to rephrase that.

11            Have you ever given a deposition for the

12   district prior to today?

13       A.   Yes.

14       Q.   And in what instances have you done that?

15       A.   I was asked for, involving another

16   situation.  But, I don't -- not related to this.

17       Q.   Okay.  That other situation, was it

18   litigation?  Was it a lawsuit?

19       A.   I'm not aware of all of the particulars of

20   that.

21       Q.   Well, did you give a deposition under oath

22   like we're doing here today?

23       A.   Yes.

24       Q.   Okay.  And did it relate to a teacher in the

25   district?

RENAYEE WESTFIELD

1      A.    Would that be something I can --

2      Q.    If it's a publicly filed lawsuit, you could

3   indicate the name of the Plaintiff in the lawsuit.

4          MS. KANE:  If you know or recall.

5      A.    Yes.  But he was not a teacher in the

6   district.

7      Q.    And who was the Plaintiff in that case?

8      A.    Henry Ross.

9      Q.    And do you know what year you would have

10  given a deposition in that instance?

11     A.    14-15 or the 15-16.  I don't remember.

12     Q.    Any other instance where you've been deposed

13  or given a deposition for the district?

14     A.    No.

15     Q.    And what was Mr. Ross's position with the

16  district, if you know, at the time that you gave your

17  deposition?

18     A.    He was no longer employed with the district.

19     Q.    Do you know what his position was when he

20  was employed?

21     A.    I think it was TISA.  Truancy intervention.

22     Q.    And what was your position when Mr. Ross

23  worked as a truancy assistant?

24     A.    I was either a teacher or an assistant

25  principal.

RENAYEE WESTFIELD

1      Q.   Okay.  Very good.  We were talking just

2   prior to the break about the Danielson means of

3   evaluation.  Correct?

4      A.   Yes.

5      Q.   Okay.  Was there ever an occasion where you

6   indicated that that tool for evaluations was, quote,

7   "white streamed"?

8      A.   No.

9      Q.   Have you ever used that terminology of white

10  streamed?

11     A.   No.

12     Q.   Do you know -- well, were you an advocate

13  for using the Danielson evaluation process?

14     A.   I don't know that I -- it was just what we

15  were supposed to use.  So, I didn't have an opinion

16  about it either way.

17     Q.   Were you at all involved in making the

18  decision that the district would utilize that

19  evaluation, the Danielson evaluation protocol, as

20  opposed to a different one?

21     A.   No.  I was a teacher at the time.

22     Q.   Okay.  I had asked you earlier about whether

23  you had made a statement that Andy, attributing to

24  Andrew McDaniel, was White, but not too White.  And I

25  believe your response was that you had never made

RENAYEE WESTFIELD

132

1  that statement, is that correct?

2      A.   Correct.

3      Q.   Did you ever make any statement where you

4  attributed observations that you made, that Mr.

5  McDaniel was better able to interact with Black

6  students as opposed to other teachers?

7      A.   No.

8      Q.   Now, you did indicate earlier that Jim

9  Iddings, I think?  The third grade teacher?

10     A.   Iddings.

11     Q.   Iddings; had a reputation with parents and

12  others that he had good rapport with students,

13  correct?

14     A.   Correct.

15     Q.   And in particular, Black students, correct?

16     A.   All of his students.

17     Q.   Okay.  Well, you certainly, in making the

18  Klan comment that we talked about earlier with

19  respect to him, made the representation to him that

20  because of the way that others perceived him as

21  having good relationships with all of his students,

22  you didn't think that his outside activities, even if

23  it were a Klan membership, would impact your opinion

24  of him.  Do you remember that discussion?

25     A.   I remember us talking about that.  I don't

133

1  remember saying that.

2      Q.   Well, you did say that with respect to the

3  individuals on that Zoom call that could have walked

4  out of a Klan meeting, that if their membership in a

5  Klan meeting didn't impact the way that they

6  interacted with students, you didn't care about their

7  membership in that particular organization because it

8  was happening outside of school, correct?

9          MS. KANE:  Objection.

10     A.   Incorrect.

11     Q.   Okay.  What about my statement is incorrect?

12     A.   Because I never said that anybody was -- had

13  membership in the Klan.

14     Q.   No, I said "could", just like you indicated

15  earlier.

16     A.   You also said "they".  So I just wanted to

17  -- yeah.  Let me ask you to just kind of clarify that

18  more.

19     Q.   Well, I'm just asking you, you made a

20  statement earlier at this Zoom hearing that you

21  attributed to you making this statement that you

22  could have seen someone walking out of a Klan

23  meeting, correct?

24     A.   There was never a Zoom hearing.

25     Q.   A Zoom meeting?

**RENAYEE WESTFIELD**

134

1    A.   So, there was a Zoom meeting, but the

2    conversation that was brought up was brought up by

3    that particular colleague about a situation.  They

4    weren't at the same time.  So, I don't -- I don't

5    want to make it seem like I'm answering, or I'm

6    saying something happened on the Zoom, when that

7    didn't happen.  This was the in-person meeting, and

8    it was the conversation that was brought up by that

9    particular teacher.

10    Q.   Okay.  So, and you're correct, I misspoke.

11    This actual conversation happened when you were in an

12    in-person staff meeting, correct?

13    A.   Yes.

14    Q.   Okay.  And Jim Iddings, he was a person

15    attending that in-person staff meeting, correct?

16    A.   Correct.

17    Q.   As well as Alyson Stephenson, correct?

18    A.   Correct.

19    Q.   And who else was there at the in-person

20    meeting besides yourself and those two individuals?

21        MS. KANE:  I think we asked and answered

22    this question already.

23    A.   I can answer it again.  It would have been

24    an all staff meeting for admin, teachers and TAs.

25    Q.   Do you recall anyone who was on the Zoom

1   meeting where the Confederate flag was behind Denise

2   that was not at the in-person meeting?

3       A.   No.  I don't.

4       Q.   Okay.  And so your testimony is that this

5   comment about, I could see you having walked out of a

6   Klan meeting, was that directed only at Jim?

7       A.   Yes.

8       Q.   And how is it that you were directing that

9   comment only to Jim in this staff meeting that was

10  attended by other people?

11      A.   Because he was the conversation.  He was the

12  one that brought up the situation with his grade

13  level counterpart having the Confederate flag behind.

14  And he was expressing that.  And then being upset

15  about our school's data.  Or our school's teacher

16  data when it came to African American students.  So,

17  I was addressing him because he addressed that

18  comment and those pieces directly to me.

19      Q.   Did any other attendee at that staff meeting

20  let you know that your statement made them

21  uncomfortable?

22      A.   No.

23      Q.   We did talk about the data of Black students

24  with respect to third grade.  What about the data

25  with respect to the fifth grade team?  Do you recall

1  what that data reflected?

2      A.   Just overall we were showing that for our

3  second, fourth and fifth grade, that our students,

4  our Black student data, we weren't making gains.  And

5  the achievement gap was widening in those grade

6  levels specifically.

7           And then we also looked at district, like,

8  district level, district wide, as well.

9      Q.   And when you say you looked at that, do you

10 mean all of the people at this particular staff

11 meeting that happened after the Zoom meeting?

12     A.   Absolutely, yes.  It was also reviewed with

13 the entire staff.

14     Q.   And so the fact that there was overall this

15 showing that the student data for Black students was

16 showing that with regard to second, fourth and fifth

17 grade, the district, or Bottenfield was not making

18 gains; do you know what data the data for the 19-20

19 school year was compared to?  The previous year?  Or

20 two years previous?  Or five years previous to

21 determine that no gain was being made?

22     A.   I don't recall whether it was our MAP data

23 that was being shown, or our Park data at the time.

24 But, both did show the same trends.

25     Q.   Okay.  Did you say anything at that staff

137

1   meeting to indicate that the trends in the Black

2   student data for fifth grade related to racist

3   behaviors that were perceived against Alyson

4   Stephenson?

5       A.   No.

6       Q.   You testified earlier that you were the only

7   Black professional or administrator in the

8   Bottenfield elementary during the 2019-2020 school

9   year, is that correct?

10      A.   Correct.

11      Q.   Okay.  And were there any Black teachers in

12  the Bottenfield elementary during the 2019-2020

13  school year?

14      A.   No.

15      Q.   You also indicated that because of kind of

16  historic issues, race was something that was

17  difficult to talk about.  Is that correct?

18      A.   Yes.  The year before we had lost the Black

19  teacher and he had cited those issues.

20      Q.   How did you -- do you mean just that the one

21  Black teacher that was at Bottenfield in the 2018-19

22  school year had just left the school?  Is that what

23  you mean when you say you lost him?

24      A.   He resigned.

25      Q.   Okay.

RENAYEE WESTFIELD

138

1      A.    Yeah.

2      Q.    And when you say he resigned, did he give

3  specific reasons for his resignation?

4      A.    Yes.

5      Q.    And did he give those specific reasons to

6  you?

7      A.    He gave it to both administrators.  Yes.

8      Q.    And when you say both administrators, that

9  would be you and Mr. Pope?

10      A.    That would have been myself and Chris

11  Gilbert.

12      Q.    Okay.  And let me ask you the name of that

13  teacher who left?

14      A.    Joe Glass.

15      Q.    And did Joe Glass make you and Chris Gilbert

16  aware of his reasons for leaving in writing or

17  verbally or both?

18      A.    I know he spoke with me verbally.  But, I

19  don't know --

20      Q.    Okay.  And what did Mr. Glass tell you

21  verbally with respect to the reasons he was leaving?

22      A.    That he was having difficulties being the

23  only Black teacher on staff.  And he was having some

24  issues with his grade level counterpart.  So -- and

25  just some of the other teachers in that hallway.

1      Q.    And when you say grade level counterpart,

2   who would that have been for Mr. Glass?

3      A.    There would have been three others, so Jen

4   Leech, Barb Bracewell, and I can't recall the other

5   one at this time.

6      Q.    Did Mr. Glass ever indicate to you that

7   Alyson Stephenson treated him differently, or he

8   perceived being treated differently?

9      A.    Never.  Never said that about her.

10      Q.    Okay.  Has anybody ever told you that their

11   perception of Alyson Stephenson was that she was

12   racist, other than the students?

13      A.    No one ever did.

14      Q.    Okay.  And the students that came to you, I

15   think there were three students, is that correct?

16      A.    Uh-huh.

17      Q.    That's a yes?

18      A.    Yes.

19      Q.    And what were their names?

20          MS. KANE:  I'm just going to object because

21   it's student information that needs to be put under

22   the confidentiality order if we're going to reveal

23   it.

24          MS. WALL: So, are you agreeable if we do a

25   protective order that you would just disclose those

1  three names to me?

2          MS. KANE:  We need a protective order.

3          MS. WALL: Sure, no.

4          MR. KLEBER:  I don't know what the student

5  name rules are.  Normally we need a subpoena to

6  disclose student information.

7          MS. KANE:  Okay.  I'm going to instruct her

8  not to answer now, but we can follow-up after the

9  deposition and figure out what is needed.

10  BY MS. WALL:

11     Q.   That's fine.  Can you tell me whether these

12  three students were in Ms. Stephenson's home room?

13     A.   Yes.

14     Q.   Okay.  And that was in the 2019-2020 school

15  year for home room?

16     A.   Correct.

17     Q.   Okay.  Other than those three individuals

18  making an assertion that Ms. Stephenson was racist,

19  had anyone else ever come to you and made that claim

20  about Ms. Stephenson?

21     A.   Never.

22     Q.   Okay.  Do you have any circumstance that

23  occurred between you and Ms. Stephenson that you

24  believe was Ms. Stephenson's reason for believing

25  that you were treating her differently because of her

**RENAYEE WESTFIELD**

1  race?

2      A.    No.

3      Q.    Okay.  Now, there was a meeting in November

4  of 2019 when Ms. Stephenson claims that following

5  that meeting you pulled her aside and suggested to

6  her that because of everything that was going on, in

7  particular with the union, she needed to separate

8  herself from her colleagues.

9          Do you remember ever having that discussion

10  with Ms. Stephenson or something similar to that?

11      A.    No.

12      Q.    Did you ever tell Ms. Stephenson that she

13  should watch her back with her colleagues?

14      A.    Yes.

15      Q.    Do you remember when that conversation

16  occurred?

17      A.    That was the -- after the Tier 2 meeting

18  when she asked to speak to me; after the meeting.

19      Q.    And that was the Tier 2 meeting where you

20  had the discussion of the CICO policy, correct?

21      A.    Yes.

22      Q.    And so after that meeting concluded, and did

23  you have that discussion with Ms. Stephenson before

24  she actually left that meeting with you?  Or at a

25  later point?

RENAYEE WESTFIELD

1    A.   It was directly after she asked if I would

2  mind staying and speaking with her.  And I stayed

3  and spoke with her.  And she shared some pieces.  And

4  I felt for her.

5    Q.   And when you say she shared some pieces,

6  what specifically do you remember that she shared?

7    A.   She shared that she felt that she was not up

8  to her normal standards for that year.  And that she

9  kind of felt things were coming at her from all --

10  just kind of all different levels.  And I want to

11  say, like, she just kind of brought up some of the

12  different things she had been going through,

13  including the e-mails and the letters.

14    Q.   Did she relate to you that there was a

15  particular staff person or a team teacher that was

16  creating issues for her?

17    A.   No, she did not.

18    Q.   Okay.  And after that meeting, or during

19  that meeting, you told her that she should watch her

20  back?

21    A.   Yes.  Not in those words.  But yes, I did

22  tell her that she should be cautious.

23    Q.   And why did you tell her that she should be

24  cautious?

25    A.   Because I honestly felt that one of her

RENAYEE WESTFIELD

1   grade level colleagues wrote the e-mail to her.

2       Q.   And who of her grade colleagues do you

3   believe would have written those e-mails?

4       A.   Andrew McDaniel.

5       Q.   And why did you believe that Andrew McDaniel

6   was the one who wrote those e-mails?

7       A.   Just some of his conduct through the years.

8   And just comments that he would make if she was not

9   around.

10      Q.   What would those comments have been over the

11  years that Andrew would have made about Ms.

12  Stephenson that you were thinking about when you made

13  that statement to her?

14      A.   Well, when, I was thinking about the

15  letters.  I was thinking about that e-mail.  I

16  mentioned that I took issue, that his letter was

17  quite different from hers.

18      Q.   Now, again you're saying letter, but do you

19  mean e-mail?

20      A.   I'm sorry; his e-mail was quite different

21  from hers.  And I felt that her letter was mean

22  spirited.  But his was more like suggestions for, you

23  know, like how to make the year better for fifth

24  graders.  And it just wasn't like her e-mail.  Her

25  e-mail was -- it was different.

144

1    Q.   And Andrew McDaniel also received an e-mail

2  at the same time that, or in the same proximity as

3  when Alyson Stephenson received her e-mail, correct?

4    A.   Correct.

5    Q.   Okay.  Now, you mentioned earlier that time

6  when a particular thing was sent to you and only you.

7  Andrew McDaniel was standing outside your office as

8  one of the group laughing, correct?

9    A.   Yes.

10   Q.   But in that instance you thought that Matt

11 Trueblood was behind that package sending, correct?

12   A.   I did not -- myself and Jason Pope tried to

13 -- Jason suggested, like why don't you compare that

14 to writing samples?  And we did.  And we compared it

15 to, just, on like leave requests that he happened to

16 have.  And there were some time line pieces that

17 lined up.  And the handwriting for Matt Trueblood

18 that lined up.

19         However, Andrew McDaniel, Matt Trueblood and

20 Aly Stephenson were a teaching team, and McDaniel and

21 Trueblood were very good -- they hung out a lot with

22 each other and with the principal.

23   Q.   Am I recalling correctly that Matt Trueblood

24 was no longer part of the fifth grade team when these

25 e-mails were sent?

**RENAYEE WESTFIELD**

145

1      A.    Correct.

2      Q.    Okay.  Did you ever advise Jason Pope that

3  you believed that Andrew McDaniel had authored the

4  e-mail that Aly received?

5      A.    Yes.

6      Q.    Do you know if Jason Pope ever confronted

7  Mr. McDaniel about that?

8      A.    No.

9      Q.    Bad question on my part.  No, you don't

10  know?  Or no, Jason Pope did not?

11      A.    No, I don't know.

12      Q.    Did you, or do you recall as you sit here

13  today ever doing a formal observation for evaluation

14  of Andrew McDaniel's classroom during the time that

15  you were the assistant principal at Bottenfield?

16      A.    No.  I asked that I not do it.

17      Q.    Do you recall a year that you were assigned

18  to do it and asked not to do it?

19      A.    I wasn't assigned.  There was actually a

20  directive that was given to Chris Gilbert, the

21  principal.  And he came to me and asked me if I would

22  do it for him because him and Mr. McDaniel were, in

23  his words, very good friends.  And he didn't want to

24  evaluate his friend.

25      Q.    And so when you say there was a directive to

1    Chris Gilbert, who would have given that directive
2    for him to evaluate Andrew McDaniel?
3         A.    I don't know who told him that specifically.
4         Q.    And then because -- because the principal,
5    Chris Gilbert, was given that directive by someone,
6    he came to you and asked you to do it because of his
7    friendship with Andrew McDaniel?
8         A.    Yes.
9         Q.    And you refused to do that?
10        A.    Yes.
11        Q.    And what was your reason for refusing to do
12   the observation of Andrew McDaniel?
13        A.    Because I had had some concerns about Mr.
14   McDaniel that I felt were not taken seriously by
15   principal Gilbert.  And actually during a district
16   data piece where both Chris and I were called in to
17   talk about the data, the fifth grade cohort of
18   Trueblood, Stephenson and McDaniel was brought up.
19   And we were questioned about their poor data.  And
20   the SPED, the person over SPED at the time, pointed
21   out that all of their students, not just their Black
22   students, but their White students and their SPED
23   students were all performing poorly, when the year
24   before they -- there was a big difference between
25   their fourth grade data and their fifth grade data in

 1  all areas.

 2          And so at that point the discussion came

 3  about, which one of us was evaluating that grade

 4  level.  And it was found that Chris was kind of

 5  dealing with those pieces.  And then they said that

 6  they needed an evaluation done.  They asked him to

 7  stay, and I left.  So, I don't know what the

 8  conversation was there.  But then I know when he and

 9  I talked, he asked me to take over, to evaluate Andy

10  specifically.

11      Q.   Did you get the impression in this meeting

12  that you talked about where there were concerns with

13  a co-teacher of the fifth grade team, did you get the

14  impression that someone was suggesting that because

15  Chris Gilbert had done the evaluations in the

16  previous year, that he was too easy on his

17  evaluations, and that's why the data from fourth

18  grade to fifth grade showed that the students were

19  under performing?

20      A.   No.  I don't -- no.  I don't know that.

21      Q.   Okay.  And did you tell me that the fifth

22  grade team at that point in time when this

23  conversation happened was Matt Trueblood, Alyson

24  Stephenson and Andrew McDaniel?

25      A.   Yes.

1    Q.   Okay.  But, the fifth grade team in the
2  2019-2020 would have been Alyson Stephenson, Andrew
3  McDaniel, and Kerry Schmidt, correct?
4    A.   Correct.
5    Q.   Okay.  Do you know who did the formal
6  evaluation or observation of Andrew McDaniel in that
7  year when Chris Gilbert asked you to do it and you
8  declined?
9    A.   It would have been Chris.
10   Q.   Okay.  So, even though he didn't want to do
11 it and asked you, you declined, so then it went back
12 to Chris to do it?
13   A.   Absolutely.  But he informed me, they told
14 him that he had to.  And so he had asked me, against
15 what they told him.
16   Q.   Okay.  Did you have any discussion with
17 Chris Gilbert about why you believed that the data
18 for Black and White students from that fifth grade
19 team of Stephenson, McDaniel and Trueblood were
20 showing that they were performing worse than they did
21 in fourth grade?
22   A.   Yes.
23   Q.   And what did you tell Chris was the reason
24 for those?
25   A.   My discussion was centered around the fact

RENAYEE WESTFIELD

149

1   that Aly had consistently had SPED students in her

2   class.  So, I felt that her data would be reflective

3   of that.  So, it would look as though her students

4   were performing lower.

5           But, during the meeting I took issue with

6   him because I felt like he was throwing her under the

7   bus and not addressing the two men.

8       Q.  So, am I understanding correctly by that

9   statement that there was a higher concentration of

10  SPED students in Alyson Stephenson's home room, as

11  compared to Andrew McDaniel and Matt Trueblood?

12      A.  Yes, for that year prior.  The one that we

13  were looking at the data.

14      Q.  Okay.  And you believed that that

15  concentration of special ed students to Ms.

16  Stephenson's home room, that could have impacted her

17  numbers?

18      A.  Absolutely.

19      Q.  What did Chris Gilbert respond when you

20  raised that issue?

21      A.  He was not happy that I raised the issue at

22  that time.  Because it actually happened in front of

23  the other district officials.

24      Q.  And can I ask who those other district

25  officials would have been when you raised that?

1      A.   Orlando Thomas, Elizabeth DeGruy.  And I

2   don't remember who else was in that meeting.

3      Q.   And did you say Elizabeth DeGruy?

4      A.   Yes, DeGruy.  Yeah.

5      Q.   Okay.  Just like the degree?

6      A.   No.  It was D-E, and then capital G-R-U-Y.

7      Q.   Okay.  And do you know what her position was

8   in the district at that time?

9      A.   She was the director of special education.

10     Q.   And then Orlando Thomas, would he have been

11  the supervisor of the campus?

12     A.   Yeah.

13     Q.   Okay.

14     A.   Yes.

15     Q.   And what occurred that made you believe that

16  Chris Gilbert was not happy that you raised that with

17  those district individuals at that meeting?

18     A.   There was a bit of an -- Dr. DeGruy -- Dr.

19  DeGruy took issues with the scores, and Chris was

20  saying that -- he kept mentioning Aly's name as

21  opposed to -- and Trueblood, as opposed to not saying

22  anything about McDaniel.  I do believe the team knew

23  McDaniel.  So, they started kind of pushing back

24  about what they knew about him.  And --

25     Q.   "Him" being McDaniel?

1      A.    McDaniel.  And Chris was doing a lot to not

2    answer the questions about McDaniel.  And would put

3    it on Stephenson and Trueblood.  And my concern with

4    that was that Stephenson had a majority of the SPED

5    students.  And for -- it was supposed to be, you put

6    the SPED students between two classes.  But, Aly was

7    usually getting the SPED students.  And she would get

8    a teacher's aid with it.  But I felt that she -- her

9    scores had a lot to do with the SPED students she had

10    in there.

11           So I was asking him to consider that when we

12    were having the conversation, and not to throw her

13    under the bus because of the student load she had.

14      Q.    And so the student data was that, or did

15    that track with the home room assignment for a

16    particular student that you would know?  Like the

17    data score was attached to Alyson Stephenson's home

18    room or McDaniel's home room or Trueblood's home

19    room?

20      A.    Yes, it was -- yeah.

21      Q.    It was by home room, correct?

22      A.    Yes.

23      Q.    Okay.  And who made the decision how many

24    SPED students were assigned to a particular

25    classroom?

1     A.    That falls under the principal's role.

2     Q.    Okay.  Having that experience with Andrew

3  McDaniel during the time that Chris Gilbert was

4  principal, how did that play into your perception of

5  how Andrew McDaniel interacted with Black students,

6  if at all?

7     A.    It didn't.  Yeah, it didn't.

8     Q.    Okay.  Other than that particular meeting

9  about student data relating to the fifth grade team

10  of Stephenson, McDaniel and Trueblood, do you

11  remember any other meetings that you had relating to

12  the student data assessments for fifth grade in a

13  following academic year?

14     A.    It would have been ongoing throughout the

15  year.

16     Q.    Do you remember any meeting with Principal

17  Pope where there was a discussion about the data for

18  the fifth grade team when it was Alyson Stephenson,

19  Andrew McDaniel, and Kerry Schmidt?

20     A.    Data day is twice a year, we would meet with

21  grade levels and go over their data.

22     Q.    And do you have any present memory as you

23  sit here today of doing the two data days for 2019

24  and 2020 with regard to the fifth grade team?

25     A.    We would have had them, but I don't remember

1   the specific meeting.

2       Q.   Okay.  Do you ever remember talking with

3   Alyson Stephenson about the fact that the special ed

4   concentration in her classroom for the 18-19 academic

5   year, you believed may have skewed her student data?

6       A.   No.

7       Q.   Did you talk to anybody about that outside

8   of that meeting that you described with the principal

9   and then the other two district individuals?

10      A.   No, because that was -- it was an

11  end-of-the-year meeting, and teachers were not there

12  by then.

13      Q.   Back to that discussion where you had

14  indicated to Aly that she should watch herself with

15  her colleagues, was that comment directed only to

16  your concern about Andrew McDaniel as a colleague?

17  Or were there others?

18      A.   It was McDaniel.

19      Q.   Okay.  If Ms. Stephenson said that there was

20  a reference in that conversation where you were

21  cautioning her about a lot of tension in the school,

22  do you know what type of tension she would have

23  believed you were describing at that point?

24          MS. KANE:  Objection to speculation.

25      A.   No.

1      Q.   Just if you know?  And was there a

2  discussion when you and Alyson had that conversation

3  after the Tier 2 meeting about union involvement that

4  was a reason that you had also indicated to her to

5  watch herself?

6      A.   No.

7      Q.   Other than union representatives who may

8  have attended committee meetings or other meetings

9  you had throughout the school year in 2019 and 2020,

10  did any union person raise to you in that academic

11  year, that Alyson Stephenson believed you were

12  targeting her because of her being White?

13      A.   No.

14      Q.   You described an incident where Beth Booth

15  came to your door in the admin office with respect to

16  your decision to not go into the classroom, into

17  Aly's classroom for a behavior issue.

18          Were there any other times other than that

19  circumstance where either Ann Ramirez or Beth Booth

20  approached you about any issue regarding Alyson

21  Stephenson in the 2019-2020 calendar year?

22      A.   No.

23      Q.   Other than your absence during January and

24  February of 2020 when you said you were away for an

25  extended period, were there any other extended times

1   that you were away from school during the 2019-2020

2   calendar year where you would not have been acting as

3   assistant principal?

4       A.   No.

5       Q.   Do you know if any other person was assigned

6   to serve as assistant principal while you were out in

7   January and February?

8       A.   No.

9       Q.   At any point did you have a conversation

10  with Jason Pope about changing the team members for

11  the fifth grade team for the 2020-2021 school year?

12      A.   Yes.

13      Q.   And when did you have that conversation?

14      A.   That was towards the end of the 2020 --

15  2019-2020 school year.

16      Q.   And do you remember where you were when you

17  and Jason had that conversation?

18      A.   No.

19      Q.   Was it an in-person conversation?

20      A.   I believe one started on the telephone.  And

21  then just our offices were next to each other.  So,

22  yeah, and then telephone and then in person.

23      Q.   And what was the catalyst or the reason for

24  that discussion?

25      A.   It was the end of the year.  But, that's not

1    a decision -- like teacher assignments aren't

2    decisions that fall for an assistant principal role.

3         Q.   So, the conversation that you had with Jason

4    about teacher assignments, was it specific to the

5    fifth grade team?

6         A.   Yes.

7         Q.   And was it a conversation where you

8    precipitated dialogue with Jason Pope about the

9    makeup of the fifth grade team?

10        A.   No.

11        Q.   How, or who started that conversation?

12        A.   That would have been Jason.

13        Q.   Okay.  And you say that started over the

14   phone?

15        A.   Yeah.  Yes.

16        Q.   And did he indicate to you why he was

17   looking at the membership of the fifth grade team?

18        A.    It wasn't just fifth grade.  It was, it also

19   involved others in different grade levels.  I think

20   -- we ended up having an opening at possibly third

21   grade.  And there was a first grade teacher that did

22   not get that position.  And Jason asked me if I would

23   ask that teacher if she felt comfortable moving to

24   another grade level.

25        Q.   So, there was an opening in third grade for

1    the 20-21 school year?

2        A.    Yes.

3        Q.    And that was filled prior to the end of

4    2020?

5        A.    Yeah, there was an interview that happened,

6    and she did not -- that teacher did not get that

7    position.

8        Q.    And when you say "that teacher", you mean

9    the first grade teacher?

10       A.    Yes.

11       Q.    And so you're telling me that Jason Pope

12   asked you to have a conversation with the first grade

13   teacher that didn't get the third grade position to

14   move to a different grade level?

15       A.    Yes.

16       Q.    And what grade level was the first grade

17   teacher asked to move to?

18       A.    Fifth.

19       Q.    And why was Jason Pope having conversations

20   with you about that, if you, as the assistant

21   principal, did not have input into teachers moving?

22       A.    I didn't say I didn't have input.  We could

23   have the discussion.  But it's just not my decision.

24   He asked me to talk to the first grade teacher.  I

25   had known her longer.

1      Q.    And who was that?

2      A.    Megan Herrig. H-E-R-R-I-G.

3      Q.    And did you approach Megan Herrig and ask

4   her to move to fifth grade?

5      A.    I did ask her how she'd feel about moving to

6   another grade level.  I knew that she had mentioned

7   that -- I knew she had gone for the third grade

8   position, and I asked if she would be comfortable

9   going a little bit higher to fifth grade.

10     Q.    Did you ask Megan as a favor to you to move

11  to the fifth grade because of issues between you and

12  Ms. Stephenson?

13     A.    No.

14     Q.    When Jason Pope asked you to ask Megan

15  Herrig about moving to fifth grade, did he say to you

16  which fifth grade team member would be replaced by

17  Megan?

18     A.    He did say which one he planned on moving.

19  And it was Aly, yes.

20     Q.    And did he tell you why he planned to move

21  Aly from fifth grade?

22     A.    Yes.

23     Q.    And why was that?

24     A.    He stated that she had had a conversation, I

25  don't know if it was with him or someone else, about

1  how she felt she was better with the little ones.

2      Q.   And Mr. Pope relayed to you that he had had

3  that conversation with Aly?

4      A.   I don't know if -- that's what I stated.  I

5  don't know if he had the conversation or how it got

6  to him.  But, he did share that she had mentioned

7  that she was better with the little ones.

8      Q.   Did you understand when he was telling you

9  that, that Jason Pope had had, was telling you that

10  he had had a conversation with Aly about that?

11      A.   No.  I didn't assume -- just knowing what --

12  he didn't say that specifically.

13      Q.   He just said that somewhere along the way he

14  had understood that Aly had said she was better with

15  the little ones?

16      A.   He didn't -- I don't know if he said exactly

17  somewhere along the way.  He just said hey, you know,

18  I understand she's better, she feels better with the

19  little ones.

20      Q.   Okay.  And I just want to clarify.  Did

21  Jason Pope, when he said that, she feels better with

22  the little ones, did he make you believe that he had

23  had a direct conversation with Aly about that issue?

24  Or --

25      A.   No, he didn't.  He didn't go into it.

160

1      Q.    So you don't know if he specifically talked
2  to Aly or not?
3      A.    No, I don't.
4      Q.    But he did tell you that Aly was going to be
5  the individual that he was going to move in order to
6  make room for Megan Herrig to go to fifth grade?
7      A.    She was -- yes.
8      Q.    Did you, when he said that, ever suggest to
9  Jason that maybe Andrew McDaniel was a better person
10  to move from the fifth grade team?
11      A.    No.  I did not.
12      Q.    Is there a reason that you didn't offer that
13  opinion?
14      A.    That wouldn't have been my reason.
15      Q.    I'm sorry, that wouldn't have been your
16  reason?
17      A.    What you stated, you know, to move Andrew
18  instead; to move him down.  I would not have
19  suggested that he be moved anywhere in the building.
20      Q.    Did you concur or agree with Jason Pope's
21  indication to you about moving Alyson Stephenson to a
22  different place?  Was that agreeable to you?
23      A.    Yeah, that was agreeable.  Especially if she
24  said she wanted the younger ones.
25      Q.    Well, did Jason Pope tell you that she

1  wanted the younger ones?  Or that she felt better

2  with the younger ones?

3      A.   He just stated she felt better.

4      Q.   Okay.  And when you say you would not have

5  supported having Andrew McDaniel move to any other

6  position in the school, what was your reason for

7  that?

8      A.   I did not feel that he should be teaching in

9  the building.

10      Q.   And what was your reason for believing that

11  he should not be teaching in the Bottenfield

12  elementary school?

13      A.   Just some other issues with his conduct.

14      Q.   And what would those other issues have been?

15      A.   Um, comments he had made to other female

16  staff members along the line of some possible sexual

17  harassment.  Comments he had made about Joe Glass and

18  his penis.  Comments that he had made to the mentor

19  coordinator, Paula Partin.  The fact that he was

20  often not in his classroom.  And that he was in the

21  classroom of another teacher on the opposite end of

22  the building when he had students in his class.

23  There was quite a bit.

24      Q.   With respect to these issues with Andrew

25  McDaniel, did you ever raise those with Chris

162

1    Gilbert?

2         A.    Yes, I did.

3         Q.    And did you raise the instance about the Joe

4    Glass comments or the sexual harassment comment with

5    anybody other than -- well, with anybody at the

6    district?

7         A.    Yes.  I did.

8         Q.    And who would that have been?

9         A.    I told Chris Gilbert.  And then I had a

10   meeting with Orlando Thomas and Mr. Kleber.

11        Q.    I'm sorry, Mr. Cleaver?

12        A.    Kleber.

13        Q.    Okay.  Ken.  Okay.  Sorry.  And that's

14   K-L-E-I-B-E-R?

15             MR. KLEBER:  No "I".  Just K-L-E-B-E-R.

16   BY MS. WALL:

17        Q.    Okay.  Thank you.  So we'll have it for the

18   record.  With regard to Andrew McDaniel being out of

19   the classroom at times when he was assigned to have

20   students, did you ever bring that particular issue up

21   with Chris Gilbert when you were having this

22   discussion about the data with fourth grade students

23   as compared to fifth grade, and what was going on

24   with the data with the fifth grade team?

25        A.    The conversation came up because Dr. DeGruy

1    knew him as well, and Orlando Thomas was -- they were

2    both in that meeting.  Orlando mentioned there was a

3    time he was walking through the building, and he

4    walked straight into Andrew McDaniel.  And then he

5    turned and asked me, and just said hey, Renayee, does

6    he have -- where is he supposed to be?  I said he

7    should be in class.  So he walked right into Orlando

8    in the hallway, and Orlando brought it up during the

9    meeting, where the discussion about fifth grade.

10        Q.   And when you say the meeting with the

11   discussion about fifth grade, with regard to the

12   student data?

13        A.   The data; yeah, sorry.

14        Q.   No, I just want to make sure we're clear.

15        A.   No, it's okay.

16        Q.   That it's clear for the record.   Are you

17   aware of any reprimand that Andrew McDaniel received

18   after you made these complaints?

19        A.   I am not.

20        Q.   Okay.  Did you ever raise your concerns that

21   we spoke about regarding Andrew McDaniel with Jason

22   Pope?

23        A.   Yes.  There was a sexual -- there was a

24   situation that involved our instructional coach.  And

25   as soon as it was brought to me, I went to Jason Pope

1  with it.  And Jason then said that it was a colleague

2  to colleague, and that the instructional coach should

3  go and talk to Andy McDaniel.

4       Q.   So that colleague to colleague involved Mr.

5  McDaniel and the instructional coach?

6       A.   Yes.

7       Q.   And was the instructional coach female?

8       A.   Yes.

9       Q.   And did that, or did you approach Mr. Pope

10  during the 2019-2020 school year about that incident?

11       A.   Yes, I did.

12       Q.   Okay.  And are you aware if Mr. McDaniel was

13  reprimanded for that beyond Mr. Pope saying, Mr.

14  McDaniel should handle that directly with the

15  instructional coach?

16       A.   No.  I'm not aware.

17       Q.   Okay.  In the discussion that you had with

18  Mr. Pope about Megan Herrig going to fifth grade, was

19  there any further discussion about the fact that

20  maybe Megan -- well, strike that.

21            Other than that discussion that you had with

22  Jason Pope about the interaction that Mr. McDaniel

23  had with that instructional coach, were there any

24  other instances during the 2019-2020 academic year

25  when you went to Jason Pope about a McDaniel issue?

165

```
 1      A.   Quite often.
 2      Q.   Okay.  What were those other instances just
 3 in that school year?
 4      A.   There was a report by another staff member
 5 that the other fourth grade teacher that received the
 6 letter, that they walked in and Mr. McDaniel had his
 7 fingers in the holes in her pants.
 8      Q.   Let me just ask, I think you said the other
 9 fourth grade teacher.
10      A.   The other fourth grade teacher, Jen Leech,
11 that received the letter.
12      Q.   I thought only fifth grade teachers received
13 the e-mail?
14      A.   I mean, I'm sorry, the e-mail.  No, I stated
15 Jen Leech and Andrew McDaniel got them.  And then a
16 staff member came, and multiple staff members would
17 mention conduct between McDaniel and Ms. Leech.
18      Q.   Okay.  So I misunderstood.  So the three
19 e-mails; one went to Ms. Stephenson, one went to Mr.
20 McDaniel, and then one went to Jen Leech, who was a
21 fourth grade teacher?
22      A.   Correct.
23      Q.   And so then during the 2019-20 school year,
24 there was a report to you that someone had observed
25 Mr. McDaniel having his hand in the holes of Jen
```

1  Leech's pants?

2      A.   Jeans.  You know, like when you have the

3  holes in the jeans.

4      Q.   And you pay extra for those.

5      A.   They pay extra for those, yeah.

6      Q.   Okay.  And so someone had reported that to

7  you as the assistant principal?

8      A.   Yes.

9      Q.   Okay.  And then did you report that up the

10  chain then to Mr. Pope?

11      A.   Yes.

12      Q.   Okay.  And what did you report to Mr. Pope

13  about that particular event?

14      A.   Just that a staff member had said that she

15  witnessed Mr. McDaniel in Ms. Leech's class at a time

16  that he should have been with his students, and that

17  she was -- what she saw was uncomfortable for her

18  because she couldn't understand why a married man

19  would have his fingers in the holes of -- the

20  teacher.

21      Q.   Did you understand that happened when

22  students were in Ms. Leech's classroom?

23      A.   Now, I don't know.  That, I don't know.

24  Sorry.

25      Q.   And when you reported that to Mr. Pope, did

1  he take any action on that?

2      A.   He did leave his office and go down the

3  hall.  But, I don't believe -- I think he did try to

4  -- no, I don't know what happened.

5      Q.   Okay.  Any other -- you indicated that with

6  Mr. McDaniel there were several.  What were other

7  instances during that academic year where you --

8      A.   A Kids Plus staff member reported that Mr.

9  McDaniel had called and made a complaint on her about

10  the level of -- (phone interruption.) I actually do

11  need to pick my son up.  Or either send a text to ask

12  somebody else to get him.

13          MS. KANE:  Can we take a break?

14          (A break was taken at 2:59 p.m.)

15          (Proceedings resumed at 3:06 p.m.)

16          MS. WALL: Ann, can you read back where we

17  were.

18          (At this point the court reporter read the

19  requested portion of the record.)

20      A.   That he made a complaint about the noise

21  level in the cafeteria, and her piece was that he

22  never, ever spoke to her.  And it was after school.

23          So, she was upset that she felt that it was

24  an erroneous complaint, and that it's an after school

25  program, and that the doors to the cafeteria could

1    have been closed.

2        Q.   Was her complaint that he escalated it to

3    someone in the school without going to her directly?

4        A.   Yes.  That was it.

5        Q.   Any other instances that you can recall with

6    Mr. McDaniel during that school year?

7        A.   Generally not being in his classroom or with

8    his students when it was his duty to supervise his

9    kids.

10       Q.   How about anything related to like a racial

11   situation where there was some racial injustice or

12   some perception that he was being racist to students

13   in his classroom?

14       A.   Nothing ever raised about him being racist

15   to students in his classroom for that year.

16       Q.   Were there prior years where that was raised

17   as an issue with him?

18       A.   Yes.  The year before.

19       Q.   Okay.  And how did that issue come up in the

20   year before, the academic year before?

21       A.   It was raised by the parent of the student.

22       Q.   Are you aware of any instances where there

23   was an issue raised by any parent in Alyson

24   Stephenson's classroom that there was some perception

25   that she was racist?

1     A.    No.

2     Q.    In the preceding academic year when that

3 issue came up with Mr. McDaniel, and that parent

4 indicating that, do you know if any steps were taken

5 to address that issue or investigate that issue with

6 Mr. McDaniel?

7     A.    Yes.

8     Q.    And what do you know about that?

9     A.    I know that Mr. Gilbert did attempt to set

10 up a meeting between the parent and Mr. McDaniel and

11 himself.  But, once they had the date and time, Mr.

12 McDaniel went and then called the parent, and then

13 they got into an argument.  And so Mr. McDaniel

14 approached me in the hallway as I was coming back

15 from another -- I don't remember where I was coming

16 back from, but he approached me in the hallway and

17 asked me if I knew that they had just gotten into the

18 argument on the phone.  And if I knew about the

19 meeting they were supposed to have had.  I didn't

20 know because I had just gotten back into the

21 building.  So, I didn't know at that time.

22     Q.    Was there any follow-up by anybody to

23 reschedule that meeting with the parent after that

24 incident?

25     A.    Yes.

RENAYEE WESTFIELD

170

1    Q.   And did that issue get resolved then as far
2  as you know?
3    A.   I assume so, yes.
4    Q.   Are you aware of Mr. McDaniel ever receiving
5  any kind of reprimand as a consequence of that parent
6  complaint?
7    A.   I don't believe so.
8    Q.   The historic piece where you describe that
9  it was tough to talk about race because of historic
10  instances, how long had there been this historic kind
11  of feeling at Bottenfield?  During the whole nine
12  years that you were there?
13    A.   Actually, it would go back to my first year
14  teaching.  When I was hired by the principal, Barb
15  Daly, she did mention that she had a lot of concerns
16  about the treatment of Black male students in her
17  building.  And she wanted to do more to diversify her
18  staff.
19    Q.   And what building were you teaching in for
20  your first school year?
21    A.   Bottenfield.
22    Q.   And were you the only African American
23  teacher at Bottenfield at that time when you started?
24    A.   No, I was not.  She had also hired two
25  others.

171

1      Q.   Okay.  And for what period of years after

2    your first year were there African American staff

3    members other than yourself?

4      A.   I was the only one, only Black teacher, I

5    think in 2007 or either 2008.  And then again in

6    2011, I believe as teacher.

7      Q.   Okay.  I did have one other question.  You

8    mentioned on Facebook you were having a conversation,

9    I believe, with Paula, is it Partin?

10     A.   Partin.

11     Q.   Regarding a game; and you mentioned Game of

12   Thrones.

13     A.   Yes.  That's the show.  But, it wasn't a

14   conversation.  It was, she shared a meme.  And then I

15   shared her meme.  But we weren't in an active

16   conversation.

17     Q.   Okay.  Do you remember what that meme said,

18   or what the picture was?

19     A.   No.  Not at the moment.  I remember one of

20   the three was a picture of a Black gamer and he had

21   on a -- looked like I think it was an IKEA rug.

22   You'd have to watch Game of Thrones to understand.

23   But, he had the rug over his shoulder, and he was

24   waving in the chair and it was like waiting for the

25   next episode of Game of Thrones.  But, you know, it

1  was a play off of the fact that one of the

2  characters, John Snow, they had actually found a rug

3  to put over because they didn't have time to sew

4  intricate like wolf --

5      Q.    Costume?

6      A.    Yeah, it was that.  So, this Black guy put a

7  rug over and was sitting in his chair, and was like

8  waiting for the next episode of --

9      Q.    Was there anything in the meme relating to

10  the fact that this warrior was Black, versus

11  non-Black, that was significant?

12      A.    No.

13      Q.    Okay.  That's all I have.

14          MS. KANE:  I just have one question just to

15  clarify for the record.

16                  EXAMINATION BY

17  MS. KANE:

18      Q.    Do you recall Ms. Wall asking you about that

19  graphic of the kids in the boxes?

20      A.    Yes.

21      Q.    Was that a district created graphic?

22      A.    No.

23      Q.    Okay.  That's all I have.

24                  FURTHER EXAMINATION BY

25  MS. WALL:

1    Q.   Let me just in follow-up, I thought you said

2  that the graphic of the three looking over the fence

3  was a district graphic?

4    A.   It has been shown at the district level

5  meetings.  But, the district did not own that

6  graphic.  It wasn't something the district designed.

7    Q.   Why was that particular graphic shown at

8  other district meetings?  What is the purpose of that

9  graphic being shown?

10    A.   I believe it was to just illustrate the

11  district and the initiative of what equity means to

12  access for all students, given what they need.

13    Q.   So, in response to counsel's question when

14  she asked you was it a district graph, a district

15  graphic, your testimony is that the district didn't

16  create the graphic, but it was utilized as kind of a

17  demonstration or illustration of what equity was to

18  mean from the district perspective?

19    A.   Yes.  But I thought she asked me if it was

20  district created.  So I just wanted to clarify, the

21  district did not create that.

22    Q.   Okay.  But they certainly, the district,

23  utilized it as an illustration tool?

24    A.   Yes.

25    Q.   Okay.  Yes?

**RENAYEE WESTFIELD**

174

1    A.   Yes.

2    Q.   Okay.  That's all I have.

3          MS. KANE:  So, Renayee, she's asking if you

4  want to waive signature.  So, you have the option of

5  reviewing the transcript and you can make corrections

6  to it as in like you can correct like spellings of

7  words or like if the wrong -- basically like

8  typographical errors.  Or we can waive signature,

9  meaning you will accept the transcript as written.

10         So, that's up to you.  I don't have an issue

11  with waiving signature.

12    A.   I was going to ask, is there any reason why

13  I shouldn't --

14         MS. WALL:  You can't change your answers.

15  You are basically just looking at the court

16  reporter's grammatical typing of the transcript.  So

17  generally people just rely on her accuracy.

18         THE WITNESS: Yes.

19         MS. KANE:  That's fine if you want to do

20  that.  It's your choice, but we can waive signature.

21         THE WITNESS: Okay.  I just wanted to know

22  what you advise.

23         MS. KANE:  We'll waive signature.

24             (The time is 3:17 p.m.)

25

175

1    STATE OF ILLINOIS      )
                            )    SS
2    COUNTY OF CHAMPAIGN   )

3              I, DEANN K. PARKINSON, a Notary Public in
     and for the County of Champaign State of Illinois, do
4    hereby certify that RENAYEE WESTFIELD, the deponent
     herein, was by me first duly sworn to tell the truth,
5    the whole truth and nothing but the truth in the
     aforementioned cause of action.
6              That the foregoing deposition was taken on
     behalf of the Plaintiff on May 17, 2024.
7              That said deposition was taken down in
     stenographic notes and afterwards reduced to
8    typewriting under my instruction and said
     transcription is a true record of the testimony
9    given; and that it was agreed by and between the
     witness and attorneys that said signature on said
10   deposition would be waived.
               I do hereby certify that I am a
11   disinterested person in this cause of action; that I
     am not a relative of any party or any attorney of
12   record in this cause, or an attorney for any party
     herein, or otherwise interested in the event of this
13   action, and am not in the employ of the attorneys for
     either party.
14             In witness whereof, I have hereunto set my
     hand and affixed my notarial seal August 15, 2024.
15

16                              _____
                                DEANN K. PARKINSON, CSR
17                              NOTARY PUBLIC

18

19

20

21

22

23

24

25

**A**

**ability (1)**
68:3
**able (7)**
25:7;54:16;69:13,
19;82:25;86:12;132:5
**absence (1)**
154:23
**absent (1)**
32:11
**absolutely (7)**
12:23;31:12;59:15;
94:4;136:12;148:13;
149:18
**academic (10)**
64:6;79:3;117:15;
152:13;153:4;154:10;
164:24;167:7;168:20;
169:2
**acceleration (1)**
79:4
**accept (2)**
19:1;174:9
**acceptable (5)**
25:23;73:17,18,20,
23
**access (4)**
69:9,13,20;173:12
**According (2)**
37:20;95:11
**account (2)**
15:5,7
**accuracy (1)**
174:17
**accurate (2)**
66:18;69:12
**achievement (1)**
136:5
**acronym (4)**
78:25;115:13;
119:4,6
**acronyms (2)**
35:18;119:15
**acting (2)**
98:2;155:2
**action (1)**
167:1
**actions (2)**
6:2;56:21
**active (1)**
171:15
**actively (1)**
57:25
**activities (1)**
132:22
**actor (1)**
122:3
**actual (10)**
19:7;23:2;29:14;
30:4,8;55:16;69:6;
109:12;126:17;

**134:11**
**actually (33)**
6:15;9:2;12:21;
13:25;14:22;16:3;
36:8;37:8,10,14;
40:13,17,44:17;
59:25;64:5;72:1;
74:20,21;76:8;82:18,
24;83:13;89:23;98:6;
115:6,15;141:24;
145:19;146:15;
149:22;167:10;
170:13;172:2
**add (1)**
79:12
**addition (1)**
107:13
**additional (1)**
129:8
**address (2)**
125:3;169:5
**addressed (1)**
135:17
**addressing (3)**
109:15;135:17;
149:7
**adhere (1)**
77:14
**admin (6)**
7:6;21:21,22;125:6;
134:24;154:15
**administration (5)**
17:14;55:11;94:10;
124:19;126:2
**administrative (6)**
17:11;21:13,15;
47:24;55:14;125:2
**administrator (19)**
43:25;45:5,13;
47:18;57:22;64:18;
73:21,23;74:22;75:3;
81:25;82:1,6;83:12;
111:9;116:1;123:7,
10;137:7
**administrators (8)**
58:24;70:21;71:5;
73:16;82:11;85:2;
138:7,8
**admonishing (1)**
91:6
**adopted (1)**
79:11
**advance (2)**
12:8;46:15
**Advancement (1)**
79:9
**adverse (2)**
40:9;76:2
**advice (2)**
41:13,19
**advise (2)**
145:2;174:22
**advocate (1)**

**131:12**
**affect (1)**
127:23
**affirming (1)**
99:21
**African (5)**
64:6,8;135:16;
170:22;171:2
**again (6)**
52:24;78:2;129:8;
134:23;143:18;171:5
**against (4)**
11:1,16;137:3;
148:14
**aggressive (1)**
66:12
**agree (2)**
63:24;160:20
**agreeable (3)**
139:24;160:22,23
**agreed (2)**
80:20;100:23
**agreeing (1)**
109:3
**agreement (1)**
4:9
**ahead (1)**
105:12
**aid (1)**
151:8
**airport (7)**
81:2;83:15;84:8,15;
85:7,12;86:18
**alerted (1)**
12:18
**allegation (1)**
33:19
**allegations (3)**
11:15,19;12:5
**alleged (1)**
11:22
**alley (1)**
112:12
**allowing (1)**
41:24
**almost (3)**
37:9;79:12;91:6
**alone (1)**
88:7
**along (3)**
159:13,17;161:16
**alongside (1)**
27:1
**always (5)**
8:22;32:8;116:20;
117:7,9
**Aly (105)**
33:19;41:9;45:19;
47:14;60:7;79:23;
80:7;81:1,5,12,19;
82:12,16;83:4;84:2,6,
9,15;85:6,12,15,21,
23;86:9,18,21;87:11,

**19;88:9,19;89:1,4,4,9,**
**13,19,25;90:14,15,17;**
**92:7,12,15,23;93:4,**
**18;94:2,4;95:7,21;**
**96:18,19;97:5;98:18;**
**99:3,14,21,22;100:15,**
**20;101:5,11,19;**
**102:13,24;103:3,5,11,**
**23;104:2,13,23,24;**
**105:4,6,8,24;107:9,**
**16,25;108:7,11;**
**110:21,24;112:7;**
**113:21;114:22;115:3,**
**6;120:1;124:12,15;**
**144:20;145:4;149:1;**
**151:6;153:14;158:19,**
**21;159:3,10,14,23;**
**160:2,4**
**Aly's (9)**
45:18,25;48:25;
82:19;94:12;95:6;
96:24;150:20;154:17
**Alyson (36)**
5:6,7;8:7,15;9:18;
10:12;12:25;13:8,12,
20,25;18:9;25:5;
62:11;71:5;76:24;
87:5;113:4;114:10;
117:25;134:17;137:3;
139:7,11;144:3;
147:23;148:2;149:10;
151:17;152:18;153:3;
154:2,11,20;160:21;
168:23
**Amber (5)**
76:8,15,16,17,20
**American (5)**
64:7,9;135:16;
170:22;171:2
**among (1)**
77:5
**amongst (1)**
23:17
**amount (1)**
105:7
**Andrew (41)**
60:20;67:18;80:7;
91:23;92:3,6,12,17,
25;107:9;111:12;
128:23;131:24;143:4,
5,11;144:1,7,19;
145:3,14;146:2,7,12;
147:24;148:2,6;
149:11;152:2,5,19;
153:16;160:9,17;
161:5,24;162:18;
163:4,17,21;165:15
**Andy (5)**
67:22;85:11;
131:23;147:9;164:3
**Ann (7)**
113:6,9,15,25;
114:19;154:19;

**167:16**
**announce (1)**
86:25
**anonymous (10)**
87:20;88:10,24;
89:14;90:3,22;93:6,
23;97:12,23
**anonymously (3)**
92:20;94:6;98:3
**answerable (1)**
122:20
**answered (2)**
102:5;134:21
**anticipate (2)**
4:16,16
**AP (10)**
27:9,9;52:11;57:23;
58:6;64:14,15;65:5,
12;67:6
**appear (1)**
18:16
**applicant (1)**
62:24
**applicants (2)**
62:22,24
**applied (2)**
7:2;63:19
**applies (1)**
58:12
**apply (1)**
6:24
**apprised (1)**
108:4
**approach (4)**
89:19;90:2;158:3;
164:9
**approached (7)**
89:22,24;90:7;
97:17;154:20;169:14,
16
**approaching (1)**
119:25
**appropriate (2)**
25:11
**April (1)**
95:15
**APs (1)**
64:19
**area (6)**
13:8;82:21;83:6;
85:8;88:14;122:19
**areas (2)**
93:11;147:1
**argument (3)**
72:8;169:13,18
**arise (1)**
41:20
**around (6)**
9:11;37:11;38:21;
124:11;143:9;148:25
**arranged (2)**
80:19;84:20
**arrangement (1)**

86:5
**arrangements (7)**
80:14;83:7,15,17,
20;86:2,4
**arrived (3)**
81:2;82:21;110:12
**article (22)**
11:24;33:20,23;
35:2,6,11,12,12,14,22,
23;39:11,16,19,22;
40:4;68:13,14;71:8,9,
17,25
**articles (10)**
33:24;35:2,4,6,8;
39:23;68:8,11,12;
71:19
**Asian (1)**
25:2
**aside (1)**
141:5
**aspect (1)**
65:25
**assertion (1)**
140:18
**assessments (1)**
152:12
**assign (1)**
117:2
**assigned (11)**
9:7;28:22;47:5;
112:11;120:1;128:17;
145:17,19;151:24;
155:5;162:19
**assignment (2)**
10:12;151:15
**assignments (2)**
128:20;156:1,4
**assist (1)**
96:11
**assistance (6)**
47:13,14;53:5;
94:11;95:21;96:20
**assistant (29)**
5:14,16;6:13;7:4,6,
10,16,20;8:6;16:24;
17:1,4,7;22:15;58:1,
18;60:6;65:1,3;87:4;
113:7;130:23,24;
145:15;155:3,6;
156:2;157:20;166:7
**assistants (2)**
21:16,20
**assume (3)**
21:18;159:11;170:3
**assuming (1)**
99:12
**attach (1)**
117:2
**attached (2)**
90:22;151:17
**attempt (1)**
169:9
**attend (11)**

21:11,18,22;32:5;
70:22;79:16,18;
80:17,18,22,23
**attendance (2)**
21:7;117:15
**attended (8)**
32:2;70:20;71:6;
79:19,24;80:4;
135:10;154:8
**attendee (1)**
135:19
**attending (7)**
18:5;33:2;113:15,
25;114:2;116:13;
134:15
**attends (1)**
34:15
**attention (3)**
13:13;102:8;103:7
**attribute (3)**
19:21;56:20;66:6
**attributed (6)**
11:8;19:21;33:15;
56:25;132:4;133:21
**attributing (2)**
33:10;131:23
**author (1)**
97:18
**authored (1)**
145:3
**available (2)**
8:21,22
**AVID (8)**
78:24,25;79:5,9,17,
24;80:17,21
**aware (17)**
39:20,24;55:12,13;
87:18,19;89:1;107:8,
11;124:10;129:19;
138:16;163:17;
164:12,16;168:22;
170:4
**away (3)**
120:2;154:24;155:1

**B**

**babies (2)**
27:22,24
**baby (10)**
81:10,15,17,22,23,
24;82:17,18;84:12;
86:14
**back (40)**
19:8;20:9;23:7;
24:16;30:20;36:15;
45:2,9;46:6,8;47:17;
51:5,9,18;74:18;
75:10,19;82:24;88:8;
89:18,23;90:6;99:20;
100:12,16;103:18;
105:12;117:10;123:1;
129:6;141:13;142:20;

148:11;150:23;
153:13;167:16;
169:14,16,20;170:13
**background (3)**
23:11,20;31:14
**bad (4)**
16:20;77:17,18;
145:9
**bag (1)**
81:23
**baggage (4)**
82:20;83:6;85:8,13
**bags (1)**
82:19
**ball (1)**
69:12
**Bang (1)**
26:8
**Barb (2)**
139:4;170:14
**baseball (2)**
68:20;69:2
**based (11)**
29:17;30:11;51:25;
65:25;66:7;68:18;
69:14;88:18;103:1;
104:1;119:24
**basically (4)**
117:12;126:14;
174:7,15
**basis (3)**
72:12;94:2;95:7
**bathroom (1)**
78:12
**bearing (3)**
19:17;37:23;73:8
**became (1)**
15:15
**Beckless (1)**
64:22
**began (3)**
5:10;16:7;41:9
**beginning (1)**
50:22
**behalf (1)**
65:10
**Behavior (20)**
35:16,19,25;37:5;
45:12;50:15,20;52:1,
7,15;53:5;65:9,25;
66:22;76:4;95:22;
96:4,12;117:13;
154:17
**behavioral (3)**
64:6;66:16,21
**behaviors (8)**
42:17;50:18,19;
66:6;67:8,14;76:2;
137:3
**behind (10)**
18:18;36:2;40:5,25;
93:23;94:3;115:16;
135:1,13;144:11

**belief (7)**
25:10;28:3;34:11;
72:15;88:18;97:18;
109:8
**beliefs (9)**
19:16,22,23;20:17,
20;24:12;25:13,24;
28:2
**believing (2)**
140:24;161:10
**besides (2)**
21:7;134:20
**Beth (7)**
50:12;89:24;90:2,7,
10,13,19;91:9;
103:17;104:8;113:20,
25;114:13,19,23;
154:14,19
**better (14)**
25:7;67:19;110:16;
132:5;143:23;159:1,
7,14,18,18,21;160:9;
161:1,3
**beyond (2)**
39:14;164:13
**big (3)**
18:19;102:21;
146:24
**bigger (2)**
88:6,19
**bit (4)**
88:1;150:18;158:9;
161:23
**Black (52)**
18:22;19:4;25:7;
28:14,15;36:5,10,24;
37:1;38:11,20,25;
39:5,9;54:22;57:20,
25;58:3,23,24;59:10;
62:21,24;63:13;
67:14,19;68:3;72:8;
82:10,11;85:2;97:1,7;
132:5,15;135:23;
136:4,15;137:1,7,11,
18,21;138:23;146:21;
148:18;152:5;170:16;
171:4,20;172:6,10
**Bloom (1)**
122:4
**Bloomington (3)**
81:8,11;82:12
**body (2)**
59:12,16
**Bonam (2)**
7:23;8:3
**Booth (23)**
48:15,17;49:14,17,
22;50:2,12,12;89:24;
90:2,7,10,13,19;91:9;
103:17;104:8;113:20,
25;114:13,23;154:14,
19
**both (13)**

8:12;28:22;72:24;
75:20;82:16;112:24;
115:3;136:24;138:7,
8,17;146:16;163:2
**bother (3)**
79:7;87:22;88:11
**bothered (5)**
88:13;98:15;
100:21;101:4;102:7
**bothersome (1)**
19:3
**Bottenfield (34)**
5:11,13,16;7:20;
14:8;16:17,22;21:12;
24:4;27:9;28:15;63:8,
19;64:2;65:14;79:24;
80:3;85:16;87:4;
113:7;122:12;123:19;
124:19;125:19,22;
136:17;137:8,12,21;
145:15;161:11;
170:11,21,23
**bottom (2)**
88:2,15
**box (1)**
69:17
**boxes (6)**
68:17,19,21;69:10,
16;172:19
**Bracewell (1)**
139:4
**break (6)**
20:10;78:12;
121:12;131:2;167:13,
14
**breakdown (2)**
29:9,10
**Brian (1)**
15:14
**bring (8)**
12:19;39:25;40:3;
55:10;74:1;102:7;
117:17;162:20
**bringing (5)**
21:4;24:19;34:20;
84:11;96:18
**broad (1)**
63:22
**brought (27)**
13:12;18:20;23:17;
30:21;36:9;38:10;
39:2,21,23;45:1;
55:24;56:8;63:13;
72:2;76:3;91:17,18;
93:4;119:1;134:2,2,8;
135:12;142:11;
146:18;163:8,25
**Brown (3)**
15:14,14,18
**Bruce (3)**
15:14,18
**bug (1)**
119:18

**building (34)**
12:22;13:4;18:22;
30:4;45:7;57:21,22;
58:10,15,17,19;59:11;
62:3,18,19;103:15,16;
114:18;117:5;124:11,
19;125:2,4,7,10,13;
126:21;160:19;161:9,
22;163:3;169:21;
170:17,19
**bus (2)**
149:7;151:13
**business (1)**
40:24

**C**

**cafeteria (4)**
120:21,22;167:21,
25
**calendar (4)**
8:12;117:5;154:21;
155:2
**call (26)**
22:16;24:4,8,14,24,
24;30:2,3,14;31:7;
45:16,17;47:12;
48:21;49:24;55:18,
20,22;56:3;94:11;
98:24;99:1;121:13;
122:13,13;133:3
**called (15)**
4:3;36:1;45:3,20;
53:4;54:17;56:24;
57:14;74:21,23;
114:22;126:4;146:16;
167:9;169:12
**came (44)**
30:5,18;42:21,22,
24;45:6,16,17;46:6;
48:12,19;50:9;51:12;
54:8,14;58:22;89:14,
18,25;90:17;91:15;
93:19;95:14,15;
98:20;101:19,22;
102:13;103:5,12;
108:22;110:18;119:2;
120:22;121:3;135:16;
139:14;145:21;146:6;
147:2;154:15;162:25;
165:16;169:3
**campus (5)**
61:6;122:17;
123:19;125:22;
150:11
**can (44)**
4:21;8:14;16:21;
18:14;22:5;26:13;
36:23;38:17;39:6;
46:7;52:20;63:25;
64:1;69:4,5;78:2;
79:5;82:3;85:18;99:7;
102:15;105:11,20;

114:21;117:19;119:8,
13;120:12;126:6;
127:17,22;128:13;
130:1;134:23;140:8,
11;149:24;167:13,16;
168:5;174:5,6,8,20
**capable (1)**
67:19
**capacities (1)**
123:21
**capacity (3)**
114:3;123:18;124:5
**capital (1)**
150:6
**care (6)**
41:25,25;42:3,3;
103:17;133:6
**career (1)**
79:13
**carried (1)**
82:19
**carry (1)**
38:20
**carrying (1)**
37:11
**cart (1)**
83:2
**carts (1)**
83:1
**case (3)**
118:18,22;130:7
**catalyst (1)**
155:23
**catch (1)**
82:25
**categories (1)**
66:2
**category (1)**
63:22
**caught (2)**
27:15;79:8
**cautioning (1)**
153:21
**cautious (2)**
142:22,24
**centered (1)**
148:25
**certain (6)**
11:7;18:5;31:19;
33:10,14;66:2
**certainly (2)**
132:17;173:22
**certifications (2)**
17:6,9
**certified (1)**
58:3
**chain (1)**
166:10
**chair (2)**
171:24;172:7
**Champaign (8)**
5:21,23;6:22;7:5;
8:9;14:6;16:24;17:23

**champions (1)**
6:3
**change (3)**
5:20;30:10;174:14
**changing (1)**
155:10
**characterized (1)**
116:10
**characterizing (1)**
75:11
**characters (1)**
172:2
**Chassity (1)**
64:21
**cheat (1)**
119:8
**check (30)**
36:1,1,2,2,3,3,6,6,6;
37:6,6,7,8,12,22,22;
38:2,2,13,13,15,15,22,
22;46:3;72:19,20;
76:5,5;106:1
**checking (3)**
37:13;38:25;105:23
**child (1)**
109:19
**children (3)**
68:17,25;71:24
**Children's (1)**
59:4
**chimed (1)**
18:23
**choice (1)**
174:20
**choose (1)**
29:16
**chose (2)**
52:7,13
**chosen (1)**
28:11
**Chris (25)**
7:22;8:1;60:17;
63:5;138:10,15;
145:20;146:1,5,16;
147:4,15;148:7,9,12,
17,23;149:19;150:16,
19;151:1;152:3;
161:25;162:9,21
**CICO (21)**
35:24;37:9;38:8;
39:8,12,13;68:11;
72:4,9,16,22;73:19;
74:4,6,10,11;77:7,22,
24;97:1;141:20
**circumstance (2)**
140:22;154:19
**circumstances (1)**
42:11
**cited (1)**
137:19
**claim (3)**
82:20;85:13;140:19
**claims (1)**

141:4
**clarified (2)**
95:13;104:12
**clarify (8)**
11:13;20:16;26:22;
99:7;133:17;159:20;
172:15;173:20
**class (7)**
10:12;36:10;41:10;
149:2;161:22;163:7;
166:15
**classes (3)**
57:7;128:5;151:6
**classroom (117)**
8:16;9:18;10:11;
12:1,2,3;17:15;19:15,
25;20:19;24:13;25:8,
24;27:13;28:4,6,7,16,
17,19;29:2,22,23;
40:20;41:15,17;
42:17,19;43:2,5,18,
25;44:4;45:2,12,22;
46:17,22;47:2,6,15,
19;48:1,5,6,25;49:15,
18,20,21;50:4,7,10,
14,16,19,24;51:2,4;
52:1,7,15,17;53:5,14;
54:25;58:23;87:17;
91:5,7;93:12,15;
94:12;95:6,8,22;96:3,
12;100:12,16;109:12,
14,17,24;111:24;
117:13;118:1,16,17;
119:22;120:2,4,8,10,
17;121:4;126:15,16;
127:2,10,16,17,23,24;
145:14;151:25;153:4;
154:16,17;161:20,21;
162:19;166:22;168:7,
13,15,24
**classrooms (1)**
29:11
**clear (3)**
74:8;163:14,16
**clearly (2)**
88:2;105:21
**Cleaver (1)**
162:11
**clipboard (2)**
38:21;39:1
**clipboards (1)**
37:12
**close (1)**
106:16
**closed (1)**
168:1
**coach (18)**
28:18;29:1,14,19,
24;30:8;34:18;40:1;
75:19,25;76:20;
116:2;163:24;164:2,
5,7,15,23
**coaching (2)**

29:9;30:7
**code (6)**
50:16,23;52:3,15;
55:8;95:11
**cohort (3)**
26:25;56:15;146:17
**colleague (11)**
12:22;14:1;55:22;
56:4;91:22;134:3;
153:16;164:1,2,4,4
**colleagues (9)**
86:2,11,24;100:23;
141:8,13;143:1,2;
153:15
**colleagues' (1)**
19:23
**colleague's (1)**
14:3
**college (1)**
79:13
**comfortable (4)**
40:22,25;156:23;
158:8
**coming (18)**
12:1,2,2;27:11;
43:5;50:10,12;51:5;
75:23;115:18;118:15;
120:15;127:9;128:11,
13;142:9;169:14,15
**comment (10)**
18:12;24:10;25:21;
27:10;132:18;135:5,
9,18;153:15;162:4
**comments (10)**
11:22,23;24:14;
56:25;143:8,10;
161:15,17,18;162:4
**committee (25)**
18:8;33:14,25;34:2,
11,16;35:9;39:8;
113:16,17,21;114:1,6,
10,12,14,17,21,23,24;
115:7;116:10,13,14;
154:8
**committees (2)**
115:2;126:24
**communication (2)**
88:19;89:3
**communications (1)**
55:10
**compare (2)**
94:9;144:13
**compared (6)**
87:25;101:3;
136:19;144:14;
149:11;162:23
**comparing (1)**
66:17
**comparison (1)**
88:25
**complaint (13)**
11:4,9,10,12,16;
12:5,11,12;167:9,20,

24;168:2;170:6
**complaints (2)**
33:20;163:18
**complete (1)**
111:24
**compound (1)**
96:7
**con (2)**
37:9,14
**conceding (2)**
41:22;42:5
**concentration (3)**
149:9,15;153:4
**concern (13)**
19:13;34:22;35:25;
37:17,18,19;38:9;
60:25;85:17,18;94:6;
151:3;153:16
**concerned (2)**
86:22;103:8
**concerns (9)**
38:5,6,10;40:2;
74:15;101:23,23;
115:20;146:13;
147:12;163:20;
170:15
**conclude (1)**
48:21
**concluded (1)**
141:22
**conclusion (1)**
61:23
**conclusions (3)**
61:19;66:17,19
**concur (1)**
160:20
**conducive (1)**
127:18
**conduct (12)**
8:11;10:9;50:17,23;
52:3,16;54:3;55:9;
95:12;143:7;161:13;
165:17
**conducted (4)**
9:25;10:1,1;111:22
**conducting (1)**
8:15
**Confederate (11)**
18:17;21:4;23:10,
20;25:17;27:3,18;
30:17;31:3;135:1,13
**confidentiality (1)**
139:22
**confronted (1)**
145:6
**confronts (1)**
100:5
**connecting (1)**
6:2
**connection (1)**
72:11
**consensus (3)**
72:14;77:5,11

**consequence (1)**
170:5
**consider (4)**
66:25;67:1;118:20;
151:11
**considered (4)**
27:25;51:1;65:18;
115:16
**consistently (1)**
149:1
**consumer (1)**
17:13
**contact (3)**
8:17;42:6;108:20
**contacted (1)**
8:19
**content (1)**
98:4
**contention (2)**
88:14;93:12
**context (2)**
26:24;59:23
**continue (3)**
18:24;19:3;38:8
**CONTINUED (5)**
78:15;98:22,23;
100:17;129:4
**contract (2)**
73:24;78:6
**contrary (1)**
75:13
**conversation (48)**
12:24;13:5,9;14:24;
18:9,19;20:3;22:3;
24:7,19;26:23;27:2,
16;30:23;40:7;41:6;
42:8,23;93:25;98:20;
104:22;134:2,8,11;
135:11;141:15;147:8,
23;151:12;153:20;
154:2;155:9,13,17,19;
156:3,7,11;157:12;
158:24;159:3,5,10,23;
162:25;171:8,14,16
**conversations (6)**
57:21;58:8;62:21,
23;63:11;157:19
**convince (1)**
38:1
**coordinator (2)**
14:8;161:19
**copies (2)**
91:10,16
**copy (3)**
39:18;72:2,2
**corrections (1)**
174:5
**correctly (2)**
144:23;149:8
**cost (1)**
106:3
**Costume (1)**
172:5

**co-teacher (1)**
147:13
**co-teachers (1)**
40:10
**council (1)**
114:18
**counsel (1)**
4:9
**counsel's (1)**
173:13
**counter (1)**
25:18
**counterpart (3)**
135:13;138:24;
139:1
**country (1)**
63:14
**country-wide (1)**
63:17
**couple (6)**
4:15;10:17;80:8;
84:12;89:15,16
**coupled (1)**
18:21
**course (1)**
74:7
**courses (1)**
57:8
**court (9)**
4:19,23;36:14,16;
52:25;78:3;105:13;
167:18;174:15
**COVID (1)**
31:16
**create (2)**
173:16,21
**created (2)**
172:21;173:20
**creating (1)**
142:16
**cried (2)**
87:24;98:13
**criteria (1)**
126:8
**crying (9)**
41:9;58:21;88:21;
89:5;98:14;99:19;
100:2;102:9;103:9
**culture (1)**
127:23
**currently (3)**
8:3;15:4,17
**curriculum (1)**
79:12
**Cuz (2)**
66:9;77:18

**D**

**Dallas (10)**
78:19;79:17;80:11;
81:1,2;82:21;84:3,14;
85:7,12

**Daly (1)**
170:15
**damage (1)**
14:16
**Dambler (1)**
77:2
**Danielson (5)**
126:4,7;131:2,13,
19
**data (61)**
18:21,25;19:18;
20:5;27:6;28:13,15,
19;29:1,5,17,20,21;
30:1;31:21;58:20;
59:1;64:6,8;66:14,16,
17,21,23;67:5,8;76:4;
135:15,16,23,24;
136:1,4,15,18,18,22,
23;137:2;146:16,17,
19,25,25;147:17;
148:17;149:2,13;
151:14,17;152:9,12,
17,20,21,23;153:5;
162:22,24;163:12,13
**date (5)**
8:20;81:2;82:13;
117:2;169:11
**dates (1)**
31:5
**Dawn (1)**
4:10
**day (19)**
6:9;9:2;14:21;
23:18;41:5;92:16,16;
98:17,21;99:4,13,17,
24;101:8,14;104:15;
128:2,2;152:20
**days (5)**
8:25;89:15,17;
91:25;152:23
**D-E (1)**
150:6
**deal (5)**
14:22;27:15;68:12;
88:6;102:22
**dealing (4)**
12:1;63:16;110:6;
147:5
**deals (1)**
68:14
**dealt (1)**
68:11
**December (1)**
10:9
**decent (1)**
102:8
**decide (1)**
8:18
**decided (1)**
73:16
**decision (11)**
45:13;47:18,25;
52:1;75:1,9;131:18;

**Daly (1)** — (column 4)
151:23;154:16;156:1;
157:23
**decisions (1)**
156:2
**declined (2)**
148:8,11
**deem (1)**
50:16
**deemed (2)**
50:14;70:3
**defense (1)**
53:23
**definitely (4)**
66:13;119:11;
123:16;128:8
**degree (2)**
17:11;150:5
**degrees (1)**
17:6
**DeGruy (6)**
150:1,3,4,18,19;
162:25
**demonstration (1)**
173:17
**Denise (8)**
23:23,25;24:3;
28:22;29:2,10;31:14;
135:1
**Denise's (2)**
29:23;31:4
**Denny (1)**
23:24
**department (2)**
106:21;115:25
**depend (10)**
9:22;22:20;55:16,
23,23;70:25;116:5;
118:25;128:3,5
**depended (1)**
85:14
**depending (4)**
10:3;34:21;70:24;
118:14
**deponent (1)**
4:3
**deposed (1)**
130:12
**deposition (9)**
4:7;12:8;26:10;
129:11,21;130:10,13,
17;140:9
**describe (5)**
8:14;27:25;79:5;
126:6;170:8
**described (2)**
153:8;154:14
**describing (1)**
153:23
**desegregate (2)**
28:19;29:16
**desegregated (1)**
29:6
**designate (1)**

52:14
**designed (1)**
173:6
**desire (2)**
74:3,5
**desk (2)**
127:4,20
**desks (1)**
127:4
**despite (2)**
25:12;47:8
**determination (5)**
28:4;79:1,9;107:3;
109:23
**determine (3)**
29:20;61:25;136:21
**determined (2)**
61:13;118:3
**developing (1)**
64:10
**dialogue (3)**
24:6;89:9;156:8
**difference (2)**
67:7;146:24
**different (30)**
6:12;29:25;35:4;
39:23;50:18;57:7;
69:1,10;75:17;76:18;
81:7;92:12;100:22;
101:24;112:17;
118:15,16;126:11,12,
16,25;131:20;142:10,
12;143:17,20,25;
156:19;157:14;
160:22
**differently (5)**
53:6;87:7;139:7,8;
140:25
**difficult (4)**
58:8;62:19;63:7;
137:17
**difficulties (1)**
138:22
**diligence (1)**
6:4
**direct (2)**
24:13;159:23
**directed (8)**
15:2;24:18;25:20;
59:18;92:11;98:5;
135:6;153:15
**directing (1)**
135:8
**directive (4)**
145:20,25;146:1,5
**directly (7)**
42:11;54:19;62:22;
135:18;142:1;164:14;
168:3
**director (10)**
5:21,23,25;6:20,24;
7:11,17;64:12,13;
150:9

**directs (1)**
55:9
**disability (1)**
118:21
**disagreed (1)**
72:18
**Discipline (1)**
49:9
**disclose (2)**
139:25;140:6
**discovered (1)**
59:7
**discuss (2)**
64:5,8
**discussed (2)**
12:17;53:17
**discussing (4)**
28:13;40:22;63:16;
65:8
**discussion (53)**
13:20;21:1;23:17;
31:21;49:8;51:6;
53:12;54:12;55:6,15,
17,24;68:2;74:2;98:3,
18;99:3,9,13;100:11;
101:7;103:2,3;
104:14;106:10;
107:25;108:6,10,17,
25;119:19;120:6,24;
121:21;126:1;132:24;
148:16,25;152:17;
153:13;154:2;155:24;
157:23;162:22;163:9,
11;164:17,19,21
**discussions (10)**
62:19;63:8,21,23;
64:1;67:12;92:18;
116:15;120:3,16
**displayed (1)**
18:17
**distinction (1)**
28:25
**distinguishing (1)**
117:10
**District (86)**
6:22,25;7:5;8:10;
11:2;14:6;16:4,5,6,
24;17:23;19:5;22:8,
25;27:10;35:18;
44:16,18,21;57:23;
63:12,15;64:4,12,15,
25;65:11;68:16;70:1,
4,5,7,12,14,17;72:7;
78:23;79:10,20;
80:12,15,18,25;107:4;
110:2,4;113:10;
123:24;124:7;125:1,
9,14;126:2,24;129:12,
25;130:6,13,16,18;
131:18;136:7,8,8,17;
146:15;149:23,24;
150:8,17;153:9;

162:6;172:21;173:3,
4,5,6,8,11,14,14,15,
18,20,21,22
**district's (1)**
55:8
**district-wide (1)**
69:21
**diversify (1)**
170:17
**documents (2)**
12:7,13
**dollar (6)**
98:9;104:19,23,25;
105:18;106:3
**domain (5)**
118:23;126:13,14;
127:1,2
**domains (2)**
126:11,12
**done (10)**
10:7;93:14;105:22;
110:1;112:13;118:4;
121:19;129:14;147:6,
15
**door (6)**
45:16;48:17;59:24;
60:2,8;154:15
**doors (1)**
167:25
**down (23)**
4:19;20:10;45:18;
46:3,5,11,13;47:20;
48:25;49:2,15,18,24;
50:3,7;51:15;54:8;
83:25;88:14;104:6;
117:21;160:18;167:2
**Dr (6)**
15:22,25;16:14;
150:18,18;162:25
**draw (2)**
61:23;66:16
**drew (1)**
61:19
**drive (1)**
82:25
**driver (2)**
85:19;86:9
**due (1)**
6:4
**duly (1)**
4:4
**During (67)**
7:19,24;8:5;9:21;
11:22;18:8,14,16;
22:16;24:4;26:10,24;
30:2,18,19,22;31:1;
32:24;33:25;34:10;
36:20;37:3;42:8;
53:18;58:1;63:20;
74:7;78:20;87:3;
96:13,15;97:11;
98:21;99:3,13,23,24;
101:6,7;104:20;

108:16;111:12;
112:14;113:22;
114:24;119:1;121:1,
24;125:8;128:2,2;
137:8,12;142:18;
145:14;146:15;149:5;
152:3;154:23;155:1;
163:8;164:10,24;
165:23;167:7;168:6;
170:11
**duties (4)**
6:4;30:9;64:16;
122:12
**duty (1)**
168:8

## E

**earlier (18)**
29:8;33:18;38:18;
66:15;68:6;74:14;
77:3;90:21;103:15;
104:11;107:12;
131:22;132:8,18;
133:15,20;137:6;
144:5
**ease (1)**
27:10
**easy (1)**
147:16
**echo (1)**
74:14
**ed (4)**
23:2,5;149:15;
153:3
**education (6)**
115:25;118:9;
119:4,5;126:23;150:9
**educational (1)**
17:12
**educator (1)**
17:13
**either (10)**
7:8;8:1;98:25;
111:18;113:11;
130:24;131:16;
154:19;167:11;171:5
**elapsed (1)**
31:2
**Elementary (7)**
63:8,19;124:2;
125:19;137:8,12;
161:12
**Elizabeth (4)**
48:15;50:12;150:1,
3
**else (12)**
12:4;79:19;86:1;
99:23;100:14;125:6;
127:6;134:19;140:19;
152:2;158:25;167:12
**else's (1)**
28:6

**e-mail (33)**
10:16;69:25;80:22;
94:1;95:8,13;98:4,10;
99:5,22;100:6,8;
104:19;105:2,7,19,24;
106:1,12;109:6,16;
110:18;143:1,15,19,
20,24,25;144:1,3;
145:4;165:13,14
**e-mails (46)**
87:20;88:10,25;
89:14;90:3,21,22,23,
24;91:4,10,16;92:9,
13,14,15,17,20,21,22;
93:3,5,6,9,19,24;94:3,
9;95:25;97:12,14,19;
98:19;100:18;101:6;
104:10;106:19;107:5,
9,13;109:9;142:13;
143:3,6;144:25;
165:19
**employed (2)**
130:18,20
**employee (4)**
6:21;7:7;55:9;
124:6
**employment (1)**
16:25
**end (15)**
10:2;11:25;44:10;
46:13;58:20;94:17,
19,23;95:1;99:18;
104:15;155:14,25;
157:3;161:21
**ended (4)**
20:2;99:14;100:15;
156:20
**ending (1)**
99:17
**end-of-the-year (1)**
153:11
**enough (1)**
117:17
**entire (3)**
56:15;57:1;136:13
**episode (2)**
171:25;172:8
**equalize (1)**
69:11
**EquiTEA (4)**
35:13;68:14;71:17,
25
**equity (36)**
27:9;57:23;58:5,6,
11,16;59:9;60:25;
63:12,17,18,21,23;
64:3,10,12,13,14,15,
19;65:5,7,12;67:6;
68:18,24;69:7;70:11,
13,16,18,23;71:2,4;
173:11,17
**erroneous (1)**
167:24

STEPHENSON v.
CHAMPAIGN COMMUNITY SCHOOL

RENAYEE WESTFIELD
May 17, 2024

**errors (1)**
174:8
**escalated (1)**
168:2
**ESL (2)**
113:12;116:4
**Especially (1)**
160:23
**evaluate (6)**
47:5;126:5,10;
145:24;146:2;147:9
**evaluated (6)**
10:16;23:7,8;
111:10;112:2,3
**evaluating (4)**
122:25;123:6,11;
147:3
**evaluation (12)**
22:21,23;111:23,
25;123:1;131:3,13,19,
19;145:13;147:6;
148:6
**evaluations (5)**
10:10;23:6;131:6;
147:15,17
**evaluator (9)**
8:8,10;47:1;111:7,
11;112:7,11;122:19;
123:4
**evaluators (2)**
111:16,20
**even (7)**
25:17;60:10;77:13,
21;111:10;132:22;
148:10
**evening (8)**
90:18;98:6,22,24;
99:10;103:22;104:20,
23
**event (7)**
78:19,23;79:14,17,
25;80:4;166:13
**events (6)**
58:13;63:6;110:2;
119:21;120:16;121:3
**everyone (11)**
24:14;30:5;37:14;
40:23;74:23,23;
84:15,17;85:16,22;
86:1
**evidence (2)**
20:1;127:15
**exact (1)**
39:15
**exactly (3)**
43:9;125:16;159:16
**EXAMINATION (5)**
4:5;78:15;129:4;
172:16,24
**excerpt (4)**
35:21;39:15;71:10,
12
**excerpts (5)**

33:25;35:3,5,9;68:7
**exchanged (1)**
23:1
**excluded (2)**
85:1,4
**excuse (1)**
45:19
**expected (1)**
74:9
**expecting (1)**
64:4
**experience (2)**
120:3;152:2
**expert (1)**
74:24
**explored (1)**
88:20
**express (2)**
13:17;14:13
**expressed (2)**
44:3;74:18
**expressing (1)**
135:14
**extended (3)**
6:9;154:25,25
**extent (2)**
26:1,13
**extra (2)**
166:4,5

**F**

**Facebook (18)**
11:20;12:16,17,19;
13:13,21,22,24;15:1,
4,5,7,10,14,16,17,21;
171:8
**facilitator (1)**
74:22
**facing (1)**
127:21
**fact (14)**
25:12,21;47:8;
67:13;103:8;108:7;
110:8;136:14;148:25;
153:3;161:19;164:19;
172:1,10
**factor (2)**
59:22;117:11
**failure (2)**
95:5,11
**fair (3)**
23:12,13;29:5
**fall (1)**
156:2
**falls (1)**
152:1
**families (2)**
37:25;73:9
**family (1)**
17:13
**far (2)**
107:7;170:1

**fastest (1)**
10:5
**favor (1)**
158:10
**February (5)**
34:5,8,13;154:24;
155:7
**federal (1)**
11:1
**feed (1)**
120:14
**feedback (1)**
115:21
**feel (12)**
18:20;20:4;27:17;
40:21;46:11;54:5;
91:4,7;95:10;102:21;
158:5;161:8
**feeling (3)**
55:20;63:7;170:11
**feels (2)**
159:18,21
**felt (30)**
27:5;37:23;40:24;
53:19,22;56:9,23;
63:13;72:19;73:7;
74:17;85:1;88:6;
93:16;101:1;109:14;
142:4,7,9,25;143:21;
146:14;149:2,6;
151:8;156:23;159:1;
161:1,3;167:23
**female (9)**
52:14;56:1,2;87:8;
94:12;95:5,24;
161:15;164:7
**females (1)**
66:2
**fence (3)**
68:23;69:5;173:2
**fettered (1)**
106:8
**few (3)**
79:21,22;96:7
**Fifth (61)**
10:13;17:21;53:24;
56:15,16;57:1;62:2,
11,14;67:17;91:22;
110:20,25;111:17,23;
118:1;119:25;127:24,
25;128:1,4,18,22,24;
135:25;136:3,16;
137:2;143:23;144:24;
146:17,25;147:13,18,
21;148:1,18;152:9,12,
18,24;155:11;156:5,9,
17,18;157:18;158:4,9,
11,15,16,21;160:6,10;
162:23,24;163:9,11;
164:18;165:12
**figure (1)**
140:9
**filed (4)**

11:1,5,6;130:2
**fill (1)**
116:22
**filled (1)**
157:3
**find (11)**
98:15;102:1;103:1;
104:19;105:2,7,18,23;
106:11,19;107:2
**fine (6)**
20:11;86:7;102:17,
20;140:11;174:19
**fingers (2)**
165:7;166:19
**first (25)**
4:4;5:2,4,9,10;9:3;
60:3;69:1;72:24;
87:21;89:2;90:5;
92:15;111:2;123:13;
124:16;126:13;
156:21;157:9,12,16,
24;170:13,20;171:2
**five (3)**
45:15;119:11;
136:20
**flag (17)**
18:17;19:7;21:5;
23:10,15,20;25:17;
27:3,18;30:6,15,17,
17;31:4,14;135:1,13
**flew (3)**
81:8,11;82:11
**flight (6)**
80:14,24;81:6,8,9;
82:12
**flights (2)**
80:12;85:14
**Floyd (4)**
51:24,24,25;60:23
**folks (1)**
7:25
**follow (1)**
75:1
**followed (1)**
88:4
**Following (3)**
52:3;141:4;152:13
**follows (1)**
4:4
**follow-up (4)**
44:14;140:8;
169:22;173:1
**force (4)**
73:24;77:14,23;
78:5
**form (4)**
8:24;52:18;96:6;
105:11
**formal (13)**
8:12,15,18;9:8,17,
20;111:22,25;112:14,
15,19;145:13;148:5
**formals (2)**

9:23;10:9
**former (1)**
58:18
**forms (1)**
59:12
**forth (1)**
75:19
**forward (2)**
26:14;80:23
**found (4)**
50:23;54:10;147:4;
172:2
**four (4)**
46:6;81:18;126:10,
12
**fourth (14)**
17:20;91:23;
126:18,25;136:3,16;
146:25;147:17;
148:21;162:22;165:5,
9,10,21
**frame (3)**
43:23;94:23;110:13
**Franklin (2)**
17:1,8
**friend (3)**
15:13,17;145:24
**friends (2)**
15:15;145:23
**friendship (1)**
146:7
**front (2)**
40:22;149:22
**full (7)**
5:1;115:19,22;
116:17;117:7,22;
118:4
**further (6)**
88:20;98:3,22,23;
164:19;172:24
**future (2)**
95:9,17

**G**

**gain (1)**
136:21
**gains (2)**
136:4,18
**Game (11)**
14:24;68:20;69:2,6,
9,12,20;171:11,11,22,
25
**gamer (1)**
171:20
**gap (1)**
136:5
**gave (10)**
20:8;22:21;41:13,
19;63:6;72:17;99:19;
106:24;130:16;138:7
**gavel (1)**
26:8

**gender (2)**
66:17;67:1
**general (2)**
17:10;116:15
**Generally (2)**
168:7;174:17
**generated (1)**
95:7
**gets (1)**
86:9
**Gilbert (20)**
7:22;8:1;60:17;
63:5;138:11,15;
145:20;146:1,5,15;
147:15;148:7,17;
149:19;150:16;152:3;
162:1,9,21;169:9
**Ginny (1)**
77:2
**girls (1)**
66:9
**given (7)**
129:11;130:10,13;
145:20;146:1,5;
173:12
**gives (1)**
68:17
**giving (5)**
58:22;59:1;69:7,10;
72:12
**Glass (7)**
138:14,15,20;
139:2,6;161:17;162:4
**goal (1)**
7:7
**goes (1)**
100:12
**good (10)**
5:1;16:23;25:15;
128:25;129:1;131:1;
132:12,21;144:21;
145:23
**grade (101)**
10:13;17:19,20;
24:5;25:18;26:25;
28:19,22;29:5,6,12;
53:24;56:15,16;57:1;
62:2,11,14;67:18;
91:22,23;110:20,25;
111:17,24;118:1;
120:1;127:24,25;
128:1,4,18,23,24;
132:9;135:12,24,25;
136:3,5,17;137:2;
138:24;139:1;143:1,
2;144:24;146:17,25,
25;147:3,13,18,18,22;
148:1,18,21;152:9,12,
18,21,24;155:11;
156:5,9,17,18,19,21,
21,24,25;157:9,12,13,
14,16,16,24;158:4,6,
7,9,11,15,16,21;

160:6,10;162:22,23,
24;163:9,11;164:18;
165:5,9,10,12,21
**graders (1)**
143:24
**grammatical (1)**
174:16
**graph (1)**
173:14
**graphic (18)**
68:15;69:21,24;
70:4,8,17;71:24;72:2,
7;172:19,21;173:2,3,
6,7,9,15,16
**great (3)**
20:6;28:8;46:2
**greeting (1)**
127:9
**ground (1)**
4:15
**group (4)**
14:24;79:5;85:1;
144:8
**G-R-U-Y (1)**
150:6
**guard (1)**
79:8
**guess (9)**
31:10;54:6;65:16;
72:7;75:5,14;114:5;
122:23;125:25
**guy (1)**
172:6
**guys (3)**
82:20;117:17,20

**H**

**hall (1)**
167:3
**hallway (4)**
138:25;163:8;
169:14,16
**hand (1)**
165:25
**handbook (1)**
55:9
**handle (4)**
41:14,14,20;164:14
**handled (1)**
80:12
**Handwriting (7)**
61:24,25;107:21,
24;109:2,20;144:17
**handwritten (13)**
92:24;93:1;107:20;
108:3,8;109:4,5,11,
18,22;110:3,6,18
**happen (8)**
31:11;40:12;95:25;
98:18;106:14;109:14;
128:1;134:7
**happened (40)**

25:16;26:25;30:3;
40:13,17;46:12;
58:13;60:5,11;61:1,7;
62:17;63:2,6;72:21;
94:16;95:10;96:24;
99:23;108:14;109:23;
110:3;112:24;116:9;
118:25;120:17,21,25;
121:3,4;125:17;
134:6,11;136:11;
144:15;147:23;
149:22;157:5;166:21;
167:4
**happening (9)**
26:23;27:2;28:5;
63:14;64:2;109:13;
119:21;120:9;133:8
**happy (2)**
149:21;150:16
**harassment (2)**
161:17;162:4
**hard (3)**
18:25;41:10;57:22
**hat (1)**
110:25
**head (1)**
4:23
**headed (1)**
114:17
**heads (1)**
74:25
**hear (4)**
19:3;42:25;58:11,
16
**heard (2)**
38:5;90:14
**hearing (4)**
24:20;75:25;
133:20,24
**height (1)**
69:14
**heights (1)**
69:1
**held (5)**
23:6;28:2;31:13,15;
82:18
**help (5)**
4:23;45:20;89:17;
98:15;117:20
**Henry (1)**
130:8
**herein (1)**
4:3
**Herrig (5)**
158:2,3,15;160:6;
164:18
**H-E-R-R-I-G (1)**
158:2
**herself (4)**
41:23;141:8;
153:14;154:5
**hey (20)**
8:20;10:17;18:23;

28:11;41:20;46:2,6;
75:21;80:23;85:18;
86:8;88:1;108:20;
115:18;117:16,19;
118:19;120:22;
159:17;163:5
**higher (3)**
126:23;149:9;158:9
**himself (1)**
169:11
**hired (2)**
170:14,24
**historic (3)**
60:25;137:16;
170:8,9,10
**historical (3)**
59:19,19,20
**historically (6)**
23:6;58:10,14;59:9,
11;62:18
**hits (1)**
98:11
**hold (3)**
6:20;81:24;82:17
**holding (1)**
49:2
**holes (4)**
165:7,25;166:3,19
**home (13)**
18:18;20:4;23:11;
104:15;140:12,15;
149:10,16;151:15,17,
18,18,21
**honestly (5)**
10:15;57:20;142:25
**hopped (1)**
83:1
**hotel (7)**
80:24;83:8,16;84:4,
15,22;85:3
**hours (1)**
104:20
**hug (1)**
99:20
**hung (1)**
144:21

**I**

**Iddings (8)**
22:4,7,10,17;132:9,
10,11;134:14
**I-D-D-I-N-G-S (1)**
22:6
**idea (2)**
59:11;105:1
**ideas (1)**
118:16
**identify (1)**
120:12
**identity (1)**
107:8
**IKEA (1)**

171:21
**illustrate (1)**
173:10
**illustration (2)**
173:17,23
**immediately (3)**
23:16;43:22;79:15
**impact (3)**
27:14;132:23;133:5
**impacted (1)**
149:16
**impacting (1)**
65:13
**important (3)**
4:20;65:21,22
**impression (2)**
147:11,14
**incident (5)**
44:24,25;154:14;
164:10;169:24
**incidents (4)**
62:17;109:12,21,23
**include (3)**
21:13;62:15;81:12
**included (5)**
69:24;83:4;109:11;
118:5,11
**includes (2)**
9:15;63:23
**including (5)**
38:14;42:10;
128:22,23;142:13
**Incorrect (2)**
133:10,11
**independently (1)**
106:11
**indicate (13)**
25:5;37:19;49:22;
84:25;87:14;93:22;
102:2;104:8;130:3;
132:8;137:1;139:6;
156:16
**indicated (27)**
10:20;11:10,11;
13:24;15:23;19:2;
20:15;26:17;28:21;
30:13,23;33:8,13;
35:1,14;38:18;57:24;
87:11;88:16;99:9;
102:16;131:6;133:14;
137:15;153:14;154:4;
167:5
**indicating (3)**
17:25;36:5;169:4
**indication (1)**
160:21
**individual (9)**
20:13;30:24;44:18,
21;73:11;79:1,9,24;
160:5
**individuals (8)**
38:13;80:2;124:12;
133:3;134:20;140:17;

150:17;153:9
**inform (1)**
72:24
**informal (7)**
8:12;10:5,6,10,18,
20;112:22
**information (14)**
18:25;19:3;20:8;
30:10;44:12;53:3;
58:22;85:21;117:1;
119:1;120:14;121:2;
139:21;140:6
**informed (6)**
43:1,3,23;53:19;
54:4;148:13
**informing (1)**
87:16
**initial (1)**
98:20
**initiative (1)**
173:11
**initiatives (5)**
63:12,18;64:3,11;
65:8
**injustice (1)**
168:11
**inner (2)**
59:2,6
**in-person (8)**
31:20,24;134:7,12,
15,19;135:2;155:19
**input (4)**
24:7;117:12;
157:21,22
**insight (1)**
95:18
**instance (10)**
52:14;55:25;56:3;
77:20;95:24;124:10;
130:10,12;144:10;
162:3
**instances (12)**
32:10;52:4;95:20;
96:10;114:12;129:14;
164:24;165:2;167:7;
168:5,22;170:10
**instead (2)**
41:23;160:18
**instruct (1)**
140:7
**instructional (20)**
28:18;29:1,9,14,19,
24;30:7,8;34:17;40:1;
75:18,25;76:20;
116:2;163:24;164:2,
5,7,15,23
**instructs (1)**
52:22
**insure (1)**
79:12
**insuring (2)**
6:7,10
**interact (3)**

25:7;68:3;132:5
**interacted (3)**
67:24;133:6;152:5
**interacting (2)**
26:21;67:19
**interaction (3)**
57:5;97:9;164:22
**interactions (2)**
11:8;25:25
**intermediate (3)**
116:1;118:9,13
**interrogating (1)**
42:16
**interrupt (1)**
119:13
**interruption (1)**
167:10
**Intervention (3)**
35:16;115:14;
130:21
**interventionist (2)**
113:12,13
**interventions (2)**
118:17,19
**interview (2)**
62:25;157:5
**interviews (2)**
62:22,24
**intimidation (3)**
59:12,14,22
**into (29)**
12:2,3;19:16;20:18;
24:7,13;26:20;28:3;
42:19;43:2,24;45:22;
48:12;49:20,21;
58:23;90:25;99:10;
107:2;152:4;154:16,
16;157:21;159:25;
163:4,7;169:13,17,20
**intricate (1)**
172:4
**introduced (1)**
124:12
**investigate (1)**
169:5
**investigation (2)**
110:1,5
**invite (2)**
84:2;115:23
**invited (4)**
83:13;84:5;117:7,9
**involve (2)**
14:16,19
**involved (6)**
38:12;96:1;131:17;
156:19;163:24;164:4
**involvement (1)**
154:3
**involving (1)**
129:15
**isolated (1)**
28:15
**issue (45)**

13:17;20:14,17;
23:10,15;26:19;
30:15,17;37:4;39:12;
51:6;53:5;63:17;
65:13;78:8;87:15;
88:17,20;89:21;
90:11;95:22;96:12;
97:1;99:2;100:1;
116:17;117:13,19;
143:16;149:5,20,21;
154:17,20;159:23;
162:20;164:25;
168:17,19,23;169:3,5,
5;170:1;174:10
**issues (21)**
35:25;41:16,20;
42:7;52:7;55:11;
57:16;58:11;63:13;
87:18;96:4;108:21;
137:16,19;138:24;
142:16;150:19;
158:11;161:13,14,24

## J

**Jackson (3)**
15:22,25;16:14
**January (10)**
10:2,2,9;34:5,6,7,
12;110:12;154:23;
155:7
**Jason (76)**
7:22;8:2,6;22:1;
23:1,7;32:21;43:23;
52:5,16;53:16,20;
54:4;73:20,21;78:7;
87:10,11,14,25;88:10,
25;89:9;90:11;
100:25,25;101:3,6,11,
15,22;102:2,12,13,16;
103:2,4,10,22;104:7,
9,14;106:10;108:6,11,
20,25;110:5;111:15,
18;122:25;123:10;
144:12,13;145:2,6,10;
155:10,17;156:3,8,12,
22;157:11,19;158:14;
159:9,21;160:9,20,25;
163:21,25;164:1,22,
25
**Jason's (1)**
122:19
**Jeans (2)**
166:2,3
**Jen (10)**
91:23;92:3,12,17,
25;139:3;165:10,15,
20,25
**Jim (15)**
22:4,7;24:8,11,15;
25:10,21;26:17;28:1,
22;29:10;132:8;
134:14;135:6,9

**Jim's (4)**
24:21;28:16;29:2,
21
**job (4)**
19:24;20:6;64:16;
122:12
**Joe (4)**
138:14,15;161:17;
162:3
**John (1)**
172:2
**joke (1)**
60:3
**judgment (1)**
28:1

## K

**KANE (31)**
13:14;26:1,5,9;
52:18,22;65:16;96:5;
97:15;99:6;103:14;
105:9,15,20;114:4;
119:9;121:12,16;
130:4;133:9;134:21;
139:20;140:2,7;
153:24;167:13;
172:14,17;174:3,19,
23
**keep (1)**
22:24
**keeping (1)**
6:8
**Ken (1)**
162:13
**Kendra (2)**
7:23;8:2
**kept (2)**
23:2;150:20
**Kerry (5)**
110:20,24;111:6;
148:3;152:19
**Kerry's (1)**
111:2
**kid (1)**
69:5
**kids (11)**
20:7,20;42:6;68:19;
69:2;127:9,10,12;
167:8;168:9;172:19
**kind (30)**
6:7;18:25;20:9;
40:4;44:14;46:3,3,4;
53:17,23;69:4,18;
72:3;108:4;110:5;
115:19;117:10;
120:19;122:18;
126:14;133:17;
137:15;142:9,10,11;
147:4;150:23;170:5,
10;173:16
**kindergarten (1)**
10:13

**KKK (1)**
18:2,5,7,13
**Klan (2)**
19:12;20:13,22,23,
24;21:1;24:11;25:14,
22,24;26:18,20;27:12,
12;28:3;30:25;
132:18,23;133:4,5,13,
22;135:6
**KLEBER (4)**
140:4;162:10,12,15
**K-L-E-B-E-R (1)**
162:15
**K-L-E-I-B-E-R (1)**
162:14
**Klux (1)**
20:24
**knew (12)**
46:15;49:23;86:15;
106:18;124:7;150:22,
24;158:6,7;163:1;
169:17,18
**knock (1)**
48:18
**knocked (1)**
48:17
**knowing (2)**
110:15;159:11
**known (4)**
97:23;123:17,22;
157:25
**Kristin (1)**
80:7
**Ku (1)**
20:24

## L

**language (1)**
116:3
**last (9)**
5:2,5;10:1;22:5;
24:1;30:4;65:25;82:4;
124:7
**lasts (1)**
10:21
**later (13)**
44:6,7,13;45:15;
46:6;90:17,24,25;
92:22,23;95:10;
108:4;141:25
**lateral (1)**
7:17
**laughed (1)**
97:20
**laughing (4)**
59:24;60:2;61:21;
144:8
**lawsuit (1)**
129:18;130:2,3
**LEA (3)**
115:9,10;119:6
**lead (1)**

57:18
**leaders (1)**
120:22
**leadership (1)**
17:12
**learn (2)**
44:2,12
**least (5)**
9:10;57:9;74:9;
112:15;128:10
**leave (5)**
6:13;86:24;99:18;
144:15;167:2
**leaves (1)**
100:12
**leaving (5)**
6:17;84:15;86:15;
138:16,21
**led (3)**
13:22;96:2;97:13
**Leech (10)**
91:24;92:3,12,17,
25;139:4;165:10,15,
17,20
**Leech's (3)**
166:1,15,22
**left (12)**
46:1;84:16,17;85:8;
86:1,6;87:6;88:7;
137:22;138:13;
141:24;147:7
**legal (1)**
119:8
**less (1)**
53:18
**lesson (4)**
8:24;9:6;126:17;
127:13
**letter (9)**
91:22;100:17,22;
101:24;143:16,18,21;
165:6,11
**letters (52)**
28:11;90:15,20,22,
25,25;91:2,9,11,16,
24,25;92:2,5,8,11,19,
21,22,24;93:1,15;
94:16;95:13;100:1;
101:20;102:14,18;
107:4,13,16,18,19,22;
108:1,3,8,11,25;
109:4,5,10,11,18,22;
110:3,6,9,12,17;
142:13;143:15
**letting (2)**
20:3;38:6
**level (19)**
25:18;26:25;29:5,7;
125:9;126:24;135:13;
136:8;138:24;139:1;
143:1;147:4;156:24;
157:14,16;158:6;
167:10,21;173:4

**levels (6)**
17:19;28:19;136:6;
142:10;152:21;
156:19
**library (1)**
32:1
**license (1)**
85:20
**life (1)**
17:13
**LIFT (6)**
5:21,23,25;6:20,24;
7:11
**line (4)**
24:18;110:11;
144:16;161:16
**lined (2)**
144:17,18
**list (3)**
22:22,24,25
**litigation (1)**
129:18
**little (8)**
27:4;88:1;158:9;
159:1,7,15,19,22
**Livizzo (3)**
15:22,25;16:14
**L-I-V-I-Z-Z-O (1)**
15:22
**load (4)**
6:5;22:21,23;
151:13
**located (1)**
124:22
**location (4)**
124:18,25;125:19,
23
**long (9)**
5:15;9:8;17:3;
24:12;65:5;110:10,
24;123:15;170:10
**longer (4)**
7:4;130:18;144:24;
157:25
**look (5)**
9:7;50:18;107:2,23;
149:3
**looked (6)**
18:1;109:4,19;
136:7,9;171:21
**looking (8)**
27:20;29:20;30:1;
65:24;149:13;156:17;
173:2;174:15
**looks (2)**
68:18;109:1
**lost (2)**
137:18,23
**lot (8)**
20:8;119:14;
127:17;144:21;151:1,
9;153:21;170:15
**loved (2)**

28:9,10
**low (1)**
64:7
**lower (1)**
149:4
**luggage (1)**
84:14
**lunch (9)**
119:20,21;120:2,
24;121:1,5,8,12;
128:11

## M

**MacLund (1)**
80:8
**mail (2)**
59:2,6
**main (2)**
41:25;42:3
**majority (1)**
151:4
**makeup (1)**
156:9
**Making (14)**
6:3,6;18:4;28:1;
40:8;52:23;79:11;
80:24;131:17;132:17;
133:21;136:4,17;
140:18
**male (15)**
19:10;22:2;25:6,11;
55:21,22;56:1,2,4,4,7;
66:1,6;67:24;170:16
**males (1)**
66:11
**man (1)**
166:18
**manage (2)**
80:10;117:13
**managed (7)**
45:12;48:7;50:19,
19,25,25;51:2
**management (10)**
41:14,15;48:6;53:5;
91:5;93:12,16;95:8;
96:3;109:17
**manager (1)**
118:22
**many (5)**
71:1;107:19;
127:25;128:5;151:23
**MAP (1)**
136:22
**March (6)**
35:10;36:5;39:9;
40:6;94:23;95:15
**Marie (1)**
5:4
**married (1)**
166:18
**Master's (1)**
17:11

matched (1)
62:1
**Matt (10)**
62:5,6,10,15;
144:10,17,19,23;
147:23;149:11
**matter (2)**
39:14;71:10
**may (11)**
4:17;10:25;80:8;
82:14;88:15;95:2;
100:24;118:17,20;
153:5;154:7
**maybe (7)**
28:6;106:25;
118:23;124:24;
127:15;160:9;164:20
**McDaniel (76)**
56:19;57:6;60:20;
67:18;68:1;80:7;
85:11;91:23;92:3,6,
12,17,25;107:10;
111:12;128:23;
131:24;132:5;143:4,
5;144:1,7,19,20;
145:3,7,22;146:2,7,
12,14,18;147:24;
148:3,6,19;149:11;
150:22,23,25;151:1,2;
152:3,5,10,19;153:16,
18;160:9;161:5,25;
162:18;163:4,17,21;
164:3,5,12,14,22,25;
165:6,15,17,20,25;
166:15;167:6,9;
168:6;169:3,6,10,12,
13;170:4
**McDaniel's (2)**
145:14;151:18
**mean (36)**
8:10;12:10;16:8;
20:16,23;32:19;
40:14;42:22;66:9,19;
73:18;75:6;76:10;
77:4;83:10;91:8,20;
92:2;93:16;99:7;
102:24;106:21;119:3;
122:15;127:3,5,6;
128:17;136:10;
137:20,23;143:19,21;
157:8;165:14;173:18
**meaning (2)**
32:21;174:9
**means (2)**
131:2;173:11
**mediate (1)**
74:12
**mediating (2)**
75:13,21
**mediator (2)**
74:20;75:11
**meet (8)**
5:9;8:22;9:3;54:17;

84:7,10;160:6;152:20
**meeting (201)**
6:3;11:21,22;18:2,
5,8,8,15,16;19:12;
20:14;21:3,7,10,11,
19,25;22:13;24:11,
24;25:22;26:18,24;
27:12;30:4,11,14,18,
19,22,25;31:1,4,7,13,
15,20,21,24;32:4,9;
33:4,9;34:1,2,11,16;
35:9;36:4,8,20,25;
37:3,20;38:12;39:4,8,
9,22,24;40:6,13,14,
15,18,21;41:3,4,8;
43:10,17,23;44:15,17,
23;46:15,22;53:13,18,
21;54:2,2,3,5,12,19;
55:3,5;56:7;58:21;
68:7;70:6,7,10,16,18,
25;71:5,22;72:3,14;
73:3,10,16,22;74:8,9,
19,21,24;75:12;76:10,
14,17,18,19;81:3;
94:5;96:17,23;97:5;
99:17,18,23;100:2,15;
101:11;102:9,10;
103:11;104:7,9;
108:20,21;113:18;
114:1,2,14,17,21;
115:15,17,17,22;
116:6,7,9,10,16,20,
22;117:8,24;118:3,6,
23;119:1;133:4,23,
25;134:1,7,12,15,20,
24;135:1,2,6,9,19;
136:11,11;137:1;
141:3,5,17,18,19,22,
24;142:18,19;147:11;
149:5;150:2,17;
152:8,16;153:1,8,11;
154:3;162:10;163:2,
9,10;169:10,19,23
**meetings (24)**
31:18;32:6,13,15;
33:2,14;70:11,13,23;
71:1;96:19;97:2;
103:19;113:16,21;
114:10,13;115:3;
116:14;152:11;154:8,
8;173:5,8
**Megan (8)**
158:2,3,10,14,17;
160:6;164:18,20
**Melon (4)**
124:24,24;125:4,6
**member (17)**
21:4;23:9,15;25:14;
27:12;32:9;58:4;
114:24;115:25;120:7,
9,12;158:16;165:4,
16;166:14;167:8
**members (16)**

21:12;23:18;27:4;
32:11,12;33:1,2;
37:11;59:24;60:2;
77:5;114:23;155:10;
161:16;165:16;171:3
member's (1)
28:3
membership (5)
132:23;133:4,7,13;
156:17
meme (4)
171:14,15,17;172:9
memory (6)
11:15;49:11;
110:16;113:2;120:13;
152:22
men (1)
149:7
mention (3)
18:5;165:17;170:15
mentioned (21)
12:15;20:12;23:9;
30:6,7;33:19;41:9;
42:23;53:22;54:1;
91:9;92:19;104:12;
118:8;143:16;144:5;
158:6;159:6;163:2;
171:8,11
mentioning (1)
150:20
Mentor (2)
14:8;161:18
message (2)
85:15;86:10
met (12)
5:10,13;53:16;
102:6,13,17;103:4,24;
104:2,3;123:14;
124:16
method (3)
126:4,7,9
Mia (3)
15:22,25;16:14
Middle (1)
17:1
might (11)
4:16,16;25:12;
26:10;28:2;55:20;
77:18;84:12;102:20;
111:3;122:3
Mike (1)
25:4
mind (1)
142:2
mine (3)
77:18;85:25;105:3
minute (2)
9:13;10:6
minutes (7)
9:10,12;10:21;
32:15;45:15;46:6;
119:11
misbehavior (1)

57:14
misbehaviors (2)
56:24;127:19
Miss (8)
5:13;10:25;11:4,10,
15;12:5;14:9;78:17
misspoke (1)
134:10
misstates (2)
26:2;105:9
mistreated (1)
27:22
misunderstood (2)
29:13;165:18
model (1)
126:9
mom (3)
89:16,16;110:10
moment (8)
12:6;13:10;34:25;
47:16;80:9;113:19,
24;171:19
month (3)
31:8;34:4;92:23
months (1)
81:18
more (20)
9:23;19:20;35:18;
53:18;66:1,3,5,6,12;
67:15,22;74:25;75:7;
88:1;103:7;109:16,
16;133:18;143:22;
170:17
morning (2)
90:5;128:12
morphed (1)
90:25
most (4)
6:1;14:22;21:8;
125:9
mother (3)
34:5;89:17;103:16
mother-in-law (6)
84:7,9;85:17;86:3,
14,19
move (21)
7:8,8,10,12,15,18;
26:14;118:23;125:13,
13,17;157:14,17;
158:4,10,20;160:5,10,
17,18;161:5
moved (2)
125:9;160:19
moving (7)
31:17;156:23;
157:21;158:5,15,18;
160:21
MTS (1)
35:18
much (7)
7:9;10:15,18;31:2;
44:7;64:17;107:23
multiple (4)

14:21;23:18;
117:18;165:16
myself (8)
14:23;21:23;34:17;
64:18;81:24;108:18;
138:10;144:12

N

name (17)
4:10;5:2,3,4,5;14:3;
15:10;22:3,5;24:1;
76:6;82:3,4;130:3;
138:12;140:5;150:20
named (2)
15:14,18
names (3)
109:11;139:19;
140:1
nature (1)
55:18
necessarily (2)
22:18;102:5
need (16)
4:12;68:19,22;69:8,
19;72:13;86:8;88:1;
115:18;118:17,20,23;
140:2,5;167:11;
173:12
needed (10)
47:14;72:17,17;
74:25;80:19;88:20;
122:13;140:9;141:7;
147:6
needs (2)
47:13;139:21
new (2)
6:18,19
newborn (1)
81:17
next (10)
10:17;35:23;88:18;
92:16;106:16;127:13,
13;155:21;171:25;
172:8
Nick (1)
80:7
nine (1)
170:11
nodding (1)
4:23
noise (1)
167:20
non (1)
39:9
non-Black (1)
172:11
none (1)
27:12
nontenured (3)
9:23,23,25
nor (1)
19:14

normal (1)
142:8
Normally (1)
140:5
note (1)
32:25
noted (1)
38:19
notes (7)
32:15;33:4,7,9,14;
87:25;101:3
notice (2)
4:8;10:19
notified (2)
73:11;101:5
notify (3)
73:4,15;80:17
not-that (1)
42:24
November (5)
5:24;6:14,15;10:8;
141:3
number (1)
66:7
numbers (1)
149:17
nurse (6)
46:1,5;50:6,8;51:5;
55:20

O

oath (2)
129:7,21
object (5)
13:14;26:10;96:5;
103:14;139:20
objection (14)
13:15;26:1,6,11;
52:18,23;65:16;
97:15;99:6;105:9,15;
114:4;133:9;153:24
obligations (1)
8:7
observation (12)
8:15;9:6,17,21;
31:3;111:23;112:14,
19,22;145:13;146:12;
148:6
observations (4)
8:11;111:25;112:1;
132:4
observe (4)
9:6,8;10:11;85:6
observed (2)
8:20;165:24
occasion (3)
79:16;93:8;131:5
occur (1)
44:17
occurred (9)
12:24;21:2;22:13;
42:12;71:2;97:10;

140:23;141:16;
150:15
occurrence (1)
94:9
October (7)
10:8;13:1;87:19;
94:16;95:14;96:10;
97:11
off (13)
10:4;29:17;30:11;
45:17;65:25;66:7;
68:18;69:14;74:12;
79:8;81:9;121:20;
172:1
offer (2)
73:10;160:12
office (27)
41:21;42:5;45:3,17;
47:12;48:12,19;
49:25;50:19,25;52:2,
6;53:4;54:14,17;59:6;
61:20;89:25;94:10,
11;98:21;124:18,22;
125:14;144:7;154:15;
167:2
officed (1)
124:23
officer (5)
36:7;37:3,13;38:16,
23
officers (1)
36:24
offices (1)
155:21
official (1)
44:16
officials (2)
149:23,25
often (5)
28:10;67:15;70:13;
161:20;165:1
once (13)
26:25;54:16;56:8;
76:4;81:9;83:6;86:5,
7;87:25;98:1;103:17;
119:12;169:11
one (75)
4:20;10:1,19,20;
11:20,21,25;17:11,12;
24:19;25:17;27:1;
33:24;35:2,17;38:10;
44:25;56:2;59:25;
60:7,14,14,15,19;
65:7;68:10;69:3,4,15,
16;72:23;74:14,15;
82:25;83:1;85:4;
86:11;91:18,19;
92:15;93:11;94:13;
95:23;97:6;112:13,
15,19,21;115:23;
117:22;119:17;
120:21;125:23;128:9,
16;131:20;135:12;

137:20;139:5,13;
142:25;143:6;144:8;
147:3;149:12;155:20;
158:18;165:19,19,20;
171:4,7,19;172:1,14
**ones (11)**
56:23;110:18;
115:5;159:1,7,15,19,
22;160:24;161:1,2
**ongoing (1)**
152:14
**only (29)**
4:20;29:21;32:9;
52:13;56:6,23;57:20,
25;58:3,23;59:10;
73:21;79:8;85:4,7;
92:20;96:23;107:16,
23;135:6,9;137:6;
138:23;144:6;153:15;
165:12;170:22;171:4,
4
**Ooh (1)**
82:7
**open (1)**
58:22
**opened (3)**
45:16;59:24;60:1
**opening (2)**
156:20,25
**opinion (4)**
25:6;131:15;
132:23;160:13
**opinions (2)**
61:16;75:15
**opposed (11)**
4:22;28:6,16;52:2;
57:1;64:7;66:11;
131:20;132:6;150:21,
21
**opposite (1)**
161:21
**option (2)**
18:15;174:4
**order (7)**
68:19;69:8;123:1;
139:22,25;140:2;
160:5
**organization (1)**
133:7
**Originally (1)**
11:6
**Orlando (33)**
44:22;46:16,22;
53:13,16;61:4,5,11;
76:15,18;121:23,25;
122:1,4,5,14,20,25;
123:5,14,17,21;
124:11,16,18;125:12;
150:1,10;162:10;
163:1,2,7,8
**others (11)**
38:21;41:24;80:8;
83:23;85:8;132:12,

20;139:3;153:17;
156:19;170:25
**out (74)**
18:2;19:11;20:13;
24:11;25:22;26:18;
27:11;29:1,4,19;
30:25;34:4,10;36:1,2,
3,6,7;37:6,8,22;38:2,
13,15,22;45:7;50:14;
52:5;54:16;56:24;
57:14;68:15;71:22,
23;72:20;76:5;79:8;
81:8,11;85:15;89:15,
16;91:21;97:3;98:15,
16;102:1,22,23;103:1,
15,16;104:19;105:2,7,
18,23;106:8,11,19;
107:2;116:22;117:3;
119:2,14,18;133:4,22;
135:5;140:9;144:21;
146:21;155:6;162:18
**outcome (2)**
77:13,15
**outside (11)**
19:23;20:17;60:8;
61:20;81:21;116:16;
126:21;132:22;133:8;
144:7;153:7
**over (19)**
4:18;8:7;10:17;
18:21;63:14;68:22;
69:5;122:16;123:16;
125:10;143:10;
146:20;147:9;152:21;
156:13;171:23;172:3,
7;173:2
**overall (2)**
136:2,14
**overly (1)**
28:11
**Overseeing (1)**
6:2
**Owens (5)**
76:8,15,16,17,20
**own (5)**
59:1;61:16;74:24;
101:23;173:5
**owned (7)**
84:21;104:19;
105:2,7,19;106:8,11
**ownership (2)**
105:24;106:1

## P

**package (6)**
59:2,3,6;60:1;
61:14;144:11
**packages (1)**
59:23
**paid (4)**
98:8;103:7;104:23;
105:18

**pants (2)**
165:7;166:1
**paperwork (1)**
116:22
**parent (9)**
49:10;72:25;
168:21,23;169:3,10,
12,23;170:5
**parents (11)**
27:7;28:9,10;73:4,
9,12,15;115:24;117:4,
6;132:11
**Park (2)**
25:4;136:23
**parole (7)**
36:7,24;37:3,12,13;
38:16,22
**part (23)**
6:1;14:23;25:18;
64:10,14;71:22,23;
76:7,9;77:17;80:21;
84:2;85:16;104:5;
110:6,20;114:19;
115:6;116:12;126:17,
24;144:24;145:9
**particular (43)**
13:13;14:21;19:9;
20:13;28:14;32:9;
36:4;38:11;39:3,22;
41:11,12;52:14;
58:13;63:18;64:5;
67:9;70:3,8;71:9;
79:14;87:17;108:19;
115:19,23;116:16;
117:13;118:8;121:1;
132:15;133:7;134:3,
9;136:10;141:7;
142:15;144:6;151:16,
24;152:8;162:20;
166:13;173:7
**particulars (2)**
11:9;129:19
**parties (1)**
116:2
**Partin (6)**
14:4,9,23;161:19;
171:9,10
**P-A-R-T-I-N (1)**
14:4
**Partin's (1)**
14:5
**partnerships (1)**
6:2
**parts (4)**
59:12,16;119:24;
127:21
**party (1)**
40:1
**passed (2)**
34:5;110:10
**past (1)**
112:3
**Patricia (1)**

51:24
**Patti (3)**
51:24,24;60:22
**Paula (4)**
14:4,5;161:19;
171:9
**pause (1)**
26:9
**pay (4)**
104:18;105:1;
166:4,5
**paying (2)**
104:25;105:6
**PBIS (7)**
35:11,14,22;39:11,
18;50:20;115:8
**penis (1)**
161:18
**people (12)**
19:18;38:19;41:2;
60:13;61:20;79:21;
82:25;83:21;116:12;
135:10;136:10;
174:17
**per (1)**
45:25
**perceive (4)**
7:10;38:14;59:8;
62:18
**perceived (15)**
19:18;38:21;40:9;
56:21;57:10;59:13;
60:24;66:20,22;
67:18;87:6;91:6;
132:20;137:3;139:8
**perception (13)**
38:20;39:4;58:14;
62:14;66:10;67:13;
87:11;96:2;120:18;
139:11;152:4;168:12,
24
**performance (7)**
19:4,5;28:14;31:22;
123:7,9,11
**performing (4)**
146:23;147:19;
148:20;149:4
**perhaps (1)**
29:13
**period (7)**
9:14;31:6,8;32:24;
87:3;154:25;171:1
**person (24)**
23:19;29:14,25;
30:9;41:25;55:14;
60:21,22;74:1;75:22;
80:16;109:7,9;
114:15;116:4;120:15;
121:9;134:14;142:15;
146:20;154:10;155:5,
22;160:9
**personal (6)**
19:15;20:17,20;

22:24;25:13;101:23
**personally (3)**
7:3;69:8,19
**personnel (3)**
30:24;32:5;114:1
**persons (1)**
60:8
**person's (1)**
23:11
**perspective (2)**
75:18;173:18
**perspectives (1)**
75:16
**philosophy (1)**
126:3
**phone (23)**
45:16,17;47:12,13;
48:16,19,21,23;49:3,
4,8,12;98:7,8,24;99:1,
1;104:22,24;105:25;
156:14;167:10;
169:18
**photo (1)**
85:23
**phrased (1)**
36:22
**physical (4)**
31:4;66:3,3,5
**physically (2)**
127:3;128:17
**pick (1)**
167:11
**picture (6)**
69:1;70:3;85:19,20;
171:18,20
**piece (11)**
6:9;26:15;27:14,18;
38:5;41:17;74:13;
112:4;146:16;167:21;
170:8
**pieces (22)**
6:8,12;19:19,21,22;
27:3;30:12;31:17;
37:6;50:20,21;59:19;
103:20;117:4;126:16,
23,25;135:18;142:3,
5;144:16;147:5
**place (4)**
31:25;34:3,12;
160:22
**placed (7)**
37:7,21;72:19,22,
23;74:10;77:21
**Plaintiff (2)**
130:3,7
**plan (2)**
8:24;126:14
**planned (2)**
158:18,20
**planning (1)**
126:13
**plate (2)**
85:20;86:9

**play (3)**
50:14;152:4;172:1
**please (4)**
4:13;5:1,3;85:19
**plural (1)**
56:11
**Plus (1)**
167:8
**pm (6)**
78:14;129:2,3;
167:14,15;174:24
**point (31)**
15:13;19:6,11;
35:17;36:16;37:15;
42:6;44:2;52:25;53:8;
74:14;76:3;78:3;83:1;
86:11;87:17;88:7;
99:12;101:14;104:18;
105:13;107:3;117:2;
121:20;129:1;141:25;
147:2,22;153:23;
155:9;167:18
**pointed (1)**
146:20
**policy (1)**
141:20
**Ponder (1)**
80:7
**poor (1)**
146:19
**poorly (1)**
146:23
**Pope (81)**
7:22;8:2,6;22:1;
23:1;32:21;43:6,7,12;
44:3,14,16,18;45:7;
46:17,25;47:9;49:24;
52:5,16;53:4;54:3;
56:5,7,10;57:18;
73:20;78:7;87:10,12,
14;88:10,16,25;89:4,
9;90:11;101:6,12,15;
102:2;103:2,22;
104:1,9,15;106:10;
108:6,11,17,18,25;
111:18;122:25;123:6,
10;138:9;144:12;
145:2,6,10;152:17;
155:10;156:8;157:11,
19;158:14;159:2,9,
21;160:25;163:22,25;
164:9,13,18,22,25;
166:10,12,25
**Pope's (1)**
160:20
**popping (1)**
10:17
**portion (5)**
36:17;53:1;78:4;
105:14;167:19
**portrayed (1)**
27:6
**position (35)**

5:12,15,20,22;6:13,
18,19,20,21,25;7:8;
14:5;16:11,13;17:4,7;
24:3;40:9;41:25;42:2;
60:4;72:15;77:10;
113:9;121:24;122:6;
130:15,19,22;150:7;
156:22;157:7,13;
158:8;161:6
**positions (3)**
21:18,20;64:24
**Positive (1)**
35:16
**possible (1)**
161:16
**possibly (4)**
74:16;78:21;
113:13;156:20
**post (15)**
12:17,19;13:13,21,
22,24;14:1,7,14,16,
19,20;15:1,4,20
**posted (1)**
15:1
**posting (1)**
15:21
**posts (3)**
11:21;12:16;14:21
**power (2)**
41:22;42:5
**practice (4)**
32:14,16,24;126:19
**prearranged (2)**
83:9,11
**preceding (2)**
79:15;169:2
**precipitated (1)**
156:8
**pre-conference (1)**
9:3
**present (9)**
18:10;49:11;58:20;
108:16;113:21,22;
114:11;124:13;
152:22
**presented (6)**
30:2;68:16,16;70:5,
8;72:1
**preserve (1)**
26:5
**pretty (6)**
7:9;10:15,18;63:22;
64:17;120:11
**previous (5)**
92:18;136:19,20,
20;147:16
**previously (2)**
28:21;66:11
**primary (1)**
118:14
**principal (60)**
5:14,16;6:14;7:4,6,
11,17,20;8:4,6;10:4;

16:24;17:1,4,8;21:23,
24;22:15,20;32:17,19,
21;43:6,7,12,14;
44:18;46:16,25;47:9;
49:24;58:2,18,19;
60:6,15,16;62:25;
63:3;87:4;113:7;
123:23,24,25;124:1;
130:25;144:22;
145:15,21;146:4,15;
152:4,16;153:8;
155:3,6;156:2;
157:21;166:7;170:14
**principals (3)**
7:21;65:1,3
**principal's (1)**
152:1
**Prior (2)**
16:23;17:14;30:3,
14;34:12;39:9;40:6;
44:10;49:24;50:12;
51:4;52:4;53:3;55:5;
61:7;86:15;89:4;
90:11;95:25;96:9;
97:11;99:17;110:12,
25;129:12;132:8;
149:12;157:3;168:16
**pro (1)**
37:14
**probably (6)**
49:10;65:6;66:4;
120:11;121:19;128:6
**problem (3)**
10:25;20:1;120:20
**problems (1)**
50:15
**proceed (1)**
129:7
**Proceedings (1)**
167:15
**process (3)**
36:4;39:8;131:13
**produce (1)**
76:4
**professional (3)**
111:6;126:22;137:7
**program (1)**
167:25
**promotional (2)**
7:11,15
**proposed (1)**
77:15
**Prospect (2)**
125:20,23
**protective (2)**
139:25;140:2
**protocol (11)**
37:5;38:2;55:13;
74:6,11,17;76:3;
80:16;112:13;116:21;
131:19
**protocols (1)**
116:15

16:24;17:1,4,8;21:23,
**prove (2)**
105:8,15
**provide (2)**
24:6;123:1
**provision (1)**
55:8
**proximity (1)**
144:2
**publicly (1)**
130:2
**pull (2)**
30:10,12
**pulled (2)**
120:2;141:5
**purpose (2)**
36:8;173:8
**pursuant (1)**
4:8
**pursuing (1)**
126:23
**purview (1)**
75:2
**push (1)**
74:18
**pushed (1)**
82:19
**pushing (1)**
150:23
**put (17)**
26:11;27:10;37:6;
38:1,12;40:9;72:4,9;
74:3;76:4;77:23;98:9;
139:21;151:2,5;
172:3,6
**puts (1)**
117:4
**putting (3)**
37:4;72:16;73:19

**Q**

**quarter (1)**
121:19
**quick (1)**
26:10
**quite (6)**
79:21,21;143:17,
20;161:23;165:1
**quote (1)**
131:6

**R**

**race (23)**
24:21;57:21;58:9,
12,16;59:9,14,18;
61:1;62:20;63:8;65:9,
13;66:16,21,25;67:6,
8;68:2;82:9;137:16;
141:1;170:9
**racial (2)**
168:10,11
**racist (13)**

53:23;54:7;56:9,14,
22;57:11;62:15;
137:2;139:12;140:18;
168:12,14,25
**raise (9)**
38:4,4;42:9,15;
115:20;154:10;
161:25;162:3;163:20
**raised (15)**
13:17;23:10,15;
38:7,19;57:17;
101:23;149:20,21,25;
150:16;168:14,16,21,
23
**raising (8)**
37:19;38:9;45:9,10,
20;51:1,8,16
**Ramirez (4)**
113:6,15,25;154:19
**Ramirez's (1)**
113:9
**rapport (1)**
132:12
**rather (1)**
12:3
**rationale (4)**
36:2;40:5;46:24;
72:3
**razzled (1)**
27:17
**read (19)**
33:25;35:3,5,8,11,
21;36:16;52:25;
71:10,14,21,23;78:3;
92:5;93:8;105:12,13;
167:16,18
**reading (3)**
71:12;93:11;113:11
**ready (1)**
79:13
**real (1)**
26:9
**really (4)**
69:3,3;98:14;101:4
**reason (23)**
6:17;7:3;46:21;
47:9;49:17;52:13;
56:6;57:13;93:19;
95:4,16;118:5;
140:24;146:11;
148:23;154:4;155:23;
160:12,14,16;161:6,
10;174:12
**reasons (6)**
72:5;118:10;138:3,
5,16,21
**recall (73)**
5:11,12;7:24;11:9,
11,12,18;12:4,24;
13:6;14:20;15:20,24;
16:12,12;17:25;
18:13,14;21:9;22:14;
32:23;33:6;34:4;35:8,

21;36:4;39:10;44:8,9;
51:13;67:11;70:2,15;
71:19,21;78:11,18,22;
79:19;81:1,14;82:14;
84:14;85:25;91:2;
97:8;98:7;101:9,10;
102:4;107:1;108:23;
109:3;111:2,9,11;
112:2,16;113:19;
114:19;115:1;117:24;
118:2;119:19;130:4;
134:25;135:25;
136:22;139:4;145:12,
17;168:5;172:18
**recalled (1)**
33:19
**recalling (1)**
144:23
**receipt (1)**
88:24
**receive (1)**
47:11
**received (19)**
59:2;70:17;87:19;
90:3;92:6;93:1;97:12;
107:16;108:8;109:6;
110:9,17;144:1,3;
145:4;163:17;165:5,
11,12
**receives (1)**
47:12
**receiving (9)**
52:5;53:3;59:5;
89:14;90:21;95:25;
108:11;117:7;170:4
**recognize (1)**
107:21
**recollection (3)**
9:17;12:15,16
**record (14)**
4:7;5:2;26:11;
36:17;52:23;53:1;
78:4;105:14;121:20;
129:6;162:18;163:16;
167:19;172:15
**refer (2)**
67:22;68:1
**reference (14)**
18:4,7,12;19:9;
20:22;21:1;36:24;
37:2;71:13,14,16,20;
119:15;153:20
**referenced (2)**
39:12,15
**reflected (1)**
136:1
**reflective (1)**
149:2
**refused (1)**
146:9
**refusing (2)**
51:4;146:11
**regard (15)**

26:17;59:14;60:25;
66:21,22;67:7;68:2;
93:3;96:4;97:6;
121:23;136:16;
152:24;162:18;
163:11
**regarding (5)**
64:3;126:3;154:20;
163:21;171:11
**regardless (1)**
27:20
**regular (1)**
128:2
**relate (4)**
47:17;73:2;129:24;
142:14
**related (11)**
39:12;51:14;78:19,
22,23;98:1;103:23;
121:7;129:16;137:2;
168:10
**relating (4)**
91:13;152:9,11;
172:9
**relationship (4)**
37:24;46:2;111:5,7
**relationships (8)**
25:11,16;28:8;40:8;
65:14,23;73:8;132:21
**relayed (1)**
159:2
**relevant (3)**
116:2;117:1;127:22
**rely (1)**
174:17
**remember (78)**
13:2,4,7;18:4;21:9;
23:14,16,19;24:25;
31:17;32:2;33:21;
34:22,24;39:15;43:7;
48:14;49:4,7;51:19,
22;64:21,22,24;65:2;
68:13;69:17;70:7,16,
20;71:1,4,8,9,12;
72:10,11;76:6;79:23;
80:2,9;82:7,8;84:22,
24;85:11;98:19;
104:21;106:25;
108:13,16,24;112:9,
10;113:15,20;115:6;
119:25;120:15;
123:13;125:10;128:7;
130:11;132:24,25;
133:1;141:9,15;
142:6;150:2;152:11,
16,25;153:2;155:16;
169:15;171:17,19
**removal (1)**
95:5
**remove (6)**
45:5,8,14;94:13;
95:11,16
**RENAYEE (6)**

4:2,8;5:4;15:10;
163:5;174:3
**R-E-N-A-Y-E-E (1)**
5:5
**rep (4)**
48:12,14;50:9;
115:9
**repeat (3)**
26:15;38:17;102:15
**rephrase (4)**
4:13;39:6;77:20;
129:10
**replaced (1)**
158:16
**report (10)**
54:8;60:24;61:3,5,
11;88:9;165:4,24;
166:9,12
**reported (8)**
43:13;62:13;67:14;
89:4;123:3;166:6,25;
167:8
**reporter (8)**
4:19,24;36:14,16;
52:25;78:3;105:13;
167:18
**reporter's (1)**
174:16
**reporting (2)**
57:10;89:5
**represent (1)**
5:6
**representation (1)**
132:19
**representatives (1)**
154:7
**reprimand (2)**
163:17;170:5
**reprimanded (1)**
164:13
**reputation (2)**
14:17;132:11
**request (5)**
43:13;45:25;49:23;
52:5;116:22
**requested (5)**
36:17;53:1;78:4;
105:14;167:19
**requests (1)**
144:15
**required (2)**
10:19;32:13
**requires (1)**
128:10
**reread (1)**
36:14
**reschedule (1)**
169:23
**reservation (1)**
83:13
**reservations (1)**
80:25
**resignation (1)**

138:3
**resigned (2)**
137:24;138:2
**resolution (3)**
99:2,8;102:21
**resolved (2)**
88:17;170:1
**respect (26)**
8:9;15:21;18:13;
36:3,24;37:1;39:3,8;
61:10;65:9,23;66:15;
67:6,23;94:12;96:24,
25;102:3;117:25;
132:19;133:2;135:24,
25;138:21;154:15;
161:24
**respond (6)**
4:22;13:15;52:7;
95:5;101:5;149:19
**responded (2)**
29:11;53:6
**response (7)**
50:3;57:16;59:21;
106:23;115:14;
131:25;173:13
**responsibility (1)**
73:4
**rest (2)**
37:25;40:23
**result (3)**
105:25;106:7,8
**results (1)**
66:23
**resumed (1)**
167:15
**reveal (1)**
139:22
**review (4)**
8:25;9:1;12:7,13
**reviewed (2)**
11:4;136:12
**reviewing (1)**
174:5
**ride (1)**
83:1
**right (14)**
4:25;29:15;41:4,7;
48:20;63:22;74:24;
78:17;81:21;92:5;
106:7;114:7;128:25;
163:7
**role (4)**
29:25;74:19;152:1;
156:2
**roles (1)**
70:24
**room (23)**
37:15;40:23;41:3;
44:25;45:18;52:6;
53:9;55:14;77:11;
96:20;99:20;120:25;
121:5;140:12,15;
149:10,16;151:15,18,

18,19,21;160:6
**Ross (2)**
130:8,22
**Ross's (1)**
130:15
**rotation (1)**
128:10
**RTI (13)**
11:21,22;115:8,12,
22;116:6,11,12,14,15,
20;118:11,12
**rug (4)**
171:21,23;172:2,7
**rules (2)**
4:15;127:16;140:5

## S

**same (17)**
4:17;31:11;41:5;
50:21;65:20;66:21;
81:6;85:12;89:5;
104:10;106:16;109:7,
9;134:4;136:24;
144:2,2
**sample (1)**
62:1
**samples (2)**
61:24;144:14
**sat (1)**
46:13
**saw (3)**
107:22;108:1;
166:17
**saying (24)**
37:16;46:8;59:25;
67:1;69:7;75:21,22,
23,24;76:1;80:22;
95:19;107:1;109:1;
115:18;117:12;
118:18;120:15;133:1;
134:6;143:18;150:20,
21;164:13
**schedule (1)**
128:3
**Schmidt (7)**
56:19;57:6;110:20,
25;111:6;148:3;
152:19
**school (123)**
6:11,22,25;8:9,13;
9:21;11:2;14:6;15:8;
16:9,15,18,24;17:2,
23;19:5,24;20:6,18;
22:23,25;27:5,5;29:7;
31:11;32:19;33:3,9;
38:14,19;44:10;50:6,
8;58:9,20;59:1,2;
60:10;61:8;62:10;
63:1,9,19,20;64:11;
65:15;70:14;71:2,6;
78:18,19,20,22;79:15;
87:5;89:18;95:1;

96:15;97:11;98:17;
99:3,13,17,24;101:3,
7,14,16;104:15,16;
111:1,8,12;112:7,12,
14,25;113:4,10,18,22;
114:12,24;115:4;
118:1;121:24;122:8,
9,11,14,17;123:23,24;
124:25;125:7,8;
126:3,8;128:2,21;
133:8;136:19;137:8,
13,22,22;140:14;
153:21;154:9;155:1,
11,15;157:1;161:6,
12;164:10;165:3,23;
167:22,24;168:3,6;
170:20

**schools (2)**
65:2;79:22
**school's (2)**
135:15,15
**schoolwide (1)**
35:20
**science (3)**
128:6,9,16
**sciences (1)**
17:13
**score (1)**
151:17
**scores (5)**
24:20;29:21,22;
150:19;151:9
**search (1)**
98:10
**seat (1)**
46:9
**second (8)**
68:13;69:4,16;71:8;
126:14;127:2;136:3,
16
**secretary (14)**
45:4,6,11;47:14,23;
48:4,9;51:12,13,22;
54:15;60:15,22;117:3
**seeing (7)**
27:17;28:5;59:23;
69:20;76:2;81:1;
85:11
**seem (3)**
87:22;102:6;134:5
**seemed (1)**
100:22
**segregated (1)**
29:4
**send (10)**
41:21;80:22;85:15,
22;86:23,25;99:22;
100:6,8;167:11
**sending (4)**
59:12,16,22;144:11
**sends (2)**
42:4;117:3
**sense (1)**

95:18
**sent (16)**
50:7;59:13,25;
61:13;88:15;92:20;
94:1;98:12;99:4;
102:1;106:19;107:4,
9,14;144:6,25
**separate (2)**
85:3;141:7
**separately (1)**
29:10
**separating (2)**
29:1,19
**September (1)**
10:7
**seriously (1)**
146:14
**serve (4)**
17:3;65:5;123:22;
155:6
**served (5)**
7:19,25;8:5;124:1,6
**SES (4)**
29:7;64:7;67:2,3
**set (6)**
126:15;127:3,3,7,
10;169:9
**setup (2)**
127:17,18
**several (2)**
63:23;167:6
**sew (1)**
172:3
**sex (3)**
65:20,22;66:22
**sexual (4)**
55:18;161:16;
162:4;163:23
**share (2)**
50:21;159:6
**shared (12)**
12:21;14:1,7;21:2;
68:7;102:12;142:3,5,
6,7;171:14,15
**sharing (1)**
15:20
**Sheffia (12)**
82:2,5,13,16,18;
83:12,17,21,22;84:3,
16,20
**S-H-E-F-F-I-A (1)**
82:4
**shift (1)**
66:14
**short (1)**
69:3
**shortest (1)**
69:15
**shortly (3)**
6:14;13:21;48:11
**shoulder (1)**
171:23
**show (9)**

4:7;14:22;19:13,14,
16;85:17;86:14;
136:24;171:13
**showed (2)**
67:7;147:18
**showing (6)**
25:23;27:22;136:2,
15,16;148:20
**shown (7)**
19:7;29:9;86:19;
136:23;173:4,7,9
**shows (1)**
68:17
**side (1)**
74:16
**sides (2)**
75:20,20
**sight (1)**
95:9
**signature (5)**
174:4,8,11,20,23
**significance (3)**
20:25;59:5;68:21
**significant (3)**
59:9;67:7;172:11
**similar (5)**
10:12;28:2;66:16,
19;141:10
**simply (1)**
64:7
**Sippin (4)**
35:13;68:14;71:17,
24
**sit (13)**
9:16;11:14;31:19;
46:9,11;49:11;51:4,8,
15,19;113:2;145:12;
152:23
**site (1)**
80:21
**sites (1)**
6:7
**sitting (2)**
51:1;172:7
**situation (17)**
9:9;46:14;47:11,19;
50:13;66:11;89:1,10;
94:17;95:14;101:18;
129:16,17;134:3;
135:12;163:24;
168:11
**situations (1)**
42:12
**size (1)**
69:10
**skewed (1)**
153:5
**small (2)**
19:6;37:11
**Smith (2)**
121:23,25
**Snow (1)**
172:2

**social (7)**
34:18;55:18;76:25;
77:1;128:6,8,16
**Socioeconomic (1)**
67:4
**somebody (2)**
86:8;167:12
**someone (12)**
28:6;29:20;32:14;
80:15;107:2;133:22;
146:5;147:14;158:25;
165:24;166:6;168:3
**someone's (1)**
14:16
**sometime (2)**
35:10;110:12
**Sometimes (1)**
4:15
**somewhere (3)**
75:24;159:13,17
**son (1)**
167:11
**soon (3)**
54:1;103:18;163:25
**sorry (32)**
6:21;12:12;15:5,14;
23:4;25:2;26:8;27:23;
34:6;48:18;52:21;
53:2;58:3;60:4;65:18;
66:9,9;76:13;87:5;
97:8;115:1;119:5,17;
122:1,3;143:20;
160:15;162:11,13;
163:13;165:14;
166:24
**span (2)**
91:21,25
**speak (9)**
4:18,20;27:7;42:19;
43:1;45:23;54:15;
65:10;141:18
**speaking (7)**
33:18;43:4,18;44:4;
54:6;59:11;142:2
**speaks (1)**
116:3
**special (7)**
115:25;118:9;
119:4,5;149:15;
150:9;153:3
**specials (1)**
128:12
**specific (12)**
11:15;56:21;64:1;
67:5;93:15;96:2;
109:21;110:16;138:3,
5;153:1;156:4
**specifically (16)**
12:4,20;19:10;
24:14;32:3;40:20;
48:2;59:17;64:8;
93:13;136:6;142:6;
146:3;147:10;159:12;

160:1
**specifics (1)**
51:14
**speculation (6)**
13:14;96:6;97:15;
103:14;114:4;153:24
**SPED (17)**
67:1;113:12;115:8,
10;118:17,22;119:3;
146:20,20,22;149:1,
10;151:4,6,7,9,24
**spell (4)**
5:2;22:5;24:1;82:3
**spellings (1)**
174:6
**spirited (3)**
91:8;93:16;143:22
**spoke (13)**
27:1;45:4,4;50:8;
89:9,10;90:1;93:5,18;
138:18;142:3;163:21;
167:22
**spoken (1)**
90:10
**spring (2)**
94:20,22
**Springfield (1)**
6:21
**staff (62)**
18:15;21:4,8,10,11,
12,13,19;23:9,11,14,
18,19;24:24;27:4;
30:21,24;32:3,5,9,12,
15;33:1,2,9;37:11;
58:4;21;59:23;60:2,8,
13,21,22;63:10;65:8;
67:12;114:14;117:4;
120:7,8,12,15;121:8;
134:12,15,24;135:9,
19;136:10,13,25;
138:23;142:15;
161:16;165:4,16,16;
166:14;167:8;170:18;
171:2
**stage (1)**
126:17
**stance (1)**
63:16
**stand (7)**
35:15;67:3;68:19,
22;78:25;115:13;
119:7
**standards (1)**
142:8
**standing (3)**
59:24;68:17;144:7
**start (5)**
5:22;10:4;31:16;
121:18;125:25
**started (9)**
31:17;90:24;92:23;
108:3;150:23;155:20;
156:11,13;170:23

**Staske (3)**
23:23;24:6;25:18
**S-T-A-S-K-E (1)**
24:2
**Staske's (1)**
24:3
**state (2)**
5:1;50:24
**stated (13)**
35:5;37:20;51:10;
58:25;74:13;87:2;
103:15;104:6;158:24;
159:4;160:17;161:3;
165:14
**statement (21)**
15:22;19:7,8;20:15;
26:3;29:5;37:8,10;
49:1;50:17;67:17;
71:15;131:23;132:1,
3;133:11,20,21;
135:20;143:13;149:9
**statements (4)**
11:7;33:10,15;
56:21
**station (2)**
42:1,3
**status (3)**
29:7;67:1,4
**stay (1)**
147:7
**stayed (1)**
142:2
**staying (3)**
40:25;84:23;142:2
**step (5)**
73:11,15;88:18;
115:15;117:21
**Stephenson (127)**
5:7,7,13;8:7;10:12;
11:1,5,16;12:17;
14:13,25;18:1,10;
25:5;36:9;37:7,18,21;
39:2,7;40:7,19;41:7;
42:9,9,15;43:4,13,17,
24;44:2,15,18;45:8;
46:16,21;47:1,12,17,
22,24;48:9;49:19,23;
51:14;52:17;53:4,9,
14,23;54:5;55:2;
56:16;57:2;60:7;
62:11;71:5;72:1,6,25;
73:2,14,24;74:2,8;
75:17;76:24,25;77:6,
14,23;79:23;84:25;
87:6,11,15;88:23;
90:4,20;91:15;93:22;
96:11;97:10,17;98:1;
107:9;109:15;110:8,
17,21;112:12;113:17,
22;114:11;117:25;
119:20;124:13,15;
134:17;137:4;139:7,
11;140:18,20,23;

141:4,10,12,23;
143:12;144:3,20;
146:18;147:24;148:2,
19;151:3,4;152:10,
18;153:3,19;154:11,
21;158:12;160:21;
165:19
**Stephenson's (26)**
8:16;9:18;11:10;
12:5;33:20;44:25;
51:4;52:6;54:24;57:4;
74:15;109:24;111:23;
119:22;120:1,4,8,10,
17;121:4;140:12,24;
149:10,16;151:17;
168:24
**steps (6)**
10:10;35:24;72:24;
77:22;110:7;169:4
**steward (5)**
45:15;89:24;
113:14,16;118:5
**stick (1)**
9:10
**still (11)**
8:3;14:9;22:7;
26:12;38:7;39:18;
62:8;85:18,24;86:18;
129:7
**stopped (1)**
54:2
**stopping (1)**
129:1
**straight (1)**
163:4
**Strategies (1)**
35:16
**Stratton (1)**
124:2
**streamed (2)**
131:7,10
**strike (1)**
164:20
**stroller (1)**
82:19
**structure (1)**
118:13
**student (70)**
28:12;42:5;45:2,5,
9,10,20;46:2;49:9;
50:25;51:1,3,15,16;
52:15;55:20,21;
65:13,14,20,22,23;
67:14,15;69:8,14,15,
17,19;72:19;73:4,12,
15;94:12,14,17;95:6,
15,16,24;107:23;
108:2;115:19,23;
116:3,3,17,23;117:6,
18,22,25;118:4,15,24;
127:4;136:4,15;
137:2;139:21;140:4,
6;151:13,14,16;152:9,

12;153:5;163:12;
168:21
**students (180)**
6:5,10;17:15;18:22;
19:4,14,25;20:3;25:8,
12,25;26:21;27:24,
24;28:9,9,14,16;
29:22,23;31:22;
34:20;35:24;36:5,9,
25;37:1,4,5,7,11,21,
24;38:1,11,15,20,25,
25;39:3,5,9,25;40:8;
41:11,12,16,18,21,23;
42:1,4,11,13,16,20;
43:2,5,19;44:5;45:1,
23;49:21;53:15,20,21,
25;54:4,6,7,8,11,13,
14,19,21,22;55:6,10,
15,25;56:4,7,8,14,20;
57:4,5,9,17;62:13;
63:14;64:7,9;65:8;
66:1,6;67:20,24;68:3,
4,22;69:11;72:4,7,8,
12,16,22,25;73:8,19;
74:3,10;76:1;77:6,21,
23;79:11,13;96:18,
24;97:1,7;109:4,6,12;
117:19;119:20;120:1,
7,16,23;121:1,8;
127:14,20,21;128:1,
18;132:6,12,15,16,21;
133:6;135:16,23;
136:3,15;139:12,14,
15;140:12;146:21,22,
22,23;147:18;148:18;
149:1,3,10,15;151:5,
6,7,9,24;152:5;
161:22;162:20,22;
166:16,22;168:8,12,
15;170:16;173:12
**students' (1)**
120:18
**student's (1)**
109:2
**studies (3)**
128:6,8,16
**stuff (4)**
80:13;81:23;85:20;
126:20
**subject (4)**
39:14;49:7;71:9;
91:13
**submit (1)**
8:23
**submitted (1)**
116:24
**subpoena (1)**
140:5
**suggest (1)**
160:8
**suggested (3)**
141:5;144:13;
160:19

**suggesting (2)**
37:23;147:14
**suggestion (1)**
118:12
**suggestions (1)**
143:22
**suit (1)**
11:1
**summer (2)**
78:21;79:15
**superintendent (4)**
122:21;123:2,4;
125:3
**superior (1)**
47:5
**supervise (3)**
16:14;22:10;168:8
**supervised (1)**
22:11
**supervising (1)**
22:16
**supervision (2)**
6:11;122:16
**supervisor (8)**
22:12;61:6;120:25;
122:8,11,14;123:18;
150:11
**supervisory (1)**
8:7
**Support (5)**
35:17,19;72:8;
79:10;122:9
**supported (5)**
75:3,6;77:13,21;
161:5
**supporting (2)**
77:4,10
**supposed (8)**
6:1;84:7,10;117:1;
131:15;151:5;163:6;
169:19
**supremacists (1)**
71:16
**supremacy (7)**
33:11,16;35:1,7;
71:13,16,20
**sure (20)**
6:3,6;15:15;26:16,
22;29:24;31:9;43:21;
65:19;79:11;86:13;
92:19;95:13;106:15;
116:23,25;119:16;
120:11;140:3;163:14
**switch (1)**
34:21
**switched (5)**
57:7;66:4,8;128:4,5
**switching (4)**
128:15,17,21,22
**sworn (1)**
4:4
**sympathizer (1)**
26:20

**sync (1)**
25:13
**system (7)**
23:3,4,5,5;35:19,
19;79:10

**T**

**takers (1)**
32:25
**talent (2)**
23:2,5
**talk (22)**
9:4;18:24;21:6;
41:23,24;49:20,21;
53:17;88:23;91:15;
99:22;100:15,17;
108:21;115:12;
135:23;137:17;
146:17;153:7;157:24;
164:3;170:9
**talked (34)**
35:2,23;40:2;53:19,
20;68:6,10;87:20,22,
23;88:21,24;90:16,17,
19;91:5;93:13;96:18;
97:6;99:16,25;
100:25;101:20,21,22;
103:22,25;104:4;
109:21;119:20;
132:18;147:9,12;
160:1
**talking (20)**
30:5;40:25;45:2,9;
46:8;48:24;51:9,18;
53:15;55:21;68:24;
90:11;93:10;98:12;
109:17;110:7;128:15;
131:1;132:25;153:2
**talks (2)**
36:2;50:18
**taller (1)**
69:5
**tallest (1)**
69:17
**tank (1)**
64:17
**targeting (1)**
154:12
**TAs (1)**
134:24
**taught (5)**
17:20,20;58:17;
126:18;127:15
**teach (2)**
17:15,19
**teacher (92)**
8:17;9:22,24;18:17,
18,22;19:9,12,20;21:18,
20,20;22:2,7;24:5;
25:2,11;28:12,20;
29:7;34:20,22,23,24;
41:22;47:4;51:9;

53:22;57:20,25;
58:24;59:10;60:5,14,
19;62:2,8,10;65:14,
23;67:18;72:24;76:7;
78:5;85:7;87:8;91:23;
107:10;115:18,24;
116:1,13,21,25;
117:12;118:9,10,14;
126:18;127:8,20;
128:24;129:24;130:5,
24;131:21;132:9;
134:9;135:15;137:19,
21;138:13,23;142:15;
156:1,4,21,23;157:6,
8,9,13,17,24;161:21;
165:5,9,10,21;166:20;
170:23;171:4,6

**teachers (45)**
8:22;10:16;18:5;
24:23;25:1,6;34:19;
38:14;42:10;50:22,
24;53:25;56:9,11,13,
17;57:10;60:13;
62:14;64:2;66:7;
70:22;84:5;86:1;
101:22;102:13,18;
103:4,11,24;104:5,9;
126:5,10,14,21;
128:17,23;132:6;
134:24;137:11;
138:25;153:11;
157:21;165:12

**teacher's (3)**
10:11;28:17;151:8

**teaching (12)**
17:10,22;58:1;
60:10;110:21,22;
111:7;144:20;161:8,
11;170:14,19

**team (46)**
37:22,25;38:6;57:1;
62:11,15,25;72:18;
74:9,13;75:2,4,6,8,9,
18;76:7,9;77:4,5;
80:21;110:21,25;
111:17;115:21;
127:25;135:25;
142:15;144:20,24;
147:13,22;148:1,19;
150:22;152:9,18,24;
155:10,11;156:5,9,17;
158:16;160:10;
162:24

**teams (1)**
126:24

**team's (1)**
77:15

**technically (1)**
45:12

**teeth (5)**
59:2,3,4,6,17

**telephone (2)**
155:20,22

**telling (5)**
42:21;120:8;
157:11;159:8,9

**ten (1)**
128:14

**tend (1)**
66:1

**tension (2)**
153:21,22

**tenure (1)**
112:16

**tenured (3)**
9:23,24;112:18

**term (1)**
71:18

**terminology (1)**
131:9

**terms (9)**
29:19;89:8;94:8;
110:11;111:6,16;
122:16;123:9;127:6

**test (2)**
29:21,22

**testified (5)**
4:4;105:16,17;
107:12;137:6

**testimony (11)**
26:2;36:19;39:11;
46:20;77:9;82:15;
93:4;103:21;105:10;
135:4;173:15

**Texas (4)**
78:19;79:17;80:11;
81:2

**texting (1)**
86:8

**thinking (4)**
95:16;143:12,14,15

**third (17)**
17:21;24:5;26:25;
28:22;29:12;35:12;
51:17;68:14;107:10;
126:17;128:9;132:9;
135:24;156:20,25;
157:13;158:7

**Thomas (25)**
44:22;46:16,22;
61:4,5,11;76:15;
122:1,5,6,20,25;
123:6,14,17,21;124:6,
11,16,18;125:12;
150:1,10;162:10;
163:1

**though (6)**
18:1;77:13,21;
123:15;148:10;149:3

**thought (17)**
29:11;30:17;56:14;
60:2;66:24;75:21;
88:17;94:3;97:18,24;
104:4,11;121:14;
144:10;165:12;173:1,
19

**thread (2)**
85:15;86:10

**three (78)**
8:25;31:8;33:24;
35:2,3,6,8;36:9,10,10;
38:11;39:3,23;41:11,
17;51:10,14;53:20,21,
25;54:11,13,14,21,24;
55:25;56:13,20;57:9,
10;60:1,8,13;61:20;
62:13;65:6;68:7,25;
69:2,15;71:24;72:7,8,
22;74:3;77:6,23;92:8,
9,13,14,14;93:3,4;
94:8;96:18;97:1,7;
98:18;101:6,21;
102:13,18;103:4,11,
24;107:9,18;110:9;
128:22;139:3,15;
140:1,12,17;165:18;
171:20;173:2

**Thrones (4)**
14:24;171:12,22,25

**throughout (5)**
8:12;52:11;69:25;
152:14;154:9

**throw (3)**
117:16;119:14;
151:12

**throwing (1)**
149:6

**Tier (54)**
33:25;34:2,11,15;
35:9;39:4,7,22;40:15,
17;41:3,4,7;43:10,17,
20;45:1;68:6;72:14;
73:2,10;74:7,19;75:1,
11;76:3,10,14,17,19;
96:17,19,20,23,25;
97:5;114:20;115:16,
16,17,17,22;116:6,9,
16;117:11,11,11,21,
24;118:3;141:17,19;
154:3

**times (4)**
9:15;154:18,25;
162:19

**timing (1)**
94:8

**TISA (1)**
130:21

**title (1)**
122:9

**titled (1)**
35:7

**today (13)**
4:11;9:16;11:14;
12:8;31:19;49:12;
51:20;107:8;113:3;
129:12,22;145:13;
152:23

**together (4)**
30:20;52:12;82:22;

**113:18**

**told (41)**
12:21;19:10;40:21;
41:21;42:2;43:6,7;
44:14;46:11,16;
47:14;48:9;49:14;
51:11,13,22,25;52:16;
83:14;84:6;87:10,21;
88:5;89:2,24;90:16;
94:4;97:20;99:4;
100:23;101:3;102:11;
103:17;104:1;114:2;
139:10;142:19;146:3;
148:13,15;162:9

**took (7)**
17:7;33:7;34:12;
110:7;143:16;149:5;
150:19

**tool (2)**
131:6;173:23

**topics (1)**
63:23

**total (2)**
92:8,9

**totally (1)**
38:24

**tough (1)**
170:9

**towards (5)**
11:25;56:9;94:17,
19;155:14

**track (3)**
86:12,12;151:15

**training (1)**
50:21

**transcript (3)**
174:5,9,16

**transferred (1)**
7:1

**transition (5)**
9:14,15;24:13;
127:13;128:13

**transitioning (1)**
28:3

**transitions (5)**
9:11;127:11,12;
128:1,11

**translates (2)**
19:24;27:13

**translating (2)**
20:18;26:20

**transmissions (1)**
69:25

**transpired (2)**
41:6;89:8

**transport (1)**
85:9

**transportation (8)**
80:10,19;83:7,17,
20;84:3,16;85:3

**treat (2)**
19:14;20:19

**treated (3)**

**58:25;139:7,8**

**treating (2)**
87:7;140:25

**treatment (1)**
170:16

**trends (2)**
136:24;137:1

**tried (3)**
106:11;118:19;
144:12

**trip (2)**
78:18,24

**Truancy (2)**
130:21,23

**Trueblood (16)**
62:5,6,10,15;
144:11,17,19,21,23;
146:18;147:23;
148:19;149:11;
150:21;151:3;152:10

**Trueblood's (1)**
151:18

**try (8)**
4:18;8:22;9:10;
31:10;40:3;105:1;
129:10;167:3

**trying (11)**
37:25;69:2;75:20;
98:9,10;103:1,10;
105:23,25;106:18;
107:1

**Tuesday (1)**
115:15

**turn (1)**
8:23

**turned (1)**
163:5

**twice (1)**
152:20

**two (31)**
10:9;17:5,11;39:22;
53:24;56:2,4,7,16;
58:7;64:19,22;65:6;
68:12;69:16;91:25;
93:13,17;98:4;
100:23;101:24;
119:24;121:19;
128:11;134:20;
136:20;149:7;151:6;
152:23;153:9;170:24

**Type (11)**
17:9,10;25:24;40:3,
4;55:23;94:5;95:17;
102:20;111:5;153:22

**typical (1)**
9:14

**Typically (7)**
9:20;10:3,4;21:11;
26:11;34:15;127:24

**typing (1)**
174:16

**typographical (1)**
174:8

## U

**Uber (4)**
85:19,23;86:9,22
**ultimately (2)**
27:3;72:21
**Um (3)**
7:16;65:19;161:15
**uncomfortable (4)**
20:5;27:18;135:21;
166:17
**under (16)**
7:21,22,25;8:6;
50:17;52:15;115:5;
122:18,24;129:7,21;
139:21;147:19;149:6;
151:13;152:1
**understood (4)**
25:20;77:4;112:6;
159:14
**undertake (1)**
73:3
**union (19)**
32:5,8,11;33:2;
45:15;48:11,14;50:9;
74:1;89:23;113:14,
16;114:1,3;118:5;
141:7;154:3,7,10
**Unless (1)**
52:22
**unload (1)**
81:21
**unusual (5)**
47:4,7,8;54:18,20
**unwilling (1)**
73:14
**up (49)**
7:8;12:19;18:20;
19:13,14;21:4;23:17;
24:19;25:13;27:1;
30:18,21;42:24;53:8;
54:2;55:24;56:8;
85:17;86:14,19;88:4;
106:10;107:7;108:22;
126:15;127:3,3,7,10;
128:13;134:2,2,8;
135:12;142:7,11;
144:17,18;146:18;
156:20;162:20,25;
163:8;166:9;167:11;
168:19;169:3,10;
174:10
**upset (9)**
24:20;27:4;58:25;
88:3,5;100:22;
105:22;135:14;
167:23
**use (3)**
126:5,10;131:15
**used (1)**
131:9
**using (4)**
37:9;72:3,6;131:13
**usually (3)**
10:3;40:3;151:7
**utilize (1)**
131:18
**utilized (2)**
173:16,23
**utilizing (1)**
95:23

## V

**vague (3)**
65:17;99:6;109:16
**valid (1)**
38:6
**van (7)**
83:23;84:18,19,20,
21;86:7,16
**various (1)**
124:12
**vehicle (1)**
85:3
**verbal (1)**
4:22
**verbally (4)**
4:21;138:17,18,21
**versus (6)**
10:13;29:22;50:19,
25;68:3;172:10
**via (3)**
18:16;79:9;98:24
**view (1)**
37:16
**visiting (1)**
6:6
**voice (6)**
45:10,10,21;51:1,9,
16

## W

**wait (2)**
48:20;81:20
**waited (5)**
81:9,19,22,25;
82:16
**waiting (3)**
86:3;171:24;172:8
**waive (4)**
174:4,8,20,23
**waiving (1)**
174:11
**walk (2)**
19:11;119:18
**walked (8)**
18:2;82:22;124:11;
133:3;135:5;163:4,7;
165:6
**walking (7)**
20:13;24:11;25:22;
26:18;30:24;133:22;
163:3
**WALL (14)**
4:6,11;78:16;
121:14,22;129:5;
139:24;140:3,10;
162:16;167:16;
172:18,25;174:14
**walls (1)**
127:16
**wants (1)**
10:4
**warrior (1)**
172:10
**watch (5)**
141:13;142:19;
153:14;154:5;171:22
**waving (1)**
171:24
**way (12)**
26:20;36:21;41:24;
65:20;67:23;69:11;
96:9;131:16;132:20;
133:5;159:13,17
**week (4)**
31:7;83:14;106:16,
16
**weekend (1)**
106:17
**weeks (3)**
10:17;31:8;84:12
**weren't (11)**
19:21;28:5;50:10;
91:25;93:14,17;
111:20;114:5;134:4;
136:4;171:15
**WESTFIELD (8)**
4:2,8,10;5:4,6;
15:11;78:17;129:6
**W-E-S-T-F-I-E-L-D (1)**
5:5
**What's (4)**
12:16;46:7;55:24;
68:21
**whenever (1)**
42:6
**white (27)**
24:22,23;25:1,6,10,
16;33:11,15;35:1,7;
67:15,23,23;68:4;
71:13,16,16,20;85:7;
87:8;131:7,9,24,24;
146:22;148:18;
154:12
**whole (3)**
21:10;109:18;
170:11
**whomever (1)**
80:24
**whose (2)**
105:1,2
**wide (1)**
136:8
**widening (1)**
136:5
**window (1)**
9:13
**within (2)**
75:2;126:16
**without (1)**
168:3
**witness (3)**
4:3;174:18,21
**witnessed (2)**
109:13;166:15
**wolf (1)**
172:4
**words (3)**
142:21;145:23;
174:7
**work (6)**
12:20;16:5,22;
98:13;105:22;113:6
**worked (9)**
7:21,22;16:3,17;
52:11,12;58:10,15;
130:23
**worker (3)**
34:18;55:18;76:25;
77:1
**working (4)**
5:10;106:18,21;
118:20
**works (2)**
14:11;79:11
**work-up (6)**
115:19,22;116:17;
117:7,22;118:4
**worried (1)**
86:13
**worse (1)**
148:20
**Wright (3)**
82:2,5;83:12
**W-R-I-G-H-T (1)**
82:4
**writer (1)**
97:13
**write-ups (2)**
66:1,7
**writing (3)**
128:7;138:16;
144:14
**written (8)**
108:1;109:7,9,19;
111:24;112:4;143:3;
174:9
**wrong (2)**
25:19;174:7
**wrote (2)**
143:1,6

## Y

**year (110)**
5:11,13,17,18;8:13;
9:21;12:1;13:2;15:8;
16:7,9,15;18:15;
22:21,23;31:11;
32:19;33:3,9;41:10;
44:10;50:22;60:17;
61:7,8;63:1,2,20;
64:11;65:15;67:9;
70:14;71:2,6;78:18,
21;79:16;87:5;94:18,
20,24;95:1;96:15;
97:11;111:1,4,8,10,
12;112:2,7,12,14,25;
113:4,10,18,23;
114:12,25;115:4;
118:1;121:24;125:7,
8,11;126:3,8;128:21;
130:9;136:19,19;
137:9,13,18,22;
140:15;142:8;143:23;
145:17;146:23;
147:16;148:7;149:12;
152:13,15,20;153:5;
154:9,11,21;155:2,11,
15,25;157:1;164:10,
24;165:3,23;167:7;
168:6,15,18,20,20;
169:2;170:13,20;
171:2
**years (17)**
7:7,24;17:5;52:11;
65:6;96:13;112:3;
123:16;124:3,8;
136:20,20;143:7,11;
168:16;170:12;171:1
**yelling (1)**
45:3
**younger (3)**
160:24;161:1,2

## Z

**Zoom (29)**
18:16;21:2,7,24;
22:13;24:8,14,24;
30:2,3,13,18,19,22;
31:1,4,7,15,18,20;
121:18;133:3,20,24,
25;134:1,6,25;136:11

## 1

**1:15 (3)**
121:15,17;129:2
**1:30 (1)**
121:18
**10 (1)**
7:7
**10:04 (1)**
4:1
**10th (1)**
5:18
**11:52 (1)**
78:13
**12:04 (1)**
78:14

**14-15 (1)**
    130:11
**15 (2)**
    10:6,21
**15-16 (1)**
    130:11
**18-19 (1)**
    153:4
**19 (1)**
    113:3
**19-20 (2)**
    114:24;136:18

---

**2**

---

**2 (43)**
    33:25;34:2,11,15;
    35:9;39:4,7;40:15,17;
    41:3,4,7;43:10,17,20;
    45:1;68:6;72:14;73:2,
    10;74:7,19;75:1,12;
    76:3,10,14,17,19;
    96:17,19,21,23,25;
    97:5;114:20;115:17,
    17;117:11,11;141:17,
    19;154:3
**2:01 (1)**
    129:3
**2:59 (1)**
    167:14
**20 (12)**
    10:6;34:6,7,8,12,
    13;36:5;94:20,22;
    113:3;123:16;124:7
**2004 (2)**
    17:18,22
**2007 (1)**
    171:5
**2008 (1)**
    171:5
**2011 (1)**
    171:6
**2013 (2)**
    17:18,23
**2014 (1)**
    8:1
**2015 (1)**
    8:1
**2015-2020 (1)**
    79:15
**2018 (1)**
    87:4
**2018-19 (1)**
    137:21
**2018-2019 (1)**
    126:3
**2019 (12)**
    8:2,2;9:18;13:3;
    64:2;96:10;111:17;
    124:20;127:25;141:4;
    152:23;154:9
**2019-20 (1)**
    165:23

**2019-2020 (43)**
    15:8;16:9,14;22:23;
    32:19;33:3,10;61:8;
    63:1,20;64:11;65:15;
    70:14;71:2,6;78:18;
    87:5;96:15;97:11;
    111:1,7,12;112:7,12;
    113:10,18,22;114:11;
    115:4;118:1;121:24;
    125:7;126:7;128:21;
    137:8,12;140:14;
    148:2;154:21;155:1,
    15;164:10,24
**2020 (14)**
    35:10;40:6;64:3;
    94:23;95:2;110:13;
    111:17;124:20;
    127:25;152:24;154:9,
    24;155:14;157:4
**2020-2021 (1)**
    155:11
**2021 (1)**
    8:2
**20-21 (1)**
    157:1
**2022 (1)**
    8:3
**23 (3)**
    5:24;6:14,16
**25 (2)**
    10:6,21
**2C (1)**
    127:11

---

**3**

---

**3 (12)**
    17:9;115:16,16,22;
    116:6,9,16,20;117:11,
    21,24;118:3
**3:06 (1)**
    167:15
**3:17 (1)**
    174:24

---

**4**

---

**45 (1)**
    9:10

---

**5**

---

**55 (2)**
    9:12,13

---

**6**

---

**65 (2)**
    9:12,13

---

**7**

---

**75 (1)**

17:10

---

**9**

---

**9th (3)**
    5:17,18,18