E-FILED
Tuesday, 20 August, 2024  11:40:25 PM
Clerk, U.S. District Court, ILCD

Champaign Community Unit School District No. 4          115

## SCHOOL DISTRICT ORGANIZATION

### NON-DISCRIMINATION

The school system shall establish and maintain an atmosphere in which all persons can develop attitudes and skills for effective, cooperative living including:

1. Respect for the individual regardless of economic status, intellectual ability, race, creed, color, religion, sex, age, or handicap;

2. Respect for cultural differences;

3. Respect for economic, political, and social rights of others;

4. Respect for the right of others to seek and maintain their own identities.



Approved April 11, 1988



Champaign Community Unit School District No. 4                                    500.20

## PERSONNEL

### GENERAL PERSONNEL - Nondiscrimination

It shall be the policy of the Board of Education of this District to prohibit discrimination against any employee on account of race, color, creed, religion, national origin, ancestry, sex, age, marital status, physical or mental handicap unrelated to ability, or unfavorable discharge from the military. The prohibition against discrimination on account of sex is also intended to bar sexual harassment in any form.

Any employee who believes he/she has been discriminated against by any supervisor, co-worker, or non-employee should immediately notify his/her supervisor, or if the supervisor is alleged to have discriminated, the next immediate supervisor may be notified. Such complaint may be in writing and contain a summary of the nature of the alleged discriminatory conduct. A copy of the complaint should be sent to the Superintendent or his/her designee. If the Superintendent is alleged to have discriminated, a copy of the complaint should be sent to the President of the Board.

When there is evidence of violation of this policy or violation of provisions of Title VII and or Title IX as they apply to sex discrimination, the Board shall take appropriate action, including warning and/or disciplinary action as warranted.

LEG. REF.:   Meritor Savings v. Vinson (U.S. Supreme Court, 1986)

Title VII, Sex Discrimination under the Civil Rights Action of 1964

Title IX, Nondiscrimination on the Basis of Sex in Education Programs and Activities Receiving or Benefitting from Federal Financial Assistance of the Educational Amendments of 1972

CROSS REF.:   500.08 (Equal Employment), 500.23/R (Sexual Harassment)

Approved August 10, 1992

Champaign Community Unit School District No. 4                                    500.23
                                                                                  IASB #5:20

## PERSONNEL

### GENERAL PERSONNEL - Workplace Harassment Prohibited

The District expects the workplace environment to be productive, respectful, and free of unlawful discrimination, including harassment.  District employees shall not engage in harassment or abusive conduct on the basis of an individual's race, religion, national origin, sex, sexual orientation, gender identity, age, citizenship status, disability, or other protected status.  The District will take remedial and corrective action to address unlawful workplace harassment, including sexual harassment.

#### Sexual Harassment Prohibited
The District shall provide a workplace environment free of verbal, physical, or other conduct or communications constituting harassment on the basis of sex as defined and otherwise prohibited by State and federal law.

District employees shall not make unwelcome sexual advances or request sexual favors or engage in any unwelcome conduct of a sexual nature when: (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or (3) such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.  Sexual harassment prohibited by this policy includes, but is not limited to, verbal, physical, or other conduct.  The terms intimidating, hostile, or offensive include, but are not limited to, conduct that has the effect of humiliation, embarrassment, or discomfort.  Sexual harassment will be evaluated in light of all the circumstances.

Examples of sexual harassment include:
1. Sexually oriented "jokes" or suggestive comments;
2. Offensive gender-based comments;
3. Repeated remarks to a person with sexual or demeaning implications;
4. Unwelcome touching such as patting, or constant brushing against another's body;
5. Pressure for sexual activity accompanied by implied or explicit threats or promises of benefits.

#### Other Harassment Prohibited
Harassment on the basis of a person's race, religion, national origin, sexual orientation, age, citizenship status, disability or other protected status includes intimidating, demeaning or threatening remarks or conduct made to a person as a result of that person's race, religion, national origin, sexual orientation, gender identity, age, citizenship status, disability or other protected status.

#### Making a Complaint
Employees are encouraged to promptly report information regarding violations of this policy.  Employees may choose to report to a person of the employee's same gender. Every effort should be made to file such complaints as soon as possible, while facts are known and potential witnesses are available.

Aggrieved employees, if they feel comfortable doing so, should directly inform the person engaging in the harassing conduct or communication that such conduct or communication is offensive and must stop.

Champaign Community Unit School District No. 4 _____ 500.23
IASB #5:20

GENERAL PERSONNEL – Workplace Harassment Prohibited

### Whom to Contact with a Report or Complaint

An employee should report claims of harassment to any of the following: his/her immediate supervisor, the Building Principal, an administrator, or the Executive Director of Human Resources, whose current contact information can be found below.

> Ken Kleber
> _____
> Name
> 502 W. Windsor, Champaign, IL 61820 _____
> Address
> kleberke@u4sd.org _____
> Email
> (217) 351-3822 _____
> Telephone

General questions about this policy can also be directed to the Executive Director of Human Resources.

### Investigation Process

Supervisors, Building Principals, or administrators who receive a report or complaint of harassment must promptly forward the report or complaint to the Executive Director of Human Resources. A supervisor or administrator who fails to promptly forward a report or complaint may be disciplined, up to and including discharge.

Reports and complaints of harassment will be confidential to the greatest extent practicable, subject to the District's duty to investigate and maintain a workplace environment that is productive, respectful, and free of unlawful discrimination, including harassment. Confidentiality does not preclude identifying the complainant to the accused. The District prefers that the complaint is made in writing; however, the District shall investigate alleged workplace harassment regardless of whether a written report or complaint is filed.

### Enforcement

A violation of this policy by an employee may result in discipline, up to and including discharge. A violation of this policy by a third party will be addressed in accordance with the authority of the Board in the context of the relationship of the third party to the District, i.e., vendor, parent, invitee, etc. Any employee making a knowingly false accusation regarding harassment will likewise be subject to disciplinary action, up to and including discharge. Those employees who fail to aid an employee subjected to harassment may also be disciplined.

### Retaliation Prohibited

An employee's employment, compensation, or work assignment shall not be adversely affected by complaining or providing information about harassment. Retaliation against employees for bringing bona fide complaints or providing information about harassment is prohibited and whistleblower protection may be available under the State Officials and Employees Ethics Act (5 ILCS 430/), the Whistleblower Act (740 ILCS 174/), and the Illinois Human Rights Act (775 ILCS 5/).

Champaign Community Unit School District No. 4                      500.23

IASB #5:20

GENERAL PERSONNEL – Workplace Harassment Prohibited

Employees who retaliate against others for reporting or complaining of violations of this policy or for participating in the reporting or complaint process will be subject to disciplinary action, up to and including discharge.

An employee should report allegations of retaliation to his/her immediate supervisor, the Building Principal, an administrator, or the Executive Director of Human Resources.

Recourse to Employment Practice Agencies

The District encourages all employees who have information regarding violations of this policy to report the information pursuant to this policy. The Illinois Dept. of Human Rights is also available to assist employees.

| | |
|---|---|
| LEGAL REF.: | Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq., implemented by 29 C.F.R. §1604.11. |
| | Title IX of the Education Amendments of 1972, 20 U.S.C. §1681 et seq., implemented by 34 C.F.R. Part 106. |
| | State Officials and Employees Ethics Act, 5 ILCS 430/70-5(a). |
| | Ill. Human Rights Act, 775 ILCS 5/2-101(E), 5/2-102(D), 5/2-102(E-5), 5/5-102, and 5/5-102.2. |
| | 56 Ill. Admin.Code Parts 2500, 2510, 5210, and 5220. |
| | Burlington Industries v. Ellerth, 524 U.S. 742 (1998). |
| | Crawford v. Metro. Gov't of Nashville & Davidson County, 555 U.S. 271 (2009). |
| | Faragher v. City of Boca Raton, 524 U.S. 775 (1998). |
| | Franklin v. Gwinnett Co. Public Schools, 503 U.S. 60 (1992). |
| | Harris v. Forklift Systems, 510 U.S. 17 (1993). |
| | Jackson v. Birmingham Bd. of Educ., 544 U.S. 167 (2005). |
| | Meritor Savings Bank v. Vinson, 477 U.S. 57 (1986). |
| | Oncale v. Sundown Offshore Services, 523 U.S. 75 (1998). |
| | Porter v. Erie Foods International, Inc., 576 F.3d 629 (7th Cir. 2009). |
| | Sangamon County Sheriff's Dept. v. Ill. Human Rights Com'n, 233 Ill.2d 125 (Ill. 2009). |
| | Vance v. Ball State University, 133 S. Ct. 2434 (2013). |
| | |
| CROSS REF.: | 500.08 (Equal Employment) |
| | 500.20 (Nondiscrimination) |
| | 500.22 (Equal Employment Opportunity and Minority Recruitment) |
| | 720.09 (STUDENT WELFARE - Sexual Harassment) |

Approved July 9, 2018