Notes from meeting 3/06/2020
Kerri Schmitt, Jason Pope, Alyson Stephenson, Ann Ramirez  9:10 principal's office

JP - looking through teacher contact
AR - I want to be clear  - are you directing this staff member to tell you why they took ½
personal day at the end of the day this past Friday Feb 28th.

JP - pg 21.  I need a reason.  Not details but HR said that I needed a reason.

KS - I feel uncomfortable b/c it is personal.  I told you it was personal when you asked me last
time.

JP - according to the contract you needed to give 2 days notice unless it is an emergency so I
asking you to explain the emergency

KS - explained the nature of her medical emergency.  I had already responded to this.

JP - you do not need to tell me anymore.  It was a medical emergency.

AR -  Are you ready for Aly to join us?  KS nodded and I opened the door for Alyson
Stephenson to join us.

AS - this is from the meeting on Mon/Tuesday??.  Told my team what RW said to me - shared it
with them and I know it will only be my word against her and I stick by what I said.  We need this
to stop.  We are all products of this hostile work environment that RW is talking about.  It is
hostile and if they investigate I have documentation from the year.  I do not think people realize
what Kerri and I have gone through this year.  It has to stop - this environment.

JP - What has been done?

AS - So here is one example - meeting last Thursday was very uncomfortable.  Then afterwards
RW tells me to seperate myself from my team.  Kids see us 3 teachers as a team.  Kids are
turning against Kerri and turning to me so I need to seperate myself.

2 of KS students said they overheard her saying she was not happy about them having lunch
with Mrs. Maclin.  We are bringing kids into adult problems.

Bottenfield is a great school.  An investigation /publicity could hurt Bottenfield or the district.  We
welcome sharing our documentation and others as well.  We are fine if they need to investigate.
We just want to be left alone to do our jobs.  If I am doing something wrong I want to know
about it and to be told about it.

JP - I talk with kids - look at both sides.  It is important to have both perspectives





PLAINTIFF'S
EXHIBIT
4

EXHIBIT
9

PLAINTIFF'S.RESP.TO.RTP.000169

AS - Thursday meeting - she talked about kids in environments and RW said you can brainwash kids to think anything. If she is communicating with my students about how they feel about me I want another adult present.

JP - You want someone present? Her job is to talk to kids. Is this if there is an outcome?

AS - I want another adult present when my students are talked to or have lunch with an adult. There is a lack of trust - what are the intentions of that?

KS - not why necessarily - this was brought to light, my students turning against me at these lunch times, and told to an adult, who told another, who told AS but did not talk to me.

AS - this is part of the problem - we shouldn't feel like this

KS - We both have lots to share that has been said but since I put my feelings in writing I feel like I am being targeted. My administrator is talking behind my back and I am being investigated for leaving.

AS - Lots of staff are feeling uncomfortable but they are scared to say anything. It's hard to walk in here.

KS - At the beginning of the year the union brought concerns about culture and climate - a lack of communication and consistency. We expected an apology for the KKK comment. We don't feel trusted and we don't trust you. It is extremely difficult to work here. I am very professional, I'm here early every day. I am not comfortable with how I am being treated here. This can't continue.

AS - We have these kids in our hands and these kids are in this environment too. Also, I was raised in a family that values social justice - my dad is the director of the Innocence Project and RW reads from an article to us at our last faculty meeting titled "White Supremacy"

KS - Admin does not know me. There has been no attempt to get to know most of us. It is very apparent that you know some of the staff but only a select few. Conversations are not happening - there is no discourse - here's a problem, here's a problem. There is no attempt to know me personally or professionally

JP - How do you think we could get to know you personally?

KS - Ask questions. Really how do you get to know anyone? Are you asking me this?

JP - What would help. I want to know

**PLAINTIFF'S.RESP.TO.RTP.000170**

KS - ask questions - how do you get to know people?  For example, on Friday, when I left early, I was visibly upset and told you I needed to leave.  You could have used that as a bridge - asked me if I was alright but you just said - OK.

JP - I am sorry about that.

KS - Months ago this needed to be happening.  Just popping in now to chat isn't going to be enough.

AS - We just want to do a good job.  We want the benefit of the doubt and people to think we have best intentions.

JP - This is a lot to digest.  I need some time to process this.  I want to meet with the stewards and follow up with all of you.

KS and AS - We would appreciate that and to meet again

JP - I do operate from the point of view that people want what is best for kids.  Thank you.

**PLAINTIFF'S.RESP.TO.RTP.000171**