March 11, 2020

Meeting requested by Jason Pope
Present: Jason Pope, Renayee Westfield, Orlando Thomas, Alyson Stephenson, Kerri Coughlin, and stewards (Beth Boothe, Kathleen Morgan, Ann Ramirez)

JP: I wanted to have an opportunity to... like I said you guys came in and there were alot of things that we talked about on Friday and I wanted to have an opportunity and I had a chance to reflect on them. I wrote notes out for myself so I can kind of stay on track. I wanted to address two major areas and they overlap. They are Relationships and Administration response to assistance calls. SO i want to make sure that we handle this and put this down.
First thing I want to say is that I'm acknowledging that there have been a lot things that have happened and there are issues and concerns on both sides- admin and teachers. Concerns and things expressed on both sides. Where I want to operate from, here is where we are, how are we going to move forward. What is that going to looking like and how is that going to be? To try to figure out what root causes are, I don't know. I don't know where things have stemmed from, I don't know. One thing I don't want to do is try to dig through anything and cause anymore issues or riffs. I want to try to figure out how we're going to move forward. From this point, here we go. The first thing I wanted to go back is that there was a request that if people are interacting with students that there was a request, that if students from specific rooms are being mediated with or conversed with by admin there's a request other staff or additional staff to be present in situations where they were one on one with a staff member. There's a request to have another staff member in there.

AS: Well, that's not what was specifically said. Pulls up the meeting notes from Friday March 6 meeting.
We were talking when you mentioned in our last staff meeting about communicating with students and how they feel in certain areas. It was mentioned about brainwashing kids to think certain ways. Between those two comments you made I said that I wanted another adult present when my students are talked to about me... about how they feel about me. That's what I said.

JP: Ok. I'll be honest. In the course of the convo I took it across a broader stroke than that. So, I apologize if I misinterpreted that. I don't know that we can always allocate two people to that. If in the course of a conversation if a student starts discussing that their frustrated with an adult... (changed direction) so I guess the request is that another adult is brought in during that time?

Aly: Well, this is getting really specific. I think it's more of a broader trust issue.

JP: It's really important to understand that students have people that they're willing to go to and trust adn say things to and have those convos with. I think more of a staff convo needs to be had about our professional responsibilities as administrators and teachers that in one on one



PLAINTIFF'S.RESP.TO.RTP.000172

with students that we maintain professional attitudes when we speak with them. That we need to understand that it's something shared with an adult about a student perception. We need to act as a sounding board for students. It assists them with dealing with their emotions. Finding ways to engage in learning environment and positive interactions with staff and students alike (reading). How do we respond with what we say to the kids afterwards? How do treat other staff with those comments? I'm happy to sit down with union leadership here and figure out how to create a message to staff that if somebody comes to you and says I'm not happy with Mrs. _____, and you hear them out. Work with them and encourage them to speak with that teacher. It's really coming back when we do this this is how we create that kind of culture. And that's on both sides of the table, that's for everyone. Admin, teaching staff, TA.

Aly: I think it's also important to note that the conversations shouldn't stop there- between student and whoever is talking to the student. I think it needs to come full circle and that if there's a problem that it the person with the kids all day long needs to be included. It's a broken circle otherwise.

JP: I agree but i've also been in situations where kids did not want to talk to other adults & I don't want to break that confidence. So it's finding a way to get them to talk to the adult. Building that up.

Kerri: I think that if a student has expressed that they're uncomfortable in a classroom then it would be a good idea to come into that classroom and observing the teacher's interactions with that student so that you could see that's there's two sides to every situations. So that if you're not going to come and talk to the teachers that you could see for yourself what's going on.

JP: Yeah, I'll be honest a lot of times -I"m like I know the teacher and I'm pretty sure that student is just frustrated that they got caught. Moving forward that's the piece I'd like address.

The other piece I wanted to talk about was the response to staff calls for admin assistance. So I think with some of the issues there was a blur in there based on what we talked about. So I want to confirm that when staff calls for admin assistance this is how we resspond:
(Reading) When a call is made and an admin is needed an admin will respond either in person or by proxy. Depending on availabilty and other issues and events that are occuring. So, we will try to make it there or get other people that can respond.

Beth: So, yesterday the nurse coming... that was appropriate? For teh nurse to come instead of admin when there's a student screaming in a teacher's face? I just want to clarify for the future.

JP: Depending on what's available to us and how people have relationships with students. IF they feel like they're comfortable going down to deal with that situation then we work with that.

Beth: Then the student still didn't come.

**PLAINTIFF'S.RESP.TO.RTP.000173**

JP: yeah.. I'm trying to clarify here going forward.

Beth: Ok, thank you.

JP: Once an admin or proxy responds an admin will make a decision on what is appropriate going forward regarding the call. What that means if a level 2 is being written teacher making clear to us that this is level 2 behavior. Then we can make a determination to remove the student or can we provide push in support? If no level 2 is written then we can look for additional supports like interventions, additional classroom management ideas, response for support staff with social work or school psych, sped teach for students with IEPs, or aids if needed. When a call is made, we will respond, in that moment, however we can. I'll be honest, there been a few times when I've been alone here and I've had other things going on, and trying to respond and it's not always easy (gives examples). If there is an issue with how a response is made in a classroom then always follow with conversation so you can understand our thinking.

JP: (To ALy) and I thank you for clarifying that.

RW: (to aly) thank you for the clarification.

JP: We need to sit down and figure out how we can message that so we can have broader conversations. And create those spaces. I know that's been brought up too. How people are feeling about the interactions with peers. Beth, you and I talked about that.

Beth: From going here forward though, can we all come to some type of professional agreement that we are all acting professional. I mean I feel like that's the elephant in the room. We all have jobs and they're these kids. That's something needs to be focused on as a school and it's reality that it's very tense here. We don't want it that way and nobody needs to feel that way. I think there's feeling on both sides that are truths and valid. What is the next step? As far as you as a leader? What do you feel? What should we be doing next?

JP: Well, like pieces that I"m trying to do tomorrow. Like items on the agenda: they're staff provided. Let's try to promote that. Ways to promote sharing in a healthy and safe environment. What's going to be a good place adn how do you want to share this? Trying to work with them.

ALy: It's important to note, it's not just the two of us (point to herself and Kerri) it's a tense environment and just because we had some specific incidents happen in the past few weeks... it's alot more than this.

**PLAINTIFF'S.RESP.TO.RTP.000174**

JP: I agree. And that's why I think it's important to sit down and figure out how do we message things and create some norms and really work at holding each other accountable with it. I look forward to working with that.

Beth: I think trust needs to be built back up in a big way. I realize that's not something that can happen over night. The big thing from the union perspective is that we're worried about the kids and don't want this to spill over. The tension. We don't want them to feel this tension. Whatever it is, it's got to be something we are ALL willing to do.

JP: Yes, and that's a big piece. You and I talked about that yesterday. You relay those feeling to kids and they pick up on that stuff.

Kathleen: We spoke back in October, we felt like we had cleared up alot of things about what we brought to you & your response to that. But we let the people know that we were representing know that we met and that we felt very positive about it but we didn't want to go back to them and say they said this… etc. part of the whole problem was people feeling that they couldn't communicate more directly. We felt like when you guys said you needed to think about it & have a plan for moving forward that you would address it in some maybe whole staff way. So maybe you would come in and say "we're working on culture & climate…" to let the whole staff know. To let them know that it's in response to concerns that have been brought up b/c they haven't been able to make that connection that there's been a response.

JP: I understand. I also didn't want to put undo things on people that weren't … part of it was trying to figure out how we build this. But I'm more than happy to figure out how we can sit down and develop the messaging. A time for us (motioning towards the stewards) to sit down to develop this messaging and hold people accountable for it. Maybe you guys can see if over the next couple days over conferences if you have a gap we can do that.

Beth: yes, I think just coming from you guys to the staff as the leaders would be powerful that we're working on things… and we all have some work to do. It's not just admin and it's not just staff members but i think if you guys led that but I'd be more than happy to help if I can. I do think that may be good starting point. It's going to take a village.

JP: I want the staff to also see you guys standing up there so it's not just a message from admin, it's from us. Here's the things WE are going to do on our end and here are the pieces on your end on how we're goin to sure this up.

Beth: B/c we've talked as stewards too. Some of this mood is also miscommunication and it's not always intentional. Some of it anyway. I think if we're just all very open and respectful and honest about our feelings and I"m not saying turn it into an emotional gripe session. I mean I do think we need to move forward but we do need to have that chance and it needs to come from the leadership.

**PLAINTIFF'S.RESP.TO.RTP.000175**

JP: ok. Yeah. thanks

Said goodbyes. Meeting ended.

**PLAINTIFF'S.RESP.TO.RTP.000176**