# In The Matter Of:

## *STEPHENSON v.*
## *CHAMPAIGN COMMUNITY SCHOOL*

---

## *JASON POPE*
### *June 12, 2024*

---

*Area Wide Reporting and Video Conferencing*
*www.areawide.net*
*scheduling@areawide.net*
*301 W. White Street*
*Champaign, IL  61820*

Original File 0612popj.txt



PLAINTIFF'S
EXHIBIT
#6

1

```
1            IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS
2                      URBANA DIVISION

3    ALYSON STEPHENSON,              )
                                     )
4         Plaintiff,                 )
                                     )
5            -vs-                    )   Case No. 23-cv-02081
                                     )
6    CHAMPAIGN COMMUNITY SCHOOL      )
     DISTRICT NO. 4,                 )
7                                    )
          Defendant.                 )
8

9

10

11

12

13
                    DEPOSITION OF JASON POPE
14
                       JUNE 12, 2024
15
                        12:00 p.m.
16

17

18

19

20

21               Reported remotely by:

22     Janet E. Cummings, CSR, License No. 084-003526
          Area Wide Reporting & Video Conferencing
23               301 West White Street
              Champaign, Illinois  61820
24                   800.747.6789
```

2

1                    I N D E X

2

3      APPEARANCES:

4           Ms. Dawn L. Wall
            COSTIGAN & WOLLRAB, P.C.
5           308 East Washington Street
            Bloomington, Illinois  61701
6           309.828.4310
            dwall@cwlawoffice.com
7           Appearing via Zoom on behalf of the
             Plaintiff
8
            Ms. Caroline Kane
9           FRANCZEK, P.C.
            300 South Wacker Drive, Suite 3400
10          Chicago, Illinois  60606
            312.786.6103
11          ckk@franczek.com
            Appearing via Zoom on behalf of the
12           Defendant

13     ALSO PRESENT VIA ZOOM:

14          Mr. Ken Kleber

15

16     EXAMINATION BY:                     PAGE NO.

17          Ms. Wall........................    4

18          Ms. Kane.......................  101

19          Ms. Wall.......................  102

                  (No exhibits marked.)
20

21

22

23

24

**JASON POPE**

3

1                          STIPULATION

2

3          IT IS HEREBY STIPULATED AND AGREED by and

4     between all parties to this suit, through their

5     respective attorneys, that the deposition of JASON

6     POPE may be taken pursuant to the provisions of the

7     United States District Court, for the Central

8     District of Illinois, Urbana Division, via Zoom video

9     platform, on June 12, 2024, before Janet E. Cummings,

10    Certified Shorthand Reporter, and upon oral

11    interrogatories only.

12

13

14

15

16

17

18

19

20

21

22

23

24

**JASON POPE**

4

```
 1            (Deposition commenced at 12:06 p.m.)
 2                     ALYSON STEPHENSON,
 3    the deponent herein, called as a witness, after
 4    having been first duly sworn, was examined and
 5    testified as follows:
 6                      EXAMINATION
 7    BY MS. WALL:
 8         Q.   Good afternoon, everyone.  Let the record
 9    show this is the discovery deposition of Jason Pope
10    taken pursuant to notice and by agreement of counsel,
11    and we are taking this deposition by remote video
12    conferencing at the request of the deponent and we
13    had agreed to do that on the Zoom platform.
14         And so, Mr. Pope, would you please state your
15    full name and spell your first and last name for the
16    court reporter, please?
17         A.   Jason Pope, J-A-S-O-N, P-O-P-E.
18         Q.   And, Mr. Pope, could you state where you
19    physically are situated by city and state currently?
20         A.   Kansas City, Missouri.
21         Q.   All right.  And, Mr. Pope, my name is Dawn
22    Wall and I represent Alyson Stephenson in a matter
23    against the Champaign School District.  I'll have
24    some questions for you.  If you don't understand my
```

**JASON POPE**

5

1  question or if you can't hear my question, please let

2  me know and I'll rephrase the question or repeat the

3  question.  If you provide me with an answer, I'm

4  going to assume that you understood my question.  Is

5  that all right?

6      A.    Yes.

7      Q.    All right.  And just a couple of ground

8  rules for the deposition.  We do have a court

9  reporter with us today who is taking down everything

10 that I say, everything that you say.  If there are

11 objections by your counsel, that will also be stated

12 on the record.

13      So I would ask that even though you may

14 anticipate my full question, if you will allow me to

15 finish my question and just take a slight pause

16 before you respond, I will do the same so that only

17 one of us is speaking at a time.

18      In the event that your counsel makes an

19 objection on the record, then let that objection go

20 forward and then she will direct you on whether or

21 not to respond to the question.  Is that okay?

22      A.    Yes, ma'am.

23      Q.    All right.  And if you would please, just

24 as you've been doing, make sure that your responses

**JASON POPE**

6

1    are audible, and if you would use a yes or a no as

2    opposed to an uh-huh or an huh-uh, that will help the

3    court reporter.

4         A.   Yes.

5         Q.   Thank you.  Mr. Pope, have you ever given a

6    deposition prior to today?

7         A.   No.

8         Q.   In this particular instance, I will have

9    some questions for you, specifically related to your

10   tenure with the Champaign School District, but let me

11   ask you, where are you currently employed?

12        A.   I'm currently with the Parkhill School

13   District.

14        Q.   And where is the Parkhill School District

15   located?

16        A.   Kansas City metro area.

17        Q.   And how long have you been with Parkhill

18   School District?

19        A.   Three years.

20        Q.   And what is your current position?

21        A.   Elementary principal.

22        Q.   Is that the only position that you have

23   held in the last three years with Parkhill?

24        A.   Yes.

**JASON POPE**

7

1      Q.   And when did you last work for the

2   Champaign School District?

3      A.   June of 2021 would have been the last -- or

4   the end of my tenure there.

5      Q.   And why did you end your tenure with

6   Champaign School District?

7      A.   My parents are deceased.  My wife's parents

8   are elderly and they need support.  Her father has

9   Parkinson's.  Her mother has COPD and some other

10  health issues.  She's from the Kansas City area.  We

11  lived here prior to moving to Illinois, and we came

12  back to help family.

13     Q.   All right.  When you say that you lived in

14  Kansas City prior, what years would you have lived in

15  Kansas City before coming to Champaign?

16     A.   1999 to 2009.

17     Q.   And is your wife currently employed in

18  Kansas City?

19     A.   Yes.

20     Q.   And what does she do?

21     A.   Teaches.

22     Q.   Does she teach with the Parkhill School

23  District?

24     A.   Yes.

**JASON POPE**

8

1      Q.    And is she assigned to your elementary
2  school or a different elementary school?
3      A.    Different.
4      Q.    Did your wife ever teach for the Champaign
5  School District during the time that you lived in
6  Illinois?
7      A.    No.
8      Q.    What years were you employed in any
9  capacity with the Champaign School District?
10     A.    Give me one second.  Sorry.  2014 to 2018
11  school years, and then the 2019 through 2021 school
12  year.
13     Q.    You gave me two kind of blocks of time.
14  What was your position with Champaign School District
15  from 2014 to 2018 school year?
16     A.    Assistant principal.
17     Q.    And who was the principal or principals
18  that you served under during those years?
19     A.    Nicholas Gaines.
20     Q.    Anyone else?
21     A.    No.
22     Q.    And then in the 2019 to '21 school year,
23  did you hold a position other than assistant
24  principal?

**JASON POPE**

9

1          A.    I was the principal.

2          Q.    Did you replace Mr. Gaines when you came on

3    in the 2019 school year?

4          A.    No.

5          Q.    How about when did Nicholas Gaines leave

6    Champaign School District?

7          A.    I don't recall.

8          Q.    You would have been serving as the

9    principal of Bottenfield Elementary School in the

10   fall of 2019 and the spring of 2020, correct?

11         A.    Yes.

12         Q.    And during the time that you served as the

13   principal at Bottenfield, did you have an assistant

14   principal?

15         A.    Yes.

16         Q.    And who would that have been?

17         A.    Renayee Westfield.

18         Q.    And was Ms. Westfield your assistant

19   principal from the fall of 2019 through the time that

20   you left the district in 2021?

21         A.    Yes.

22         Q.    Did Ms. Westfield hold any positions with

23   Champaign School District during the time that you

24   were the assistant principal from 2014 to 2018 school

**JASON POPE**

10

1    year?

2         A.    I do not recall.

3         Q.    Do you remember when you first met Renayee

4    Westfield?

5         A.    I don't recall the first meeting, no.

6         Q.    Did you have any input into Renayee

7    Westfield serving as an assistant principal at

8    Bottenfield?

9         A.    No.

10        Q.    And do you know who the successor was to

11   your position as assistant principal when you left

12   that position to take the principal position?

13        A.    I don't recall.

14        Q.    Your assistant principal position was also

15   at Bottenfield --

16        A.    No.

17        Q.    -- correct?

18        A.    No.

19        Q.    Okay.  Where was your assistant principal

20   position?

21        A.    Robeson.

22        Q.    Can you spell that?

23        A.    R-O-B-E-S-O-N.

24        Q.    Thank you.  And that's also an elementary

**JASON POPE**

1    school in the Champaign district?

2        A.   Yes.

3        Q.   Did you serve as assistant principal at any

4    other schools with the Champaign district other than

5    the Robeson elementary school?

6        A.   No.

7        Q.   During the time that you were the assistant

8    principal from 2014 to 2018, did you meet Alyson

9    Stephenson?

10       A.   No.

11       Q.   Do you remember when the first time is that

12   you would have met Ms. Stephenson?

13       A.   I do not recall.

14       Q.   Do you remember having interactions with

15   Alyson Stephenson during the time that you were the

16   principal assigned to Bottenfield Elementary?

17       A.   Yes.

18       Q.   Prior to today's deposition, did you review

19   any documents to prepare for your deposition?

20       A.   No.

21       Q.   And prior to today, did you speak with

22   anyone other than Ken Kleber or counsel for

23   preparation of this deposition?

24       A.   I'm sorry.  Can you say that again?  It cut

**JASON POPE**

1  out.  I apologize.

2      Q.   Okay.  No, I'll repeat the question.  Other

3  than visiting with Ms. Kane or Mr. Kleber, did you

4  talk with anyone other than those two prior to your

5  deposition today to prepare for your deposition?

6      A.   No.

7      Q.   Have you read the deposition of

8  Ms. Westfield?

9      A.   No.

10     Q.   Have you read the deposition of Alyson

11  Stephenson?

12     A.   No.

13     Q.   Okay.  Thank you for that.  So during the

14  time that you were the principal at Bottenfield

15  Elementary, what were your job duties?

16     A.   My job duties were -- I hate to use the

17  word extensive, but they covered a lot of things

18  between facilities, budget, management of student

19  body, management of staff, community connections,

20  parent connections, PTA, that kind of thing.

21     Q.   And what was your educational experience

22  that you had preceding your service as principal of

23  Bottenfield Elementary?

24     A.   Can you clarify that, please?

**JASON POPE**

1    Q.   Well, I'm presuming that you had some type

2   of educational background that would have qualified

3   you for a principal position prior to you starting

4   that position in 2019?

5    A.   I wasn't sure if you meant what my

6   schooling was or what my positions were prior to that

7   or like what I've done career wise.  Sorry.  I wasn't

8   sure.

9    Q.   No problem.  So let's limit my question to

10  your educational background that would have qualified

11  you as a principal in the 2019-2020 school year.

12   A.   I taught for about ten years, and then I

13  was also a principal prior to that as well.

14   Q.   The ten years that you taught, what --

15  where did you teach?

16   A.   I taught in several locations teaching

17  music.  I was a general music teacher, band teacher,

18  orchestra teacher, local music teacher.

19   Q.   And then you indicated that you also served

20  as a principal other than at Bottenfield?

21   A.   Yes.

22   Q.   And where was that?

23   A.   Decatur, Illinois.

24   Q.   And for what period of time were you a

**JASON POPE**

14

1   principal in Decatur?

2       A.   Starting the 2010 school year and finishing

3   the 13-14 school year.

4       Q.   What educational qualifications does an

5   individual have to have to serve as a principal in

6   the Champaign School District?

7       A.   I don't know that I can necessarily answer

8   that.  There are specific things that people look for

9   for different positions.  I don't know that from an

10  HR lens.  I've never been involved in the hiring of a

11  principal.

12      Q.   I'm presuming since you served as a

13  principal at Bottenfield from 2019 to '21 you would

14  have had the requisite qualifications to serve in

15  that position?

16      A.   I believe so.

17      Q.   What was -- well, strike that.  While you

18  were the principal at Bottenfield, did you have

19  responsibilities to interact with union

20  representatives who represented teachers that were

21  teaching at Bottenfield?

22      A.   Yes.

23      Q.   And was there any particular policy or

24  practice as to how often you would interact with

**JASON POPE**

15

1    union members on behalf of teacher issues?

2          A.   I don't recall.

3          Q.   Do you recall instances where you would

4    have been in a meeting with Aly Stephenson when union

5    representatives would have also attended those

6    meetings?

7          A.   Yes.

8          Q.   And what do you remember in terms of when

9    those meetings would have taken place?

10         A.   I remember two meetings with that.  I don't

11   recall like dates, times, things of that nature.

12         Q.   All right.  Let me ask you this.  When you

13   attended a meeting where a union representative would

14   have been present, along with other personnel from

15   the school, would notes have been taken of that

16   meeting?

17         A.   I don't recall.

18         Q.   Did you have a practice that when you spoke

19   with teachers at Bottenfield Elementary and you were

20   going to have an in-person meeting with them that

21   someone would attend to be a note taker for you?

22         A.   Usually.  Depending on the meeting.

23   Depending on what we were discussing.

24         Q.   Was it also your practice that if you met

**JASON POPE**

16

1    with an employee about a particular issue that you

2    would have someone in the room other than just

3    yourself and an employee?

4         A.   Usually.  Well, again, that's dependent.

5    If I'm having an evaluation conversation, like going

6    over an observation or something, not necessarily.

7         Q.   Would there be instances other than meeting

8    with somebody to go over an observation or an

9    evaluation where you would have conducted a meeting

10   with a teacher without another individual present?

11        A.   Yes.

12        Q.   What other instances would that have

13   occurred?

14        A.   If people wanted to come in and talk.

15        Q.   If you in March of 2020 had called a

16   meeting of particular individuals, including Alyson

17   Stephenson, how would that meeting have been called?

18             MS. KANE:  Objection as to vague.  I

19   don't know if you can clarify what kind of meeting.

20        Q.   (by Ms. Wall)  Well, let me rephrase the

21   question, Mr. Pope.  In the event that you wanted to

22   have a staff meeting with certain individuals

23   regarding a particular issue at Bottenfield

24   Elementary and that meeting was going to include a

## JASON POPE

17

1   union representative, how would that meeting have

2   been scheduled or coordinated?

3        A.   Calibrating meeting time to make sure that

4   it would work for everyone's schedule, whether

5   verbal, e-mail, however.

6        Q.   If you called the meeting, would there be a

7   specific memo that would have been created by you to

8   indicate what the agenda for the meeting was going to

9   be?

10       A.   Not necessarily.

11       Q.   Okay.  If we have documents produced by the

12   school district showing a written transcript or memo

13   of a meeting that was held with you and

14   Ms. Stephenson in March of 2020, and in particular

15   March 6th of 2020, showing various attendees, do you

16   know who would have been assigned to be the note

17   taker for a meeting like that if a union

18   representative was in attendance?

19       A.   No.

20            MS. KANE:  I was just going to object

21   to -- if you want to show him the document he can

22   answer questions about it since it was produced.

23       Q.   (by Ms. Wall)  Well, I made a reference to

24   it with respect to March 6th of 2020, and I guess the

**JASON POPE**

18

1  witness did not respond that he needed to see the

2  document.  You know, certainly I can publish it to

3  him if you want me to do that, but let me ask a few

4  other questions, Mr. Pope, with respect to note

5  taking at meetings.

6      Did it ever occur when you were the principal

7  from 2019 to 2021 that written notes were taken at

8  staff meetings and those notes were later provided to

9  you in typewritten form?

10      A.   I do not recall.

11      Q.   And you had no protocol with the district

12  about keeping notes when there were staff meetings?

13      A.   Staffing, no.

14      Q.   During the time you were the principal?

15      A.   No, not for staff meetings.

16      Q.   Okay.  How about for any other type of

17  meetings?

18      A.   I do not recall.

19      Q.   We're here today regarding some allegations

20  that Ms. Stephenson has made with respect to certain

21  incidents that occurred during the 2019-2020 school

22  year.  Do you recall Ms. Stephenson ever bringing any

23  issues to your attention?

24      A.   Yes.

**JASON POPE**

1      Q.   And what issues in particular do you recall
2  Ms. Stephenson raising with you?
3      A.   We met to discuss some concerns about how
4  student discipline was handled.
5      Q.   Do you know when you had that meeting?
6      A.   I do not recall.
7      Q.   Was anybody in that meeting other than
8  yourself and Ms. Stephenson?
9      A.   Yes.
10      Q.   And who else would have been in that
11  meeting?
12      A.   I know that there was -- there were two of
13  the union representatives.  I'm not sure whom they
14  were.  I'm not sure which ones.  I truly don't recall
15  which ones were there.  And there was another
16  teacher.
17      Q.   Okay.  Do you remember who the other
18  teacher was?
19      A.   Ms. Schmitt, I believe.
20      Q.   Would that be a Kerri Schmitt?
21      A.   Yes.
22      Q.   And that's K-E-R-R-I Schmitt?
23      A.   I don't recall.  I'm trying to remember
24  names.

**JASON POPE**

1      Q.   Do you remember an Ann Ramirez that served

2  as a union representative when you were at

3  Bottenfield as principal?

4      A.   Yes.

5      Q.   And do you remember a Beth Boothe who

6  served as a union representative during the time that

7  you were at Bottenfield?

8      A.   Yes.

9      Q.   And with regard to this student discipline

10  meeting that you had with Aly Stephenson, do you

11  remember Beth and Ann Ramirez attending that meeting?

12      A.   Again, I don't recall exactly who was

13  there.

14      Q.   And what was discussed with respect to

15  student discipline at that meeting?

16      A.   There was a request that if Ms. Westfield

17  was responding to a student discipline issue that

18  somebody else was present for conversations that were

19  being held between Ms. Westfield and the student.

20      Q.   And was there a district rule that if the

21  assistant principal was having a conversation with a

22  student about either a classroom issue or a teacher

23  issue that another adult should be present?

24      A.   Not that I recall.

**JASON POPE**

1      Q.   How was it that in this meeting regarding

2   student discipline it was raised that another adult

3   should be involved in the event that Ms. Westfield

4   was going to be talking with a student about student

5   discipline?

6      A.   Can you restate that?  I'm sorry.  I wasn't

7   sure.

8      Q.   Well, did Ms. Stephenson make a specific

9   request to you relating to Ms. Westfield's

10  interaction with students in her classroom, or was

11  there just some general complaint made by union

12  representatives or other educational personnel about

13  Ms. Westfield's interaction with students and the

14  need for someone else to be present?

15     A.   I don't recall the specific of it.  I know

16  that it was a concern about what I stated with

17  student discipline and with Ms. Westfield and having

18  another adult present.  I don't recall individual

19  classrooms.  I don't recall.

20     Q.   Do you recall that Alyson Stephenson is the

21  one who brought that issue to your attention?

22     A.   It was brought up in that meeting.  I don't

23  recall who brought it up in that meeting.  I remember

24  that we discussed it.

**JASON POPE**

1      Q.   And in the meeting where that issue came

2  up, was that the reason that the meeting was called

3  by you?

4      A.   I did not call that meeting.

5      Q.   Okay.  How do you recall that you did not

6  call that meeting?

7      A.   I was having a conversation with another --

8  with another teacher, and Ms. Stephenson asked if she

9  could come into the room to talk with us as well.

10     Q.   Who was the other teacher that you were

11  having a conversation with?

12     A.   Ms. Schmitt.

13     Q.   And so when Ms. Stephenson came into the

14  room, was it into your office?

15     A.   Yes.

16     Q.   All right.  And prior to her coming into

17  your office, you were engaged in a meeting with

18  Ms. Schmitt?

19     A.   Yes.

20     Q.   And were the two union representatives in

21  the meeting with you and Ms. Schmitt at the time that

22  Ms. Stephenson walked in?

23     A.   One was.  One came in with Ms. Stephenson.

24     Q.   And it's your testimony that wasn't a

**JASON POPE**

23

1    prearranged situation for Ms. Stephenson to walk in?

2         A.   Yes, that is my testimony.

3         Q.   Okay.  So Ms. Stephenson shows up at your

4    office with a union representative while you're

5    talking with Ms. Schmitt and another union

6    representative.  Does she knock on your door?

7         A.   I don't recall.  I don't recall the

8    instance.

9         Q.   She was invited into the meeting, along

10   with her union rep; is that fair?

11        A.   They came in.  Yeah, I don't remember.  I

12   don't recall the circumstances of that.  I just know

13   that they came in.

14        Q.   And you allowed them to come in, correct?

15        A.   Yes.

16        Q.   And it was after Ms. Stephenson and her

17   union rep walked into the meeting that this

18   discussion took place about another adult being

19   present in the event that Ms. Westfield was going to

20   be having a conversation with a student; is that

21   correct?

22        A.   Yes.

23        Q.   Any other topics that were discussed during

24   that meeting?

**JASON POPE**

24

1      A.   I don't recall.

2      Q.   Do you know why Ms. Westfield having a

3  conversation with a student was brought up as opposed

4  to just generally any administrator having a

5  conversation with a student another adult should be

6  present?

7      A.   Sorry.  I'm working to recollect.  From my

8  recollection, there was questions as to what was the

9  conversations that were happening, what was being

10  discussed, how things were being discussed, and a

11  concern over that.

12      Q.   Prior to Ms. Stephenson coming into the

13  room, had Ms. Schmitt raised issues with you

14  regarding conduct by Ms. Westfield that she had

15  observed?

16      A.   Not that I recall.

17      Q.   Do you remember what the topic was that

18  Ms. Schmitt had been meeting with you about with her

19  union rep prior to Ms. Stephenson coming into the

20  room?

21      A.   Questions about leave.

22      Q.   At any point in time did you learn that

23  Ms. Stephenson or any other teacher that you oversaw

24  as principal had concerns about anonymous e-mails

**JASON POPE**

25

1    that had been sent regarding certain accusatory

2    conduct toward Ms. Stephenson?

3         A.   I remember something about anonymous

4    e-mails.  I don't remember content.  I remember there

5    was something with anonymous e-mails.

6         Q.   Do you recall having any conversations with

7    Renayee Westfield that she voiced some concerns about

8    anonymous e-mails that were sent regarding certain

9    things that were occurring in Aly Stephenson's

10   classroom?

11        A.   I remember the e-mails.  I don't recall who

12   I had conversations with about those.

13        Q.   Do you remember Ms. Westfield indicating to

14   you that she believed that Andrew McDaniel was the

15   author of those anonymous e-mails?

16        A.   I don't recall that.

17        Q.   What do you remember about having generally

18   conversations about anonymous e-mails?

19        A.   I remember anonymous e-mails being received

20   by a few people.  Whom, I truly don't remember who.

21   I remember we spoke with, like, the tech department

22   to try to see if there was a way to do anything to

23   realize who these were, where they were coming from,

24   anything.  Just trying to figure something out.  But

**JASON POPE**

1    I remember something about that.

2        Q.   Do you remember the content of those

3    anonymous e-mails that had led someone to mention

4    those to you?

5        A.   No, I truly don't.  I'm sorry.

6        Q.   Other than the meeting that you had with

7    Ms. Stephenson regarding student discipline, do you

8    remember other issues that Ms. Stephenson raised to

9    you regarding interactions that she had with Renayee

10   Westfield during the 2019-2020 school year?

11       A.   No, I do not recall.

12       Q.   Do you remember Ms. Stephenson ever

13   advising you that Ms. Westfield made a comment that

14   she and other teachers could have just walked out of

15   a KKK meeting, and as long as it was occurring on

16   their own time it did not matter to Ms. Westfield?

17       A.   No.

18       Q.   You never remember any mention of a KKK

19   meeting from Ms. Stephenson to you?

20       A.   No.

21       Q.   Do you remember James Iddings mentioning to

22   you that Ms. Westfield referred to him as having

23   walked out of a KKK meeting?

24       A.   No.

**JASON POPE**

27

1      Q.   Do you remember Ms. Stephenson indicating

2   to you that Ms. Westfield had made reference to an

3   article regarding white supremacy with respect to

4   Ms. Stephenson?

5      A.   No.

6      Q.   Do you remember Ms. Stephenson advising you

7   that from her perspective the environment at the

8   school district in the spring of 2020 was hostile

9   towards her?

10     A.   No.

11     Q.   Do you remember Kerri Schmitt ever

12  indicating to you that the culture and the

13  environment at the Champaign School District she

14  believed was hostile?

15     A.   No.

16     Q.   Did you ever make any kind of an oral

17  report to human resources that you had teachers that

18  you supervised that were making complaints about

19  Renayee Westfield's actions toward them?

20     A.   I'm sorry?

21          MS. KANE:  I'll just object that the

22  witness hasn't testified that teachers made

23  complaints about Renayee Westfield's making comments.

24     Q.   (by Ms. Wall)  Well, let me ask you,

**JASON POPE**

1    Mr. Pope.   During the time that you were principal at

2    Bottenfield, was there ever a complaint made to you

3    by Alyson Stephenson that you took to human resources

4    with respect to that complaint?

5         A.    The meeting that we held or the meeting

6    that she came in on and we then had that

7    conversation, yes.

8         Q.    Okay.  So the conversation regarding what

9    you've indicated she expressed to you as the need for

10   another adult to be involved if Ms. Westfield was

11   talking with a student, you took that to HR?

12        A.    Yes.

13        Q.    Okay.  And how did you go about doing that?

14        A.    I called Mr. Kleber.

15        Q.    Did you ever make a written report to

16   Mr. Kleber about that event?

17        A.    I don't recall.

18        Q.    Do you remember what you told him or what

19   response he made to you when you made that call to

20   him?

21        A.    I remember we discussed having a follow-up

22   meeting to clarify roles and responsibilities.

23        Q.    And when you say we discussed having a

24   meeting, you and Mr. Kleber discussed that issue?

**JASON POPE**

1     A.    Yes.

2     Q.    And you discussed having a meeting with

3  whom regarding that issue?

4     A.    The people that had come into my office to

5  clarify.

6     Q.    So that would be Kerri Schmitt, Alyson

7  Stephenson, and then the union representative?

8     A.    Yeah.

9     Q.    Okay.  And then was Ms. Westfield invited

10  to be part of that discussion regarding kind of the

11  plan on how those communications were going to be

12  managed going forward?

13     A.    Yes.

14     Q.    And you testified earlier that you recall

15  two meetings with Ms. Stephenson.  The one we've

16  spoken about with the student interaction.  Was the

17  second meeting this meeting that you were going to

18  call as part of your discussion with Mr. Kleber?

19     A.    Yes.

20     Q.    And, in fact, did that second meeting get

21  called?

22     A.    Yes.

23     Q.    And do you remember who attended that

24  meeting?

**JASON POPE**

1        A.   I know the people that you've mentioned so

2    far, and I believe Mr. Thomas was there as well.

3        Q.   And that would be Mr. Orlando Thomas?

4        A.   Yes, ma'am.

5        Q.   Okay.  And why was he included in the

6    meeting?

7        A.   He was my supervisor.

8        Q.   Would you have been Renayee Westfield's

9    supervisor during the 2019-2020 school year?

10       A.   Yes.

11       Q.   And would anybody -- would the

12   superintendent have been the supervisor of yourself,

13   as well as Ms. Westfield?

14       A.   I'm not sure that I understand the

15   question.

16       Q.   Well, you indicated you were the supervisor

17   for Ms. Westfield in the 2019-2020 school year,

18   correct?

19       A.   Yes.

20       Q.   Okay.  And then you also mentioned that

21   Orlando Thomas would have been your supervisor during

22   that time frame?

23       A.   Yes.

24       Q.   And what was his title?

**JASON POPE**

1        A.    Director of student services, I think.

2        Q.    Regardless of his exact title, would

3    Mr. Thomas have also been a supervisor of Renayee

4    Westfield?

5        A.    I'm not sure how to respond to that.  It's

6    because it's -- he was above us, so I don't know if

7    the label supervisor is something I would put on

8    that.  But he was, you know, a step above us.

9        Q.    Okay.  Well, how about with respect to the

10   superintendent, he would have been a step above

11   Mr. Thomas; is that correct?

12       A.    She would have.

13       Q.    Okay.  And in terms of kind of chain of

14   command at the Bottenfield Elementary, teachers would

15   have been directly supervised by the assistant

16   principal; is that fair?

17       A.    And myself, yes.

18       Q.    Okay.  Well, can you describe for me what

19   supervisory role Renayee Westfield would have had

20   over Aly Stephenson in the 2019-2020 school year as

21   opposed to what supervisory authority you would have

22   had or would have executed over Ms. Stephenson during

23   the 2019-2020 school year?

24       A.    Assistant principals and principals both

**JASON POPE**

32

1    have abilities and expectations to provide

2    evaluations, observations, those pieces.  There are

3    many aspects that we share duties with depending on

4    how we want to structure observation schedules, who's

5    observing whom or what and those pieces.  I don't

6    recall specifically who was observing whom or how we

7    had delineated roles and responsibilities with

8    regards to that.

9        Q.    But you would agree with me that certainly

10   there was some overlap in terms of the roles and

11   responsibilities that Ms. Westfield as the assistant

12   principal had over teachers, as well as those same

13   things that you would have had over teachers as a

14   principal?

15       A.    Yes.

16       Q.    Was there ever any school district policy

17   or school district document that set forth what

18   specific supervisory role you would have over certain

19   teachers versus the supervisory role that

20   Ms. Westfield would have over teachers, for example,

21   by grade or some other designation to split up that

22   supervisory responsibility?

23       A.    Not that I recall.

24       Q.    Do you recall that during the 2019-2020

**JASON POPE**

33

1   school year Ms. Westfield was the only black

2   administrator?

3        A.   Can you clarify?  In Bottenfield?  The

4   district?

5        Q.   Well, let me ask you this.  Ms. Westfield

6   indicated that she was the only black staff member

7   assigned to Bottenfield during the 2019-2020 school

8   year.  Do you agree with that statement?

9        A.   I'm trying to remember staff.  I'm sorry.

10       Q.   That's okay.  How about if we just limit it

11   to administrative staff, including yourself as

12   principal and her as assistant principal.  She would

13   have been the only black administrator assigned to

14   oversee teachers at Bottenfield, correct?

15       A.   Yes.

16       Q.   Direct.

17       A.   Yes.

18       Q.   Do you recall a conversation with

19   Ms. Westfield where she indicated to you that just

20   because she was the only black staff member assigned

21   at Bottenfield it was inappropriate to refer all

22   discipline regarding black students to her?

23       A.   No.

24       Q.   You don't ever recall her raising that

**JASON POPE**

34

1  issue with you?

2      A.   No.

3      Q.   Do you ever recall Aly Stephenson advising

4  you that Ms. Westfield indicated that the male

5  teachers, and in particular Andrew McDaniel and James

6  Iddings, did a better job managing black students?

7      A.   No.

8      Q.   Did you ever overhear comments by

9  Ms. Westfield that she favored the male teachers with

10  respect to carrying out discipline for black

11  students?

12      A.   No.

13      Q.   Was there a district policy at Champaign

14  School District in the 2019-2020 calendar year where

15  the district administration did specific training

16  with respect to the number of minority students that

17  were in attendance at Bottenfield?

18      A.   Can you please restate that?

19      Q.   I can try.

20      A.   Sorry.  I apologize.

21      Q.   No.  So were you familiar when you were the

22  principal at Bottenfield that the State of Illinois

23  Board of Education required certain training to

24  assist school districts with managing issues with

**JASON POPE**

35

1    respect to culture, ethnicity, and the minority

2    student population?

3         A.   I don't recall specifics, pieces like that.

4         Q.   Do you remember any training sessions or

5    meetings that you held as principal in 2019 and 2020

6    where the subject matter was the culture at

7    Bottenfield with respect to white teachers teaching

8    black students?

9         A.   We spent time discussing culturally

10   relevant pedagogy.  Ways to approach diverse student

11   bodies, that was a piece that the district had been

12   working on ever since I joined and it was something

13   that we carried forth, discussing how do we help

14   promote -- Bottenfield had a very high ELD population

15   and with -- sorry.  ESL population.  Different state,

16   different terms.  I apologize.  And we were always

17   working to make sure that we could provide inclusive

18   opportunities for all of our students and our

19   families regarding our staff.

20        Q.   Okay.  What do you mean when you utilize

21   the term ESL population?

22        A.   English as a second language.

23        Q.   And it's your testimony that that was a

24   particular topic or cultural subject where the

**JASON POPE**

36

1  district was conducting meetings, providing

2  informational assistance to address how the

3  population of ESL interacted with teachers; is that

4  fair?

5      A.   We had conversations about topics revolving

6  around cultural response, culturally relevant

7  pedagogy.

8      Q.   And were those conversations scheduled

9  staff meeting conversations?

10      A.   During times of staff meetings, we would

11  have conversations about that, yes, and we had

12  district meetings about that as well.

13      Q.   What was the district's protocol or your --

14  strike that.  What was your protocol when you were

15  principal at Bottenfield Elementary in 2019 and 2020

16  with regard to the calling of staff member meetings?

17      A.   We had like delineated times at the outset

18  of the school year when we would have meetings.  I

19  firmly believe in having some kind of a meeting

20  schedule for everybody so that people can set for

21  child care and all their other needs.  So we would

22  have had set meetings throughout the year and

23  district defined professional development days that

24  we could utilize as well.

## JASON POPE

1      Q.    Okay.  And when those staff meetings

2    occurred, did you hold an all staff meeting where all

3    teachers from every grade would be involved, or did

4    you hold staff meetings just by grade with teachers,

5    or did you do both?

6      A.    If we're talking staff meetings, staff

7    meetings were usually all staff.

8      Q.    And all staff, for my purposes, would that

9    include just teacher staff or administrative staff?

10   Secretarial staff?  How did you determine what all

11   staff meant when you were having an all staff

12   meeting?

13     A.    Certified staff members.

14     Q.    Would that include the assistant principal?

15     A.    Yes.

16     Q.    Okay.  And you indicated those normally you

17   would have set out as scheduled for when those would

18   happen throughout the school year in advance of the

19   start of the school year?

20     A.    There was a schedule set out.  I don't

21   recall if I set it or if it was set by district.  I

22   know we had a schedule.

23     Q.    If you were going to have a staff meeting

24   other than an all staff meeting, how would that come

**JASON POPE**

38

 1  about?

 2      A.   What kind of meeting are you referring to?

 3      Q.   Well, I guess I'm just asking, you

 4  indicated that there would have been some type of

 5  published schedule for all staff meetings that were

 6  going to take place.  You also mentioned that there

 7  might have been meetings held on professional days,

 8  correct?  Is that correct?

 9      A.   Yes.  I apologize.  Sorry.

10      Q.   And so I guess I'm just asking in addition

11  to the all staff meeting schedule that would have

12  been published, how would you have gone about

13  scheduling staff meetings that were in addition to

14  those all staff meetings?

15      A.   We -- the only other thing that I can think

16  about or -- we had collaborative professional

17  development times during plan periods.  I don't

18  remember the time frame that we were allowed through

19  the agreement and through some of the things that we

20  discussed or we were allowed to through policies and

21  agreements, but we would have grade level meetings.

22  I don't remember frequency.  I don't remember that,

23  but those were pieces that were scheduled as well.

24      Q.   Okay.  If you had a grade level meeting in

**JASON POPE**

1    the 2019-2020 school year when you were the principal

2    at Bottenfield, would that grade level meeting

3    include all of the teaching staff that was assigned

4    to that particular grade level?

5        A.    Yes.

6        Q.    And would it include anybody other than

7    certified staff for those types of grade level

8    meetings?

9        A.    No.

10       Q.    Would your assistant principal have

11   normally been involved in those grade level meetings?

12       A.    Sometimes.

13       Q.    And would there be particular criteria that

14   would have determined whether or not the assistant

15   principal would have been involved in the grade level

16   meeting?

17       A.    Not that I recall.

18       Q.    Do you recall any teacher making any

19   complaint to you about Renayee Westfield in the

20   2019-2020 school year when you were the principal at

21   Bottenfield regarding comments that she made with

22   respect to a teacher's race?

23       A.    No.

24       Q.    Do you recall anyone making any complaints

**JASON POPE**

40

1   to you about actions or conduct committed by

2   Ms. Westfield other than you indicating to me about

3   this issue with her speaking with a student?

4        A.   No.

5        Q.   Do you recall an instance where Alyson

6   Stephenson advised you that a particular request had

7   been made for her to receive assistance in her

8   classroom by a call being placed to the

9   administrative office for assistance and a nurse

10  responded to that classroom issue as opposed to

11  Ms. Westfield?

12       A.   I remember something in regards to that,

13  yes.

14       Q.   And what do you remember about that

15  instance?

16       A.   That a nurse -- that our nurse responded to

17  an issue in the classroom.

18       Q.   Do you remember the nature of the issue

19  that the nurse responded to?

20       A.   No.

21       Q.   Do you remember Ms. Stephenson making you

22  aware or another teacher making you aware that there

23  was a student in Ms. Stephenson's classroom that was

24  screaming and that was in the teacher's face and that

**JASON POPE**

41

1   was the reason the call was placed to the office for

2   assistance?

3        A.   I do not recall.

4        Q.   Were there instances where the assistant

5   principal normally would have been the individual

6   called to a classroom if a teacher had contacted the

7   office for disciplinary assistance?

8        A.   Yes.

9        Q.   Do you know why the circumstances were such

10  that the nurse on this particular occasion was sent

11  to Ms. Stephenson's room as opposed to Ms. Westfield?

12       A.   No.

13       Q.   Do you remember having a meeting with

14  Ms. Stephenson or other certified teachers about what

15  the protocol of the district was with regard to

16  responding to requests by teachers directed to the

17  office, the administrative office, for assistance

18  with student behavior in the classroom?

19       A.   In the follow-up meeting that we discussed,

20  we talked about the fact that sometimes we have

21  people respond via proxy depending on what is going

22  on with administrators.  There are times that we may

23  be tied up with another student issue.  We may be

24  tied up with a phone call.  We may be tied up with --

**JASON POPE**

42

1  you name an issue.  I could be tied up with it or

2  assistant principals could be tied up with it.

3      Each day is like a snowflake, you don't know

4  what you're going to get.  But there are times when

5  others will sometimes step down to help in those

6  situations to escort a student out of a room, bring

7  them to the office, bring them to another location so

8  that when the administrator is free they can come and

9  work with said issue and help resolve that.

10      Q.  And you remember specifically having that

11  discussion in the second meeting that you had with

12  Ms. Stephenson during the time that you were

13  principal?

14      A.  Yes.

15      Q.  Okay.  But you don't recall in that same

16  meeting any of the teachers indicating to you that

17  there were issues with regard to hostilities in the

18  school workplace?

19      A.  I do not recall that.

20      Q.  Did you ever have a discussion with

21  Ms. Westfield about how she was interacting with

22  white school teachers during the time that you

23  supervised her in 2019 and 2020?

24      A.  We had conversations about interacting with

**JASON POPE**

1  all teachers.

2      Q.   And at that point in time, all the teachers

3  that were teaching in Bottenfield were actually

4  Caucasian teachers, correct?

5      A.   No.

6      Q.   Okay.  What non-Caucasian teachers did you

7  have teaching at Bottenfield in the 2019-2020 school

8  year?

9      A.   I truly do not remember names, but I know

10  we had a few teachers who were not Caucasian.

11      Q.   And what was their race of those few

12  teachers?

13      A.   I'm not -- I don't know to say specifically

14  what race they were.

15      Q.   They were something other than Caucasian?

16      A.   Yes, ma'am.

17      Q.   And were any of those other few teachers

18  that you mentioned black teachers?

19      A.   No.

20      Q.   Do you recall an occasion when

21  Ms. Stephenson complained that Ms. Westfield had

22  treated other teachers that were on an AVID trip

23  differently than Ms. Stephenson was treated?

24      A.   No.

**JASON POPE**

44

1      Q.   Are you familiar with that term AVID
2   meeting?

3      A.   I know what AVID is:  Achievement Via
4   Individualized Determination.

5      Q.   And would those AVID meetings that were
6   held in the 2019-2020 school year, would those have
7   taken place at Bottenfield or at a location away from
8   Bottenfield or both?

9      A.   I don't -- I'm trying to remember.  I don't
10  recall.

11     Q.   Do you remember an AVID meeting that took
12  place in Texas where several of the teachers that you
13  would have supervised at Bottenfield were allowed to
14  attend as a school program or a school project?

15     A.   I believe that was before my tenure.

16     Q.   With regard to your tenure, did you start
17  your principal position in the fall of 2019?

18     A.   The very end of July.  The last week of
19  July.

20     Q.   Do you recall an instance when Mr. Smith
21  became employed by the district and you were making
22  introductions of Mr. Smith to other personnel at the
23  district?

24     A.   Yes.

**JASON POPE**

45

1      Q.    Okay.  And do you remember an instance that

2  came about that Ms. Stephenson made you aware of

3  regarding your taking Mr. Smith around the school and

4  introducing him to others?

5      A.    Yes.  This I do remember.  I do recall.

6      Q.    And what do you remember about that

7  situation?

8      A.    Mr. Smith was joining us as a new teaching

9  assistant.  He was coming over from another

10  elementary, and he was going to be joining us.  And

11  when he came over, I was introducing him to office

12  staff.  And what I recall was that we were in the

13  office and there were three people in the office, and

14  while we were making introductions Ms. Stephenson had

15  come in at some point.

16      Now, this is in the moment that she had come in,

17  I did not realize that I did not introduce him to her

18  at that point in time.  I thought that I had.  One of

19  those situations where I had the office people and

20  somebody else was in the office.  I don't remember

21  who it was.  Ms. Stephenson had come in at some point

22  in our conversation, and I thought, I truly thought

23  that I had introduced Mr. Smith to Ms. Stephenson.

24      We excused ourselves.  We went down the hall.

## JASON POPE

46

1   And one of the things was I really wanted to make

2   sure he had the chance to also meet our special

3   education teachers, which were people that he was

4   going to be working closely with.

5          So we headed down the hall to meet them, and

6   then I was just kind of doing a little tour of the

7   building to help him get the lay of the land because

8   Bottenfield is -- it's a pretty easy layout, but

9   it's also just -- it's long.  I think it's like a

10  quarter mile from one hallway to the other.  Like

11  it's just this long drawn out thing.  Just helping

12  him get acclimated to the space because it's much

13  different than the elementary he was coming from.

14         And on our way back down the hall, I introduced

15  him to another staff member in the hallway.

16  Ms. Stephenson was standing there, too.  Having

17  thought that I had already introduced him to her, I

18  didn't introduce him at that point to her as well.  I

19  introduced him to the other staff member.  Again, I

20  truly thought that I'd introduced them in the office

21  because I remember seeing her in the office.

22         Later that night, I got an e-mail from

23  Ms. Stephenson telling me -- asking me why I did

24  that, if I was mad at her or something.  When I got

## JASON POPE

47

1   that e-mail, I felt absolutely horrible.  I still

2   kind of feel bad about it because it was never my

3   intention to slight somebody or to make somebody feel

4   uncomfortable.  That's not something that I do or

5   that I want to do.

6       I apologized profusely to her, and I actually

7   contacted Mr. Smith and I contacted Ms. Stephenson

8   and I had Mr. Smith come over to the building one day

9   towards the end of the day, a few days later, and I

10   had them both come in.  I believe we were in

11   Ms. Stephenson's classroom and I had them both come

12   in, and I apologized to both of them there because

13   the one thing I didn't want is I didn't want there to

14   be any levels of animosity or issues or stress from

15   that moment that I had caused.

16       And I remember getting a follow-up e-mail from

17   Ms. Stephenson where she told me, she said thank you

18   so much for that.  I realize it was an honest

19   mistake.  I know you weren't trying to do anything.

20   Thank you so much for bringing Mr. Smith over and

21   apologizing.  She said something that just showed a

22   level of appreciation for that.  So, yeah, I do

23   remember that.

24       Q.  So with regard to Mr. Smith, when he came

**JASON POPE**

48

1  over, you said, from another elementary school, was

2  he going to be actually taking a supervisory position

3  over the teachers at Bottenfield?

4       A.   No.  He was working as a teaching assistant

5  with the special education department helping with

6  students.

7       Q.   Okay.  And he had previously worked for the

8  district in a different elementary school?

9       A.   Yes.

10      Q.   All right.  Do you recall in that e-mail

11  that Ms. Stephenson sent to you that she had

12  indicated that it had been a tough year and that

13  there were some environmental issues at the school?

14      A.   I don't recall the e-mail specifically.

15      Q.   Do you remember ever formulating your own

16  belief that there were some racial tensions at

17  Bottenfield Elementary School in the 2019-2020 school

18  year?

19      A.   Racial tensions?

20      Q.   Yes.

21      A.   I was focused on providing opportunities

22  for all of our staff and all of our students through,

23  again, the culturally relevant pedagogy that I'd

24  mentioned, responsive, relevant, and|or making sure

## JASON POPE

49

1   that we were addressing the needs of everybody

2   through inclusive opportunities.  We had a focal

3   point on doing that, but that's a larger educational

4   world issue as well.

5       Q.   Do you recall having conversations with

6   your certified staff at Bottenfield about the

7   Danielson framework?

8       A.   That was our evaluation framework that the

9   district used, so we discussed that many, many times.

10      Q.   And did you ever discuss the Danielson

11  framework with respect to applying that to black

12  students versus white students?

13      A.   Not specifically black versus white.  We

14  talked about it from a culturally relevant lens

15  looking at specific indicators and working to find

16  out how those indicators can be utilized to better

17  support our students.  I can't remember which

18  indicator this is, but I know there's one that

19  specifies something about going to a Mexican heritage

20  cultural festival or event, and that's being

21  something that's like, you know, that's a top tier

22  item.

23      But we talked about going to the event is not

24  the sole thing to do.  It's what you learn from the

**JASON POPE**

50

1  event and how you use that learning experience and

2  those cultural opportunities to come into your

3  classroom and create an environment that supports

4  students cultural backgrounds, provides opportunities

5  for inclusion, gives them an opportunity to see that

6  what they're bringing in is being held up and viewed

7  and supported and loved and cared for.

8        So we looked at, like, what are the indicators,

9  what are they saying.  How do we really do this in

10  our classrooms at a depth that's going to help

11  student belonging, student inclusion, and student

12  achievement.

13        Q.   Okay.  And when you make this reference to

14  the top tier item, what do you mean by that?

15        A.   You have -- each indicator has like levels

16  by which you score them, like a one, two, three,

17  something like that.  Again, I've been separated from

18  the Danielson model so I don't have it in my head as

19  what it is ideally.

20        But that's one of those items that would get

21  like a top score.  Like having opportunities to

22  include that and do those things are elements that

23  will give you high marks in those areas sometimes,

24  and I think that one was in like the planning and

## JASON POPE

1  preparation stage, which is domain one of the

2  Danielson.

3       And like I said, the whole goal was how are

4  these being not just attended but really helping

5  provide learning opportunities for staff so that they

6  can provide those for the students, then, that they

7  serve.

8       Q.   So you just indicated in your testimony

9  that you've been separated from the Danielson model.

10 Is that just because you left the Illinois teaching

11 system or has that model been abandoned by educators?

12      A.   I'm no longer in Illinois.  That's not a

13 model that's used here.

14      Q.   During the time that you were in Illinois,

15 was the Danielson model something that you utilized

16 when you were the principal at Bottenfield?

17      A.   Yes.

18      Q.   And was that because of a state mandated

19 policy or practice that the Danielson model would be

20 implemented at Bottenfield?

21      A.   It was state mandated, I believe, for the

22 state.

23      Q.   Okay.  And was it a tool that was utilized

24 to evaluate teachers or students or administrators or

**JASON POPE**

52

1    all of those things?

2        A.   Certified staff.

3        Q.   And so when you indicated earlier that

4    certain criteria would have had a placement at a top

5    tier or one tier below and then you would score those

6    particular things, would you have been applying that

7    Danielson model to score kind of a cultural

8    experience of teachers that worked at Bottenfield?

9        A.   The cultural experience?

10        Q.   Well, I'm trying to understand how you

11   would have utilized that Danielson model to score

12   teachers that you were supervising at Bottenfield.

13        A.   The rubric is laid out in ways that every

14   indicator, every domain has numbers of indicators

15   that attach to them, and they're defined by clear

16   terms and clear ideas that are presented throughout

17   and then examples that go through.  Like the model

18   for the Danielson is a very large document to kind of

19   go through and understand.  So there are many, many

20   components to it.  It's a very in-depth process.

21        Q.   So let me ask you, who would have been

22   inputting the information into the rubric about, for

23   example, Alyson Stephenson during the 2019-2020

24   school year?

**JASON POPE**

53

1      A.    I don't recall who was observing or who was

2  the evaluator.

3      Q.    Am I correct that whoever the evaluator was

4  that was assigned to evaluate Ms. Stephenson would

5  have been the individual inputting the information

6  about Ms. Stephenson into the Danielson model rubric?

7      A.    Yes.

8      Q.    And the population of individuals at

9  Bottenfield Elementary in 2019 and 2020 that could

10  have been the evaluator assigned to Ms. Stephenson

11  would have been Renayee Westfield or yourself,

12  correct?

13      A.    Yes.

14      Q.    You would have been the only two that would

15  have been evaluators for Ms. Stephenson in the

16  2019-2020 school year, correct?

17      A.    Yes.

18      Q.    In terms of evaluating teacher performance

19  at Bottenfield in 2019 and 2020, were there any

20  rubrics other than the Danielson model that were

21  applied to evaluate teacher proficiency or teacher

22  experience in the classroom?

23      A.    I don't recall.

24      Q.    I guess let me ask, is the Danielson model

**JASON POPE**

54

1  or rubric the only piece of a teacher's evaluation

2  during an academic school year at Bottenfield?

3      A.    To my recollection.

4      Q.    And would a component of the Danielson

5  model have included in-person observation of the

6  teacher and the teacher's classroom?

7      A.    Yes.

8      Q.    And how many in-person observations would

9  have happened during an academic school year in 2019

10  and 2020 for a fifth grade teacher at Bottenfield?

11      A.    That depends on tenure status.  Non-tenured

12  teachers had a different requirement than tenured

13  teachers did.

14      Q.    If Ms. Stephenson was tenured as of August

15  of '19, and so enjoyed tenure during the fall of 2019

16  and the spring of 2020, what would have been the

17  observation schedule for her classroom?

18      A.    There would have been, depending on year,

19  like what year it is as delineated by HR for us, it

20  would either be one unannounced or one scheduled

21  observation.  One or the other.

22      Q.    Do you recall ever doing an in-person

23  classroom observation for Ms. Stephenson during the

24  time that you were the principal at Bottenfield?

**JASON POPE**

55

1        A.    I don't recall.

2        Q.    Do you recall ever doing an evaluation of

3   Andrew McDaniel during the time that you were the

4   principal at Bottenfield?

5        A.    I don't recall.

6        Q.    Do you remember doing an in-person

7   evaluation of James Iddings during the time that you

8   were the principal at Bottenfield?

9        A.    I don't recall.

10        Q.    And do you recall ever doing an in-person

11   observation of Kerri Schmitt during the time that you

12   were a principal at Bottenfield?

13        A.    I don't recall.

14        Q.    Do you remember, other than the two

15   meetings that you mentioned, ever having

16   conversations with any union representative regarding

17   complaints that Ms. Stephenson had made to union

18   representatives about Renayee Westfield?

19        A.    No.

20        Q.    During your tenure as principal at

21   Bottenfield during the 2019-2020 school year, was

22   there a time when Ms. Westfield was on leave from her

23   position as assistant principal?

24        A.    During the 19-20 school year?

**JASON POPE**

56

1      Q.   Yes.

2      A.   Yes.

3      Q.   And do you recall if another assistant

4  principal was brought in to take over Ms. Westfield's

5  evaluation responsibilities during the time that she

6  was away?

7      A.   I do not recall that.

8      Q.   If a particular teacher was due to have an

9  observation or an evaluation during the time that

10  Ms. Westfield was away and not acting as the

11  assistant principal, would that observation duty have

12  fallen on you as principal?

13      A.   I believe so.

14      Q.   And earlier you indicated that certainly in

15  the 2019-2020 school year the only two individuals

16  who would have been doing evaluations of certified

17  teachers would have been yourself or Ms. Westfield,

18  correct?

19      A.   Yes.

20      Q.   And I'm trying to make sure that that was

21  true during the time that Ms. Westfield was absent.

22      A.   I don't recall.  I don't recall that time.

23  I mean, I recall that Ms. Westfield was -- her mother

24  passed away.

**JASON POPE**

57

1      Q.   Do you remember any other assistant

2   principal coming in to serve in that role during the

3   time that Ms. Westfield was away?

4              MS. KANE:  I think the witness already

5   answered this question.  He doesn't recall.

6      Q.   (by Ms. Wall)  Well, he's made reference --

7   let me ask you this, Mr. Pope.  You indicated that

8   you do recall Ms. Westfield being gone when her mom

9   passed away.  Do you remember anybody else taking

10  over her job responsibilities in person during that

11  time that she was away when her mom had passed?

12     A.   I don't recall.

13     Q.   Do you recall who would have been serving

14  as the non-discrimination coordinator for the school

15  district in the 2019-2020 school year?

16     A.   I don't know.

17     Q.   Do you remember that the district had a

18  policy that if an employee felt that there was any

19  issue with respect to discrimination or harassment

20  that issue should be directed to a non-discrimination

21  coordinator?

22     A.   There are policies and procedures that the

23  district follows, from board policy, to teacher

24  agreements, to the teacher handbook.

**JASON POPE**

58

1        Q.   Let's talk about those various things.  So
2   the teacher handbook, in 2019 and 2020, how would the
3   teacher have received that handbook?
4        A.   I don't recall.
5        Q.   Did Bottenfield Elementary have an intranet
6   location where certain policies were posted?
7        A.   I don't recall one.
8        Q.   And you indicated that in addition to the
9   teacher handbook there would have been the teacher
10  contract with policies and also board policies,
11  correct?
12       A.   Correct.
13       Q.   Okay.  Where would the board policies have
14  been for teachers to access those documents?
15       A.   On-line.
16       Q.   And when you say on-line, would that have
17  been an intranet location designated specific to
18  school district employees, or would that have been a
19  public location where the board of education people
20  could go for those policies?
21       A.   I don't recall which it was.
22       Q.   Do you remember ever giving a teacher
23  handbook to Ms. Stephenson?
24       A.   I don't recall.

**JASON POPE**

59

1      Q.   Do you recall during the two meetings that
2  you had with Ms. Stephenson ever directing her to
3  look at handbook policies regarding the student issue
4  where you had a discussion about another adult being
5  present if Ms. Westfield was going to be speaking to
6  a student?
7      A.   I don't recall that specifically.  Is it
8  possible to take a break for a minute?
9      Q.   Sure, it is, yeah.
10      A.   I really want to stand up.
11      Q.   You're in control of that so I don't have
12  any issue whatsoever.  Let's see.  Just trying to see
13  the time.  It is 1:23, so you want to come back at
14  like, I don't know, 1:35?
15      A.   Sure.  Wonderful.  Thank you.
16           (Whereupon a break was taken.)
17      Q.   So during the course of our discussion
18  we've talked about two meetings.  I want to share
19  with you on the screen a copy of Deposition Exhibit 9
20  from Aly Stephenson's deposition, and I'll just ask
21  you to look over this.  It purports to be notes from
22  a meeting that was held on March 6th of 2020.  Can
23  you see that on your screen?
24      A.   Yes.

### JASON POPE

60

1      Q.   Okay.  And if you want to just take some

2  time to review that.

3      A.   Okay.

4      Q.   So prior to today, have you seen this

5  document that's indicated notes from meeting

6  3|6|2020?

7      A.   No.

8      Q.   Would you agree with me that at the top of

9  this document it indicates the name of Kerri Schmitt,

10  Jason Pope, Alyson Stephenson, Ann Ramirez, and it

11  indicates 9:10 principal's office.  Do you see that?

12      A.   Yes.

13      Q.   Do you believe that one of the meetings

14  that you had where Aly Stephenson was present

15  occurred on March 6th of 2020?

16      A.   I don't recall.

17      Q.   There are notations by reference to

18  initials in this document JP.  Do you know if those

19  comments attributed to JP in this document are

20  comments that you would have made in a meeting where

21  the individuals present were those folks listed at

22  the top of this memo?

23             MS. KANE:  I'm just going to object to

24  the extent it calls the witness to speculate as to

1    the meeting of an unknown person's notes.

2        Q.  (by Ms. Wall)  Let me just clarify for the

3    record.  My question to you, Mr. Pope, is with regard

4    to this memo and the content that is next to the

5    initial JP in the document, if you read that content,

6    is that content that you would have stated during a

7    meeting with the individuals listed in the top of

8    this memo?

9            MS. KANE:  I'm just going to assert

10   the same objection.  Calls for speculation.  Witness

11   can answer to the best he can if he's able to.  Go

12   ahead, Jason.

13           THE WITNESS:  In order for me to say

14   what I would say or what I wouldn't say, I would need

15   to know specifics.  I can't say for sure.

16       Q.  (by Ms. Wall)  Okay.  So let's look at this

17   document.  At the top, the second reference to JP, it

18   says page 21, I need a reason, not details, but HR

19   said that I needed a reason.

20       Earlier in your deposition testimony you talked

21   about a meeting that you held with Kerri Schmitt and

22   a union representative regarding a leave of absence,

23   correct?

24       A.  Uh-huh.

**JASON POPE**

62

1    Q.   That's a yes?

2    A.   Yes.  I'm sorry.  I apologize.

3    Q.   No problem.  So is it possible that this

4  meeting on March 6th was, in fact, a meeting that you

5  had started with Kerri Schmitt and a union rep, and

6  then Ms. Stephenson came into the conversation?

7    A.   So I just want to make sure that I know

8  exactly what you're asking.  Can you restate that one

9  more time for me?

10   Q.   Let me just ask the court reporter to

11  re-read that question back to you.

12   A.   Thank you.

13                        (Whereupon the requested

14                        portion of the record was read by

15                        the court reporter.)

16   A.   I don't know.  Again, I don't know whose

17  notes these are.  I don't know.

18   Q.   Do you know of any other administrative

19  person that would have had the initials JP that would

20  have been meeting in the principal's office in March

21  of 2020?

22   A.   No.

23   Q.   And you are familiar with an Ann Ramirez

24  who was a union representative in the spring of 2020?

**JASON POPE**

63

1        A.    Yes.

2        Q.    Correct?

3        A.    Uh-huh.

4        Q.    Now, if we look at the third entry

5    attributed to JP, it says according to the contract

6    you needed to give two days notice unless it is an

7    emergency so I asking you to explain the emergency.

8        Does that particular content next to JP refresh

9    your recollection about a conversation you would have

10   been having with Kerri Schmitt about a leave of

11   absence that she needed to take prior to March 6th of

12   2020?

13       A.    Yes.  We needed to have conversation

14   regarding leave.  Again, I don't remember exactly

15   when.

16       Q.    There's a reference here to an AR initials,

17   and based on the attendees indicated at the top of

18   the e-mail, AR could be representative of Ann

19   Ramirez; is that accurate?

20       A.    I don't know.  Possibly.

21       Q.    Okay.  And with respect to this memo, the

22   content attributed to AR is, are you ready for Aly to

23   join us?  KS nodded and I opened the door for Alyson

24   Stephenson to join us.

**JASON POPE**

64

1      Does this content refresh your recollection that

2  a meeting occurred with you, Kerri Schmitt, Alyson

3  Stephenson, and Ann Ramirez on March 6th in your

4  office?

5      A.   I recall having a meeting, as I stated

6  previously, that Alyson Stephenson came in during the

7  meeting.

8      Q.   Okay.  Would you agree with me that what

9  the language that's attributed to AR in this memo

10  would suggest that at some point Aly joined a meeting

11  that JP, AR, and KS were involved in?

12           MS. KANE:  I'm just going to object to

13  speculation.  The witness can answer as best he can.

14           THE WITNESS:  I'm not sure what the

15  insinuations are.

16      Q.   (by Ms. Wall)  Okay.  So if you have an

17  opportunity to read the content that's assigned to

18  the next line attributed to AS, can you review that

19  content for me?

20      A.   Okay.

21      Q.   Does the content that's attributed to AS in

22  this memo refresh your recollection that

23  Ms. Stephenson shared complaints to you or in a

24  meeting where you were in attendance about the

**JASON POPE**

1  hostile work environment that RW is talking about?

2       A.   I don't recall that.

3       Q.   Do you know anyone in the administrative

4  office of Bottenfield Elementary on March 6th of 2020

5  that would have had the initials other than -- or the

6  initials RW other than Renayee Westfield?

7       A.   I don't know.  Did you say in the

8  administrative office?

9       Q.   Yes.

10      A.   No.

11      Q.   So just so your response is clear to my

12 question, let me ask you this.  Are you aware of

13 anyone that would have been an employee of the

14 district working in the administrative office at

15 Bottenfield Elementary on March 6th, 2020, with the

16 initials RW other than Renayee Westfield?

17      A.   No, not to my knowledge.

18      Q.   And then this content that's next to the

19 initials AS, there's an indication it is hostile and

20 if they investigate I have documentation from the

21 year.

22      Do you recall Aly Stephenson ever being in a

23 meeting and indicating that content to you?

24      A.   I do not recall.

**JASON POPE**

66

1      Q.   And do you recall ever initiating any kind

2  of an investigation during the time that you were the

3  principal at Bottenfield regarding complaints by

4  Ms. Schmitt or Ms. Stephenson with regard to claims

5  of hostile work environment?

6      A.   I do not recall.

7      Q.   Am I correct that you do not recall

8  initiating an investigation or you do not recall

9  anything about whether or not you initiated an

10 investigation?

11     A.   I don't recall initiating an investigation.

12     Q.   And then if we go to the next line, there's

13 content attributed again to somebody with the

14 initials JP indicating what has been done.  Do you

15 recall making that inquiry to the attendees at the

16 meeting on March 6th?

17     A.   I do not recall.

18     Q.   There's also content next to AS and there's

19 three different lines.  Can you read that content

20 that is attributed to AS in this memo?

21     A.   Okay.

22     Q.   Does your review of this content attributed

23 to AS refresh your recollection about Ms. Stephenson

24 making a complaint to you that Renayee Westfield told

## JASON POPE

67

1   her to separate herself from her team?

2       A.   I do not recall.

3              MS. KANE:  I'm just going to object to

4   the extent that you categorized it as a complaint.

5   The witness can answer.

6              THE WITNESS:  I do not recall.

7       Q.   (by Ms. Wall)  With regard to the content

8   in this memo that starts two of KS students said they

9   overheard her saying she was not happy about them

10  having lunch with Mrs. Maclin.  We are bringing kids

11  into adult problems.

12      Does that content refresh your recollection as

13  to the catalyst for your discussion with Ms. Schmitt

14  and Ms. Stephenson about having another adult present

15  if Ms. Westfield is going to be talking to students?

16      A.   I do not recall.

17      Q.   Is there anything about the content in this

18  memo attributed to AS that follows the comment by JP,

19  what has been done, that refreshes your recollection

20  at all about complaints of any kind that

21  Ms. Stephenson would have made to you about Renayee

22  Westfield?

23      A.   I do not recall.

24      Q.   There's content attributed to JP at the

## JASON POPE

68

1   bottom of page 1 of Exhibit 9 stating I talk with

2   kids.  Look at both sides.  It is important to have

3   both perspectives.

4        Do you recall saying that during one of the

5   meetings that you had with Aly Stephenson?

6        A.   I do not recall.

7        Q.   On page 2 there's content next to the

8   initials AS that state, quote, I want another adult

9   present when my students are talked to or have lunch

10  with an adult.  There is a lack of trust.  What are

11  the intentions of that?

12       Do you recall Aly Stephenson ever making that

13  inquiry of you?

14       A.   I stated that earlier, yes.

15       Q.   So you do recall Aly Stephenson indicating

16  that content that I just read to you that is

17  attributed to AS on the second page of this memo?

18       A.   I do recall that someone mentioned that in

19  the meeting.  I do not recall who that came from.

20       Q.   Well, do you recall anybody raising trust

21  issues at this meeting with regard to a teacher being

22  able to trust the administration?

23       A.   Again, I recall that the meeting was

24  concerning student discipline and a request to have

1  somebody else in on the conversations.  I don't

2  recall the other elements of our conversation

3  regarding that.

4      Q.   During the course of your service as

5  principal at Bottenfield Elementary, on occasions

6  when a union representative was in a meeting with you

7  and another union member, did you ever receive

8  written notes in the format of Exhibit 9 affirming

9  particular dialogue that occurred at a meeting where

10  you were in attendance?

11      A.   I don't remember getting notes from the

12  union regarding our conversations.

13      Q.   Do you remember getting notes from anybody

14  that would have been in attendance at a meeting

15  following a meeting that summarized the discussions?

16      A.   I don't recall.  Possibly.  I don't recall.

17      Q.   Do you know if the district had a policy on

18  keeping copies of written summaries of conversations

19  that occurred during meetings with administrative

20  personnel in the 2019-2020 school year?

21      A.   I don't recall.

22      Q.   If we can continue on page 2 here.  There

23  is an additional comment attributed to AS that

24  indicates, quote, lots of staff are feeling

## JASON POPE

1   uncomfortable, but they are scared to say anything.

2   It's hard to walk in here, closed quote.

3       Do you remember Ms. Stephenson ever making you

4   aware of that?

5       A.   I don't recall.

6       Q.   And then just below that, there is some

7   content that is attributed to KS.  And would you

8   agree with me the only one identified in this memo as

9   an attendee of the meeting with the initials KS would

10  have been Kerri Schmitt?

11              MS. KANE:  Objection to the extent it

12  calls for speculation.  The witness has testified

13  these aren't his notes.  He did not write them.  He

14  cannot speculate.

15              MS. WALL:  I understand that, but I

16  gave him a hypothetical inquiry assuming the content

17  in this memo.

18              MS. KANE:  It's speculative, and it

19  calls for a hypothetical that he has no basis of

20  knowledge to answer.

21              MS. WALL:  Well, I'd object that he

22  has no basis in knowledge.  He's already testified to

23  a meeting with Kerri Schmitt, Aly Stephenson, two

24  union representatives that occurred in his office

**JASON POPE**

71

1    during the 2019-2020 school year.

2              MS. KANE:  Yes, and he's testified

3    what he recollects about that meeting, but you're

4    asking him about a document he's never seen before

5    and that he didn't author.

6              MS. WALL:  Well, I can certainly

7    inquire, counsel, whether this document refreshes his

8    recollection with respect to dialogue that occurred

9    during that meeting.  So do you want to instruct him

10   not to answer, or do you just want to leave your

11   objection on the record?

12             MS. KANE:  That's not my understanding

13   of what your question was asking him.  Your question

14   is does that portion refresh his recollection.  He

15   can answer that to the best he can.

16       Q.   (by Ms. Wall)  So, Mr. Pope, if you will

17   review the content that is attributed to AS in this

18   document, lots of staff are feeling uncomfortable but

19   they are scared to say anything, it's hard to walk in

20   here, does that refresh your recollection of that

21   complaint or issue being raised by Aly Stephenson

22   during this meeting?

23       A.   I don't recall.

24       Q.   Okay.  Same question with respect to the

## JASON POPE

72

1  content attributed to KS in this memo beginning, at

2  the beginning of the year, the union brought concerns

3  about culture and climate, a lack of communication

4  and consistency.  We expected an apology for the KKK

5  comment.  We don't feel trusted and we don't trust

6  you.  It is extremely difficult to work here.  I am

7  very professional.  I'm here early every day.  I am

8  not comfortable with how I am being treated here.

9  This can't continue.  Closed quote.

10        Does that content refresh your recollection

11  about any concerns being raised by Ms. Schmitt during

12  the meeting that you held with her regarding a KKK

13  comment or the culture and the climate in the

14  Bottenfield Elementary School?

15        A.   I do not recall from this meeting.

16        Q.   Is there any content in this memo, and I

17  would ask you to take your time to review the

18  entirety of the memo, is there any content that is

19  attributed to certain speakers in this memo that

20  refreshes your recollection of complaints made by Aly

21  Stephenson or Kerri Schmitt to you in your capacity

22  as principal regarding the hostile environment and

23  the climate and culture concerns at Bottenfield

24  Elementary?

**JASON POPE**

73

1        A.    I do not recall.

2        Q.    And let me just try -- I'm going to try to

3    share with you one additional document.  Sorry.  It's

4    taking me a moment.  Let me ask you, Mr. Pope, to

5    take a look at the document on the screen, and this

6    purports to be a memo of March 11th of 2020.  This is

7    marked Deposition Exhibit No. 10 from the Aly

8    Stephenson deposition, and I would just ask you prior

9    to today's deposition have you seen this document?

10        A.    No.

11        Q.    The top of this document indicates meeting

12    requested by Jason Pope.  You testified earlier to

13    two meetings that you recall with Aly Stephenson.  Do

14    you recall calling the second meeting that you had

15    with Aly Stephenson?

16        A.    Yes.

17        Q.    And do you recall who was present at that

18    meeting that you called?

19        A.    I recall myself, Ms. Westfield, Mr. Thomas,

20    Ms. Stephenson, Ms. Schmitt, and again I'm not -- I

21    believe those were the union stewards there.  I think

22    so.

23        Q.    This particular memo shows attendance by

24    Kerri, K-E-R-R-I, Coughlin, C-O-U-G-H-L-I-N.  Is that

## JASON POPE

74

1   one in the same as Kerri Schmitt?

2        A.   I don't know.

3        Q.   Okay.  And then there's an indication in

4   the top of this memo of stewards.  Do you understand

5   a reference to stewards meaning union stewards?

6        A.   Yes.

7        Q.   And then in parentheses, it indicates Beth

8   Boothe, Kathleen Morgan, and Ann Rameriz.  Do you see

9   that in this document?

10       A.   Yes.

11       Q.   Okay.  And do you know whether Beth Boothe,

12  Kathleen Morgan, and Ann Rameriz were union stewards

13  in March of 2020 at Bottenfield?

14       A.   I believe so.

15       Q.   Now, again there is certain content

16  attributed to an individual with the initials JP.

17  Can you take some time to review the content at the

18  top of page 1 that is attributed to JP?

19       A.   Can you please not follow with the cursor?

20  That's kind of throwing off my reading.  I'm sorry.

21  Can you move the little -- there's an arrow.  Is that

22  part of the document or is that --

23       Q.   I can't tell.  You're maybe seeing

24  something different than I am.

**JASON POPE**

75

1     A.    There was an arrow.  I just wanted to make

2   sure I was reading it appropriately.  Okay.

3     Q.    Have you had a chance to read over that

4   paragraph attributed to JP?

5     A.    Yes.

6     Q.    Is there anything about the statements that

7   are set forth there attributed to JP that would be

8   consistent with your recollection or -- well, let me

9   leave it at that, that would be consistent with your

10  recollection?

11    A.    My recollection of the follow-up meeting

12  that we held?

13    Q.    Yes.

14    A.    In that we discussed responses to student

15  behavior, student discipline.

16    Q.    Okay.  There's a comment attributed to

17  something that JP said, at least based on this memo,

18  indicating that you wanted to or someone wanted to

19  avoid creating further riffs or any more issues.  Do

20  you recall making a statement at the meeting, the

21  second meeting that you had, that you were concerned

22  about creating future issues or future riffs with

23  regard to administration and relationships?

24    A.    I don't recall.

## JASON POPE

1      Q.   Have you had a chance to review all the

2  content in Exhibit 10, or do you need some time to

3  review this?

4      A.   Of what I've seen so far, yes.

5      Q.   Okay.  Is there anything on page 1 of

6  Exhibit 10 that is attributed to a particular initial

7  that would refresh your recollection as to specific

8  dialogue that happened at the meeting on March 11th?

9      A.   I don't recall.

10      Q.   I may have asked you this already, but

11  prior to today had you seen this document?

12      A.   No.

13      Q.   Do you remember during the second meeting

14  that you held conversations about a lack of trust

15  being expressed to you as the principal by Kerri

16  Schmitt or Aly Stephenson?

17      A.   I don't recall.

18      Q.   There's a reference in this memo about a

19  meeting that was held back in October of 2019

20  regarding communication issues.  Do you remember

21  anything about a meeting in October of 2019 where you

22  would have met with teachers and union

23  representatives regarding communication issues?

24      A.   No.

**JASON POPE**

77

1      Q.   Do you recall a time when you were advised

2  that there was a complaint of sexual harassment about

3  Andrew McDaniel?

4      A.   No.

5      Q.   At any point in time when you were serving

6  as the principal at Bottenfield, were you ever called

7  upon to request that an investigation be commenced

8  with regard to complaints of sexual harassment?

9      A.   No.

10     Q.   And was there a time ever when you were the

11  principal at Bottenfield when you were asked to

12  initiate an investigation regarding gender

13  discrimination?

14     A.   No.

15     Q.   And was there ever a time when you were the

16  principal at Bottenfield when you were asked to

17  initiate an investigation regarding racial

18  discrimination?

19     A.   No.

20     Q.   Was there ever a time when you were the

21  principal at Bottenfield when complaints were made to

22  you where you deemed it appropriate in your position

23  as principal to notify someone about a complaint of

24  racial discrimination?

**JASON POPE**

78

1       A.   No.

2       Q.   Same question.  When you were principal at

3  Bottenfield, were you ever advised of content that

4  made you believe that as a principal you should

5  initiate an investigation with regard to hostile work

6  environment?

7       A.   No.

8       Q.   And same question with regard to gender

9  discrimination.  During the time that you were a

10  principal, was any complaint ever made to you that

11  would have made you believe as principal that you

12  needed to initiate an investigation?

13       A.   No.

14       Q.   In May of 2020 -- strike that.  In April

15  of 2020, did you ask Aly Stephenson to consider

16  moving or transferring from her position as a fifth

17  grade teacher to a first grade teacher?

18       A.   I had a discussion with Aly about that.

19  Exactly when that was I do not recall, but I did have

20  a conversation about that, yes.

21       Q.   And what do you remember about the

22  conversation that you had with Ms. Stephenson

23  regarding transferring from fifth grade to first

24  grade?

**JASON POPE**

1        A.    I spoke with her in regards to her possible

2    interest in moving from teaching fifth grade to going

3    down to first grade.

4        Q.    Why is it that you had a conversation with

5    Aly to determine her interest in transferring from a

6    fifth grade position to a first grade position?

7        A.    I had a teacher who was in first grade

8    inquire about switching out of first grade and moving

9    to a higher grade level.  And in the course of that,

10   I thought that Aly would do well going down to first

11   grade because of her grasp of literacy instruction.

12   She was very good at literacy instruction.

13       First grade is a very formative year as far as

14   that goes.  You're getting out of letter

15   identification, letter sounds, all those pieces from

16   kindergarten and getting into more basic fundamentals

17   of reading and applying those strategies and doing

18   that, and Aly had a really good grasp of those pieces

19   and I thought could do a good job in first grade so I

20   put the question towards Aly about coming down to

21   first grade and teaching.

22       Q.    Who was the first grade teacher who had

23   expressed to you interest in moving to a higher

24   grade?

**JASON POPE**

80

1      A.   Last name was Heron.  Something.  Sorry.
2   Sounds like Heron.  I can't remember exactly.
3      Q.   Do you remember how that first grade
4   teacher made you aware of desire to move to a higher
5   grade class?
6      A.   I believe she called me.  We were in the --
7   at that point in time we were in the shutdown coming
8   from the beginning of COVID, so I believe it was a
9   phone call because I worked from the office.  Nobody
10  else was there, but I was in the office usually.
11     Q.   And when you say the shutdown, the March 20
12  shutdown by the governor of Illinois?
13     A.   Yeah, yeah.
14     Q.   Okay.  During the time that you were the
15  principal at Bottenfield, Ms. Stephenson had always
16  taught fifth grade, correct?
17     A.   That year, yes.
18     Q.   Okay.  Well, do you know what grades she
19  taught up until the time she became tenured in August
20  of '19 at Bottenfield?
21     A.   I do not recall.
22     Q.   Do you know if she ever taught first grade
23  prior to the time that you had approached her about
24  taking a first grade position?

**JASON POPE**

81

1        A.    I do not recall.

2        Q.    Did Ms. Westfield ever ask you to move Aly

3    Stephenson from the fifth grade team?

4        A.    No.

5        Q.    Did the first grade teacher who asked you

6    or inquired of you about moving to a higher grade

7    ever tell you that Ms. Westfield had asked her to

8    move to fifth grade as a favor to Renayee Westfield?

9        A.    No.

10       Q.    And did you -- do you know in 2019-2020

11   school year who the other fifth grade team teachers

12   were other than Ms. Stephenson?

13       A.    I believe so.

14       Q.    And who would those have been?

15       A.    Kerri Schmitt and Andy McDaniel.

16       Q.    Did you ever make an inquiry of Andy

17   McDaniel to move from his fifth grade position to a

18   first grade position?

19       A.    No.

20       Q.    Did you ever ask Kerri Schmitt to make that

21   move?

22       A.    No.

23       Q.    Do you know if Kerri Schmitt continued as a

24   school teacher for Bottenfield in the fall of 2020?

**JASON POPE**

82

1          A.    I believe so.

2          Q.    Other than Ms. Stephenson, are you aware of

3    any teachers who left Bottenfield at the end of the

4    spring 2020 semester?

5          A.    I know that -- I remember that there was.

6    I don't remember who.  I remember there was a

7    retirement.

8          Q.    You just remember one other person leaving

9    Bottenfield other than Ms. Stephenson in the spring

10   of 2020?

11         A.    Yes.

12         Q.    And you don't recall who that person was?

13         A.    No.

14         Q.    And do you believe it was as a consequence

15   of a retirement as opposed to leaving the district?

16         A.    I believe so.  It was -- it had been a

17   discussion all year long, I'm retiring.  I mean, I'm

18   looking forward to it.  Sorry.  Sidebar.

19         Q.    After you made the inquiry -- or strike

20   that.  After the first grade teacher made the inquiry

21   to you about changing to a higher grade level, how

22   did you reach out to Aly Stephenson to inquire

23   whether she'd be interested?

24         A.    Either phone call or e-mail.  I don't

## JASON POPE

83

1   remember.

2        Q.   And do you recall what her response was?

3        A.   She asked about talking with the teacher

4   and finding out more about first grade and seeing if

5   it might be something she would be interested in.

6        Q.   And then did you ever have any follow-up

7   conversation with Aly about her desire or willingness

8   to move to first grade?

9        A.   We spoke when she -- she told me she didn't

10   want to do it.  She said she didn't want to do it,

11   and I asked to speak with her because I was curious

12   to see why just to know what's the hesitance.  Is

13   there something else or what's going on.

14        We had a conversation about it, and if I recall

15   right from the e-mails, she said that she'd

16   appreciate the conversation, that it was -- I like to

17   get input from people on things to kind of gauge what

18   their interest would be.  It just helps us know like

19   what's going to be things that's going to be feasible

20   because different things occur with teacher

21   placements.

22        Q.   Prior to this first grade teacher

23   approaching you about moving to a higher grade in the

24   spring semester of 2020, did any other teachers

**JASON POPE**

1   approach you about seeking reassignments because they

2   did not want Renayee Westfield supervising them any

3   longer?

4        A.   No.

5        Q.   Did you ever issue any type of verbal

6   reprimand to Ms. Westfield regarding inappropriate

7   comments that she allegedly made to Ms. Stephenson?

8        A.   No.  Not to Ms. Stephenson, no.

9        Q.   Well, did you ever approach Ms. Westfield

10  about any type of a verbal reprimand regarding

11  statements that she made to anybody other than

12  Ms. Stephenson in the spring of '20?

13       A.   In the spring of '20?

14       Q.   Or any period of time.

15       A.   We talked about a comment that had been

16  made during a professional development session.  It's

17  not something that we -- even though the context and

18  messaging behind it I understood, saying things in

19  certain ways can detract from the messaging and we

20  need to make sure we're speaking clearly and

21  announcing things in the right way.

22       Q.   And at what time frame was that verbal

23  discipline issued?

24       A.   I do not recall.

**JASON POPE**

85

1      Q.   Would it have been at a period of time

2   prior to Ms. Stephenson being or leaving the

3   district?

4      A.   It was sometime during the school year.

5      Q.   During the 2019-2020 school year?

6      A.   Uh-huh.

7      Q.   Yes?

8      A.   Yes.  Sorry.  I did it again.  Yes.

9      Q.   That's okay.  Part of our job is to make

10   sure the record is clear, so no problem.  And you

11   indicated that this statement made by Ms. Westfield

12   was at a professional development meeting?

13      A.   Yes.

14      Q.   And who would have been in attendance at

15   that professional development meeting?

16      A.   Certified staff, as I mentioned before.

17      Q.   Would that have been an all staff

18   professional development meeting?

19      A.   Yes, ma'am.

20      Q.   Okay.  And what was the nature of the

21   statement that was made that you verbally talked to

22   her about because of how that -- the messaging behind

23   that statement could be misinterpreted?

24      A.   We were talking about context again of like

## JASON POPE

1 how do we approach and support students from a

2 diverse background. And Ms. Westfield made a

3 generalized comment about it doesn't matter what your

4 beliefs are, what you do as long as what you're doing

5 in the building is supportive of what's going on of

6 the students.

7     And she mentioned -- in some way she said KKK,

8 but it wasn't that it was directed or specific. It

9 was more of a generalized comment about people could

10 be doing things like this. They come in the building

11 and their beliefs don't follow them in.

12     So the messaging was things that you believe,

13 things that you have, microaggressions, biases and

14 all those pieces we need to check when we're working

15 with kids so that we can provide for them, be

16 inclusive, and elements of education that we need to.

17     Q. So earlier when I had inquired of you about

18 whether you had any recollection about a complaint

19 regarding a KKK comment, I believe your response was

20 you didn't recall any complaint about that; is that

21 correct?

22     A. You asked me if I recalled a specific

23 comment towards a specific person coming out of a KKK

24 meeting or being involved in a KKK meeting. I did

**JASON POPE**

1    not recollect that because I'd never heard that

2    comment made.

3        Q.   Okay.  This professional development

4    meeting that you're talking about, was James Iddings,

5    I-D-D-I-N-G-S, in attendance at that meeting?

6        A.   I don't recall everybody who was there.  I

7    don't know if people were absent or present.

8        Q.   Do you recall seeing Mr. Iddings at any all

9    staff meeting being visibly upset because of an

10   allegation about attending a KKK meeting?

11       A.   I do not recall that.

12       Q.   So the only recollection you have about

13   Renayee Westfield making a KKK meeting comment is in

14   this professional development meeting where you're

15   indicating that she made that comment with respect to

16   a person's experiences outside of the classroom and

17   then leaving those outside of the classroom and

18   coming in with respect to generalized beliefs?

19       A.   I'm sorry.  I'm processing what you said to

20   see if that is how I would qualify it.

21       Q.   I'm not trying to put words in your mouth.

22       A.   No, no, no.

23       Q.   Just trying to limit what you're saying

24   your recollection of the KKK comment was and the

## JASON POPE

88

1  context of that comment.

2      A.   I recollect that it was a generalized

3  comment in regards to biases and pieces that people

4  could possess and that they would work actively to

5  not act on those or portray those when working with

6  students or people of diverse backgrounds.

7      Q.   And was it your personal hearing of that

8  comment that led you to make a verbal reprimand to

9  Ms. Westfield, or was it because another staff member

10  brought it to your attention that they were

11  uncomfortable as a consequence of that comment?

12      A.   We talked about it immediately following

13  the professional development, she and I.

14      Q.   Okay.  So I'm trying to figure out, did you

15  do that of your own volition because you deemed it

16  inappropriate?

17      A.   I wanted to speak to her about it because I

18  wanted to make sure that we had the understanding

19  that certain ideas can sometimes detract from the

20  messaging that we're trying to send.

21      And if we want to send a positive message on how

22  to work and support both our students, our families

23  and our staff from diverse backgrounds, we need to

24  make sure that we're saying things in ways that do

**JASON POPE**

89

1  not cause a level of alienation or a level of angst

2  because certain terms can cause those things just

3  because people hear them.  Then they may not be

4  listening to the rest of the statement, which the

5  rest of the statement has such a wonderful, valid

6  point, we said X and it deters us from the rest of

7  the messaging, like being very intentional about what

8  it is we say and how we say it.

9       Q.   And when you say we make a reference to X

10  and then that has a particular connotation, in this

11  instance what you heard Ms. Westfield speak with

12  regard to the X creating a certain alienation, the X

13  would be the reference to walking out of a KKK

14  meeting?

15       A.   Not that it did create alienation.  That's

16  not what I said.  What I said was that it could cause

17  people to stop listening and could cause those

18  things.  Not that I felt like there was a specific

19  element of alienation or anything like that.  It's

20  just a precursor.

21       One of my positions as a principal is to help

22  provide training and opportunities for people to be

23  leaders, too, and help them see what are ways we can

24  better our practices, and I felt that that was an

**JASON POPE**

1  opportune time to have that discussion about let's

2  focus on how to better our practices.

3       Q.   Did you ever have a discussion with

4  Ms. Westfield about bettering practices between

5  communications between administration and certified

6  staff with regard to postings that she had made on

7  her Facebook page?

8       A.   No.

9       Q.   Were you ever made aware by Ms. Stephenson

10  that Ms. Westfield had posted things on her Facebook

11  page that Ms. Stephenson believed were attributed to

12  Ms. Stephenson?

13       A.   No.

14       Q.   Other than the incident or your observation

15  of speech at this professional development where

16  Ms. Westfield made the comment to a KKK meeting, were

17  you ever in any other all staff meetings where you

18  heard Ms. Westfield say something that you believed

19  required you to coach her or give her input or

20  insight about a better way to send that message?

21       A.   Not that I recall specifically.

22       Q.   Do you recall any member of the certified

23  staff at Bottenfield ever indicating to you that

24  Ms. Westfield in an all staff meeting made a

**JASON POPE**

91

1    reference to persons in the meeting being white

2    supremacists?

3           A.    No.

4           Q.    And do you ever remember any certified

5    teacher or union member saying to you that

6    Ms. Westfield had distributed an article at an all

7    staff meeting about white supremacy?

8           A.    No.

9           Q.    Do you remember Ms. Stephenson indicating

10   to you that she felt alienated and isolated by

11   Ms. Westfield because of Ms. Westfield's referring to

12   Ms. Stephenson as a white supremacist and that Aly's

13   family upbringing had embraced social justice and

14   that she was offended by Ms. Westfield's labeling of

15   her as a white supremacist?

16          A.    No.

17          Q.    Do you remember any dialogue with

18   Ms. Westfield at any all staff meeting where

19   references were made to a certain photo where

20   children were standing on different size boxes

21   looking over a fence and that particular photo dealt

22   with equality versus equity?

23          A.    We've had pictures such as that for a while

24   through the district.

**JASON POPE**

1       Q.    And what do you remember about pictures
2    such as that through the district?
3       A.    It shows different ways to approach
4    equality versus equity, references like there's been
5    trees, like apple trees, leaning over and then
6    your -- and then a baseball game where kids are
7    standing on boxes to see the game.  You're looking
8    for ways to provide opportunity for all the kids to
9    see the game.
10      Q.    And what would be the reason that there
11   would be a discussion about equity versus equality at
12   an all staff meeting?
13      A.    Because we were -- we had conversations
14   about what equity is and the variance between that
15   and equality and the focus on our work of equity.
16      Q.    What was the work of equity of the district
17   in 2019 and 2020?
18      A.    Providing elements of culturally relevant
19   and responsive pedagogy to the needs of the diverse
20   populus.
21      Q.    And what were the steps that you recall the
22   district initiating to make that happen?
23      A.    We had meetings.  We had trainings.  We had
24   several opportunities to engage in the work and do

**JASON POPE**

93

1    the work with staff as well.

2         Q.    Can you tell me what types of trainings

3    would have happened through the 2019-2020 school year

4    in that regard?

5         A.    I don't recall them specifically.

6    Professional development sessions.

7         Q.    And who would have been in attendance at

8    those training professional development sessions?

9         A.    Truly depends on what the professional

10   development session was.  So it just depends on what

11   it was and who it was being offered to and how it was

12   being offered, departments, whatever.  It just

13   depends.

14        Q.    Would there have been instances where only

15   yourself and Renayee Westfield would have attended a

16   professional development session on equity and

17   equality versus an all staff meeting where that would

18   have been the subject matter?

19        A.    I'm sorry.  I'm trying to understand that

20   question.  That there would be just like a two-person

21   professional development versus an all staff

22   professional development?

23        Q.    Yes, that's my question.

24        A.    I don't recall that.

**JASON POPE**

94

1      Q.   Would there have been professional

2  development meetings other than all staff meetings

3  for employees at Bottenfield in 2019 and 2020 where

4  equity and equality would have been discussed?

5      A.   We discussed elements of like achievement

6  scores when we would meet with our collaborative

7  professional development sessions.  We would talk

8  about disproportion in the scores, like where are

9  different student groups meeting and how are they

10 achieving at this according to the different testing

11 parameters that we had.  Possibly.

12     Q.   Do you remember any training that you and

13 Ms. Westfield would have attended regarding your

14 obligations to report complaints of discrimination?

15     A.   We have meetings at district level,

16 especially at the outset of the year, to cover

17 things.  I don't recall specifically, but there are

18 opportunities to engage in conversations with human

19 resources, student success, all different departments

20 and to learn the policies and procedures.

21     Q.   And so what would the departments have been

22 that would have participated in those meetings

23 regarding policies and procedures for reporting

24 discrimination, harassment at the start of the school

**JASON POPE**

95

1  year?  You mentioned HR.

2      A.    Departments in the district.  I don't know

3  which ones would be privy to that.  I attend the

4  meetings.  I don't take, like, attendance, so I don't

5  know who all is at everything.

6      Q.    Well, do you recall ever during the time

7  that you were a principal at Bottenfield having a

8  meeting that you attended with human resource staff

9  and Ms. Westfield about the policies applicable to

10  administrators with regard to obligations to report

11  hostile environment, discrimination, harassment, or

12  retaliation?

13      A.    Again, I'm sure that we had meetings

14  regarding policies and procedures.  I don't recall

15  specifically when, where, topics, all those pieces,

16  who was there.

17      Q.    Do you know, were there union

18  representatives present when those types of meetings

19  about policies would have occurred?

20      A.    I do not recall.

21      Q.    Let's see.  Maybe we can just take a five

22  minute break and then --

23      A.    Actually I was looking at the clock.  I was

24  like at 2:35 it's an hour and let's take a little --

**JASON POPE**

96

1    Q.   Okay.  That's great.  I mean, we can come

2    back at like 2:40.  You want ten minutes?

3    A.   Yeah.

4    Q.   So 2:45?

5    A.   Awesome.  Thank you.

6         (Whereupon a break was taken.)

7    Q.   I just have a few additional questions for

8    you, Mr. Pope.

9    A.   Yes, ma'am.

10    Q.   During the time that you served as the

11    principal at Bottenfield from 2019 through 2021, do

12    you recall any specific initiatives that were done

13    district wide to attract more black teachers?

14    A.   I don't recall anything specific.

15    Q.   And do you recall any district wide

16    initiatives during that period of time that you were

17    serving as principal that were designed to increase

18    the test scores for black students in the district?

19    A.   Can you -- I guess I need a little

20    clarification.  When you say initiative, what do you

21    mean?

22    Q.   Well, were there any particular

23    recommendations, either oral or written, that the

24    administration was giving to all staff in order to

**JASON POPE**

97

```
 1    encourage or increase the test scores for a specific
 2    population of students based on race?
 3         A.   We -- again, coming back to inception of
 4    culturally relative pedagogy to provide inclusion,
 5    belonging, and opportunities for achievement through
 6    that, but it's not -- wasn't specific to black
 7    students.  We did that for all students.  That's the
 8    part of being culturally relevant is you're looking
 9    at all cultures.
10         Q.   And can you tell me some particular
11    activities or actions, if any, that were recommended
12    by administration to encourage some cultural
13    awareness?
14         A.   We engaged in conversations around race and
15    equity and working through those pieces.
16         Q.   Do you believe that during the time that
17    you were the principal at Bottenfield Elementary that
18    there was some concern about the district's
19    consideration of racial equity at Bottenfield?
20         A.   Concern in regards to what?
21         Q.   Well, had parents raised concerns with
22    administration about staff member awareness of racial
23    equality or equity at Bottenfield in particular
24    during the 2019-2020 school year?
```

**JASON POPE**

1      A.   Not to my -- not that I recollect.

2      Q.   Did you regularly attend school board

3  meetings in the 2019-2020 school year?

4      A.   No.

5      Q.   Was there a requirement that administrative

6  staff attend a certain number of school board

7  meetings during a school year in the 2019-2020

8  calendar year?

9      A.   I do not recall.

10     Q.   And then the -- do you remember who the

11  first grade team was assigned to teach first grade in

12  the twenty -- in the fall of '20 and the fall of '21

13  school year?

14     A.   In the fall of '20 and the fall of '21?

15     Q.   I'm sorry.  Fall of '20, spring of '21.

16     A.   I think Mr. Park, Ms. Shamhart, and I

17  cannot remember the name of the third person.

18     Q.   Let me ask you.  Earlier you mentioned the

19  first grade teacher that had approached you about

20  moving to a higher grade was a Ms. Heron; is that

21  correct?

22     A.   I don't recall the exact name, but

23  something like that.

24     Q.   Okay.  Do you recall that individual who

**JASON POPE**

99

1   approached you about teaching a higher grade whether

2   she continued as a first grade teacher in the fall

3   of '20, spring of 2021 school year at Bottenfield?

4          A.   I believe she moved up to third grade.

5          Q.   And do you know who she replaced in third

6   grade?

7          A.   Oh, gosh.  I believe Mr. Ponder.

8          Q.   And do you know where Mr. Ponder went after

9   she replaced him?

10         A.   He was one of our interventionists.

11         Q.   Have you spoken to Ms. Westfield since you

12  left the position as principal of Bottenfield?

13         A.   No.

14         Q.   Do you know what she currently is doing for

15  the Champaign district in her position currently?

16         A.   (Witness shakes head.)

17         Q.   Okay.  Do you remember sending an e-mail to

18  the first grade team prior to you conducting your

19  second meeting with Aly Stephenson about her interest

20  in moving from fifth grade to first grade?

21         A.   An e-mail regarding what?

22         Q.   An e-mail advising the members of that team

23  that they were now going to be connected for the

24  first grade team for 2021.

**JASON POPE**

100

1      A.    Who was the e-mail to?

2      Q.    Well, it indicates Michael and three

3  others.  Does that give you a reference as to who you

4  would have sent that to?

5      A.    I don't recall sending an e-mail such as

6  that.

7      Q.    Okay.  How about during any professional

8  development meeting or all staff meeting, would you

9  as principal have made a reference to the teacher

10 evaluation program being, quote, white streamed,

11 closed quote?

12     A.    I don't believe so.

13     Q.    Did you ever distribute an article at an

14 all staff meeting relating to the Danielson method

15 and indicate that you believed that the Danielson

16 method or model was white streamed?

17     A.    I don't remember an article like that.  I

18 remember articles about the Danielson model.  Like I

19 said before, reading through the lens of like

20 promoting cultural relevance.

21     Q.    Did you personally hold a belief that the

22 Danielson model did not recognize cultural or racial

23 equity?

24     A.    That it didn't recognize equity?

**JASON POPE**

101

        Q.   Yes.

        A.   Racial equity?  No, I don't hold that
belief.

        Q.   Did you have a belief that the rubric that
was utilized or recommended with the Danielson model
did not consider racial equity?

        A.   No.  Again, I mentioned -- as I spoke
earlier, I mentioned specific indicators that talked
about that.  We just had conversation about going
deeper with them.

        Q.   And in the course of those conversations
about going deeper, did you ever indicate to the
Caucasian teachers that were in that meeting that you
believed that the evaluation process was more
streamed towards white teachers as opposed to
ethnicities other than Caucasian teachers?

        A.   Not that I recall.

                MS. WALL:  Okay.  That's all I have.

                        EXAMINATION

BY MS. KANE:

        Q.   Jason, I just have a couple of questions
for you.  Do you recall Ms. Wall asking you about
that PD meeting and a comment about the KKK?

        A.   Yes.

**JASON POPE**

102

1      Q.   Did anyone complain about -- complain to

2   you about the KKK comment?

3      A.   No.

4      Q.   Okay.  And was your conversation with

5   Ms. Westfield after the meeting a verbal reprimand or

6   merely a conversation?

7      A.   Conversation.  It was not a reprimand.

8      Q.   And this was based on your, I guess,

9   presence at the meeting or personal observation?

10     A.   Yes, ma'am.

11              MS. KANE:  Okay.  That's all the

12   questions I had.

13                     EXAMINATION

14   BY MS. WALL:

15     Q.   Just very briefly, Mr. Pope.  Why would you

16   characterize your having a discussion with

17   Ms. Westfield regarding the KKK comment as, quote,

18   not a reprimand, closed quote?

19     A.   It wasn't a reprimand.

20     Q.   Would you characterize it as a coaching

21   situation?

22     A.   Coaching conversation with a peer.

23     Q.   Well, certainly what you heard

24   Ms. Westfield say for some reason triggered in you a

## JASON POPE

1   response that you should at least bring something to

2   her attention or have a discussion with her, correct?

3      A.   Yes.

4              MS. WALL:  That's all I have.

5              MS. KANE:  Okay.  We're all set then.

6   I don't have any further questions.  We're all set.

7              MS. WALL:  Do you want me to handle

8   signature, or do you want to talk about signature?

9              MS. KANE:  I can do it and then if you

10  want to add anything I don't have any objection to

11  that.  Jason, what Ms. Wall is referring to is

12  whether or not you want to waive signature.  So what

13  that means is if you waive signature we basically

14  accept the transcript that the court reporter has

15  prepared without looking at it.

16      If you reserve signature, that means that you

17  want to look at the transcript and that gives you the

18  opportunity to review it, kind of make corrections to

19  any spellings or, I guess, typographical errors but

20  not actual content of what the transcript reflects

21  that you said.  I don't have any objection to waiving

22  signature, but since you're the deponent in this case

23  it is up to you to say one way or the other.

24              THE WITNESS:  I'm fine with waiving

**JASON POPE**

104

1   signature.

2        (Deposition concluded at 3:00 p.m.)

105

1   STATE OF ILLINOIS   )
                        )
2   COUNTY OF CHAMPAIGN)

3

4           I, Janet E. Cummings, a Certified Shorthand
    Reporter, in and for the County of Champaign, State
5   of Illinois, do hereby certify that JASON POPE, the
    deponent herein, was by me first duly sworn to tell
6   the truth, the whole truth and nothing but the truth,
    in the aforementioned cause of action.

7

            That the foregoing deposition was taken on
8   behalf of the Plaintiff, via Zoom video platform, on
    June 12, 2024;

9

            That said deposition is a true record of
10  the testimony given by the deponent and was taken
    down in stenograph notes and afterwards reduced to
11  typewriting under my instruction; and that it was
    agreed by and between the witness and attorneys that
12  said signature on said deposition would be waived.

13          I do hereby certify that I am a
    disinterested person in this cause of action; that I
14  am not a relative of any party or any attorney of
    record in this cause, or an attorney for any party
15  herein, or otherwise interested in the event of this
    action, and am not in the employ of the attorneys for
16  either party.

17          IN WITNESS WHEREOF, I have hereunto set my
    hand this 11th day of August 2024.

18

19

20          _____
                JANET E. CUMMINGS, CSR
21

22

23

24

STEPHENSON v.
CHAMPAIGN COMMUNITY SCHOOL

JASON POPE
June 12, 2024

**A**

abandoned (1)
51:11
abilities (1)
32:1
able (2)
61:11;68:22
above (3)
31:6,8,10
absence (2)
61:22;63:11
absent (2)
56:21;87:7
absolutely (1)
47:1
academic (2)
54:2,9
accept (1)
103:14
access (1)
58:14
acclimated (1)
46:12
according (2)
63:5;94:10
accurate (1)
63:19
accusatory (1)
25:1
Achievement (4)
44:3;50:12;94:5;
97:5
achieving (1)
94:10
act (1)
88:5
acting (1)
56:10
actions (3)
27:19;40:1;97:11
actively (1)
88:4
activities (1)
97:11
actual (1)
103:20
actually (4)
43:3;47:6;48:2;
95:23
add (1)
103:10
addition (3)
38:10,13;58:8
additional (3)
69:23;73:3;96:7
address (1)
36:2
addressing (1)
49:1
administration (7)
34:15;68:22;75:23;

90:5;96:24;97:12,22
administrative (10)
33:11;37:9;40:9;
41:17;62:18;65:3,8,
14;69:19;98:5
administrator (4)
24:4;33:2,13;42:8
administrators (3)
41:22;51:24;95:10
adult (11)
20:23;21:2,18;
23:18;24:5;28:10;
59:4;67:11,14;68:8,
10
advance (1)
37:18
advised (3)
40:6;77:1;78:3
advising (4)
26:13;27:6;34:3;
99:22
affirming (1)
69:8
afternoon (1)
4:8
again (17)
11:24;16:4;20:12;
46:19;48:23;50:17;
62:16;63:14;66:13;
68:23;73:20;74:15;
85:8,24;95:13;97:3;
101:7
against (1)
4:23
agenda (1)
17:8
agree (5)
32:9;33:8;60:8;
64:8;70:8
AGREED (2)
3:3;4:13
agreement (2)
4:10;38:19
agreements (2)
38:21;57:24
ahead (1)
61:12
alienated (1)
91:10
alienation (4)
89:1,12,15,19
allegation (1)
87:10
allegations (1)
18:19
allegedly (1)
84:7
allow (1)
5:14
allowed (4)
23:14;38:18,20;
44:13
along (2)

always (2)
35:16;80:15
Aly (30)
15:4;20:10;25:9;
31:20;34:3;59:20;
60:14;63:22;64:10;
65:22;68:5,12,15;
70:23;71:21;72:20;
73:7,13,15;76:16;
78:15,18;79:5,10,18,
20;81:2;82:22;83:7;
99:19
Aly's (1)
91:12
ALYSON (15)
4:2,22;11:8,15;
12:10;16:16;21:20;
28:3;29:6;40:5;52:23;
60:10;63:23;64:2,6
and|or (1)
48:24
Andrew (1)
25:14;34:5;55:3;
77:3
Andy (2)
81:15,16
angst (1)
89:1
animosity (1)
47:14
Ann (8)
20:1,11;60:10;
62:23;63:18;64:3;
74:8,12
announcing (1)
84:21
anonymous (8)
24:24;25:3,5,8,15,
18,19;26:3
answered (1)
57:5
anticipate (1)
5:14
apologize (5)
12:1;34:20;35:16;
38:9;62:2
apologized (2)
47:6,12
apologizing (1)
47:21
apology (1)
72:4
apple (1)
92:5
applicable (1)
95:9
applied (1)
53:21
applying (3)
49:11;52:6;79:17
appreciate (1)
83:16

appreciation (1)
47:22
approach (5)
35:10;84:1,9;86:1;
92:3
approached (2)
80:23;98:19;99:1
approaching (1)
83:23
appropriate (1)
77:22
appropriately (1)
75:2
April (1)
78:14
AR (5)
63:16,18,22;64:9,
11
area (2)
6:16;7:10
areas (1)
50:23
around (3)
36:6;45:3;97:14
arrow (2)
74:21;75:1
article (4)
27:3;91:6;100:13,
17
articles (1)
100:18
aspects (1)
32:3
assert (1)
61:9
assigned (11)
8:1;11:16;17:16;
33:7,13,20;39:3;53:4,
14;17;98:11
assist (1)
34:24
assistance (6)
36:2;40:7,9;41:2,7,
17
Assistant (27)
8:16,23;9:13,18,24;
10:7,11,14,19;11:3,7;
20:21;31:15,24;
32:11;33:12;37:14;
39:10,14;41:4;42:2;
45:9;48:4;55:23;56:3,
11;57:1
assume (1)
5:4
assuming (1)
70:16
attach (1)
52:15
attend (5)
15:21;44:14;95:3;
98:2,6
attendance (10)
17:18;34:17;64:24;

69:10,14;73:23;
85:14;87:5;93:7;95:4
attended (7)
15:5,13;29:23;51:4;
93:15;94:13;95:8
attendee (1)
70:9
attendees (3)
17:15;63:17;66:15
attending (2)
20:11;87:10
attention (4)
18:23;21:21;88:10;
103:2
attorneys (1)
3:5
attract (1)
96:13
attributed (24)
60:19;63:5,22;64:9,
18,21;66:13,20,22;
67:18,24;68:17;
69:23;70:7;71:17;
72:1,19;74:16,18;
75:4,7,16;76:6;90:11
audible (1)
6:1
August (2)
54:14;80:19
author (2)
25:15;71:5
authority (1)
31:21
AVID (5)
43:22;44:1,3,5,11
avoid (1)
75:19
aware (8)
40:22,22;45:2;
65:12;70:4;80:4;82:2;
90:9
awareness (2)
97:13,22
away (7)
44:7;56:6,10,24;
57:3,9,11
Awesome (1)
96:5

**B**

back (7)
7:12;46:14;59:13;
62:11;76:19;96:2;
97:3
background (3)
13:2,10;86:2
backgrounds (3)
50:4;88:6,23
bad (1)
47:2
band (1)
13:17

**baseball (1)**
92:6
**based (1)**
63:17;75:17;97:2;
102:8
**basic (1)**
79:16
**basically (1)**
103:13
**basis (2)**
70:19,22
**became (2)**
44:21;80:19
**beginning (3)**
72:1,2;80:8
**behalf (1)**
15:1
**behavior (2)**
41:18;75:15
**behind (2)**
84:18;85:22
**belief (4)**
48:16;100:21;
101:3,4
**beliefs (3)**
86:4,11;87:18
**belonging (2)**
50:11;97:5
**below (2)**
52:5;70:6
**best (3)**
61:11;64:13;71:15
**Beth (4)**
20:5,11;74:7,11
**better (5)**
34:6;49:16;89:24;
90:2,20
**bettering (1)**
90:4
**biases (2)**
86:13;88:3
**black (14)**
33:1,6,13,20,22;
34:6,10;35:8;43:18;
49:11,13;96:13,18;
97:6
**blocks (1)**
8:13
**Board (7)**
34:23;57:23;58:10,
13,19;98:2,6
**bodies (1)**
35:11
**body (1)**
12:19
**Boothe (3)**
20:5;74:8,11
**both (9)**
31:24;37:5;44:8;
47:10,11,12;68:2,3;
88:22
**Bottenfield (77)**
9:9,13;10:8,15;

11:16;12:14,23;
13:20;14:13,18,21;
15:19;16:23;20:3,7;
28:2;31:14;33:3,7,14,
21;34:17,22;35:7,14;
36:15;39:2,21;43:3,7;
44:7,8,13;46:8;48:3,
17;49:6;51:16,20;
52:8,12;53:9,19;54:2,
10,24;55:4,8,12,21;
58:5;65:4,15;66:3;
69:5;72:14,23;74:13;
77:6,11,16,21;78:3;
80:15,20;81:24;82:3,
9;90:23;94:3;95:7;
96:11;97:17,19,23;
99:3,12
**bottom (1)**
68:1
**boxes (2)**
91:20;92:7
**break (4)**
59:8,16;95:22;96:6
**briefly (1)**
102:15
**bring (3)**
42:6,7;103:1
**bringing (4)**
18:22;47:20;50:6;
67:10
**brought (7)**
21:21,22,23;24:3;
56:4;72:2;88:10
**budget (1)**
12:18
**building (4)**
46:7;47:8;86:5,10

**C**

**calendar (2)**
34:14;98:8
**Calibrating (1)**
17:3
**call (9)**
22:4,6;28:19;29:18;
40:8;41:1,24;80:9;
82:24
**called (11)**
4:3;16:15,17;17:6;
22:2;28:14;29:21;
41:6;73:18;77:6;80:6
**calling (2)**
36:16;73:14
**calls (4)**
60:24;61:10;70:12,
19
**came (14)**
7:11;9:2;22:1,13,
23;23:11,13;28:6;
45:2,11;47:24;62:6;
64:6;68:19
**Can (44)**

10:22;11:24;12:24;
14:7;16:19;17:21;
18:2;21:6;31:18;33:3;
34:18,19;36:20;
38:15;42:8;49:16;
51:6;59:22;61:11,11;
62:8;64:13,13,18;
66:19;67:5;69:22;
71:6,15,15;74:17,19,
21;84:19;86:15;
88:19;89:2,23;93:2;
95:21;96:1,19;97:10;
103:9
**capacity (2)**
8:9;72:21
**care (1)**
36:21
**cared (1)**
50:7
**career (1)**
13:7
**carried (1)**
35:13
**carrying (1)**
34:10
**case (1)**
103:22
**catalyst (1)**
67:13
**categorized (1)**
67:4
**Caucasian (5)**
43:4,10,15;101:13,
16
**cause (4)**
89:1,2,16,17
**caused (1)**
47:15
**Central (1)**
3:7
**certain (16)**
16:22;18:20;25:1,8;
32:18;34:23;52:4;
58:6;72:19;74:15;
84:19;88:19;89:2,12;
91:19;98:6
**certainly (5)**
18:2;32:9;56:14;
71:6;102:23
**Certified (11)**
3:10;37:13;39:7;
41:14;49:6;52:2;
56:16;85:16;90:5,22;
91:4
**chain (1)**
31:13
**Champaign (16)**
4:23;6:10;7:2,6,15;
8:4,9,14;9:6,23;11:1,
4;14:6;27:13;34:13;
99:15
**chance (3)**
46:2;75:3;76:1

**changing (1)**
82:21
**characterize (2)**
102:16,20
**check (1)**
86:14
**child (1)**
36:21
**children (1)**
91:20
**circumstances (2)**
23:12;41:9
**city (7)**
4:19,20;6:16;7:10,
14,15,18
**claims (1)**
66:4
**clarification (1)**
96:20
**clarify (6)**
12:24;16:19;28:22;
29:5;33:3;61:2
**class (1)**
80:5
**classroom (17)**
20:22;21:10;25:10;
40:8,10,17,23;41:6,
18;47:11;50:3;53:22;
54:6,17,23;87:16,17
**classrooms (2)**
21:19;50:10
**clear (4)**
52:15,16;65:11;
85:10
**clearly (1)**
84:20
**climate (3)**
72:3,13,23
**clock (1)**
95:23
**closed (4)**
70:2;72:9;100:11;
102:18
**closely (1)**
46:4
**coach (1)**
90:19
**coaching (2)**
102:20,22
**collaborative (2)**
38:16;94:6
**comfortable (1)**
72:8
**coming (13)**
7:15;22:16;24:12,
19;25:23;45:9;46:13;
57:2;79:20;80:7;
86:23;87:18;97:3
**command (1)**
31:14
**commenced (2)**
4:1;77:7
**comment (23)**

26:13;67:18;69:23;
72:5,13;75:16;84:15;
86:3,9,19,23;87:2,13,
15,24;88:1,3,8,11;
90:16;101:23;102:2,
17
**comments (6)**
27:23;34:8;39:21;
60:19,20;84:7
**committed (1)**
40:1
**communication (3)**
72:3;76:20,23
**communications (2)**
29:11;90:5
**community (1)**
12:19
**complain (2)**
102:1,1
**complained (1)**
43:21
**complaint (12)**
21:11;28:2,4;39:19;
66:24;67:4;71:21;
77:2,23;78:10;86:18,
20
**complaints (11)**
27:18,23;39:24;
55:17;64:23;66:3;
67:20;72:20;77:8,21;
94:14
**component (1)**
54:4
**components (1)**
52:20
**concern (4)**
21:16;24:11;97:18,
20
**concerned (1)**
75:21
**concerning (1)**
68:24
**concerns (7)**
19:3;24:24;25:7;
72:2,11,23;97:21
**concluded (1)**
104:2
**conduct (3)**
24:14;25:2;40:1
**conducted (1)**
16:9
**conducting (2)**
36:1;99:18
**conferencing (1)**
4:12
**connected (1)**
99:23
**connections (2)**
12:19,20
**connotation (1)**
89:10
**consequence (2)**
82:14;88:11

**consider (2)**
78:15;101:6
**consideration (1)**
97:19
**consistency (1)**
72:4
**consistent (2)**
75:8,9
**contacted (3)**
41:6;47:7,7
**content (35)**
25:4;26:2;61:4,5,6;
63:8,22;64:1,17,19,
21;65:18,23;66:13,18,
19,22;67:7,12,17,24;
68:7,16;70:7,16;
71:17;72:1,10,16,18;
74:15,17;76:2;78:3;
103:20
**context (3)**
84:17;85:24;88:1
**continue (2)**
69:22;72:9
**continued (2)**
81:23;99:2
**contract (2)**
58:10;63:5
**control (1)**
59:11
**conversation (26)**
16:5;20:21;22:7,11;
23:20;24:3,5;28:7,8;
33:18;45:22;62:6;
63:9,13;69:2;78:20,
22;79:4;83:7,14,16;
101:9;102:4,6,7,22
**conversations (20)**
20:18;24:9;25:6,12,
18;36:5,8,9,11;42:24;
49:5;55:16;69:1,12,
18;76:14;92:13;
94:18;97:14;101:11
**coordinated (1)**
17:2
**coordinator (2)**
57:14,21
**COPD (1)**
7:9
**copies (1)**
69:18
**copy (1)**
59:19
**corrections (1)**
103:18
**Coughlin (1)**
73:24
**C-O-U-G-H-L-I-N (1)**
73:24
**counsel (5)**
4:10;5:11,18;11:22;
71:7
**couple (2)**
5:7;101:21

**course (4)**
59:17;69:4;79:9;
101:11
**Court (7)**
3:7;4:16;5:8;6:3;
62:10,15;103:14
**cover (1)**
94:16
**covered (1)**
12:17
**COVID (1)**
80:8
**create (2)**
50:3;89:15
**created (1)**
17:7
**creating (3)**
75:19,22;89:12
**criteria (2)**
39:13;52:4
**cultural (10)**
35:24;36:6;49:20;
50:2,4;52:7,9;97:12;
100:20,22
**culturally (7)**
35:9;36:6;48:23;
49:14;92:18;97:4,8
**culture (6)**
27:12;35:1,6;72:3,
13,23
**cultures (1)**
97:9
**Cummings (1)**
3:9
**curious (1)**
83:11
**current (1)**
6:20
**currently (6)**
4:19;6:11,12;7:17;
99:14,15
**cursor (1)**
74:19
**cut (1)**
11:24

**D**

**Danielson (19)**
49:7,10;50:18;51:2,
9,15,19;52:7,11,18;
53:6,20,24;54:4;
100:14,15,18,22;
101:5
**dates (1)**
15:11
**Dawn (1)**
4:21
**day (4)**
42:3;47:8,9;72:7
**days (4)**
36:23;38:7;47:9;
63:6

**dealt (1)**
91:21
**Decatur (2)**
13:23;14:1
**deceased (1)**
7:7
**deemed (2)**
77:22;88:15
**deeper (2)**
101:10,12
**defined (2)**
36:23;52:15
**delineated (3)**
32:7;36:17;54:19
**department (2)**
25:21;48:5
**departments (4)**
93:12;94:19,21;
95:2
**dependent (1)**
16:4
**Depending (5)**
15:22,23;32:3;
41:21;54:18
**depends (4)**
54:11;93:9,10,13
**deponent (3)**
4:3,12;103:22
**deposition (20)**
3:5;4:1,9,11;5:8;
6:6;11:18,19,23;12:5,
5,7,10;59:19,20;
61:20;73:7,8,9;104:2
**depth (1)**
50:10
**describe (1)**
31:18
**designated (1)**
58:17
**designation (1)**
32:21
**designed (1)**
96:17
**desire (2)**
80:4;83:7
**details (1)**
61:18
**Determination (1)**
44:4
**determine (2)**
37:10;79:5
**determined (1)**
39:14
**deters (1)**
89:6
**detract (2)**
84:19;88:19
**development (19)**
36:23;38:17;84:16;
85:12,15,18;87:3,14;
88:13;90:15;93:6,8,
10,16,21,22;94:2,7;
100:8

**dialogue (4)**
69:9;71:8;76:8;
91:17
**different (16)**
8:2,3;14:9;35:15,
16;46:13;48:8;54:12;
66:19;74:24;83:20;
91:20;92:3;94:9,10,
19
**differently (1)**
43:23
**difficult (1)**
72:6
**direct (2)**
5:20;33:16
**directed (3)**
41:16;57:20;86:8
**directing (1)**
59:2
**directly (1)**
31:15
**Director (1)**
31:1
**disciplinary (1)**
41:7
**discipline (13)**
19:4;20:9,15,17;
21:2,5,17;26:7;33:22;
34:10;68:24;75:15;
84:23
**discovery (1)**
4:9
**discrimination (8)**
57:19;77:13,18,24;
78:9;94:14,24;95:11
**discuss (2)**
19:3;49:10
**discussed (15)**
20:14;21:24;23:23;
24:10,10;28:21,23,24;
29:2;38:20;41:19;
49:9;75:14;94:4,5
**discussing (3)**
15:23;35:9,13
**discussion (15)**
23:18;29:10,18;
42:11,20;59:4,17;
67:13;78:18;82:17;
90:1,3;92:11;102:16;
103:2
**discussions (1)**
69:15
**disproportion (1)**
94:8
**distribute (1)**
100:13
**distributed (1)**
91:6
**District (58)**
3:7,8;4:23;6:10,13,
14,18;7:2,6,23;8:5,9,
14;9:6,20,23;11:1,4;
14:6;17:12;18:11;

20:20;27:8,13;32:16,
17;33:4;34:13,14,15;
35:11;36:1,12,23;
37:21;41:15;44:21,
23;48:8;49:9;57:15,
17,23;58:18;65:14;
69:17;82:15;85:3;
91:24;92:2,16,22;
94:15;95:2;96:13,15,
18;99:15
**districts (1)**
34:24
**district's (2)**
36:13;97:18
**diverse (5)**
35:10;86:2;88:6,23;
92:19
**Division (1)**
3:8
**document (20)**
17:21;18:2;32:17;
52:18;60:5,9,18,19;
61:5,17;71:4,7,18;
73:3,5,9,11;74:9,22;
76:11
**documentation (1)**
65:20
**documents (3)**
11:19;17:11;58:14
**domain (2)**
51:1;52:14
**done (4)**
13:7;66:14;67:19;
96:12
**door (2)**
23:6;63:23
**down (8)**
5:9;42:5;45:24;
46:5,14;79:3,10,20
**drawn (1)**
46:11
**due (1)**
56:8
**duly (1)**
4:4
**during (64)**
8:5,18;9:12,23;
11:7,15;12:13;18:14,
21;20:6;23:23;26:10;
28:1;30:9,21;31:22;
32:24;33:7;36:10;
38:17;42:12,22;
51:14;52:23;54:2,9,
15,23;55:3,7,11,20,
21,24;56:5,9,21;57:2,
10;59:1,17;61:6;64:6;
66:2;68:4;69:4,19;
71:1,9,22;72:11;
76:13;78:9;80:14;
84:16;85:4,5;95:6;
96:10,16;97:16,24;
98:7;100:7
**duties (3)**

12:15,16;32:3
**duty (1)**
56:11

**E**

**earlier (9)**
29:14;52:3;56:14;
61:20;68:14;73:12;
86:17;98:18;101:8
**early (1)**
72:7
**easy (1)**
46:8
**Education (5)**
34:23;46:3;48:5;
58:19;86:16
**educational (6)**
12:21;13:2,10;14:4;
21:12;49:3
**educators (1)**
51:11
**either (4)**
20:22;54:20;82:24;
96:23
**ELD (2)**
35:14
**elderly (1)**
7:8
**element (1)**
89:19
**Elementary (26)**
6:21;8:1,2;9:9;
10:24;11:5,16;12:15,
23;15:19;16:24;
31:14;36:15;45:10;
46:13;48:1,8,17;53:9;
58:5;65:4,15;69:5;
72:14,24;97:17
**elements (5)**
50:22;69:2;86:16;
92:18;94:5
**else (9)**
8:20;19:10;20:18;
21:14;45:20;57:9;
69:1;80:10;83:13
**e-mail (13)**
17:5;46:22;47:1,16;
48:10,14;63:18;
82:24;99:17,21,22;
100:1,5
**e-mails (10)**
24:24;25:4,5,8,11,
15,18,19;26:3;83:15
**embraced (1)**
91:13
**emergency (2)**
63:7,7
**employed (4)**
6:11;7:17;8:8;
44:21
**employee (4)**
16:1,3;57:18;65:13

**employees (2)**
58:18;94:3
**encourage (2)**
97:1,12
**end (5)**
7:4,5;44:18;47:9;
82:3
**engage (2)**
92:24;94:18
**engaged (2)**
22:17;97:14
**English (1)**
35:22
**enjoyed (1)**
54:15
**entirety (1)**
72:18
**entry (1)**
63:4
**environment (8)**
27:7,13;50:3;65:1;
66:5;72:22;78:6;
95:11
**environmental (1)**
48:13
**equality (7)**
91:22;92:4,11,15;
93:17;94:4;97:23
**equity (15)**
91:22;92:4,11,14,
15,16;93:16;94:4;
97:15,19,23;100:23,
24;101:2,6
**errors (1)**
103:19
**escort (1)**
42:6
**ESL (3)**
35:15,21;36:3
**especially (1)**
94:16
**ethnicities (1)**
101:16
**ethnicity (1)**
35:1
**evaluate (3)**
51:24;53:4,21
**evaluating (1)**
53:18
**evaluation (10)**
16:5,9;49:8;54:1;
55:2,7;56:5,9;100:10;
101:14
**evaluations (2)**
32:2;56:16
**evaluator (3)**
53:2,3,10
**evaluators (1)**
53:15
**even (2)**
5:13;84:17
**event (8)**
5:18;16:21;21:3;

23:19;28:16;49:20,
23;50:1
**everybody (3)**
36:20;49:1;87:6
**everyone (1)**
4:8
**everyone's (1)**
17:4
**exact (2)**
31:2;98:22
**exactly (5)**
20:12;62:8;63:14;
78:19;80:2
**EXAMINATION (3)**
4:6;101:19;102:13
**examined (1)**
4:4
**example (2)**
32:20;52:23
**examples (1)**
52:17
**excused (1)**
45:24
**executed (1)**
31:22
**Exhibit (6)**
59:19;68:1;69:8;
73:7;76:2,6
**expectations (1)**
32:1
**expected (1)**
72:4
**experience (5)**
12:21;50:1;52:8,9;
53:22
**experiences (1)**
87:16
**explain (1)**
63:7
**expressed (3)**
28:9;76:15;79:23
**extensive (1)**
12:17
**extent (3)**
60:24;67:4;70:11
**extremely (1)**
72:6

**F**

**face (1)**
40:24
**Facebook (2)**
90:7,10
**facilities (1)**
12:18
**fact (3)**
29:20;41:20;62:4
**fair (3)**
23:10;31:16;36:4
**fall (11)**
9:10,19;44:17;
54:15;81:24;98:12,

12,14,14,15;99:2
**fallen (1)**
56:12
**familiar (3)**
34:21;44:1;62:23
**families (2)**
35:19;88:22
**family (2)**
7:12;91:13
**far (3)**
30:2;76:4;79:13
**father (1)**
7:8
**favor (1)**
81:8
**favored (1)**
34:9
**feasible (1)**
83:19
**feel (3)**
47:2,3;72:5
**feeling (2)**
69:24;71:18
**felt (5)**
47:1;57:18;89:18,
24;91:10
**fence (1)**
91:21
**festival (1)**
49:20
**few (7)**
18:3;25:20;43:10,
11,17;47:9;96:7
**fifth (11)**
54:10;78:16,23;
79:2,6;80:16;81:3,8,
11,17;99:20
**figure (2)**
25:24;88:14
**find (1)**
49:15
**finding (1)**
83:4
**fine (1)**
103:24
**finish (1)**
5:15
**finishing (1)**
14:2
**firmly (1)**
36:19
**first (32)**
4:4,15;10:3,5;
11:11;78:17,23;79:3,
6,7,8,10,13,19,21,22;
80:3,22,24;81:5,18;
82:20;83:4,8,22;
98:11,11,19;99:2,18,
20,24
**five (1)**
95:21
**focal (1)**
49:2

**focus (1)**
90:2;92:15
**focused (1)**
48:21
**folks (1)**
60:21
**follow (2)**
74:19;86:11
**following (2)**
69:15;88:12
**follows (3)**
4:5;57:23;67:18
**follow-up (5)**
28:21;41:19;47:16;
75:11;83:6
**form (1)**
18:9
**format (1)**
69:8
**formative (1)**
79:13
**formulating (1)**
48:15
**forth (3)**
32:17;35:13;75:7
**forward (1)**
5:20;29:12;82:18
**frame (3)**
30:22;38:18;84:22
**framework (3)**
49:7,8,11
**free (1)**
42:8
**frequency (1)**
38:22
**full (2)**
4:15;5:14
**fundamentals (1)**
79:16
**further (2)**
75:19;103:6
**future (2)**
75:22,22

**G**

**Gaines (3)**
8:19;9:2,5
**game (3)**
92:6,7,9
**gauge (1)**
83:17
**gave (2)**
8:13;70:16
**gender (2)**
77:12;78:8
**general (2)**
13:17;21:11
**generalized (4)**
86:3,9;87:18;88:2
**generally (2)**
24:4;25:17
**given (1)**

6:5
**gives (2)**
50:5;103:17
**giving (2)**
58:22;96:24
**goal (1)**
51:3
**goes (1)**
79:14
**Good (4)**
4:8;79:12,18,19
**gosh (1)**
99:7
**governor (1)**
80:12
**grade (58)**
32:21;37:3,4;38:21,
24;39:2,4,7,11,15;
54:10;78:17,17,23,24;
79:2,3,6,6,7,8,9,11,13,
19,21,22,24;80:3,5,
16,22,24;81:3,5,6,8,
11,17,18;82:20,21;
83:4,8,22,23;98:11,
11,19,20;99:1,2,4,6,
18,20,20,24
**grades (1)**
80:18
**grasp (2)**
79:11,18
**great (1)**
96:1
**ground (1)**
5:7
**groups (1)**
94:9
**guess (7)**
17:24;38:3,10;
53:24;96:19;102:8;
103:19

**H**

**hall (3)**
45:24;46:5,14
**hallway (2)**
46:10,15
**handbook (6)**
57:24;58:2,3,9,23;
59:3
**handle (1)**
103:7
**handled (1)**
19:4
**happen (2)**
37:18;92:22
**happened (3)**
54:9;76:8;93:3
**happening (1)**
24:9
**happy (1)**
67:9
**harassment (5)**

57:19;77:2,8;94:24;
95:11
**hard (2)**
70:2;71:19
**hate (1)**
12:16
**head (2)**
50:18;99:16
**headed (1)**
46:5
**health (1)**
7:10
**hear (2)**
5:1;89:3
**heard (4)**
87:1;89:11;90:18;
102:23
**hearing (1)**
88:7
**held (14)**
6:23;17:13;20:19;
28:5;35:5;38:7;44:6;
50:6;59:22;61:21;
72:12;75:12;76:14,19
**help (9)**
6:2;7:12;35:13;
42:5,9;46:7;50:10;
89:21,23
**helping (1)**
46:11;48:5;51:4
**helps (1)**
83:18
**HEREBY (1)**
3:3
**herein (1)**
4:3
**heritage (1)**
49:19
**Heron (3)**
80:1,2;98:20
**herself (1)**
67:1
**hesitance (1)**
83:12
**high (2)**
35:14;50:23
**higher (8)**
79:9,23;80:4;81:6;
82:21;83:23;98:20;
99:1
**hiring (1)**
14:10
**hold (6)**
8:23;9:22;37:2,4;
100:21;101:2
**honest (1)**
47:18
**horrible (1)**
47:1
**hostile (8)**
27:8,14;65:1,19;
66:5;72:22;78:5;
95:11

**hostilities (1)**
42:17
**hour (1)**
95:24
**HR (5)**
14:10;28:11;54:19;
61:18;95:1
**huh-uh (1)**
6:2
**human (4)**
27:17;28:3;94:18;
95:8
**hypothetical (2)**
70:16,19

**I**

**Iddings (5)**
26:21;34:6;55:7;
87:4,8
**I-D-D-I-N-G-S (1)**
87:5
**ideally (1)**
50:19
**ideas (2)**
52:16;88:19
**identification (1)**
79:15
**identified (1)**
70:8
**Illinois (9)**
3:8;7:11;8:6;13:23;
34:22;51:10,12,14;
80:12
**immediately (1)**
88:12
**implemented (1)**
51:20
**important (1)**
68:2
**inappropriate (3)**
33:21;84:6;88:16
**inception (1)**
97:3
**incident (1)**
90:14
**incidents (1)**
18:21
**include (6)**
16:24;37:9,14;39:3,
6;50:22
**included (2)**
30:5;54:5
**including (2)**
16:16;33:11
**inclusion (3)**
50:5,11;97:4
**inclusive (3)**
35:17;49:2;86:16
**increase (2)**
96:17;97:1
**in-depth (1)**
52:20

**indicate (3)**
17:8;100:15;101:12
**indicated (17)**
13:19;28:9;30:16;
33:6,19;34:4;37:16;
38:4;48:12;51:8;52:3;
56:14;57:7;58:8;60:5;
63:17;85:11
**indicates (6)**
60:9,11;69:24;
73:11;74:7;100:2
**indicating (12)**
25:13;27:1,12;40:2;
42:16;65:23;66:14;
68:15;75:18;87:15;
90:23;91:9
**indication (2)**
65:19;74:3
**indicator (3)**
49:18;50:15;52:14
**indicators (5)**
49:15,16;50:8;
52:14;101:8
**individual (7)**
14:5;16:10;21:18;
41:5;53:5;74:16;
98:24
**Individualized (1)**
44:4
**individuals (6)**
16:16,22;53:8;
56:15;60:21;61:7
**information (2)**
52:22;53:5
**informational (1)**
36:2
**initial (2)**
61:5;76:6
**initials (11)**
60:18;62:19;63:16;
65:5,6,16,19;66:14;
68:8;70:9;74:16
**initiate (4)**
77:12,17;78:5,12
**initiated (1)**
66:9
**initiating (4)**
66:1,8,11;92:22
**initiative (1)**
96:20
**initiatives (2)**
96:12,16
**in-person (6)**
15:20;54:5,8,22;
55:6,10
**input (3)**
10:6;83:17;90:19
**inputting (2)**
52:22;53:5
**inquire (3)**
71:7;79:8;82:22
**inquired (2)**
81:6;86:17

**inquiry (6)**
66:15;68:13;70:16;
81:16;82:19,20
**insight (1)**
90:20
**insinuations (1)**
64:15
**instance (7)**
6:8;23:8;40:5,15;
44:20;45:1;89:11
**instances (5)**
15:3;16:7,12;41:4;
93:14
**instruct (1)**
71:9
**instruction (2)**
79:11,12
**intention (1)**
47:3
**intentional (1)**
89:7
**intentions (1)**
68:11
**interact (2)**
14:19,24
**interacted (1)**
36:3
**interacting (2)**
42:21,24
**interaction (3)**
21:10,13;29:16
**interactions (2)**
11:14;26:9
**interest (5)**
79:2,5,23;83:18;
99:19
**interested (2)**
82:23;83:5
**interrogatories (1)**
3:11
**interventionists (1)**
99:10
**into (16)**
10:6;22:9,13,14,16;
23:9,17;24:12,19;
29:4;50:2;52:22;53:6;
62:6;67:11;79:16
**intranet (2)**
58:5,17
**introduce (2)**
45:17;46:18
**introduced (5)**
45:23;46:14,17,19,
20
**introducing (2)**
45:4,11
**introductions (2)**
44:22;45:14
**investigate (1)**
65:20
**investigation (9)**
66:2,8,10,11;77:7,
12,17;78:5,12

**invited (2)**
23:9;29:9
**involved (8)**
14:10;21:3;28:10;
37:3;39:11,15;64:11;
86:24
**isolated (1)**
91:10
**issue (24)**
16:1,23;20:17,22,
23;21:21;22:1;28:24;
29:3;34:1;40:3,10,17,
18;41:23;42:1,9;49:4;
57:19,20;59:3,12;
71:21;84:5
**issued (1)**
84:23
**issues (15)**
7:10;15:1;18:23;
19:1;24:13;26:8;
34:24;42:17;47:14;
48:13;68:21;75:19,
22;76:20,23
**item (2)**
49:22;50:14
**items (1)**
50:20

**J**

**James (4)**
26:21;34:5;55:7;
87:4
**Janet (1)**
3:9
**JASON (8)**
3:5;4:9,17;60:10;
61:12;73:12;101:21;
103:11
**J-A-S-O-N (1)**
4:17
**job (6)**
12:15,16;34:6;
57:10;79:19;85:9
**join (2)**
63:23,24
**joined (2)**
35:12;64:10
**joining (2)**
45:8,10
**JP (16)**
60:18,19;61:5,17;
62:19;63:5,8;64:11;
66:14;67:18,24;
74:16,18;75:4,7,17
**July (2)**
44:18,19
**June (2)**
3:9;7:3
**justice (1)**
91:13

**K**

**Kane (17)**
12:3;16:18;17:20;
27:21;57:4;60:23;
61:9;64:12;67:3;
70:11,18;71:2,12;
101:20;102:11;103:5,
9
**Kansas (6)**
4:20;6:16;7:10,14,
15,18
**Kathleen (2)**
74:8,12
**keeping (2)**
18:12;69:18
**Ken (1)**
11:22
**Kerri (18)**
19:20;27:11;29:6;
55:11;60:9;61:21;
62:5;63:10;64:2;
70:10,23;72:21;
73:24;74:1;76:15;
81:15,20,23
**K-E-R-R-I (2)**
19:22;73:24
**kids (5)**
67:10;68:2;86:15;
92:6,8
**kind (17)**
8:13;12:20;16:19;
27:16;29:10;31:13;
36:19;38:2;46:6;47:2;
52:7,18;66:1;67:20;
74:20;83:17;103:18
**kindergarten (1)**
79:16
**KKK (17)**
26:15,18,23;72:4,
12;86:7,19,23,24;
87:10,13,24;89:13;
90:16;101:23;102:2,
17
**Kleber (6)**
11:22;12:3;28:14,
16,24;29:18
**knock (1)**
23:6
**knowledge (3)**
65:17;70:20,22
**KS (6)**
63:23;64:11;67:8;
70:7,9;72:1

**L**

**label (1)**
31:7
**labeling (1)**
91:14
**lack (3)**

68:10;72:3;76:14
**laid (1)**
52:13
**land (1)**
46:7
**language (2)**
35:22;64:9
**large (1)**
52:18
**larger (1)**
49:3
**last (6)**
4:15;6:23;7:1,3;
44:18;80:1
**later (3)**
18:8;46:22;47:9
**lay (1)**
46:7
**layout (1)**
46:8
**leaders (1)**
89:23
**leaning (1)**
92:5
**learn (3)**
24:22;49:24;94:20
**learning (2)**
50:1;51:5
**least (2)**
75:17;103:1
**leave (8)**
9:5;24:21;55:22;
61:22;63:10,14;
71:10;75:9
**leaving (4)**
82:8,15;85:2;87:17
**led (2)**
26:3;88:8
**left (5)**
9:20;10:11;51:10;
82:3;99:12
**lens (3)**
14:10;49:14;100:19
**letter (2)**
79:14,15
**level (13)**
38:21,24;39:2,4,7,
11,15;47:22;79:9;
82:21;89:1,1;94:15
**levels (2)**
47:14;50:15
**limit (3)**
13:9;33:10;87:23
**line (2)**
64:18;66:12
**lines (1)**
66:19
**listed (2)**
60:21;61:7
**listening (2)**
89:4,17
**literacy (2)**
79:11,12

**little (4)**
46:6;74:21;95:24;
96:19
**lived (4)**
7:11,13,14;8:5
**local (1)**
13:18
**located (1)**
6:15
**location (5)**
42:7;44:7;58:6,17,
19
**locations (1)**
13:16
**long (6)**
6:17;26:15;46:9,11;
82:17;86:4
**longer (2)**
51:12;84:3
**look (8)**
14:8;59:3,21;61:16;
63:4;68:2;73:5;
103:17
**looked (1)**
50:8
**looking (7)**
49:15;82:18;91:21;
92:7;95:23;97:8;
103:15
**lot (1)**
12:17
**lots (2)**
69:24;71:18
**loved (1)**
50:7
**lunch (2)**
67:10;68:9

**M**

**ma'am (6)**
5:22;30:4;43:16;
85:19;96:9;102:10
**Maclin (1)**
67:10
**mad (1)**
46:24
**makes (1)**
5:18
**making (15)**
27:18,23;39:18,24;
40:21,22;44:21;
45:14;48:24;66:15,
24;68:12;70:3;75:20;
87:13
**male (2)**
34:4,9
**managed (1)**
29:12
**management (2)**
12:18,19
**managing (2)**
34:6,24

**mandated (2)**
51:18,21
**many (6)**
32:3;49:9,9;52:19,
19;54:8
**March (17)**
16:15;17:14,15,24;
59:22;60:15;62:4,20;
63:11;64:3;65:4,15;
66:16;73:6;74:13;
76:8;80:11
**marked (1)**
73:7
**marks (1)**
50:23
**matter (5)**
4:22;26:16;35:6;
86:3;93:18
**may (8)**
3:6;5:13;41:22,23,
24;76:10;78:14;89:3
**maybe (2)**
74:23;95:21
**McDaniel (6)**
25:14;34:5;55:3;
77:3;81:15,17
**mean (6)**
35:20;50:14;56:23;
82:17;96:1,21
**meaning (1)**
74:5
**means (2)**
103:13,16
**meant (2)**
13:5;37:11
**meet (4)**
11:8;46:2,5;94:6
**meeting (138)**
10:5;15:4,13,16,20,
22;16:7,9,16,17,19,
22,24;17:1,3,6,8,13,
17;19:5,7,11;20:10,
11,15;21:1,22,23;
22:1,2,4,6,17,21;23:9,
17,24;24:18;26:6,15,
19,23;28:5,5,22,24;
29:2,17,17,20,24;
30:6;36:9,19;37:2,12,
23,24;38:2,11,24;
39:2,16;41:13,19;
42:11,16;44:2,11;
59:22;60:5,20;61:1,7,
21;62:4,4,20;64:2,5,7,
10,24;65:23;66:6,16;
68:19,21,23;69:6,9,
14,15;70:9,23;71:3,9,
22;72:12,15;73:11,14,
18;75:11,20,21;76:8,
13,19,21;85:12,15,18;
86:24,24;87:4,5,9,10,
13,14;89:14;90:16,
24;91:1,7,18;92:12;
93:17;94:9;95:8;

99:19;100:8,8,14;
101:13,23;102:5,9
**meetings (46)**
15:6,9,10;18:5,8,12,
15,17;29:15;35:5;
36:1,10,12,16,18,22;
37:1,4,6,7;38:5,7,13,
14,21;39:8,11;44:5;
55:15;59:1,18;60:13;
68:5;69:19;73:13;
90:17;92:23;94:2,2,
15,22;95:4,13,18;
98:3,7
**member (10)**
33:6,20;36:16;
46:15,19;69:7;88:9;
90:22;91:5;97:22
**members (3)**
15:1;37:13;99:22
**memo (23)**
17:7,12;60:22;61:4,
8;63:21;64:9,22;
66:20;67:8,18;68:17;
70:8,17;72:1,16,18,
19;73:6,23;74:4;
75:17;76:18
**mention (2)**
26:3,18
**mentioned (13)**
30:1,20;38:6;43:18;
48:24;55:15;68:18;
85:16;86:7;95:1;
98:18;101:7,8
**mentioning (1)**
26:21
**merely (1)**
102:6
**message (2)**
88:21;90:20
**messaging (6)**
84:18,19;85:22;
86:12;88:20;89:7
**met (5)**
10:3;11:12;15:24;
19:3;76:22
**method (2)**
100:14,16
**metro (1)**
6:16
**Mexican (1)**
49:19
**Michael (1)**
100:2
**microaggressions (1)**
86:13
**might (2)**
38:7;83:5
**mile (1)**
46:10
**minority (2)**
34:16;35:1
**minute (2)**
59:8;95:22

**minutes (1)**
96:2
**misinterpreted (1)**
85:23
**Missouri (1)**
4:20
**mistake (1)**
47:19
**model (17)**
50:18;51:9,11,13,
15,19;52:7,11,17;
53:6,20,24;54:5;
100:16,18,22;101:5
**mom (2)**
57:8,11
**moment (3)**
45:16;47:15;73:4
**more (7)**
62:9;75:19;79:16;
83:4;86:9;96:13;
101:14
**Morgan (2)**
74:8,12
**mother (2)**
7:9;56:23
**mouth (1)**
87:21
**move (7)**
74:21;80:4;81:2,8,
17,21;83:8
**moved (1)**
99:4
**moving (9)**
7:11;78:16;79:2,8,
23;81:6;83:23;98:20;
99:20
**Mrs (1)**
67:10
**much (3)**
46:12;47:18,20
**music (3)**
13:17,17,18
**myself (2)**
31:17;73:19

**N**

**name (8)**
4:15,15,21;42:1;
60:9;80:1;98:17,22
**names (2)**
19:24;43:9
**nature (3)**
15:11;40:18;85:20
**necessarily (3)**
14:7;16:6;17:10
**need (11)**
7:8;21:14;28:9;
61:14,18;76:2;84:20;
86:14,16;88:23;96:19
**needed (6)**
18:1;61:19;63:6,11,
13;78:12

**needs (3)**
36:21;49:1;92:19
**new (1)**
45:8
**next (7)**
61:4;63:8;64:18;
65:18;66:12,18;68:7
**Nicholas (2)**
8:19;9:5
**night (1)**
46:22
**Nobody (1)**
80:9
**nodded (1)**
63:23
**non-Caucasian (1)**
43:6
**non-discrimination (2)**
57:14,20
**Non-tenured (1)**
54:11
**normally (3)**
37:16;39:11;41:5
**notations (1)**
60:17
**note (3)**
15:21;17:16;18:4
**notes (12)**
15:15;18:7,8,12;
59:21;60:5;61:1;
62:17;69:8,11,13;
70:13
**notice (2)**
4:10;63:6
**notify (1)**
77:23
**number (2)**
34:16;98:6
**numbers (1)**
52:14
**nurse (5)**
40:9,16,16,19;
41:10

**O**

**object (6)**
17:20;27:21;60:23;
64:12;67:3;70:21
**objection (8)**
5:19,19;16:18;
61:10;70:11;71:11;
103:10,21
**objections (1)**
5:11
**obligations (2)**
94:14;95:10
**observation (12)**
16:6,8;32:4;54:5,
17,21,23;55:11;56:9,
11;90:14;102:9
**observations (2)**
32:2;54:8

**observed (1)**
24:15
**observing (3)**
32:5,6;53:1
**occasion (2)**
41:10;43:20
**occasions (1)**
69:5
**occur (2)**
18:6;83:20
**occurred (10)**
16:13;18:21;37:2;
60:15;64:2;69:9,19;
70:24;71:8;95:19
**occurring (2)**
25:9;26:15
**October (2)**
76:19,21
**off (1)**
74:20
**offended (1)**
91:14
**offered (2)**
93:11,12
**office (26)**
22:14,17;23:4;29:4;
40:9;41:1,7,17,17;
42:7;45:11,13,13,19,
20;46:20,21;60:11;
62:20;64:4;65:4,8,14;
70:24;80:9,10
**often (1)**
14:24
**one (31)**
5:17;8:10;21:21;
22:23,23;29:15;
45:18;46:1,10;47:8,
13;49:18;50:16,20,
24;51:1;52:5;54:20,
20,21;58:7;60:13;
62:8;68:4;70:8;73:3;
74:1;82:8;89:21;
99:10;103:23
**ones (3)**
19:14,15;95:3
**On-line (2)**
58:15,16
**only (14)**
3:11;5:16;6:22;
33:1,6,13,20;38:15;
53:14;54:1;56:15;
70:8;87:12;93:14
**opened (1)**
63:23
**opportune (1)**
90:1
**opportunities (11)**
35:18;48:21;49:2;
50:2,4,21;51:5;89:22;
92:24;94:18;97:5
**opportunity (4)**
50:5;64:17;92:8;
103:18

**opposed (7)**
6:2;24:3;31:21;
40:10;41:11;82:15;
101:15
**oral (3)**
3:10;27:16;96:23
**orchestra (1)**
13:18
**order (2)**
61:13;96:24
**Orlando (2)**
30:3,21
**others (3)**
42:5;45:4;100:3
**ourselves (1)**
45:24
**out (18)**
12:1;25:24;26:14,
23;34:10;37:17,20;
42:6;46:11;49:16;
52:13;79:8,14;82:22;
83:4;86:23;88:14;
89:13
**outset (2)**
36:17;94:16
**outside (2)**
87:16,17
**over (21)**
16:6,8;24:11;31:20,
22;32:12,13,18,20;
45:9,11;47:8,20;48:1,
3;56:4;57:10;59:21;
75:3;91:21;92:5
**overhear (1)**
34:8
**overheard (1)**
67:9
**overlap (1)**
32:10
**oversaw (1)**
24:23
**oversee (1)**
33:14
**own (3)**
26:16;48:15;88:15

**P**

**page (9)**
61:18;68:1,7,17;
69:22;74:18;76:5;
90:7,11
**paragraph (1)**
75:4
**parameters (1)**
94:11
**parent (1)**
12:20
**parentheses (1)**
74:7
**parents (3)**
7:7,7;97:21
**Park (1)**

98:16
**Parkhill (5)**
6:12,14,17,23;7:22
**Parkinson's (1)**
7:9
**part (5)**
29:10,18;74:22;
85:9;97:8
**participated (1)**
94:22
**particular (24)**
6:8;14:23;16:1,16,
23;17:14;19:1;34:5;
35:24;39:4,13;40:6;
41:10;52:6;56:8;63:8;
69:9;73:23;76:6;
89:10;91:21;96:22;
97:10,23
**parties (1)**
3:4
**passed (3)**
56:24;57:9,11
**pause (1)**
5:15
**PD (1)**
101:23
**pedagogy (5)**
35:10;36:7;48:23;
92:19;97:4
**peer (1)**
102:22
**people (19)**
14:8;16:14;25:20;
29:4;30:1;36:20;
41:21;45:13,19;46:3;
58:19;83:17;86:9;
87:7;88:3,6;89:3,17,
22
**performance (1)**
53:18
**period (4)**
13:24;84:14;85:1;
96:16
**periods (1)**
38:17
**person (6)**
57:10;62:19;82:8,
12;86:23;98:17
**personal (2)**
88:7;102:9
**personally (1)**
100:21
**personnel (4)**
15:14;21:12;44:22;
69:20
**persons (1)**
91:1
**person's (2)**
61:1;87:16
**perspective (1)**
27:7
**perspectives (1)**
68:3

**phone (3)**
41:24;80:9;82:24
**photo (2)**
91:19,21
**physically (1)**
4:19
**pictures (2)**
91:23;92:1
**piece (2)**
35:11;54:1
**pieces (10)**
32:2,5;35:3;38:23;
79:15,18;86:14;88:3;
95:15;97:15
**place (5)**
15:9;23:18;38:6;
44:7,12
**placed (2)**
40:8;41:1
**placement (1)**
52:4
**placements (1)**
83:21
**plan (2)**
29:11;38:17
**planning (1)**
50:24
**platform (2)**
3:9;4:13
**please (7)**
4:14,16;5:1,23;
12:24;34:18;74:19
**pm (2)**
4:1;104:2
**point (11)**
24:22;43:2;45:15,
18,21;46:18;49:3;
64:10;77:5;80:7;89:6
**policies (13)**
38:20;57:22;58:6,
10,10,13,20;59:3;
94:20,23;95:9,14,19
**policy (7)**
14:23;32:16;34:13;
51:19;57:18,23;69:17
**Ponder (2)**
99:7,8
**POPE (18)**
3:6;4:9,14,17,18,
21;6:5;16:21;18:4;
28:1;57:7;60:10;61:3;
71:16;73:4,12;96:8;
102:15
**P-O-P-E (1)**
4:17
**population (7)**
35:2,14,15,21;36:3;
53:8;97:2
**populus (1)**
92:20
**portion (2)**
62:14;71:14
**portray (1)**

88:5
**position (24)**
6:20,22;8:14,23;
10:11,12,12,14,20;
13:3,4;14:15;44:17;
48:2;55:23;77:22;
78:16;79:6,6;80:24;
81:17,18;99:12,15
**positions (4)**
9:22;13:6;14:9;
89:21
**positive (1)**
88:21
**possess (1)**
88:4
**possible (3)**
59:8;62:3;79:1
**Possibly (3)**
63:20;69:16;94:11
**posted (2)**
58:6;90:10
**postings (1)**
90:6
**practice (4)**
14:24;15:18,24;
51:19
**practices (3)**
89:24;90:2,4
**prearranged (1)**
23:1
**preceding (1)**
12:22
**precursor (1)**
89:20
**preparation (2)**
11:23;51:1
**prepare (2)**
11:19;12:5
**prepared (1)**
103:15
**presence (1)**
102:9
**present (16)**
15:14;16:10;20:18,
23;21:14,18;23:19;
24:6;59:5;60:14,21;
67:14;68:9;73:17;
87:7;95:18
**presented (1)**
52:16
**presuming (2)**
13:1;14:12
**pretty (1)**
46:8
**previously (2)**
48:7;64:6
**principal (83)**
6:21;8:16,17,24;
9:1,9,13,14,19,24;
10:7,11,12,14,19;
11:3,8,16;12:14,22;
13:3,11,13,20;14:1,5,
11,13,18;18:6,14;

20:3,21;24:24;28:1;
31:16;32:12,14;
33:12,12;34:22;35:5;
36:15;37:14;39:1,10,
15,20;41:5;42:13;
44:17;51:16;54:24;
55:4,8,12,20,23;56:4,
11,12;57:2;66:3;69:5;
72:22;76:15;77:6,11,
16,21,23;78:2,4,10,
11;80:15;89:21;95:7;
96:11,17;97:17;
99:12;100:9
**principals (4)**
8:17;31:24,24;42:2
**principal's (2)**
60:11;62:20
**prior (20)**
6:6;7:11,14;11:18,
21;12:4;13:3,6,13;
22:16;24:12,19;60:4;
63:11;73:8;76:11;
80:23;83:22;85:2;
99:18
**privy (1)**
95:3
**problem (3)**
13:9;62:3;85:10
**problems (1)**
67:11
**procedures (4)**
57:22;94:20,23;
95:14
**process (2)**
52:20;101:14
**processing (1)**
87:19
**produced (2)**
17:11,22
**professional (21)**
36:23;38:7,16;72:7;
84:16;85:12,15,18;
87:3,14;88:13;90:15;
93:6,8,9,16,21,22;
94:1,7;100:7
**proficiency (1)**
53:21
**profusely (1)**
47:6
**program (2)**
44:14;100:10
**project (1)**
44:14
**promote (1)**
35:14
**promoting (1)**
100:20
**protocol (4)**
18:11;36:13,14;
41:15
**provide (9)**
5:3;32:1;35:17;
51:5,6;86:15;89:22;

92:8;97:4
**provided (1)**
18:8
**provides (1)**
50:4
**providing (3)**
36:1;48:21;92:18
**provisions (1)**
3:6
**proxy (1)**
41:21
**PTA (1)**
12:20
**public (1)**
58:19
**publish (1)**
18:2
**published (2)**
38:5,12
**purports (2)**
59:21;73:6
**purposes (1)**
37:8
**pursuant (2)**
3:6;4:10
**put (2)**
31:7;79:20;87:21

**Q**

**qualifications (2)**
14:4,14
**qualified (2)**
13:2,10
**qualify (1)**
87:20
**quarter (1)**
46:10
**quote (8)**
68:8;69:24;70:2;
72:9;100:10,11;
102:17,18

**R**

**race (5)**
39:22;43:11,14;
97:2,14
**racial (9)**
48:16,19;77:17,24;
97:19,22;100:22;
101:2,6
**raised (6)**
21:2;24:13;26:8;
71:21;72:11;97:21
**raising (3)**
19:2;33:24;68:20
**Rameriz (2)**
74:8,12
**Ramirez (6)**
20:1,11;60:10;
62:23;63:19;64:3
**reach (1)**

82:22
**read (8)**
12:7,10;61:5;62:14;
64:17;66:19;68:16;
75:3
**reading (4)**
74:20;75:2;79:17;
100:19
**ready (1)**
63:22
**realize (3)**
25:23;45:17;47:18
**really (5)**
46:1;50:9;51:4;
59:10;79:18
**reason (6)**
22:2;41:1;61:18,19;
92:10;102:24
**reassignments (1)**
84:1
**recall (152)**
9:7;10:2,5,13;
11:13;15:2,3,11,17;
18:10,18,22;19:1,6,
14,23;20:12,24;21:15,
18,19,20,23;22:5;
23:7,7,12;24:1,16;
25:6,11,16;26:11;
28:17;29:14;32:6,23,
24;33:18,24;34:3;
35:3;37:21;39:17,18,
24;40:5;41:3;42:15,
19;43:20;44:10,20;
45:5,12;48:10,14;
49:5;53:1,23;54:22;
55:1,2,5,9,10,13;56:3,
7,22,22,23;57:5,8,12,
13;58:4,7,21,24;59:1,
7;60:16;64:5;65:2,22,
24;66:1,6,7,8,11,15,
17;67:2,6,16,23;68:4,
6,12,15,18,19,20,23;
69:2,16,16,21;70:5;
71:23;72:15;73:1,13,
14,17,19;75:20,24;
76:9,17;77:1;78:19;
80:21;81:1;82:12;
83:2,14;84:24;86:20;
87:6,8,11;90:21,22;
92:21;93:5,24;94:17;
95:6,14,20;96:12,14,
15;98:9,22,24;100:5;
101:17,22
**recalled (1)**
86:22
**receive (2)**
40:7;69:7
**received (2)**
25:19;58:3
**recognize (2)**
100:22,24
**recollect (4)**
24:7;87:1;88:2;

98:1
**recollection (20)**
24:8;54:3;63:9;
64:1,22;66:23;67:12,
19;71:8,14,20;72:10,
20;75:8,10,11;76:7;
86:18;87:12,24
**recollects (1)**
71:3
**recommendations (1)**
96:23
**recommended (2)**
97:11;101:5
**record (7)**
4:8;5:12,19;61:3;
62:14;71:11;85:10
**refer (1)**
33:21
**reference (14)**
17:23;27:2;50:13;
57:6;60:17;61:17;
63:16;74:5;76:18;
89:9,13;91:1;100:3,9
**references (2)**
91:19;92:4
**referred (1)**
26:22
**referring (3)**
38:2;91:11;103:11
**reflects (1)**
103:20
**refresh (9)**
63:8;64:1,22;66:23;
67:12;71:14,20;
72:10;76:7
**refreshes (3)**
67:19;71:7;72:20
**regard (18)**
20:9;36:16;41:15;
42:17;44:16;47:24;
61:3;66:4;67:7;68:21;
75:23;77:8;78:5,8;
89:12;90:6;93:4;
95:10
**regarding (38)**
16:23;18:19;21:1;
24:14;25:1,8;26:7,9;
27:3;28:8;29:3,10;
33:22;35:19;39:21;
45:3;55:16;59:3;
61:22;63:14;66:3;
69:3,12;72:12,22;
76:20,23;77:12,17;
78:23;84:6,10;86:19;
94:13,23;95:14;
99:21;102:17
**Regardless (1)**
31:2
**regards (5)**
32:8;40:12;79:1;
88:3;97:20
**regularly (1)**
98:2

related (1)
6:9
**relating (2)**
21:9;100:14
**relationships (1)**
75:23
**relative (1)**
97:4
**relevance (1)**
100:20
**relevant (7)**
35:10;36:6;48:23,
24;49:14;92:18;97:8
**remember (87)**
10:3;11:11,14;15:8,
10;19:17,23;20:1,5,
11;21:23;23:11;
24:17;25:3,4,4,11,13,
17,19,20,21;26:1,2,8,
12,18,21;27:1,6,11;
28:18,21;29:23;33:9;
35:4;38:18,22,22;
40:12,14,18,21;41:13;
42:10;43:9;44:9,11;
45:1,5,6,20;46:21;
47:16,23;48:15;
49:17;55:6,14;57:1,9,
17;58:22;63:14;
69:11,13;70:3;76:13,
20;78:21;80:2,3;82:5,
6,6,8;83:1;91:4,9,17;
92:1;94:12;98:10,17;
99:17;100:17,18
**remote (1)**
4:11
**Renayee (21)**
9:17;10:3,6;25:7;
26:9;27:19,23;30:8;
31:3,19;39:19;53:11;
55:18;65:6,16;66:24;
67:21;81:8;84:2;
87:13;93:15
**rep (4)**
23:10,17;24:19;
62:5
**repeat (2)**
5:2;12:2
**rephrase (2)**
5:2;16:20
**replace (1)**
9:2
**replaced (2)**
99:5,9
**report (4)**
27:17;28:15;94:14;
95:10
**Reporter (7)**
3:10;4:16;5:9;6:3;
62:10,15;103:14
**reporting (1)**
94:23
**represent (1)**
4:22

representative (13)
15:13;17:1,18;20:2,
6;23:4,6;29:7;55:16;
61:22;62:24;63:18;
69:6
**representatives (9)**
14:20;15:5;19:13;
21:12;22:20;55:18;
70:24;76:23;95:18
**represented (1)**
14:20
**reprimand (7)**
84:6,10;88:8;102:5,
7,18,19
**request (6)**
4:12;20:16;21:9;
40:6;68:24;77:7
**requested (2)**
62:13;73:12
**requests (1)**
41:16
**required (2)**
34:23;90:19
**requirement (2)**
54:12;98:5
**requisite (1)**
14:14
**re-read (1)**
62:11
**reserve (1)**
103:16
**resolve (1)**
42:9
**resource (1)**
95:8
**resources (3)**
27:17;28:3;94:19
**respect (19)**
17:24;18:4,20;
20:14;27:3;28:4;31:9;
34:10,16;35:1,7;
39:22;49:11;57:19;
63:21;71:8,24;87:15,
18
**respective (1)**
3:5
**respond (5)**
5:16,21;18:1;31:5;
41:21
**responded (3)**
40:10,16,19
**responding (2)**
20:17;41:16
**response (6)**
28:19;36:6;65:11;
83:2;86:19;103:1
**responses (2)**
5:24;75:14
**responsibilities (6)**
14:19;28:22;32:7,
11;56:5;57:10
**responsibility (1)**
32:22

responsive (2)
48:24;92:19
**rest (3)**
89:4,5,6
**restate (3)**
21:6;34:18;62:8
**retaliation (1)**
95:12
**retirement (2)**
82:7,15
**retiring (1)**
82:17
**review (10)**
11:18;60:2;64:18;
66:22;71:17;72:17;
74:17;76:1,3;103:18
**revolving (1)**
36:5
**riffs (2)**
75:19,22
**right (10)**
4:21;5:5,7,23;7:13;
15:12;22:16;48:10;
83:15;84:21
**Robeson (1)**
10:21;11:5
**R-O-B-E-S-O-N (1)**
10:23
**role (4)**
31:19;32:18,19;
57:2
**roles (3)**
28:22;32:7,10
**room (7)**
16:2;22:9,14;24:13,
20;41:11;42:6
**rubric (5)**
52:13,22;53:6;54:1;
101:4
**rubrics (1)**
53:20
**rule (1)**
20:20
**rules (1)**
5:8
**RW (3)**
65:1,6,16

## S

**same (8)**
5:16;32:12;42:15;
61:10;71:24;74:1;
78:2,8
**saying (7)**
50:9;67:9;68:4;
84:18;87:23;88:24;
91:5
**scared (2)**
70:1;71:19
**schedule (7)**
17:4;36:20;37:20,
22;38:5,11;54:17

**scheduled (5)**
17:2;36:8;37:17;
38:23;54:20
**schedules (1)**
32:4
**scheduling (1)**
38:13
**Schmitt (29)**
19:19,20,22;22:12,
18,21;23:5;24:13,18;
27:11;29:6;55:11;
60:9;61:21;62:5;
63:10;64:2;66:4;
67:13;70:10,23;
72:11,21;73:20;74:1;
76:16;81:15,20,23
**School (87)**
4:23;6:10,12,14,18;
7:2,6,22;8:2,2,5,9,11,
11,14,15,22;9:3,6,9,
23,24;11:1,5;13:11;
14:2,3,6;15:15;17:12;
18:21;26:10;27:8,13;
30:9,17;31:20,23;
32:16,17;33:1,7;
34:14,24;36:18;
37:18,19;39:1,20;
42:18,22;43:7;44:6,
14,14,45:3;48:1,8,13,
17,17;52:24;53:16;
54:2,9;55:21,24;
56:15;57:14,15;
58:18;69:20;71:1;
72:14;81:11,24;85:4,
5;93:3;94:24;97:24;
98:2,3,6,7,13;99:3
**schooling (1)**
13:6
**schools (1)**
11:4
**score (5)**
50:16,21;52:5,7,11
**scores (4)**
94:6,8;96:18;97:1
**screaming (1)**
40:24
**screen (3)**
59:19,23;73:5
**second (11)**
8:10;29:17,20;
35:22;42:11;61:17;
68:17;73:14;75:21;
76:13;99:19
**Secretarial (1)**
37:10
**seeing (4)**
46:21;74:23;83:4;
87:8
**seeking (1)**
84:1
**semester (2)**
82:4;83:24
**send (3)**

88:20,21;90:20
**sending (2)**
99:17;100:5
**sent (5)**
25:1,8;41:10;48:11;
100:4
**separate (1)**
67:1
**separated (2)**
50:17;51:9
**serve (5)**
11:3;14:5,14;51:7;
57:2
**served (7)**
8:18;9:12;13:19;
14:12;20:1,6;96:10
**service (2)**
12:22;69:4
**services (1)**
31:1
**serving (5)**
9:8;10:7;57:13;
77:5;96:17
**session (3)**
84:16;93:10,16
**sessions (4)**
35:4;93:6,8;94:7
**set (10)**
32:17;36:20,22;
37:17,20,21,21;75:7;
103:5,6
**several (3)**
13:16;44:12;92:24
**sexual (2)**
77:2,8
**shakes (1)**
99:16
**Shamhart (1)**
98:16
**share (3)**
32:3;59:18;73:3
**shared (1)**
64:23
**Shorthand (1)**
3:10
**show (2)**
4:9;17:21
**showed (1)**
47:21
**showing (2)**
17:12,15
**shows (3)**
23:3;73:23;92:3
**shutdown (3)**
80:7,11,12
**Sidebar (1)**
82:18
**sides (1)**
68:2
**signature (7)**
103:8,8,12,13,16,
22;104:1
**situated (1)**

4:19
**situation (3)**
23:1;45:7;102:21
**situations (2)**
42:6;45:19
**size (1)**
91:20
**slight (2)**
5:15;47:3
**Smith (9)**
44:20;22;45:3,8,23;
47:7,8,20,24
**snowflake (1)**
42:3
**social (1)**
91:13
**sole (1)**
49:24
**somebody (7)**
16:8;20:18;45:20;
47:3,3;66:13;69:1
**someone (7)**
15:21;16:2;21:14;
26:3;68:18;75:18;
77:23
**sometime (1)**
85:4
**Sometimes (5)**
39:12;41:20;42:5;
50:23;88:19
**Sorry (20)**
8:10;11:24;13:7;
21:6;24:7;26:5;27:20;
33:9;34:20;35:15;
38:9;62:2;73:3;74:20;
80:1;82:18;85:8;
87:19;93:19;98:15
**sounds (2)**
79:15;80:2
**space (1)**
46:12
**speak (4)**
11:21;83:11;88:17;
89:11
**speakers (1)**
72:19
**speaking (4)**
5:17;40:3;59:5;
84:20
**special (2)**
46:2;48:5
**specific (18)**
14:8;17:7;21:8,15;
32:18;34:15;49:15;
58:17;76:7;86:8,22,
23;89:18;96:12,14;
97:1,6;101:8
**specifically (11)**
6:9;32:6;42:10;
43:13;48:14;49:13;
59:7;90:21;93:5;
94:17;95:15
**specifics (2)**

35:3;61:15
**specifies (1)**
49:19
**speculate (2)**
60:24;70:14
**speculation (3)**
61:10;64:13;70:12
**speculative (1)**
70:18
**speech (1)**
90:15
**spell (2)**
4:15;10:22
**spellings (1)**
103:19
**spent (1)**
35:9
**split (1)**
32:21
**spoke (5)**
15:18;25:21;79:1;
83:9;101:7
**spoken (2)**
29:16;99:11
**spring (11)**
9:10;27:8;54:16;
62:24;82:4,9;83:24;
84:12,13;98:15;99:3
**staff (65)**
12:19;16:22;18:8,
12,15;33:6,9,11,20;
35:19;36:9,10,16;
37:1,2,4,6,6,7,8,9,9,
10,11,11,13,23,24;
38:5,11,13,14;39:3,7;
45:12;46:15,19;
48:22;49:6;51:5;52:2;
69:24;71:18;85:16,
17;87:9;88:9,23;90:6,
17,23,24;91:7,18;
92:12;93:1,17,21;
94:2;95:8;96:24;
97:22;98:6;100:8,14
**Staffing (1)**
18:13
**stage (1)**
51:1
**stand (1)**
59:10
**standing (3)**
46:16;91:20;92:7
**start (3)**
37:19;44:16;94:24
**started (1)**
62:5
**starting (2)**
13:3;14:2
**starts (1)**
57:8
**state (9)**
4:14,18,19;34:22;
35:15;51:18,21,22;
68:8

**stated (1)**
5:11;21:16;61:6;
64:5;68:14
**statement (7)**
33:8;75:20;85:11,
21,23;89:4,5
**statements (2)**
75:6;84:11
**States (1)**
3:7
**stating (1)**
68:1
**status (1)**
54:11
**step (3)**
31:8,10;42:5
**STEPHENSON (107)**
4:2,22;11:9,12,15;
12:11;15:4;16:17;
17:14;18:20,22;19:2,
8;20:10;21:8,20;22:8,
13,22,23;23:1,3,16;
24:12,19,23;25:2;
26:7,8,12,19;27:1,4,6;
28:3;29:7,15;31:20,
22;34:3;40:6,21;
41:14;42:12;43:21,
23;45:2,14,21,23;
46:16,23;47:7,17;
48:11;52:23;53:4,6,
10,15;54:14,23;
55:17;58:23;59:2;
60:10,14;62:6;63:24;
64:3,6,23;65:22;66:4,
23;67:14,21;68:5,12,
15;70:3,23;71:21;
72:21;73:8,13,15,20;
76:16;78:15,22;
80:15;81:3,12;82:2,9,
22;84:7,8,12;85:2;
90:9,11,12;91:9,12;
99:19
**Stephenson's (5)**
25:9;40:23;41:11;
47:11;59:20
**steps (1)**
92:21
**stewards (5)**
73:21;74:4,5,5,12
**still (1)**
47:1
**STIPULATED (1)**
3:3
**STIPULATION (1)**
3:1
**stop (1)**
89:17
**strategies (1)**
79:17
**streamed (3)**
100:10,16;101:15
**stress (1)**
47:14

**strike (4)**
14:17;36:14;78:14;
82:19
**structure (1)**
32:4
**student (35)**
12:18;19:4;20:9,15,
17,19,22;21:2,4,4,17;
23:20;24:3,5;26:7;
28:11;29:16;31:1;
35:2,10;40:3,23;
41:18,23;42:6;50:11,
11,11;59:3,6;68:24;
75:14,15;94:9,19
**students (27)**
21:10,13;33:22;
34:6,11,16;35:8,18;
48:6,22;49:12,12,17;
50:4;51:6,24;67:8,15;
68:9;86:1,6;88:6,22;
96:18;97:2,7,7
**subject (3)**
35:6,24;93:18
**success (1)**
94:19
**successor (1)**
10:10
**suggest (1)**
64:10
**suit (1)**
3:4
**summaries (1)**
69:18
**summarized (1)**
69:15
**superintendent (2)**
30:12;31:10
**supervised (4)**
27:18;31:15;42:23;
44:13
**supervising (2)**
52:12;84:2
**supervisor (7)**
30:7,9,12,16,21;
31:3,7
**supervisory (6)**
31:19,21;32:18,19,
22;48:2
**support (4)**
7:8;49:17;86:1;
88:22
**supported (1)**
50:7
**supportive (1)**
86:5
**supports (1)**
50:3
**supremacist (2)**
91:12,15
**supremacists (1)**
91:2
**supremacy (2)**
27:3;91:7

**sure (24)**
5:24;13:5,8;17:3;
19:13,14;21:7;30:14;
31:5;35:17;46:2;
48:24;56:20;59:9,15;
61:15;62:7;64:14;
75:2;84:20;85:10;
88:18,24;95:13
**switching (1)**
79:8
**sworn (1)**
4:4
**system (1)**
51:11

**T**

**taker (2)**
15:21;17:17
**talk (7)**
12:4;16:14;22:9;
58:1;68:1;94:7;103:8
**talked (10)**
41:20;49:14,23;
59:18;61:20;68:9;
84:15;85:21;88:12;
101:8
**talking (9)**
21:4;23:5;28:11;
37:6;65:1;67:15;83:3;
85:24;87:4
**taught (6)**
13:12,14,16;80:16,
19,22
**teach (4)**
7:22;8:4;13:15;
98:11
**teacher (45)**
13:17,17,18,18;
15:1;16:10;19:16,18;
20:22;22:8,10;24:23;
37:9;39:18;40:22;
41:6;53:18,21,21;
54:6,10;56:8;57:23,
24;58:2,3,9,9,22;
68:21;78:17,17;79:7,
22;80:4;81:5,24;
82:20;83:3,20,22;
91:5;98:19;99:2;
100:9
**teachers (48)**
14:20;15:19;26:14;
27:17,22;31:14;
32:12,13,19,20;33:14;
34:5,9;35:7;36:3;
37:3,4;41:14,16;
42:16,22;43:1,2,4,6,
10,12,17,18,22;44:12;
46:3;48:3;51:24;52:8,
12;54:12,13;56:17;
58:14;76:22;81:11;
82:3;83:24;96:13;
101:13,15,16

**teacher's (4)**
39:22;40:24;54:1,6
**Teaches (1)**
7:21
**teaching (12)**
13:16;14:21;35:7;
39:3;43:3,7;45:8;
48:4;51:10;79:2,21;
99:1
**team (7)**
67:1;81:3,11;98:11;
99:18,22,24
**tech (1)**
25:21
**telling (1)**
46:23
**ten (3)**
13:12,14;96:2
**tensions (2)**
48:16,19
**tenure (8)**
6:10;7:4,5;44:15,
16;54:11,15;55:20
**tenured (3)**
54:12,14;80:19
**term (2)**
35:21;44:1
**terms (7)**
15:8;31:13;32:10;
35:16;52:16;53:18;
89:2
**test (2)**
96:18;97:1
**testified (7)**
4:5;27:22;29:14;
70:12,22;71:2;73:12
**testimony (5)**
22:24;23:2;35:23;
51:8;61:20
**testing (1)**
94:10
**Texas (1)**
44:12
**third (4)**
63:4;98:17;99:4,5
**Thomas (3)**
30:2,3,21;31:3,11;
73:19
**though (2)**
5:13;84:17
**thought (7)**
45:18,22,22;46:17,
20;79:10,19
**Three (6)**
6:19,23;45:13;
50:16;66:19;100:2
**throughout (3)**
36:22;37:18;52:16
**throwing (1)**
74:20
**tied (5)**
41:23,24,24;42:1,2
**tier (4)**

49:21;50:14;52:5,5
**times (7)**
15:11;36:10,17;
38:17;41:22;42:4;
49:9
**title (2)**
30:24;31:2
**today (7)**
5:9;6:6;11:21;12:5;
18:19;60:4;76:11
**today's (2)**
11:18;73:9
**told (4)**
28:18;47:17;66:24;
83:9
**took (2)**
23:18;28:3,11;
44:11
**tool (1)**
51:23
**top (12)**
49:21;50:14,21;
52:4;60:8,22;61:7,17;
63:17;73:11;74:4,18
**topic (2)**
24:17;35:24
**topics (3)**
23:23;36:5;95:15
**tough (1)**
48:12
**tour (1)**
46:6
**toward (2)**
25:2;27:19
**towards (5)**
27:9;47:9;79:20;
86:23;101:15
**training (6)**
34:15,23;35:4;
89:22;93:8;94:12
**trainings (2)**
92:23;93:2
**transcript (4)**
17:12;103:14,17,20
**transferring (3)**
78:16,23;79:5
**treated (3)**
43:22,23;72:8
**trees (2)**
92:5,5
**triggered (1)**
102:24
**trip (1)**
43:22
**true (1)**
56:21
**truly (7)**
19:14;25:20;26:5;
43:9;45:22;46:20;
93:9
**trust (5)**
68:10,20,22;72:5;
76:14

**trusted (1)**
72:5
**try (4)**
25:22;34:19;73:2,2
**trying (13)**
19:23;25:24;33:9;
44:9;47:19;52:10;
56:20;59:12;87:21,
23;88:14,20;93:19
**twenty (1)**
98:12
**two (16)**
8:13;12:4;15:10;
19:12;22:20;29:15;
50:16;53:14;55:14;
56:15;59:11,18;63:6;
67:8;70:23;73:13
**two-person (1)**
93:20
**type (5)**
13:1;18:16;38:4;
84:5,10
**types (3)**
39:7;93:2;95:18
**typewritten (1)**
18:9
**typographical (1)**
103:19

**U**

**unannounced (1)**
54:20
**uncomfortable (4)**
47:4;70:1;71:18;
88:11
**under (1)**
8:18
**understood (2)**
5:4;84:18
**union (33)**
14:19;15:1,4,13;
17:1,17;19:13;20:2,6;
21:11;22:20;23:4,5,
10,17;24:19;29:7;
55:16,17;61:22;62:5,
24;69:6,7,12;70:24;
72:2;73:21;74:5,12;
76:22;91:5;95:17
**United (1)**
3:7
**unknown (1)**
61:1
**unless (1)**
63:6
**up (16)**
21:22,23;22:2;23:3;
24:3;32:21;41:23,24,
24;42:1,2;50:6;59:10;
80:19;99:4;103:23
**upbringing (1)**
91:13
**upon (2)**

3:10;77:7
**upset (1)**
87:9
**Urbana (1)**
3:8
**use (3)**
6:1;12:16;50:1
**used (2)**
49:9;51:13
**Usually (4)**
15:22;16:4;37:7;
80:10
**utilize (2)**
35:20;36:24
**utilized (5)**
49:16;51:15,23;
52:11;101:5

**V**

**vague (1)**
16:18
**valid (1)**
89:5
**variance (1)**
92:14
**various (2)**
17:15;58:1
**verbal (6)**
17:5;84:5,10,22;
88:8;102:5
**verbally (1)**
85:21
**versus (8)**
32:19;49:12,13;
91:22;92:4,11;93:17,
21
**via (3)**
3:8;41:21;44:3
**video (2)**
3:8;4:11
**viewed (1)**
50:6
**visibly (1)**
87:9
**visiting (1)**
12:3
**voiced (1)**
25:7
**volition (1)**
88:15

**W**

**waive (2)**
103:12,13
**waiving (2)**
103:21,24
**walk (3)**
23:1;70:2;71:19
**walked (4)**
22:22;23:17;26:14,
23

**walking (1)**
89:13
**WALL (20)**
4:7,22;16:20;17:23;
27:24;57:6;61:2,16;
64:16;67:7;70:15,21;
71:6,16;101:18,22;
102:14;103:4,7,11
**way (6)**
25:22;46:14;84:21;
86:7;90:20;103:23
**Ways (7)**
35:10;52:13;84:19;
88:24;89:23;92:3,8
**week (1)**
44:18
**weren't (1)**
47:19
**Westfield (81)**
9:17,18,22;10:4,7;
12:8;20:16,19;21:3,
17,23:19;24:2,14;
25:7,13;26:10,13,16,
22;27:2;28:10;29:9;
30:13,17;31:4,19;
32:11,20;33:1,5,19;
34:4,9;39:19;40:2,11;
41:11;42:21;43:21;
53:11;55:18,22;
56:10,17,21,23;57:3,
8;59:5;65:6,16;66:24;
67:15,22;73:19;81:2,
7,8;84:2,6,9;85:11;
86:2;87:13;88:9;
89:11;90:4,10,16,18,
24;91:6,11,18;93:15;
94:13;95:9;99:11;
102:5,17,24
**Westfield's (8)**
21:9,13;27:19,23;
30:8;56:4;91:11,14
**what's (4)**
83:12,13,19;86:5
**whatsoever (1)**
59:12
**Whereupon (3)**
59:16;62:13;96:6
**white (12)**
27:3;35:7;42:22;
49:12,13;91:1,7,12,
15;100:10,16;101:15
**whole (1)**
51:3
**who's (1)**
32:4
**whose (1)**
62:16
**wide (2)**
96:13,15
**wife (2)**
7:17;8:4
**wife's (1)**
7:7

**willingness (1)**
83:7
**wise (1)**
13:7
**without (2)**
16:10;103:15
**witness (14)**
4:3;18:1;27:22;
57:4;60:24;61:10,13;
64:13,14;67:5,6;
70:12;99:16;103:24
**Wonderful (2)**
59:15;89:5
**word (1)**
12:17
**words (1)**
87:21
**work (13)**
7:1;17:4;42:9;65:1;
66:5;72:6;78:5;88:4,
22;92:15,16,24;93:1
**worked (3)**
48:7;52:8;80:9
**working (10)**
24:7;35:12,17;46:4;
48:4;49:15;65:14;
86:14;88:5;97:15
**workplace (1)**
42:18
**world (1)**
49:4
**write (1)**
70:13
**written (6)**
17:12;18:7;28:15;
69:8,18;96:23

**Y**

**year (56)**
8:12,15,22;9:3;
10:1;13:11;14:2,3;
18:22;26:10;30:9,17;
31:20,23;33:1,8;
34:14;36:18,22;
37:18,19;39:1,20;
43:8;44:6;48:12,18;
52:24;53:16;54:2,9,
18,19;55:21,24;
56:15;57:15;65:21;
69:20;71:1;72:2;
79:13;80:17;81:11;
82:17;85:4,5;93:3;
94:16;95:1;97:24;
98:3,7,8,13;99:3
**years (8)**
6:19,23;7:14;8:8,
11,18;13:12,14

**Z**

**Zoom (2)**
3:8;4:13

**7**

2020 (31)
9:10;16:15;17:14,
15,24;27:8;35:5;
36:15;42:23;53:9,19;
54:10,16;58:2;59:22;
60:15;62:21,24;
63:12;65:4,15;73:6;
74:13;78:14,15;
81:24;82:4,10;83:24;
92:17;94:3
**2021 (7)**
7:3,8;11:9;20;18:7;
96:11;99:3,24
**2024 (1)**
3:9
**21 (6)**
8:22;14:13;61:18;
98:12,14,15

**1**

**1 (3)**
68:1;74:18;76:5
**1:23 (1)**
59:13
**1:35 (1)**
59:14
**10 (3)**
73:7;76:2,6
**11th (2)**
73:6;76:8
**12 (1)**
3:9
**12:06 (1)**
4:1
**13-14 (1)**
14:3
**19 (2)**
54:15;80:20
**19-20 (1)**
55:24
**1999 (1)**
7:16

**2**

**2 (2)**
68:7;69:22
**2:35 (1)**
95:24
**2:40 (1)**
96:2
**2:45 (1)**
96:4
**20 (7)**
80:11;84:12,13;
98:12,14,15;99:3
**2009 (1)**
7:16
**2010 (1)**
14:2
**2014 (4)**
8:10,15;9:24;11:8
**2018 (4)**
8:10,15;9:24;11:8
**2019 (22)**
8:11,22;9:3,10,19;
13:4;14:13;18:7;35:5;
36:15;42:23;44:17;
53:9,19;54:9,15;58:2;
76:19,21;92:17;94:3;
96:11
**2019-2020 (28)**
13:11;18:21;26:10;
30:9,17;31:20,23;
32:24;33:7;34:14;
39:1,20;43:7;44:6;
48:17;52:23;53:16;
55:21;56:15;57:15;
69:20;71:1;81:10;
85:5;93:3;97:24;98:3,

**3**

**3:00 (1)**
104:2
**3|6|2020 (1)**
60:6

**6**

**6th (10)**
17:15,24;59:22;
60:15;62:4;63:11;
64:3;65:4,15;66:16

**9**

**9 (3)**
59:19;68:1;69:8
**9:10 (1)**
60:11